**Subject:** Checks
**From:** Jillen Stephens <jillenstephens@ymail.com>
**Date:** 4/5/2022, 6:34 PM
**To:** karam@legalpundit.com

—image0.jpeg—



—image2.jpeg—

image3.jpeg

Print Content                                    Page 1 of 1

**EVIS STEPHENS**
12706 - 177TH ST.
JAMAICA, NY 11434-3307

976

Date 12-7-18   A. Eadd(?)

Pay to the order of  KE2 contract LLC    $ 5,000

Five thousand

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Evis Stephens

0976

130415        612798
TRN_DEBIT   JLIBER2
Great Neck 0963      9004 5963 2  0053

https://viewer-rdc.jpmchase.net/ivault6/viewer/oneViewLayout        8/4/2020

[Image of a photocopied check from Evis Stephens, 12706 - 177th St., Jamaica, NY 11434-3307, check #978, dated 12-7-18, pay to the order of 16021 Ave Corp, amount $5,000 (Five Thousand), drawn on Chase (JPMorgan Chase Bank, N.A.), signed Evis Stephens. Back of check shows endorsement: "Pay to the order of Republic Bank, Routing # 071001180, For Deposit Only, 16021 Ave Corp, Licensed Cashier of Checks" with date 12/8/18.]

Sent from my iPad

---Attachments:---

| | |
|---|---|
| image0.jpeg | 1.3 MB |
| image2.jpeg | 1.3 MB |
| image3.jpeg | 1.3 MB |