4/25/2020   Time: 4:4[?]

To: Calun Stephen
Stephens, EMS Stephens

From: Tony

You were told to not park in the Deweway, Today is your Finw Warnns. You will not get another. The cars will be towed.

9/25/2020     Time: 4:44

TO: Calvin Stephen
    Stephens, Evis Stephens

From: Tony

You were told to not park in the Driveway, Today is your Final Warning, you will not get another. The CARS will be towed.

8/20/19　　　　　　　　FROM: TONY & MAXINE

TO: STEVENS

DO NOT PARK IN DRIVEWAY
AT ALL.
I will Get the CARS TOWED

8/20/19

To: STEVENS

From: TONY & Maxine

Do Not PARK IN Driveway AT ALL. I will Get the CARS TOWED