# Cancellation of contract - Use and Occupancy Agreement
## For 12706 177th Street Jamaica NY 11434

The agreement dated January 1, 2020 between the owner, 12706 Holdings Inc and occupants, Calvin Stephens, Evis Stephens, John Doe(S) and Jane Doe(S) is terminated as of April 10, 2020.

The owner 12706 Holdings Inc has decided to cancel the Contract – use and occupancy agreement to purchase, 12706 177th Street Jamaica NY 11434, Block: 12527 Lot: 0093 and reside at the property.

The Short Sale liquidation is an Arm's length transaction. It does not allow the homeowner, and all occupants that reside at the property to continue residing for more than 90 days, however 12706 Holdings has given the homeowner and the occupants more than a year. The homeowner signed the Affidavit of Arm's length Transaction at closing.

12706 Holdings Inc has given the occupants and homeowner more than one year to relocate, which can be common and customary in New York, however the homeowner and occupants must vacate the property. Use and Occupancy fees, all utilities services charges continue until the occupants move.

*[signature]*

Owner, 12706 Holdings Inc

Lez Antonio Woodburn

Notary acknowledges the signature of Lez Antonio Woodburn on this April 10th, 2020

Notary:

JONATHAN P. BROWN
Notary Public, State of New York
No. 01BR6369891
Qualified in Queens County
Commission Expires Nov 2022

*[signature: Jonathan P Brown]*