May 5, 2020

Eviction Letter

To: Ms. Evis Stephens & Calvin Stephens, Jane Doe, John Doe

Re: Arm's Length Transaction 12706 177th Street Queens NY 11434

Please take notice the use and occupancy agreement is canceled as of April 10th, 2020. The agreement can not be validated, due to the Arm's length Transaction.

The occupants must be out of the above property by June 1, 2020. All owed Use and occupancy fees,

Water bill, and utilities will be deducted from the refunded $10,000.00.

Ms. Stephens, the longer you remain in the property all monies owed will be deducted from the $10,000.00.

Owner:

12706 Holdings Inc

Lez Antonio Woodburn



309—Omnibus Notice of Termination of Tenancy of Non-Regulated Residences, 7-19
(in N.Y.C serve in same manner as a Notice of Petition)

©2019 by BlumbergExcelsior, Inc., Publisher, NYC 1 1241
www.blumberg.com

Re: Premises: 12706 177th St Jamaica N.Y 11434
ALL rooms    Unit 2    side    Apt. No.
at 12706 177th St. Jamaica N.Y 11434
used for ☑ Dwelling ☐ Business purposes.

TO: Urilla
John Doe(s) Jane Doe(s)    Tenant    and, John Doe(s) Jane Doe(s) Undertenant*

First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on **October 30, 2020** the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term within the time frame and for the reasons checked below and will demand the value of your use and occupancy of the premises during such holding over.

Pursuant to the Housing Stability and Tenant Protection Act of 2019,

☐ 30 Day Notice — required if a tenant has a lease of less than one (1) year

☑ 60 Day Notice — required if a tenant has a lease of at least one (1) year but less than two (2) years, or has lived in an apartment for more than one (1) year but less than two (2) years

☐ 90 Day Notice — required if a tenant has a lease of at least two (2) years, or has lived in apartment for more than two (2) years.

Dated: August 28, 2020

_____ Landlord

_____ Agent

_____ Address

* Use window envelope if mailed to tenant.
  Use ordinary envelope if mailed to undertenant.



Re: Premises: 12706 177th St Jamaica NY 11434
All rooms Unit 2 side Apt. No.
at 12706 177th St. Jamaica NY 11434
used for ☑ Dwelling ☐ Business purposes.

TO: Belfon,
John Doe(s) Jane Doe(s) Tenant and, John Doe(s) Jane Doe(s) Undertenant*

First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on **October 30, 2020** the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term within the time frame and for the reasons checked below and will demand the value of your use and occupancy of the premises during such holding over.

Pursuant to the Housing Stability and Tenant Protection Act of 2019.

☐ 30 Day Notice — required if a tenant has a lease of less than one (1) year

☑ 60 Day Notice — required if a tenant has a lease of at least one (1) year but less than two (2) years, or has lived in an apartment for more than one (1) year but less than two (2) years

☐ 90 Day Notice — required if a tenant has a lease of at least two (2) years, or has lived in apartment for more than two (2) years.

Dated: **August 28, 2020**

_____ Landlord
_____ Agent
_____ Address

* Use window envelope if mailed to tenant.
  Use ordinary envelope if mailed to undertenant.

# TEN (10) DAY NOTICE TO QUIT

Date: September 1, 2020

RE: 12706 177th Street Jamaica NY 11434

Rooms : All   Apt No   Floor : Unit 1

At: 12706 177th Street Jamaica NY 11434

To: Evis Stephens and Calvin Stephens

12706 177th Street Jamaica NY 11434

and John (s) and Jane(s) Name of the occupants being fictious and unknown to the person entitled to possession of the premises herein described.

**PLEASE TAKE NOTICE,** that you and all other persons occupying the subject premises are required to quit and vacate the premises on or before **September 18, 2020.**

You are in possession of the premises after the short sale arm length transaction, which expired on **June 30, 2019.**

Your rights to occupy the subject premises has been **revoked** by 12706 Holdings Inc/Lezantonio Woodburn.

**PLEASE TAKE NOTICE ,** that if you and all other persons fail to quit, vacate, surrender the subject premises by **September 18, 2020** , the undersigned will commence summary proceedings against you.

Date: 9/1/2020

Signature , Owner Lezantonio Woodburn

# 10 DAY NOTICE TO QUIT

Re: Premises : 12706 177th Street Jamaica NY 11434

All Rooms / Floor : 1st/ Floor Apartment 1    used for Dwelling Purpose

Apartment 1

To: Evis Stephens
Calvin Stephens           and ,      Jane Doe(s) ,John Doe(s)

Name of the occupants being fictious and unknown to the person entitled to possession of the premises herein described.

**PLEASE TAKE NOTTICE** , that you and all other persons occupying the subject premises are required to quit and vacate the premises on or before **November 16, 2020.**

You are in possession of the premises after the short sale. Ms. Stephens and her family were permitted to stay on the premises after the short sale for a short term to facilitate new relocation **but no longer than (90) ninety days** . The short term to stay on the premises expired on **June 30, 2019** . Evis Stephens signed the affidavit of Arm's length transaction.

Your rights to occupy the subject premise has been revoked by **12706 Holdings Inc** .

**PLEASE TAKE NOTICE** , that if you and all other persons fail to quit, vacate or surrender the subject premises by **November 16, 2020** , the undersigned will commence summary proceeding against you.

Dated : November 2, 2020

12706 Holdings Inc

_____ landlord

_____ Address