:Reset Form:

[Print in <u>black</u> ink to fill in the spaces next to the instructions. *Both* pages *must* be completed. This summons <u>cannot</u> be used for divorce actions.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------------------------------------X

12706 Holdings Inc/LezAntonio Woodburn
_____,

**[Your name(s)]**                    Plaintiff(s)

        -against-

Evis Stephens,Calvin Stephens Jane &John Doe(s)
_____,

**[Name(s) of party being sued]**        Defendant(s)

-------------------------------------------------------------------------------X

To the Person(s) Named as Defendant(s) above:

**SUMMONS WITH NOTICE**

Index No. 717483 / 2020

10/2 ,2020
Date Index No. purchase

        PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action

by  serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so

within 20 days after the service of this Summons (not counting the day of service itself), or within

30 days after service is complete if the summons is not delivered personally to you within the

State of New York.

        YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will

be entered against you by default for the relief demanded below.

Dated: 10|2 _____, 20 20

**[Date of summons]**

Lezantonio Woodburn
_____

**[Your name(s)]**

130 21 140th Street
_____

South Ozone Park NY 11436
_____

917 882 7978
_____

**[Your address(es)and telephone no.(s)]**

Change:            $10.00
Cash:             $220.00

Total:            $210.00

12706 holdings vs stephens sum
Documents Pay At Court E-file
Tr.3532236        $210.00

Queens County Clerk's Office
Paym 2874945 10/02/2020 12:42p
Cashier SRAPHAEL Register # 2

Defendant(s) _12706  177 St.  Jamaica N.Y 11436_

**[Address(es) of party being sued]**

Notice: The nature of this action is **[briefly describe the nature of your case against the**

**defendant(s), such as, breach of contract, negligence]:**_____

_Breach of Contract ,  negligence_____

_____

_____

The relief sought is **[briefly describe the kind of relief you are asking for, such as,**

**money damages of $25,000]** _Money damages  of  $45,000_____

_____

Should defendant(s) fail to appear herein, judgment will be entered by default for the sum of

_____ $45,000 _____ **[amount of money demanded]**, with interest form the date of

_____ July 27, 2019 _____ **[date from which interest on the amount demanded is**

**claimed]** and the costs of this action.

Venue: _88-11 Sutphin Blvd, Jamaica NY 11435_

Plaintiff(s) designate Queens County as the place of trial. The  basis of this designation is

**[check box that applies]:**

☑ Plaintiff(s) residence in Queens County

☑ Defendant(s) residence in Queens County

☐ Other [See CPLR Article 5]: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------x

12706 Holdings Inc
Lezantonio Woodburen

                        Plaintiff,                          Index No._____/20___

            - against -                                     **COMPLAINT**

Evis Stephens, Calvin Stephens
John-Doe(s)-Jane Doe(s)

                        Defendant.
------------------------------------------------------------x

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Lezantonio Woodburen , respectfully

shows and alleges as follows:

The defendant(s) Evis stephens, Calvin stephens, John Doe(s)
Jane Doe(s) principal address is 12706 177St. Jamaica NY 11434

The property was sold on March 27, 2019 to 12706 Holdings Inc
+ Lezantonio woodburen as a short sale for $350,000. The
premises had extensive repairs to the sum of $250,000.

Ms Evis Stephens signed an affidavit of Arm's length
Transaction which allows the mortgage holder (seller) to remain
in the premises as a tnant for a short term, no more than 90
days after the sale. The defendants tenancy expired June 27, 2019.

Ms. Evis stephens, Calvin Stephens, John Doe(s) and Jane Doe(s)
continue to live in the premises 12706 177St Jamaica N.Y 11434
from July, 2019 to current date in 2020 (October) without paying
use & occupancy, con Edison, national grid & Dep water bill.
The defendants made several promises to move out of the premises.
Each time myself or partner tried to get a move out date, Ms. Evis Stephens
would use her health as a reason she could not find new location to move.

January 1, 2020 an agreement was created signed by all parties. The defendants Made 1 payment, which was late The agreement was cancelled three month later.

Ms. Evis Stephens Stated she was not going to pay any bills & I would have to take her & her family to court.

As the Plantiff I'm requesting the court to grant me Use & occupancy fees from August to December 2019: 2500 x 5 = $12,500 & January to Current (october) 2020   10 x 2500 = 25,000 & natural grid: $1500   Con Edison $1600   Dep water bill $1000. All fees to Continue to be Paid until defendants Move Out or evicted Secondly to Order the defendants to pay all bills Owed.

Evict The defendants based upon breach of Contract with the bank & Arm's length transaction.

As The Plantiff I have lost buyers, Income and late Mortgage payments. I'm force to spend My personal Money to Maintain the bills.

The defendant, Calvin Stephens Works at Malverne Union 301 Nicklane, Malverne, NY 11566. He is currently employed. Ms. Evis Stephens Works off the books at a home in Long Island, NY.

Jane Doe(s) John Doe(s) doesn't work She is at premises all day. The Stephens had no hardship in the pandemic. Neither parties did not stop working in the pandemic.

2

The defendants do not want to Move. The defendants do not want to pay any bills for the premises which they lived for One year and 7 mnths.

The defendants do not qualify to Purchase the property 12706 177 St Jamaica NY 11434.

The defendants are causing the Plantiff extreme hardship, Credit, & income has been affected.

Currently I have a buyer, which took Me 5 mnths to locate the buyer. The lack of cooperation from the defendants is making the sale difficult. I can not maintain the house with my personal Funds.

3

4

Dated: 10|2|2020

_Lez Antono Woodburn_
Plaintiff

### VERIFICATION

_Lezantonio Woodburn_ , being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_X_
Signature

_Lezantonio Woodburn_
Print Name

Sworn to before me this
2nd day of October 2020

_Alisha Esau_
Notary Public

ALISHA ESAU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ES6399741
Qualified in QUEENS County
Commission Expires 10/28/2023

5

Reset Form

## VERIFICATION

lezantonio Woodburn
_____ **(YOUR NAME)**, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
**[Signature]**

Lezantonio Woodburn
_____ **[Printed]**
Plaintiff

Sworn to before me this
2nd day of Octobe, 20020

_____
Notary Public

ALISHA ESAU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ES6399741
Qualified in QUEENS County
Commission Expires 10/28/2023