Landlord copy

# CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

Index No.: HP _____

Housing Part _____

Eus and Calvin Stevens and Jlhasage Judes

           Tenant(s)/Petitioner(s)

**ORDER TO SHOW CAUSE FOR A FINDING OF HARASSMENT and FOR A RESTRAINING ORDER**
(H.P. Action)

-against-

Lezantonio Woodburn/Marine Boropade 129 21 mosf Jamaca, Owner(s)/Respondent(s) and
The Dept. of Housing Preservation and Development (DHPD)
11436

Premises:
127-06 179st Fl 7
(Street Address & Apt./Room No.)
Jamaica NY 11434
(Borough & Zip Code)
phone 347-496-6756

Upon the Verified Petition of the above named Petitioner(s), sworn to on 11/04/2020:

Let the Respondent(s) or Respondent's attorney(s) show cause (tell the judge) at the:

**Civil Court of the City of New York**, Housing Part: Q Room 407 Pt Q
Located at: 89-17 Sutphin Boulevard, Jamaica, New York 11435
On: Nov 30 2020 at 9:30AM     at 9:30 A.M.,

or as soon as everyone can be heard, why an Order should not be made:

a)     finding that the Respondent(s) has/have harassed Petitioner(s) pursuant to Section 27-2005[d] of the Administrative Code of the City of New York;
b)     determining that a class c violation existed at the time the harassment occurred;
c)     restraining the Respondent(s) from violating Section 27-2005[d] and directing the Respondent(s) to ensure that no further violation occurs;
d)     imposing civil penalties upon the Respondent(s) in an amount not less than one thousand dollars and not more that five thousand dollars for each dwelling unit in which the Petitioner(s) have been the subject of a violation of 27-2005[d]; and
e)     awarding such other and further relief as this court deems just and proper.

Service of a copy of this Order, together with the annexed Verified Petition, on the Respondent(s) (by Certified Mail, Return Receipt Requested/personally) and the Department of Housing Preservation and Development by Certified Mail, Return Receipt Requested, on or before _____, as permitted by Section 27-2115 (j) of the Administrative Code, will be considered good and sufficient. Proof of the service can be filed in the Clerk's Office of the Housing Part before the return date of this Order to Show Cause, or on the date of trial with the Clerk in the Part indicated above.

If the Respondent(s) is/are registered with the Department of Housing Preservation and Development, personal service or mailing may be made to the Respondent(s) at the address indicated in such registration.

Mailing to the DHPD must be made to this address:
Department of Housing Preservation and Development
Housing Litigation Bureau
100 Gold Street
New York, NY 10038

11/09/2020
_____
Date

_____
Judge, Housing/Civil Court

# Civil Court of the City of New York

County of QUEENS
Housing Part

Evis and Calvin Stephens and Jonathon Stephens + Juliet Stephens
_Tenant(s)/Petitioner(s)_,

v.

-against-

LeZentino Woodburn/Maxine Bonaparte
130 21 140st
Jamaica NY 11436
_Owner(s)/Respondent(s), and_
_The Dept. of Housing Preservation and Development (DHPD)_

Index Number _____

**VERIFIED PETITION
IN SUPPORT OF AN
ORDER TO SHOW CAUSE**

Requesting an Order Finding
Harassment and Restraining Respondent(s)
From Harassing Tenant(s)/Petitioner(s)
(Section 27-2115 Administrative Code of
the City of New York)

127-06 177St Jamaica NY 1434
(Address of Tenant/Petitioner)
Apt./Rm. # 1

**PETITION**

1. I, Evis + Calvin Stephens + Jonathon Stephens, Juliet Stephens, the Petitioner, am the tenant/person lawfully entitled to possession of the above apartment/room.

2. The Respondent(s) is/are the owner(s) or agent(s) of the owner of the apartment/room.
   The address of the Respondent(s) is: 130 21 140St Jamaica NY 11436.

3. **Check One**
   ☐ I do not live in a one or two family house.
   ☐ The apartment/room is in a one or two family house but there are more than two families living in the house or building.

4. I am not a shareholder or condominium owner living in the apartment. I am not a person lawfully entitled to live with such shareholder or condominium owner.

5. In accordance with the Administrative Code of the City of New York section 27-2005[d] I make the following statements: The Respondent has or a person/persons on his/her behalf has/have:

   a) Violated the Administrative Code of the City of New York Section 27-2005[d] by causing or intending to cause the tenant/petitioner to move out of the above mentioned apartment/room or to give up or waive any rights to such apartment/room, and

   b) The Respondent has or a person/persons on his/her behalf has/have:

   _Check any boxes that are correct_
   ☑ used force or said they would use force or implied the use of force.
   ☑ repeatedly interrupted or stopped giving essential services and a violation of record was issued.
   ☐ failed to timely comply with NYC Admin. Code §27-2140[c] by failing to correct the conditions which made the apartment(s)/room(s) unlivable or unfit for habitation, which are described in the Vacate Order issued by DHPD pursuant to NYC Admin. Code §27-2139[b], and a violation of record has been issued for at least one of those conditions.
   ☑ repeatedly brought court cases for no good reasons.
   ☐ removed my possessions from the apartment.
   ☑ repeatedly caused or permitted acts or omissions that substantially interfered with or disturbed the comfort, peace or quiet of the tenant/petitioner. If the acts or omissions involve physical conditions in the apartment/room/public areas, a violation of record was issued.
   ☐ removed the door to the apartment or made the lock to the apartment not work, or changed the lock on the apartment door without giving a key to the new lock to the tenant/petitioner.

*Please provide dates and details as to the items you checked in 5 (b) above:*

The landlord and his management [Catherine Bonaparte] constantly keeps threaten us to leave and that they will have our car towed if park in the drive way. We also got a turn off notice from ConEdison if not paid. Also threatens to our cable and internet provider and have them disconnect our service on 11-9-2020 even though there was remote learning going on. They constantly keep sending strangers to our house sticking notices on the doors. Keep coming to the basement making noise and saying we not allowed to use the basement even though we have a lease. Would of had keep repairs to do and wait till court because some gas leak our underlining condition.

6. In accordance with the Administrative Code of the City of New York, I make the following request:
   a. find that owner(s)/respondent(s) has/have harassed me pursuant to 27–2005[d];
   b. decide that a class c violation existed at the time the harassment occurred;
   c. order the owner(s)/respondent(s) to stop harassing me under 27–2005[d] and 27–2121;
   d. order the owner(s)/respondent(s) to pay to the Department of Housing Preservation and Development civil penalties for no less than $1,000 and not more than $5,000 for each dwelling unit in which violations are found following 27–2115(m); and
   e. award such other and further relief as this court deems just and proper.

7. CHECK ONE   ☐ I have not brought a case in Housing court for Harassment

    ☐ I have brought a case or cases in Housing Court for Harassment

*Give index numbers and/or dates* _____

8. Check if requested   ☐ The petitioner requests that permission be granted to serve these papers him/herself.

11/09/2020

_____   _____
Date                          Signature of Tenant/Petitioner

**VERIFICATION**

State of New York, County of Queens, ss.:

_____, being duly sworn, deposes and says:

I am the petitioner named above, I have read the petition and know the truth of the statements except as to those matters alleged to be on information and belief, and as to those matters I believe them to be true.

Sworn to before me this 9 day of Nov, 20 20

_____   _____
Signature and Title of Court Employee, or   Signature of Tenant/Petitioner
Notary Public

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: HOUSING PART C
-----------------------------------------------------------

EVIS STEPEHNS, CALVIN STEPHENS,      HP Index No. 763/20
JILLEN STEPHENS,      Petitioner,

     against      **Interim Order**

LEZANTONIO WOODBURN,
MAXINE BONAPARTE,
and
NEW YORK CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT (DHPD),
     Respondents,
-----------------------------------------------------------

HON. ENEDINA PILAR SANCHEZ,

     Petitioner filed this HP case seeking a finding of harassment. Petitioner resides at 127-06 177th Street, 1st Floor, Jamaica, NY 11434. Respondent Woodburn appeared in court. Respondent Bonaparte did not appear. Petitioners and counsel for respondent Department of Housing Preservation and Development (DHPD) appeared via Microsoft Teams video conference pursuant to the Administrative Order in place due to the COVID-19 pandemic. Petitioner provided proof of service. Service was proper. DHPD does not take a position on this harassment case.

     Petitioners allege that they are threatened with eviction and the towing of the family vehicle. The internet service was disconnected by respondent Bonaparte.

     The Court notes that during this COVID-19 pandemic internet services have become essential. It is necessary for students to participate in school lessons and for a virtual visit with a doctor. As such, interfering with internet service may be construed as harassment under the law.

     The matter is adjourned to **December 12, 2020 at 9:30 AM** at respondent's request to seek counsel and for resolution. The parties may appear via Microsoft Team video conference.

     This constitutes the Interim Order of the Court.

Dated: November 25, 2020
     Queens, New York

So ordered,

APPROVED
epsanchez, 11/25/2020, 4:28:02 PM

ENEDINA PILAR SANCHEZ
Judge, Housing Court