# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____  Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ FHA | ☐ Conventional  ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 725,000 | % | 360 | ☒ Fixed Rate  ☐ GPM | ☐ Other (explain):  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 127-06 177TH STREET ST ALBANS NY 11434 | 2 |
| Legal Description of Subject Property (attach description if necessary) | Year Built |
| 2 FAMILY WITH FINISHED BASEMENT AND DRIVEWAY | 1930 |

| Purpose of Loan | ☒ Purchase  ☐ Construction  ☐ Refinance  ☐ Construction-Permanent | ☐ Other (explain): | Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements  ☐ made  ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date) |
|---|---|---|
| TAHA MF MARTIN & CALVIN O STEPHENS | | |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| TAHA MF MARTIN | CALVIN O STEPHENS |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| ▇95 | ▇43 | | 17 | 3986 | 318 | | 12 |

| ☒ Married (includes registered domestic partners)  ☐ Unmarried (includes single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) No. ___  Ages ___ | ☒ Married (includes registered domestic partners)  ☐ Unmarried (includes single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) No. ___  Ages ___ |
|---|---|---|---|

| Present Address (street, city, state, ZIP/country) ☐ Own ☒ Rent _5_ No. Yrs. | Present Address (street, city, state, ZIP/country) ☐ Own ☒ Rent _1_ No. Yrs. |
|---|---|
| 5 TENAFLY ROAD  ENGLEWOOD NJ 07631 | 96 WHITEWOOD ROAD  WATERBURY CT 06708 |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|
| | |

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|
| | |

Borrower _____  
Co-Borrower _____

# LOAN APPLICATION

## 1) GUARANTOR/BORROWER INFORMATION

**Name:** CALVIN O STEPHENS

**Social Security Number:** ███-██-986 [redacted]

**Home Phone Number:** (718) 570-7318

**Cell Phone Number:**

**Home Address:** 96 Whitewood Road, Waterbury CT 06708

**Own:** ☐  **Rent:** ☑

**Date of Birth:** ███ 1953 [redacted]

**Fax Number:**

**Number of Years at Above Address:** 2

**Single:** ☐  **Married:** ☑

**E-mail Address:**

## 2) EMPLOYMENT INFORMATION

**Name and Address of Employer:**
Malverne UFSD
301 WicksLane
Malverne NY 11565

**Check if Self-employed:** ☐

**Years on Job:** 10

**Position Held:**

**Business Phone Number:**

**Business Fax Number:**

## 3) FINANCIAL INFORMATION

| Gross Monthly Income | Amount | Gross Monthly Expenses | Amount |
|---|---|---|---|
| Gross Salary/Commissions | | Federal & State Taxes | |
| Rental Income | | Mortgage/Rent* | |
| Interest Income | | Auto Payments and Insurance | |
| Investment Income | | Credit Card Payments | |
| Other Income | | Student Loans/Other Loans | |
| | | Other Expenses | |
| **TOTAL INCOME** | | **TOTAL EXPENSES** | |

*If property taxes and insurance are not included in mortgage payment please include those in other expenses