Monday, March 30, 2020

Amendment to Use and Occupancy agreement for **12706 177th Street, Jamaica NY 11434**

The previous agreement dated January 1, 2020 between the owner, 12706 Holdings Inc and the occupants, Calvin Stephens, Evis Stephens, John Doe(s) and Jane Doe(s) is hereby amended to:

**Unit 1(Floor 1) no basement usage , please remove your washer and dryer.**

The backyard is not usable. The shad is just for the 12706 Holdings Inc items.

The occupants can continue to put the garbage in the can. The recyclables go in the recyclable garbage can, as of, **April 10, 2020** is the start date, please put recyclable items in the can.

12706 Holdings Inc is adjusting the two years and three-month purchase agreement to:

**One year (January 01, 2021)** due to the Stephens inability to get financing as of 2019 [10/01/19] to purchase 12706 177th Street Jamaica NY 11434 and The Arm's length agreement expired on June 27, 2019.

If the Stephens cannot get the finance to purchase 12706 177th street Jamaica NY 11434 by the end of this contract, they agreed to vacate 12706 177th Street Jamaica NY with their family members on floor 2 within 30 days.

The signatures are acknowledgement of the amendment to the agreement

Lez Antonio Woodburn

Evis Stephens

Calvin Stephens

Notary acknowledges the signature of Lez Antonio Woodburn, Evis Stephens, and Calvin Stephens on this 30th day of March 2020

Notary Signature

JONATHAN P. BROWN
Notary Public, State of New York
No. 01BR6369891
Qualified in Queens County
Commission Expires Nov 20, 2022