# Cancellation of contract - Use and Occupancy Agreement
## For 12706 177th Street Jamaica NY 11434

The agreement dated January 1, 2020 between the owner, 12706 Holdings Inc and occupants, Calvin Stephens, Evis Stephens, John Doe(S) and Jane Doe(S) is terminated as of April 10, 2020.

The owner 12706 Holdings Inc has decided to cancel the Contract – use and occupancy agreement to purchase, 12706 177th Street Jamaica NY 11434, Block: 12527 Lot: 0093 and reside at the property.

The Short Sale liquidation is an Arm's length transaction. It does not allow the homeowner, and all occupants that reside at the property to continue residing for more than 90 days, however 12706 Holdings has given the homeowner and the occupants more than a year. The homeowner signed the Affidavit of Arm's length Transaction at closing.

12706 Holdings Inc has given the occupants and homeowner more than one year to relocate, which can be common and customary in New York, however the homeowner and occupants must vacate the property. Use and Occupancy fees, all utilities services charges continue until the occupants move.

*[signature]*

Owner, 12706 Holdings Inc

Lez Antonio Woodburn

Notary acknowledges the signature of Lez Antonio Woodburn on this April 10th, 2020

Notary:

JONATHAN P. BROWN
Notary Public, State of New York
No. 01BR6369891
Qualified in Queens County
Commission Expires Nov 2022

*[signature: Jonathan P Brown]*

# 10 DAY NOTICE TO QUIT

Re: Premises : 12706 177th Street Jamaica NY 11434

All Rooms / Floor : 1st/ Floor Apartment 1   used for Dwelling Purpose

Apartment 1

**To: Evis Stephens**
**Calvin Stephens**             and ,     Jane Doe(s) ,John Doe(s)

Name of the occupants being fictious and unknown to the person entitled to possession of the premises herein described.

**PLEASE TAKE NOTTICE** , that you and all other persons occupying the subject premises are required to quit and vacate the premises on or before **November 16, 2020.**

You are in possession of the premises after the short sale. Ms. Stephens and her family were permitted to stay on the premises after the short sale for a short term to facilitate new relocation **but no longer than (90) ninety days** .The short term to stay on the premises expired on **June 30, 2019** . Evis Stephens signed the affidavit of Arm's length transaction.

Your rights to occupy the subject premise  has been revoked by **12706 Holdings Inc** .

**PLEASE TAKE NOTICE** , that if you and all other persons fail to quit, vacate or surrender the subject premises by **November 16, 2020** , the undersigned will commence summary proceeding against you.

Dated : November 2, 2020

12706 Holdings Inc

_____ landlord

_____ Address

# Statement from 10 day Notice to Quit

Ms. Maxine Bonaparte constantly keeps harassing us to leave and that they will have our vehicles towed if parked in the driveway. We also got a turned off notice from Con-Edison if not paid.

They went to our cable and internet provider and have them disconnect our services on November 8, 2020 even though there was remote learning taking place.

They constantly keep sending strangers to our home and sticking notices on the doors. We were so uncomfortable when they keep going in the basement and making noise.

We kindly spoke to them and ask to stop and wait for the court but Ms. Maxine Bonaparte keep showing up and harassing us and we kept stating to her that Jane Doe has an underlying condition.