REPRESENTATION OF PRINTED DOCUMENT

**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## AFFIDAVIT OF 'ARM'S LENGTH TRANSACTION'

**Account Number:**



**Property Address:**
12706 177th St
Jamaica, NY 11434-3307

All Parties to the contract to purchase aforementioned property dated: __01 / 04 / 2019__

This affidavit is to be executed before or at the time of closing of the sale of the Mortgaged Premises by all Borrower(s), purchaser(s), real estate brokers representing any of the parties, the escrow/closing agent performing the closing of the sale, and the transaction facilitator facilitating the sale (if any) certifying under penalty of perjury that to the best of each signatory's knowledge and belief:

(a) The sale of the Mortgaged Premises is an 'arm's length' transaction, between parties who are unrelated and unaffiliated by family, marriage or commercial enterprise;

(b) There are no agreements, understandings or contracts between the parties that the Borrower will remain in the Mortgaged Premises as a tenant or later obtain title or ownership of the Mortgaged Premises, except to the extent that the Borrower is permitted to remain as a tenant on the Mortgaged Premises for a short term, as is common and customary in the market, but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Borrower(s) nor the purchaser(s) will receive any funds or commissions from the sale of the Mortgaged Premises. The Borrower may receive a payment if it is offered by the Servicer, approved by the Investor and reflected on the Settlement/ Closing Disclosure Statement;

(d) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Mortgaged Premises that have not been disclosed to the Servicer;

(e) All amounts to be paid to any party, including holders of other liens on the Mortgaged Premises, in connection with the short payoff transaction have been disclosed to and approved by the Servicer and will be reflected on the Settlement/ Closing Disclosure Statement;

(f) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in the affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Mortgaged Premises;

(g) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(h) The certification will survive the closing of the transaction; and

(i) Each signatory understands that a misrepresentation may subject the party making the misrepresentation to civil and/or criminal liability.

NMLS # 1852

SSMDLSM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**TAX CONSEQUENCES.** Please be advised that completing a short sale may have consequences with respect to your federal, state, or local tax liability, as well as eligibility for any public assistance benefits you may receive. Ocwen cannot advise you on tax liability or any effect on public assistance benefits, you may wish to consult with a qualified individual or organization about any possible tax or other consequences resulting from the short sale and/or deficiency waiver.

**CREDIT REPORTING.** We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full payment. We have no control over or responsibility for the impact of this report on your credit score. You may access the following website to learn more about the potential impact of a short sale on your credit: http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

**NOTICE REGARDING CREDIT DISCRIMINATION:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

Ocwen reserves the right to terminate this offer at any time prior to your timely acceptance of the terms set forth above. All terms within this agreement must be strictly complied with, and any failure to complete or comply with any term constitutes failure to accept this discounted payoff offer rendering the offer is null and void. If this discounted payoff is not accepted, is terminated prior to acceptance, or otherwise is not completed as instructed in the manner and time frame set forth in this letter, then nothing in this letter shall be construed to prejudice, waive, modify or alter any of Ocwen or Investor's rights or remedies in law or in equity in collecting the entire amounts due and to come due on the Loan or be construed to waive any defense of Ocwen or Investor.

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

ACKNOWLEDGED AND ACCEPTED by:

SIGN HERE ➡ *Evis Stephens*     3/27/19
Evis Stephens            Date (MM/DD/YY)

NMLS # 1852      DISC_PLS_VAM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## AFFIDAVIT OF "ARM'S LENGTH TRANSACTION"

Loan Number █████2

**Property Address:**
12706 177th St
Jamaica, NY 11434-3307

All Parties to the contract to purchase aforementioned property dated: 02/25/2019

This affidavit is to be executed before or at the time of closing of the sale of the Mortgaged Premises by all Borrower(s), purchaser(s), real estate brokers representing any of the parties, the escrow/closing agent performing the closing of the sale, and the transaction facilitator facilitating the sale (if any) certifying under penalty of perjury that to the best of each signatory's knowledge and belief:

(a) The sale of the Mortgaged Premises is an "arm's length" transaction, between parties who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the parties that the Borrower will remain in the Mortgaged Premises as a tenant or later obtain title or ownership of the Mortgaged Premises, except to the extent that the Borrower is permitted to remain as a tenant on the Mortgaged Premises for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Borrower(s) nor the purchaser(s) will receive any funds or commissions from the sale of the Mortgaged Premises. The Borrower may receive a payment if it is offered by the Servicer, approved by the Investor and reflected in the SETTLEMENT/CLOSING DISCLOSURE STATEMENT;

(d) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Mortgaged Premises that have not been disclosed to the Servicer;

(e) All amounts to be paid to any party, including holders of other liens on the Mortgaged Premises, in connection with the short payoff transaction have been disclosed to and approved by the Servicer and will be reflected in the SETTLEMENT/CLOSING DISCLOSURE STATEMENT;

(f) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in the affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Mortgaged Premises;

(g) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(h) The certification will survive the closing of the transaction; and

(i) Each signatory understands that a misrepresentation may subject the party making the misrepresentation to civil and/or criminal liability.

NMLS # 1852

DISC_PLS_VAM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## AFFIDAVIT OF "ARM'S LENGTH TRANSACTION" (PAGE 2)

Loan Number: ████02

**Property Address:**
12706 177th St
Jamaica, NY 11434-3307

One cannot list the property with or sell the property to anyone to whom they are related or with whom they have a close personal or business relationship. In legal language, it must be an "arm's length transaction." If one has a real estate license, they cannot earn a commission by listing the owned property. There may not be any agreements to receive a portion of the commission or the sale price after closing. The purchaser of a property subject to a short sale must agree not to resell the property within 30 calendar days of closing and is further prohibited from any resale of the property for 31 to 90 calendar days after closing for a gross sales price greater than 120 percent of the gross sales price of the short sale transaction. Any knowing violation of the arm's length transaction prohibition may be a violation of federal law.

**SIGN HERE** → *Evis Stephens 3-27-19*
Seller & Co-Seller(s) Signature & Date
(MM/DD/YY)

*[signature]*
Buyer & Co-Buyer(s) Signature & Date
(MM/DD/YY)

Evis Stephens
Seller's Printed Name

12706 Holdings INC
Buyer's Printed Name

**SIGN HERE** → *Moxane Bonaparte 3/27/19*
Seller's Agent Signature & Date
(MM/DD/YY)

*Moxane Bonaparte 3/27/19*
Buyer's Agent Signature & Date
(MM/DD/YY)

*Moxane Bonaparte*
Seller's Agent Name

*Moxane Bonaparte*
Buyer's Agent Name

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 9 of 12



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**ANOKYE BLISSETT**
Escrow / Closing Agent Name

**United American Title**
Escrow / Closing Agent Company Name

SIGN HERE → *[signature]* 3/27/19
Escrow Closing Agent Signature & Date
(MM/DD/YY)

SIGN HERE → _____
Transaction Facilitator Signature (if Applicable)
& Date (MM/DD/YY)

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

*A.Blsett*  Anokye Blissiett
Escrow / Closing Agent Name

~~John Minors and Minco~~ United American Title
Escrow /Closing Agent Company Name

**SIGN HERE →**  3/27/19
8/27/19
Escrow Closing Agent Signature & Date (MM/DD/YY)

**SIGN HERE →**
Transaction Facilitator Signature (If Applicable) & Date (MM/DD/YY)

NMLS # 1852

DISC_PLS_VAM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

03/08/2019

## APPLICATION OF SUSPENSE FUNDS AFFIDAVIT

Loan Number: ███████2

**Property Address:**
12706 177th St
Jamaica, NY 11434-3307

AVAILABLE SUSPENSE FUNDS: $41.37

This affidavit is to confirm the following:

1) The property shown above is owned by me;

2) I have received a payoff quote, which is valid until the Expiration Date (as that term is defined in the Discounted Payoff Agreement and Release of Claims). I understand this affidavit must be executed and returned to Ocwen on or before the Expiration Date;

3) I am choosing to authorize Ocwen Loan Servicing, LLC to apply the Available Suspense Funds in the amount of $41.37 as part of a payoff for the loan number(s) referenced above.

4) I understand that striking any portion of this document will render the entire document void.

SIGN HERE ➡ _Evis Stephens_ Signature     3-27-19  Date (MM|DD|YY)

NMLS # 1852

DISC_PLS_VAM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**ACKNOWLEDGEMENT**

The State of _NY_  County/Parish: _Queens_

Before me, the undersigned authority, in and for said county on this day personally appeared.
Known to me to be the person(s), name subscribed to the forgoing instrument, and knowledge to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office, this _28_ day of _Mar_, 20_19_

_[signature]_
Notary Public, County/Parish

My Commission Expires_____

ANOKYE S. BLISSETT
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BL6168374
Qualified in Queens County
My Commission Expires June 11, 2019

ANOKYE S. BLISSETT
NOTARY PUBLIC-STATE OF NEW YORK
...ens County
...ion Expires June 11, 2019

NMLS # 1852

DISC_PLS_VAM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.