UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | Case No. 1-21-42857-jmm |
| | * | |
| Evis Neverlane Stephens | * | Chapter 13 |
| | * | |
| Debtor, | | |

| | | |
|---|---|---|
| Evis Neverlane Stephens, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adversary Proceeding No. 1-22-01037-jmm |
| Maxine Bonaparte, | * | |
| Lezantonio Woodburn, | * | |
| 12706 Holdings Inc., | * | |
| Charles L. Mester, Esq., | * | |
| Planet Management Group, LLC, | * | |
| Planet Home Lending LLC dba Planet Home Servicing, | * | |
| Wilmington Savings Fund Society, FSB (WSF) | * | |
| Verus Securitization Trust 2020-NPL1, | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Wilmington Savings Fund Society, FSB (WSF) and Verus Securitization Trust 2020-NPL1 appears herein by its counsel, Roach & Lin, P.C., and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given

in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

**Roach & Lin, P.C.**
**Attorneys at Law**
**6851 Jericho Turnpike, Suite 185**
**Syosset, New York 11791**
**(516) 938-3100**

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of with respect to the debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated: March 8, 2023
Syosset, New York

Roach & Lin, P.C.

/S/ Edward Rugino
By: Edward Rugino
Attorneys for Wilmington Savings Fund Society, FSB (WSF) and Verus Securitization Trust 2020-NPL1
6851 Jericho Turnpike, Suite 185
Syosset, New York 11791
(516) 938-3100 EXT 129

To:

Evis Neverlane Stephens
127-06 177 Street
Jamaica, NY 11434

Karamvir Dahiya Esq.
Via ECF Notification

Charles Wertman Esq.
Via ECF Notification

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | Case No. 1-21-42857-jmm |
| Evis Neverlane Stephens | * | Chapter 13 |
| Debtor, | | |
| Evis Neverlane Stephens, | * | |
| Plaintiff, | * | |
| v. | * | Adversary Proceeding No. 1-22-01037-jmm |
| Maxine Bonaparte,<br>Lezantonio Woodburn,<br>12706 Holdings Inc.,<br>Charles L. Mester, Esq.,<br>Planet Management Group, LLC,<br>Planet Home Lending LLC dba<br>Planet Home Servicing,<br>Wilmington Savings Fund Society, FSB (WSF)<br>Verus Securitization Trust 2020-NPL1, | * | |
| Defendants. | * | |

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
                ss.:
COUNTY OF NASSAU )

Alicia McNamee, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

That on March 8, 2023 deponent served the annexed **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** on the following parties at the addresses designated by them for that purpose, by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Evis Neverlane Stephens
127-06 177 Street
Jamaica, NY 11434

Karamvir Dahiya Esq.
Via ECF Notification

Charles Wertman Esq.
Via ECF Notification

_____
Alicia McNamee

Sworn to before me on this
8th day of March, 2023

_____
NOTARY PUBLIC

JOHN MUNNELLY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6208708
Qualified in Nassau County
My Commission Expires 07-06-2025