# CHARLES L. MESTER
## ATTORNEY AT LAW

321 BROADWAY
SECOND FLOOR
NEW YORK, NEW YORK 10007

-----------------------

33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NEW JERSEY 08830

Charles L. Mester (NY & NJ)

NY Tel:  212-736-3878
NY Fax: 212-991-9799

NJ Tel:  732-777-9580
NJ Fax:  732-777-9589

Cell:    917-608-6462
Email: CMester@LTAttorneys.com

March 23, 2023

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, New York 11201-1800

     **Re:** **In re: Stephens, Case No. 21-42857-jmm**
           **Stephens v. Bonaparte, et al., Adv. Pro No. 22-01037-jmm**

Dear Judge Mazer-Marino:

I am responding to Mr. Dahiya's unsolicited and incredulous letter to Your Honor dated today in which he accuses me of lying to the court. I cannot sit silent when accusations are being made which are untrue. Mr. Dahiya has no idea why I wrote certain language in an email I sent to the lender's attorney prior to the short sale closing. I stand by my prior statements that I was never retained nor appeared nor filed any papers as foreclosure counsel for Ms. Stephens.

Respectfully submitted,

Charles L. Mester

Cc: All counsel (via e-filing)