UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:

Evis Neverlane Stephens,

                Debtor.

Case No.: 1-21-42857-jmm

Chapter 13

-------------------------------------------------------X

Evis Neverlane Stephens,

                Plaintiff,

-against-

Maxine Bonaparte,
Lezantonio Woodburn,
12706 Holdings Inc.,
Charles L Mester, Esq.,
Planet Management Group, LLC,
Planet Home Lending LLC dba Planet Home Servicing,
Wilmington Savings Fund Society, FSB (WSF) &
Verus Securitization Trust 2020-NPL1,

                Defendants.

Adv. Proc. No.: 1-22-01037-jmm

-------------------------------------------------------X

## **ORDER APPOINTING MEDIATOR**

**WHEREAS**, pending before this Court are disputes respecting the claims raised in the above-captioned adversary proceeding (the "Matters") among the above-captioned debtor (the "Debtor"), Maxine Bonaparte, Lezantonio Woodburn, 12706 Holdings Inc., Charles L. Mester, Esq., Planet Management Group, LLC, Planet Home Lending LLC dba Planet Home Servicing,

Wilmington Savings Fund Society, FSB (WSF), and Verus Securitization Trust 2020-NPL1 (the "Mediation Parties"); and

**WHEREAS**, on April 24, 2023, this Court entered an order (the "Mediation Order") referring the Matter to mediation [ECF No. 65]; and

**WHEREAS**, the Mediation Order directed the Mediation Parties to notify the Court by May 8, 2023, whether they had selected a mediator and one alternate; and

**WHEREAS**, the Mediation Parties informed the Court that they are unable to agree upon a Mediator.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Court appoints Carlos Cuevas, Esq. and Sean Southard, Esq. (the "Mediators") to mediate the Matter; and it is further

**ORDERED**, the Mediation Parties and the Mediators promptly shall submit to this Court a proposed stipulation and order that establishes the guidelines for the mediation (the "Stipulation and Mediation Order") (a form of which is annexed hereto); and it is further

**ORDERED**, that the mediation of the Matter may be conducted by videoconference or in person, in the Mediators' discretion; and it is further

**ORDERED**, that the Mediation Order remains in full effect in all other respects.



Dated: May 31, 2023
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge