UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x     Chapter 13

In Re:

EVIS NEVERLANE STEPHENS                  Case No. 21-42857 (JMM)

                       Debtor

------------------------------------------------------------------------x

EVIS NEVERLANE STEPHENS,             Adv. Case No. 22-01037
(JMM)

                      Plaintiff,

      -against-

MAXINE BONAPARTE, LEZANTONIO WOODBURN,
12706 HOLDINGS INC., CHARLES L. MESTER, ESQ.,
PLANET MANAGEMENT GROUP, LLC,
PLANET HOME LENDING LLC dba PLANET HOME
SERVICING, WILMINGTON SAVING FUND SOCIETY,
FSB (WSF) and VERUS SECURITIZATION TRUST
2020-NPL1,

                      Defendants

------------------------------------------------------------------------x

## <u>MEDIATOR'S REPORT</u>

Sean Southard and Carlos Cuevas, report as follows:

1.     We are the mediators selected in the above-captioned adversary proceeding and related chapter 11 case. This shall serve as our report concerning the mediation of this matter in accordance with the procedures approved by this Court.

2.     On the July 24, 2023, we conducted an in-person mediation session at the United States Bankruptcy Court for the Eastern District of New York (the "Mediation").

3.     The following individuals were present at the Mediation:

     a.  For Plaintiff – Evis Neverlane Stephens, her spouse and Karamvir Dahiya.

b. For Defendants –Charles Mester, Maxine Bonaparte, Lzantonio Woodburn, Charles Wertman, Edward Rugino, and Ryan Mulvaney.

4.     The Mediation did not result in a settlement.

Dated: Garden City, New York
        October 6, 2023

                                              KLESTADT WINTERS JURELLER
                                               SOUTHARD & STEVENS, LLP

                                              By: */s/ Sean C. Southard*
                                                      Sean C. Southard
                                              320 Old Country Road, Suite 203
                                              Garden City, NY 11530

CARLOS J. CUEVAS, ESQ.


By: *_/s/Carlos J. Cuevas_*

1250 Central Park Avenue
Yonkers, NY 10704