UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
In re:

  EVIS NEVERLANE STEPHENS,

                        Debtor.

-----------------------------------------------------------------------
Evis Neverlane Stephens,

                        Plaintiff,

vs.

Maxine Bonaparte,
Lezantonio Woodburn,
12706 Holdings Inc.,
Charles L. Mester, Esq.,
Planet Management Group, LLC,
Planet Home Lending LLC dba Planet Home Servicing,
Wilmington Savings Fund Society, FSB (WSF),
Verus Securitization Trust 2020-NPL1,

                        Defendants.

-----------------------------------------------------------------------

Case No. 1-21-42857-JMM
Chapter 13

Adv. Proc. No. 1-22-01037-JMM

### STIPULATION AND AGREED ORDER WITHDRAWING ORDER TO SHOW CAUSE SEEKING CONTEMPT WITH <u>PREJUDICE AGAINST NATIONAL GRID</u>

**WHEREAS**, on November 15, 2021, Evis Neverlane Stephens ("Plaintiff") filed a

voluntary Chapter 13 petition in the Eastern District of New York (ECF No.1);

**WHEREAS**, National Grid was not listed as a creditor on the Plaintiff's schedules

(ECF Nos. 9 and 15 );

**WHEREAS**, on May 9, 2022, the Plaintiff filed an adversary complaint against

Maxine Bonaparte, Lez Antonio Woodburn, 12706 Holdings Inc., Charles Mester,

27614793.1

Adversary Case 1-22-01037 (ECF No. 33) ("Adversary Proceeding") and subsequently thereafter named additional defendants;

**WHEREAS**, National Grid is not a defendant in the Adversary Proceeding (AP ECF No. 1);

**WHEREAS**, on October 16, 2023, the Plaintiff filed an Order to Show Cause Scheduling Hearing on Shortened Notice for the Motion of the Debtor Evis Neverlane Stephens requisitioning (1) Enjoying Con Edison from Disrupting the Electrical Supply, (2) Compelling the Utilities National Grid and Con Edison to Continue to Supply the Services, (3) Setting Up a Separate Utility Meters for the Debtor, (4) Restraining Defendants form Interfering in Any Manner Between the Debtor and the Utility Companies, (5) Holding Maxine Bonaparte and Lez Antonio Woodburn in Contempt for Violation of Stay and for Tortious Interference with the Proeprty (sic) of the Estate, (6) Holding the Utilities in Contempt for Violation of Stay & Breach of Duty ("OTSC") (AP ECF No. 74).

**WHEREAS**, on October 17, 2023, the Court entered an order scheduling a hearing on the OTSC (AP ECF No. 76);

**WHEREAS**, on October 18, 2023, counsel for the Plaintiff, counsel for the Defendants and counsel for National Grid appeared before the Court on the OTSC;

**WHEREAS**, counsel for National Grid proposed that the Court entered an order, with full reservation of all rights of the issues captioned in the OTSC, that the Plaintiff and her family were authorized to reside in the first floor of the premises located at 12706 177th Street, Jamaica, New York 11434 (ECF No. 78);

2

27614793.1

**WHEREAS**, pursuant to the Court's directive, National Grid processed the order and a meter was installed and electricity was established in the Debtor's name;

**WHEREAS**, counsel for the Plaintiff, counsel for the Defendants and counsel for National Grid appeared before the Court on November 14, 2023 to provide a status update on the OTSC;

**WHEREAS**, on November 14, 2023 the Court adjourned the OTSC to January 11, 2024;

**WHEREAS**, on January 5, 2024, National Grid filed opposition to the portion of the OTSC which sought sanctions against it and National Grid sought costs and fees against Karamvir Dahiya, Esq. pursuant to 28 U.S.C. § 1927 in connection with defending the OTSC;

**WHEREAS**, the Court set a further briefing schedule on the portion of the OTSC which sought sanctions against National Grid and sought costs and fees against Karamvir Dahiya, Esq. pursuant to 28 U.S.C. § 1927;

**NOW, THEREFORE**, it is hereby stipulated, and consented and agreed to, by and between the undersigned counsel for the Plaintiff and National Grid as follows:

1.	The Plaintiff withdraws with prejudice the portion of OTSC which seeks sanctions against National Grid;

2.	National Grid withdraws its request for costs and fees pursuant to 28 U.S.C. § 1927 against Karamvir Dahiya, Esq.; and

27614793.1

3. This Stipulation and Agreed Order may be signed by the parties in counterpart originals, and facsimiles and electronic copies will be treated as originals, with the same force and effects as if fully and simultaneously signed on a single document.

Dated: January 23, 2024        January 25, 2024

*/s/karamvirdahiya*            */s/Beth Ann Bivona*
Karamvir Dahiya, Esq.          Beth Ann Bivona, Esq.
DAHIYA LAW OFFICES LLC         BARCLAY DAMON LLP
Counsel for Evis Neverlane Stephens   Counsel for National Grid
75 Maiden Lane, Suite 606      The Avant Building, Suite 1200
New York, New York 10038       200 Delaware Avenue
212-766-8000                   Buffalo, New York 14202
karam@bankruptcypundit.com     716-856-5500
                               bbivona@barclaydamon.com

**SO ORDERED:**

January____, 2024

_____
Honorable Jill Mazer-Marino
United States Bankruptcy Judge

4

27614793.1