**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EVIS NEVERLANE STEPHENS,<br><br>        Debtor. | 21-42857-jmm<br><br>Chapter 13 |
| EVIS NEVERLANE STEPHENS,<br><br>        Plaintiff,<br>  v.<br><br>MAXINE BONAPARTE,<br>LEZANTONIO WOODBURN,<br>12706 HOLDINGS, INC.,<br>CHARLES L. MESTER, ESQ.<br>PLANET MANAGEMENT GROUP, LLC,<br>PLANET HOME LENDING, LLC d/b/a PLANET HOME SERVICING,<br>WILMINGTON SAVINGS FUND SOCIETY, FSB (WSF),<br>VERUS SECURITIZATION TRUST 2020-NPL1<br><br>        Appellees. | Adversary Proceeding No. 22-01037(jmm) |

**ANSWER OF DEFENDANT, PLANET MANAGEMENT GROUP, LLC, TO CROSSCLAIM FILED BY DEFENDANTS VERUS SECURITIZATION TRUST 2020-NPL1 AND WILMINGTON SAVINGS FUND SOCIETY, FSB (WSF)**

Defendant, Planet Management Group, LLC, by and through its attorneys, Stevens & Lee, P.C., hereby answer to the CrossClaim of Defendants Verus Securitization Trust 2020 NPLI and Wilmington Savings Fund Society, FSB (WSF), as follows:

1. PMG denies the allegations set forth in the paragraph numbered 48 of the Crossclaim and leaves the Verus Defendants to their proofs.

2. PMG denies the allegations set forth in the paragraph numbered 49 of the Crossclaim and leaves the Verus Defendants to their proofs.

## AFFIRMATIVE DEFENSES

PMG, as Crossclaim Defendant, asserts the following Affirmative Defenses based upon information presently available. PMG reserves the right to assert additional Affirmative Defenses or withdraw any of these Affirmative Defenses when PMG files its answer to the forthcoming amended adversary complaint to be filed by Debtor consistent with the status conference with the Court on January 11, 2024. PMG reserves the right to assert additional Affirmative Defenses or withdraw any of these Affirmative Defenses as further information becomes available through discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE

The Verus Defendants, as the Crossclaim Plaintiffs, have failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The Verus Defendants' Crossclaim is barred by the doctrines of estoppel, release, waiver and/or laches.

## THIRD AFFIRMATIVE DEFENSE

If the Verus Defendants, or either of them, sustained any damage, which PMG denies, such damages were proximately caused by the Verus Defendants' own negligence, acts and/or omissions.

## FOURTH AFFIRMATIVE DEFENSE

The Verus Defendants' Crossclaim against PMG is barred because it failed to mitigate its damages.

## FIFTH AFFIRMATIVE DEFENSE

The Verus Defendants' Crossclaim against PMG is barred because the damages sustained, if any, were the result of third-parties over which PMG exercised no control.

## SIXTH AFFIRMATIVE DEFENSE

PMG fulfilled all of its duties and obligations whether arising under common law, contract, statute, tort or otherwise.

WHEREFORE, PMG, as the Crossclaim Defendant, requests that judgment be entered in favor of PMG, dismissing the Cross-Claim, and for such other and further relief as the Court may deem just and proper.

STEVENS & LEE, P.C.

Attorneys for Defendants
Planet Management Group, LLC, and Planet Home Lending, LLC d/b/a Planet Home Servicing

Dated: June 10, 2024  By: /s/ Ryan P. Mulvaney
Ryan P. Mulvaney