

Jordan M. Smith

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 880 3838
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6447
Jordan.Smith@akerman.com

June 4, 2025

**BY ECF**

Hon. Jil Mazer-Marino
U.S. Bankruptcy Judge - EDNY
271-C Cadman Plaza East
Brooklyn, NY 11722

Re: Evis Neverlane Stephens v. Maxine Bonaparte, et al.
Adv. Pro. No. 22-01037
Status Update Ahead of Conference on June 12, 2025

Dear Judge Mazer-Marino:

I represent defendants Wilmington Savings Fund Society, FSB and Verus Securitization Trust 2020-NPL1 in the above-referenced adversary proceeding. I respectfully write to provide a brief status update ahead of the conference scheduled for Thursday, June 12, 2025, at 11:30 a.m.

At the last conference on April 24, 2025, we agreed to conduct the deposition of plaintiff Evis Stephens on June 3, 2025. I am pleased to report that we held the deposition, but due to the number of defendants, a slightly late start that morning awaiting everyone's arrival, and the court reporter needing to leave at 5 p.m., we were not quite able to finish. All counsel, Ms. Stephens, and the pro se defendants agreed to reconvene to complete the deposition on the next mutually workable date, which is Wednesday, July 30, 2025.

We look forward to further discussing with the Court the plan to complete discovery at the conference next week.

Thank you for your consideration.

Respectfully,

*/s/ Jordan M. Smith*

Jordan M. Smith

cc:     All counsel of record (by ECF)

        Maxine Bonaparte (by email to orangeblue456@aol.com)
        *Defendant Pro Se*

        Lezantonio Woodburn (by email to woodiespoon@aol.com)
        *Defendant Pro Se*