**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---x

In re:
Evis Neverlane Stephens
Debtor

**Case No.: 21-42857**
**Chapter 13**

---x

Evis Neverlane Stephens
Plaintiff,

**Adversary Proceeding**
**Case No.: 22-01037**

v.

Maxine Bonaparte,
Lezantonio Woodburn,
12706 Holding Inc.,
Charles L. Mester, Esq.,
Planet Management Group, LLC,
Planet Home Lending LLC dab Planet Home Servicing,
Wilmington Savings Fund Society, FSB (WSF),
Verus Securitization Trust 202-NPL1,
Defendants,

---x

**PLEASE TAKE NOTICE** that Law Offices of Charles Wertman P.C., 100 Merrick Road, Suite 304W, Rockville Centre, NY 11570, appears as counsel for Defendants, Maxine Bonaparte, Lezantonio Woodburn and 12706 Holding Inc., and requests that a copy of all papers in this action be served upon the undersigned.

Dated: July 29, 2025
Rockville Centre, New York

*By: /s/Charles Wertman*
Charles Wertman, Esq.
Law Offices of Charles Wertman, P.C.
*Attorney for Debtor*
100 Merrick Road, Suite 304W
Rockville Centre, New York, 11570
(516) 284-0900
charles@cwertmanlaw.com