UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

EVIS NEVERLANE STEPHENS,

                      Debtor.

Case No. 21-42857-jmm

Chapter 13

---------------------------------------------------------------X

EVIS NEVERLANE STEPHENS,

                      Plaintiff,

     -against-

MAXINE BONAPARTE, LEZANTONIO
WOODBURN, 12706 HOLDINGS, INC.,
CHARLES L. MESTER, ESQ., PLANET
MANAGEMENT GROUP, LLC,
PLANET HOME LENDING LLC dba
PLANET HOME SERVICING,
WILMINGTON SAVINGS FUND
SOCIETY, FSB (WSF), VERUS
SECURITIZATION TRUST 2020-NPL1,

                      Defendants.

Adv. Proc. No. 22-01037-jmm

---------------------------------------------------------------X

## **SCHEDULING ORDER**

**WHEREAS,** discovery in this adversary proceeding is complete and **the** ~~several~~ parties ~~have~~ indicated an intention to move for summary judgment; and **(JMM)**

**WHEREAS,** the Court discussed a schedule for ~~such~~ **summary judgment** motions with counsel for all parties at a conference held on August 27, 2025~~,~~**.** **(JMM)**

**NOW,** therefore, **(JMM)**

**IT IS HEREBY ORDERED,** that parties moving for summary judgment shall brief such motions pursuant to the following schedule:

1. Any party in a procedural posture to move for summary judgment, *i.e.*, parties not currently in pleading default, may serve and file a motion for summary judgment on or before **Friday, October 17, 2025**.

2. If plaintiff Evis Neverlane Stephens moves for summary judgment, the defendants' opposition to such motion shall be served and filed on or before **November 21, 2025**.

3. If any defendant moves for summary judgment, plaintiff Evis Neverlane Stephens' opposition to such motion(s) shall be served and filed on or before **December 19, 2025**.

4. Reply papers in further support of any party's motion for summary judgment shall be served and filed on or before **January 9, 2026**.

5. The Court shall hold a hearing on all summary judgment motions on **January 27, 2026, at 10:00 a.m. <u>(the "Hearing").</u> (JMM)**

6. **<u>The hearing shall be held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201.</u> (JMM)**

82934372;1

**7. The Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.** (JMM)

Dated: September 2, 2025
      Brooklyn, New York



_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**

82934372;1