UNITED STATES BANKRUPTCYCOURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

EVIS NEVERLANE STEPHENS,

                Debtor.
-----------------------------------------------------X
EVIS NEVERLANE STEPHENS,

                Plaintiff,

             v.

MAXINE BONAPARTE,
LEZANTONIO WOODBURN,
12706 HOLDINGS, INC.,
CHARLES L. MESTER, ESQ.
PLANET MANAGEMENT GROUP, LLC,
PLANET HOME LENDING, LLC d/b/a
PLANET HOME SERVICING,
WILMINGTON SAVINGS FUND
SOCIETY, FSB (WSF),
VERUS SECURITIZATION TRUST 2020-
NPL1

                Defendants.
-----------------------------------------------------X

Chapter 13

Case No. 21-42857

Adv. Pro. No. 22-01037-jmm

## **AMENDED SCHEDULING ORDER**

**WHEREAS**, discovery in this adversary proceeding is complete and the parties intend to move for summary judgment; and

**WHEREAS**, the Court discussed a schedule for summary judgment motions with counsel for all parties at a conference held on August 27, 2025; and

**WHEREAS**, the Court entered an Order fixing dates to file and respond to motions for summary judgment [ECF 141]; and

**WHEREAS**, Defendants Planet Management Group, LLC and Planet Hone Lending, LLC d/b/a Planet Home Servicing (the "Planet Defendants") filed a letter requesting a modification of

the scheduling order [ECF 148]; and

**WHEREAS,** on October 17, 2025, Plaintiff Evis Neverlane Stephens requested a modification of the briefing schedule [ECF 149].

**IT IS HEREBY ORDERED**,

1. Respecting the Plaintiff's claims against defendants Charles L. Mester, Esq., Wilmington Savings Fund Society, FSB (WSF), and Verus Securitization Trust 2020 NPL1 and defendants' counterclaims and defenses:

- the deadline to move for summary judgement shall be October 24, 2025;

- if Plaintiff Evis Neverlane Stephens moves for summary judgment the defendants' deadline to object shall be December 3, 2025;

- if defendants move for summary judgment, the Plaintiff's deadline to object shall be December 19, 2025

- the deadline for replies shall be January 9, 2026

2. Respecting the Plaintiff's claims against the Planet Defendants and the Planet Defendants' counterclaims and defenses:

- the deadline to move for summary judgment shall be November 21, 2025;

- the deadline to object shall be December 19, 2025; and

- the deadline to reply shall be January 9, 2026.

3. The Court shall hold a hearing on all summary judgment motions on January 27, 2026, at 10:00 a.m. (the "Hearing") before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201. The Hearing may be held in person, by

phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.



Dated: October 23, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge