UNITED STATES UNITED BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

EVIS NEVERLANE STEPHENS,

        Debtor.

Chapter 13
Case No. 21-42857-jmm

---

EVIS NEVERLANE STEPHENS,

        Plaintiff,

   v.

MAXINE BONAPARTE, LEZANTONIO WOODBURN,
12706 HOLDINGS, INC., CHARLES L. MESTER, ESQ.,
PLANET MANAGEMENT GROUP, LLC,
PLANET HOME LENDING LLC dba
PLANET HOME SERVICING,
WILMINGTON SAVINGS FUND SOCIETY, FSB (WSF),
VERUS SECURITIZATION TRUST 2020-NPL1,

        Defendants.

Adv. Pro. No. 22-01037-jmm

---

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that a hearing before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on **January 27, 2026 at 10:00 am**, or as soon thereafter as counsel may be heard, on the motion filed by *pro se* defendant CHARLES L. MESTER, ESQ. ("**Mester**") pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable by Rule 7056 of the Federal Rules of Bankruptcy Procedure,

seeking summary judgment in favor of Mester by dismissing the remaining causes of action in the Revised Second Amended Complaint (ECF. No. 93) as a matter of law (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Scheduling Order, dated September 2, 2025 (ECF No. 141) Plaintiff's opposition, if any, to the Motion ("**Opposition**") must be in writing and filed with the Bankruptcy Court by **December 19, 2025** through the Court's electronic filing system and Mester's reply to the Opposition, if any, must be in writing and filed with the Bankruptcy Court by January 9, 2026.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion shall be held in person, by phone, or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion may be adjourned without further notice other than by announcement of such adjournment in open court.

Dated: October 24, 2025

                                            CHARLES L. MESTER, ESQ.
                                            Defendant *Pro Se*
                                            225 West 34th Street – 9th Floor
                                            New York, New York 10122
                                            917-608-6462

                                            /s/ *Charles L. Mester*
                                            _____
                                            By: Charles L. Mester, Esq.
                                            E-Mail: CMester@CharlesMester.com