UNITED STATES UNITED BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

EVIS NEVERLANE STEPHENS,

        Debtor

---

Chapter 13
Case No. 21-42857-jmm

EVIS NEVERLANE STEPHENS,

        Plaintiff,

   v.

MAXINE BONAPARTE, LEZANTONIO WOODBURN,
12706 HOLDINGS, INC., CHARLES L. MESTER, ESQ.,
PLANET MANAGEMENT GROUP, LLC,
PLANET HOME LENDING LLC dba
PLANET HOME SERVICING,
WILMINGTON SAVINGS FUND SOCIETY, FSB (WSF),
VERUS SECURITIZATION TRUST 2020-NPL1

        Defendants

---

Adv. Pro. No. 22-01037-jmm

## CERTIFICATION OF CHARLES L. MESTER, ESQ. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56

**CHARLES L. MESTER** ("**Mester**")**,** an attorney duly admitted to practice before the federal courts of the Eastern District of New York, certifies as follows:

1.     I am a *pro se* defendant in the above-captioned adversary proceeding and am fully familiar with the facts and circumstances herein. I submit this certification on behalf of my motion pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable by Rule 7056 of the Federal Rules of Bankruptcy Procedure, seeking summary judgment in favor of Mester by dismissing the remaining causes of action in the Revised Second Amended

Complaint, dated February 22, 2024 (ECF No. 93)[1] as a matter of law, and for such other and further relief as may be deemed just, proper, and equitable ("**Summary Judgment Motion**").

    2.    I make this Declaration to place before this Court certain documents relevant to Mester's summary judgment motion.

    3.    I certify under penalty of perjury that the above information is true and that if it is false, I am subject to punishment.

Dated: October 24, 2025

> CHARLES L. MESTER, ESQ.
> Defendant *Pro Se*
> 225 West 34th Street – 9th Floor
> New York, New York 10122
> 917-608-6462
>
> /s/ *Charles L. Mester*
> _____
> By: Charles L. Mester, Esq.
> E-Mail: CMester@CharlesMester.com

---

[1] Citations to "ECF No. []" are to documents filed on the docket of this adversary proceeding.