# CHARLES L. MESTER
## ATTORNEY AT LAW

225 WEST 34TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10122

----------------------

830 MORRIS TURNPIKE
SUITE 401
SHORT HILLS, NEW JERSEY 07078

Charles L. Mester (NY & NJ)

NY Tel: 212-736-3878
NY Fax: 212-991-9799

NJ Tel: 732-777-9580
NJ Fax: 732-777-9589

Cell: 917-608-6462
Email: CMester@CharlesMester.com

October 27, 2025

**VIA ECF**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, New York 11201-1800

      Re:    **In re: Stephens, Case No. 21-42857-jmm**
                **Stephens v. Bonaparte, et al., Adv. Pro No. 22-01037-jmm**
                <u>**Defendant Mester's Motion for Summary Judgment**</u>

Dear Judge Mazer-Marino:

      Please accept this letter and attachments as a request to supplement the Motion for Summary Judgment filed by Mester on October 24, 2025 (ECF 153) with the attached Exhibits not timely filed. The reason for the short delay in filing the Exhibits is that Mester experienced a death in his immediate family late on October 22, 2025 and, as a result, much time was lost over the next two days coordinating necessary details with family and funeral professionals.

      Notwithstanding my personal situation, I did not want to request a second adjournment from the Court to file the Motion and, although it was difficult to file the Motion in a timely manner, I just ran out of time and was unable to scan and file the exhibits referenced in the Rule 7056-1 Statement (ECF 153, Attachment 2) that also would have been set forth in more detail in the Certification of Mester (ECF 153, Attachment 1) if given more time.

The Rule 7056-1 Statement should be supplemented as follows:

Par. 9 – Exhibit "A"
Par. 11 – Exhibit "B"
Par. 34 – Exhibit "C"
Par. 64 – Exhibit "D"
Par. 96 – Exhibit "E"

Pursuant to the Amended Scheduling Order (ECF 151), the deadline for filing the papers and exhibits in support of Mester's Summary Judgment Motion was October 24, 2025. There is no prejudice to allowing these exhibits to be filed the next business day beyond this deadline. Further, Mr. Dahiya, the attorney for Plaintiff Stephens, also filed many of his exhibits beyond the deadline and I have no objection to same.

Respectfully submitted,

/s/ *Charles L. Mester*

Charles L. Mester

Enclosures
Cc: All counsel (via ECF)