# EXHIBIT A

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                          FILING RECEIPT
================================================================================
ENTITY NAME: 12706 HOLDINGS INC

DOCUMENT TYPE: CHANGE (DOM. BUSINESS)                      COUNTY: NEWY
               PROCESS
================================================================================
FILED:12/11/2018 DURATION:********  CASH#:181211000030 FILM #:181211000030


     FILER:
     ------
     LEZ ANTONIO WOODBURN
     130-21 140TH ST

     JAMAICA, NY 11436

     ADDRESS FOR PROCESS:
     --------------------
     THE CORPORATION
     130-21 140TH ST
     JAMAICA, NY 11436

     REGISTERED AGENT:
     -----------------
```



```
================================================================================
     SERVICE COMPANY: ** NO SERVICE COMPANY **           SERVICE CODE: 00

                                                     PAYMENTS      55.00
     FEES           55.00                                          -------
                   -------                           CASH           0.00
     FILING         30.00                            CHECK          0.00
     TAX             0.00                            CHARGE        55.00
     CERT            0.00                            DRAWDOWN       0.00
     COPIES          0.00                            OPAL           0.00
     HANDLING       25.00                            REFUND         0.00
================================================================================
                                                     DOS-1025 (04/2007)
```

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS         ALBANY, NY 12231-000

                        ONLINE FILING RECEIPT
=================================================================================

ENTITY NAME: 12706 HOLDINGS INC

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                COUNTY: NEW
=================================================================================

FILED:06/20/2018 DURATION:PERPETUAL CASH#:180620010311 FILE#:180620010311
                               DOS ID:5362596

     FILER:                                        EXIST DATE
     ------                                        ----------
     THE CORPORATION                               06/20/2018
     68 HERKIMER STREET
     BROOKLYN, NY 11216

     ADDRESS FOR PROCESS:
     --------------------
     THE CORPORATION
     68 HERKIMER STREET
     BROOKLYN, NY 11216

     REGISTERED AGENT:
     -----------------


     STOCK: 200 NPV
```



```
     The corporation is required to file a Biennial Statement with the Department of
     State every two years pursuant to Business Corporation Law Section 408.
     Notification that the Biennial Statement is due will only be made via email. Please
     go to www.email.ebiennial.dos.ny.gov to  provide an email address to receive an
     email notification when the Biennial Statement is due.
=================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

FEE:            125.00                              PAYMENTS       125.00
               ---------                                          --------
FILING:         125.00                              CHARGE         125.00
TAX:              0.00                              DRAWDOWN         0.00
PLAIN COPY:       0.00
CERT COPY:        0.00
CERT OF EXIST:    0.00
=================================================================================
                                                    DOS-1025 (04/2007)
```

Authentication Number: 1806200293  To verify the authenticity of this document you
may access the Division of Corporation's Document Authentication Website at
http://ecorp.dos.ny.gov

# ACKNOWLEDGEMENT COPY

## CERTIFICATE OF INCORPORATION
## OF
## 12706 HOLDINGS INC

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

**12706 HOLDINGS INC**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NEW YORK.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

THE CORPORATION
55 WEST 116 STREET SUITE 255
NEW YORK, NY 10026

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

LEZANTONIO WOODBURN (signature)

LEZANTONIO WOODBURN, INCORPORATOR
55 WEST 116 STREET SUITE 255
NEW YORK, NY 10026

**Filed by:**
THE CORPORATION
55 WEST 116 STREET SUITE 255
NEW YORK, NY 10026

## ACKNOWLEDGEMENT COPY

# CERTIFICATE OF INCORPORATION
# OF
# 12706 HOLDINGS INC

Pursuant to New York's Business Corporation Law Section 402 (or the corresponding section of any future law of this state), the undersigned New York corporation submits the following Certificate of Incorporation for filing.

### ARTICLE 1
### Name

The exact name of the corporation is **12706 HOLDINGS INC**

### ARTICLE 2
### Corporate Address

The street and mailing address of the corporation's principal registered office is 130-21 140TH Street Jamaica, NY 11436.

### ARTICLE 3
### Purpose

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law. The corporation is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

### ARTICLE 4
### Registered Agent

1. The name of the initial registered agent is LEZANTONIO WOODBURN

The address of the initial registered agent is 130-21 140TH Street Jamaica, NY 11436

## ARTICLE 5
### Email Address

The business email address is 12706.Holdings@gmail.com

## ARTICLE 6
### Duration

The corporation will exist for a perpetual duration.

## ARTICLE 7
### Shares

The corporation is authorized to issue up to 200 shares. The only shareholder is LezAntonio Woodburn.

## ARTICLE 8
### Number of Directors

There is one authorized initial director of the corporation. The number may be increased or decreased pursuant to the bylaws of the corporation.

## ARTICLE 9
### Initial Directors

1. LezAntonio Woodburn, an initial director of the corporation, is located at 130-21 140th Street Jamaica, NY 11436.

## ARTICLE 10
### Limitation of Director and Officer Liability

To the fullest extent that state law permits the limitation or elimination of personal liability of directors and officers, a director or officer of the corporation has no liability to the corporation or its shareholders for monetary damages for his or her acts or omissions as a director or officer. Any future changes in state law will not adversely affect any right or protection of a director or officer of the corporation for, or with respect to, any acts or omissions occurring prior to such change.

The undersigned Incorporator of 12706 Holdings Inc executed this Certificate of Incorporation as of the date set forth below:

_/s/ LW_  June 20, 2018
　　　　　　　　　　　　　　　　　　　Date

LezAntonio Woodburn
130-21 140th Street
Jamaica, NY 11436