# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY QUEENS
----------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR NOVASTAR MORTGAGE
FUNDING TRUST et al

                                    Plaintiff

INDEX NO: 704762/2015

      -against-

NOTICE OF APPEARANCE

EVIS STEPHENS, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD and
JOHN DOE and JANE DOE et al
                                    Defendants
-----------------------------------------------------------------

PLEASE TAKE NOTICE that the plaintiff, EVIS STEPHENS, appears in the above matter and that FRANKLYN A.I. ROUSE ESQ., of 217 St. James Pl, Brooklyn, New York 11233 have been retained by the plaintiff and appears as attorney for her.

PLEASE TAKE FURTHER NOTICE that service of all papers and proceedings must be served on the undersigned at his office situate at 217 St. James Pl, Brooklyn, New York 11238.

Dated: Brooklyn, New York
      October 17th 2016

                                        Yours etc.,

                                        Franklyn A.I. Rouse
                                        Attorney for Defendants
                                        217 St James Pl
                                        Brooklyn, NY 11238
                                        (347) 907-1291

To: Clafield, Okon, Salomone
    & Pincus, P.L.
    Attorneys for defendants
    425 RXR Plaza
    Uniondale, New York 11556
    (212) 415-8600

FILED
DEC 21 2016
COUNTY CLERK
QUEENS COUNTY