EXHIBIT D

<u>Evis Stephens</u>
<u>844 E. 34th St., Brooklyn</u>

Fraudulent Mortgage

Actual Mortgage foreclosed because payoff was fraudulent.

Need to put Property back into Stevens name and actual mortgage needs to be paid either through settlement, restitution/insurance from US Atty, or short sale.

Tenant Anita Williams ~~is being evicted~~ in war put in by John Clarke, who has been taking all rent. Clarke took deed in 2011 through Herkimer Realty One, Inc.

Goal: Get deed back to Stevens so eviction against Williams can take place and ~~~~ actual mortgage paid.

---

<u>1487 E. 53rd St</u>

Evis Stephens — John Clarke and Ronaldo residing at Property.
Need to get Property back to Stephens and evict Clarke & Ronaldo.
Property ~~was~~ fraud from Nicole Bridges, who worked with Donna Daniels