# EXHIBIT E

**Subject:** Checks
**From:** Jillen Stephens <jillenstephens@ymail.com>
**Date:** 4/5/2022, 6:34 PM
**To:** karam@legalpundit.com

—image0.jpeg—

**CASHIER'S CHECK**
**CHASE**
Date: 03/28/2019
Remitter: IOLA-DONALDSON & CHILLIEST, LLP
Pay To The Order Of: CHARLES MESTER
Pay: FIVE THOUSAND DOLLARS AND 00 CENTS
$**5,000.00**

Drawer: JPMORGAN CHASE BANK, N.A.
Ed Oindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Received
[signature]

—image2.jpeg—