**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EVIS NEVERLANE STEPHENS,<br><br>    Debtor. | 21-42857-jmm<br><br>Chapter 13 |
| EVIS NEVERLANE STEPHENS,<br><br>    Plaintiff,<br>v.<br><br>MAXINE BONAPARTE,<br>LEZANTONIO WOODBURN,<br>12706 HOLDINGS, INC.,<br>CHARLES L. MESTER, ESQ.<br>PLANET MANAGEMENT GROUP, LLC,<br>PLANET HOME LENDING, LLC d/b/a PLANET HOME SERVICING,<br>WILMINGTON SAVINGS FUND SOCIETY, FSB (WSF),<br>VERUS SECURITIZATION TRUST 2020-NPL1<br><br>    Defendants. | Adversary Proceeding No. 22-01037(jmm)<br><br>**AMENDED SCHEDULING ORDER AS TO ONLY PLAINTIFF, EVIS NEVERLANE STEPHENS, AND DEFENDANTS PLANET MANAGEMENT GROUP, LLC AND PLANET HOME LENDING, LLC d/b/a/ PLANT HOME SERVICING** |

**WHEREAS**, counsel for Debtor/Plaintiff, Evis Neverlane Stephens ("Plaintiff"), and for Defendants Planet Management Group, LLC and Planet Hone Lending, LLC d/b/a Planet HoMe Servicing (the "Planet Defendants") appeared before the Court on September 25, 2025, in the Adversary Proceeding for a hearing on Plaintiff's motion to file an answer to the Planet Defendants' Counterclaims out of time; and

**WHEREAS**, at the conclusion of that hearing, counsel for Plaintiff, counsel for the Planet Defendants, and the Court discussed the Scheduling Order entered on September 2, 2025, (ECF No. 141) only as it relates to deadlines for respective motions for summary judgment directed at

and against respective claims and defenses asserted by Plaintiff and the Planet Defendants against each other;

**WHEREAS**, the Court entered an Amended Scheduling Order related to the briefing schedule for the Planet Defendants and Plaintiff (ECF No. 151);

**WHEREAS**, counsel for the Planet Defendants and Plaintiff have met and conferred, and propose a further amended briefing schedule due to circumstances beyond the control of counsel.

<u>**NOW**</u>, therefore, **(JMM)**

**IT IS HEREBY ORDERED**, that the Scheduling Order be and hereby is amended only as to the deadlines for the filing of respective motions for summary judgment directed at and against the respective claims and defenses asserted by Plaintiff and the Planet Defendants against each other as follows:

1. If either Plaintiff or the Planet Defendants moves for summary judgment directed at and against their respective claims and defenses asserted against by them against each other, then such motion(s) shall be filed on or before **December 10, 2025**.

2. Any opposition shall be filed on or before **January 9, 2026**, to remain consistent with the Scheduling Order.

3. Any reply in further support of Plaintiff's or the Planet Defendants' motion(s) for summary judgment shall be filed on or before **January 23, 2026**, to remain consistent with the Scheduling Order.

4. The Court shall hold a hearing on all summary judgment motions on **January 27, 2026, at 10:00 a.m. (the "Hearing")**, to remain consistent with the Scheduling Order. **(JMM)**

5. Except for the aforementioned amendments specific to only Plaintiff's and the Planet Defendants' respective motions for summary judgment against each other, the existing Scheduling Order (ECF No. 151) shall otherwise remain in effect.

**6. The Hearing shall be held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Carmen Plaza East, Courtroom 3529, Brooklyn, New York 11201. (JMM)**

**7. The Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those attending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have interest access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marion's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov. (JMM)**

Dated: November 26, 2025
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge