UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:
Evis Neverlane Stephens,

    Debtor.

21-42857-206

Chapter 13

Evis Neverlane Stephens,

    Plaintiff,

v.

Maxine Bonaparte, et al.,

    Defendants.

Adversary Proceeding
No. 22-01037

## SUPPLEMENTAL DECLARATION OF MARK DELLOVO

I, Mark Dellovo, declare as follows:

1. I am Executive Vice President – Asset Management of Verus Residential Loanco, LLC (**Verus**), the asset manager of the loan now owned by Verus Securitization Trust 2020-NPL1, a named defendant in this action.[1]  I submit this supplemental declaration as part of Wilmington's opposition to Evis Stephens' motion for summary judgment.

2. I make this declaration to place before this Court certain documents relevant to the motion and to clarify when Wilmington acquired its interest in the mortgage that Ms. Stephens seeks to cancel.

3. The documents referenced in this declaration are copies of documents maintained in Verus's or its designees' computer systems in the regular course of Verus's business.

---

[1] The owner trustee of that trust is Wilmington Savings Fund Society, FSB, and the correct name of the mortgagee of record for the mortgage Ms. Stephens seeks to cancel through this action is "Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2020-NPL1" (**Wilmington**).

1

4.  As with the prior declaration I made in connection with this action, I make this declaration based on my personal knowledge and the records of Verus concerning the loan to 12706 Holdings Inc., secured by a mortgage, dated March 27, 2019, in the amount of $535,000, on the property at 127-06 177th Street in Jamaica, New York.

5.  As noted in my prior declaration, an affiliate of my company, IRP Fund II Trust 1A (**IRP**), for which my company serves as administrator, purchased the 12706 Holdings loan from Planet on April 30, 2019.

6.  IRP or an affiliate transferred the loan to the current owner, Verus Securitization Trust 2020-NPL1, prior to the closing of that securitization, *i.e.*, on or before September 24, 2020. A true copy of the first two pages of the Mortgage Loan Purchase Agreement between IRP (and many others) pursuant to which loans were transferred from IRP (among others) to VMC Asset Depositor II, LLC for the purpose of depositing in Verus Securitization Trust 2020-NPL1 is attached as **Exhibit A**. As shown on page 1 of the Agreement, the sale was dated as of September 24, 2020. No further loans were deposited into Verus Securitization Trust 2020-NPL1 after September 24, 2020, meaning the loan at issue here was owned by the current owner no later than September 24, 2020.

7.  As noted in my prior declaration, to ensure the proper party was identified in the public records as mortgagee of the 12706 Holdings Inc. loan after its placement into Verus Securitization Trust 2020-NPL1, Planet executed an assignment of the mortgage to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2020-NPL1, on May 2, 2022, which was recorded on May 12, 2022. This assignment of mortgage was not the instrument effecting the transfer of ownership of the loan, as

Verus Securitization Trust 2020-NPL1 had already owned the loan for nearly two years by the time of this assignment.

**28 U.S.C. § 1746 Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 1_, 2025

*Mark Dellovo*
_____
Mark Dellovo