# Exhibit A

EXECUTION VERSION

MORTGAGE LOAN PURCHASE AGREEMENT

Among

INVICTUS RESIDENTIAL POOLER TRUST 2A,

IRP FUND II TRUST 1A,

IRP FUND II TRUST 2A,

IRP FUND II TRUST 4A,

IACF TRUST 1A,

IACF TRUST 2A,

INVICTUS RESIDENTIAL POOLER, L.P.,

INVICTUS RESIDENTIAL POOLER II, L.P.,

INVICTUS ALTERNATIVE CREDIT POOLER, LLC,

and

VMC ASSET DEPOSITOR II, LLC

dated as of September 24, 2020

VERUS SECURITIZATION TRUST 2020-NPL1

ASSET-BACKED NOTES

4127-0180-9445.6

# MORTGAGE LOAN PURCHASE AGREEMENT

This Mortgage Loan Purchase Agreement (the "Agreement") is made as of September 24, 2020 (the "Closing Date"), by and among INVICTUS RESIDENTIAL POOLER TRUST 2A, a Delaware statutory trust ("IRPT2A" or the "IRP1 Seller"), IRP FUND II TRUST 1A, a Delaware statutory trust ("IRPFII1A"), IRP FUND II TRUST 2A, a Delaware statutory trust ("IRPFII2A"), IRP FUND II TRUST 4A, a Delaware statutory trust ("IRPFII4A" and, together with IRPFII1A and IRPFII2A, the "IRP2 Sellers"), IACF TRUST 1A, a Delaware statutory trust ("IACF1A"), IACF TRUST 2A, a Delaware statutory trust ("IACF2A" and, together with IACF1A, the "IACF Sellers"), INVICTUS RESIDENTIAL POOLER, L.P., a Delaware limited partnership ("R&W Provider 1"), INVICTUS RESIDENTIAL POOLER II, L.P., a Delaware limited partnership ("R&W Provider 2"), INVICTUS ALTERNATIVE CREDIT POOLER, LLC, a Delaware limited liability company ("R&W Provider 3" and, together with R&W Provider 1 and R&W Provider 2, the "R&W Providers"), and VMC ASSET DEPOSITOR II, LLC, a Delaware limited liability company (the "Depositor").

WHEREAS, the parties hereto desire to provide for the purchase and sale of the mortgage loans identified on (i) Schedule A-1 hereto (the "IRP1 Mortgage Loans"), (ii) Schedule A-2 hereto (the "IRPFII1A Mortgage Loans"), (iii) Schedule A-3 hereto (the "IRPFII2A Mortgage Loans"), (iv) Schedule A-4 hereto (the "IRPFII4A Mortgage Loans," and together with the IRPFII1A Mortgage Loans and the IRPFII2A Mortgage Loans, the "IRP2 Mortgage Loans"), (v) Schedule A-5 hereto (the "IACF1A Mortgage Loans") and (vi) Schedule A-6 hereto (the "IACF2A Mortgage Loans," and together with the IACF1A Mortgage Loans, the "IACF Mortgage Loans") on the date hereof (the "Closing Date") in accordance with the terms and conditions set forth in this Agreement. Each of Schedule A-1, Schedule A-2, Schedule A-3, Schedule A-4, Schedule A-5 and Schedule A-6 are referred to herein as a "Mortgage Loan Schedule" and collectively as the "Mortgage Loan Schedules".

NOW, THEREFORE, the parties in consideration of good and valuable and fair consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound, hereby agree as follows:

Section 1.   Defined Terms.  Whenever used in this Agreement, the following words and phrases, unless the context otherwise requires, shall have the meanings specified in this Section:

AAA: American Arbitration Association.

Arbitration: Arbitration in accordance with the then governing Commercial Arbitration Rules of the AAA and administered by the AAA, which shall be conducted in New York, New York or such other place mutually acceptable to the parties to the arbitration.

Arbitrator: A person who is not affiliated with the R&W Providers or the Depositor, who is a member of the AAA.

Asset Manager: Verus Residential Loanco, LLC, a Delaware limited liability company, in its capacity as asset manager of the Mortgage Loans, or any successor asset manager appointed as provided in the applicable Servicing Agreement.

1