**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EVIS NEVERLANE STEPHENS,<br><br>Debtor. | 21-42857-jmm<br>Chapter 13 |
| EVIS NEVERLANE STEPHENS,<br><br>Plaintiff,<br>v.<br><br>MAXINE BONAPARTE,<br>LEZANTONIO WOODBURN,<br>12706 HOLDINGS, INC.,<br>CHARLES L. MESTER, ESQ.<br>PLANET MANAGEMENT GROUP, LLC,<br>PLANET HOME LENDING, LLC d/b/a PLANET HOME SERVICING,<br>WILMINGTON SAVINGS FUND SOCIETY, FSB (WSF),<br>VERUS SECURITIZATION TRUST 2020-NPL1<br><br>Appellees. | Adversary Proceeding No. 22-01037(jmm) |

**NOTICE OF MOTION OF DEFENDANTS, COUNTERCLAIMANTS AND CROSSCLAIMANTS PLANET MANAGEMENT GROUP, LLC AND PLANET HOME LENDING, LLC d/b/a PLANET HOME SERVICING FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56**

PLEASE TAKE NOTICE that, upon the annexed motion, Defendants, Counterclaimants and Crossclaimants Planet Management Group, LLC ("PMG") and Planet Home Lending, LLC d/b/a Planet Home Servicing ("PHL") (collectively, "Planet Defendants"), by and through the undersigned counsel, will move this Court pursuant to Fed. R. Bankr. P. 7056 for an order granting summary judgment dismissing all not previously dismissed counts in the Revised Second

1

Amended Complaint as are alleged against it, as well as for summary judgment on their Counterclaims, in the alternative, against Plaintiff, Evis Neverlane Stephens, and for such other and further relief as is just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule ordered by the Court on November 26, 2025 (ECF No. 157), opposition, if any, to this motion must be served and filed on or before January 9, 2026, whereupon movant may serve and file papers in reply on or before January 23, 2026.

PLEASE TAKE FURTHER NOTICE that, this motion may be heard telephonically or via Webex before the Hon. Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201, on January 27, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard. The Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.

|  |  | STEVENS & LEE, P.C. |
|---|---|---|
| Dated: December 10, 2025<br>New York, New York | By: | /s/ Ryan P. Mulvaney<br>Ryan P. Mulvaney, Esq.<br>669 River Drive<br>Suite 201<br>Elmwood Park, New Jersey 07074<br>and<br>485 Madison Avenue<br>20th Floor<br>New York, New York 10022<br>Telephone: (201) 857-6777<br>Facsimile: (610) 371-8597<br>ryan.mulvaney@stevenslee.com<br>*Counsel for Defendants,*<br>*Planet Management Group, LLC and Planet Home Lending, LLC d/b/a Planet Home Servicing* |