# EXHIBIT D

                              E. Stephens

1

2       A       Right.

3       Q       And pursuant to this Proposed

4  Modification Agreement, you were required to

5  complete five steps on or before October 8th,

6  2010.

7               Do you see that?

8                    MS. JOSEPH:  You're saying No. 4

9          or No. 3?

10                    MR. MULVANEY:  I'm saying that

11         there were five steps for her to complete.

12                    MS. JOSEPH:  Oh, five steps.

13  BY MR. MULVANEY:

14       Q       Do you see that, Ms. Stephens?

15       A       Right.

16       Q       And the first step was to sign the

17  bottom of the Proposed Modification Agreement.

18               Do you see that?

19       A       Yes.

20       Q       And I believe you were asked this

21  earlier, but apologies if I'm repeating.  If

22  you'd please turn to the second to the last page.

23               That's your signature?

24       A       Looks like my signature.

25                    MS. JOSEPH:  Sixty-one, the last

1                          E. Stephens

2          page; right?

3                    THE WITNESS:  It looks like it.

4    BY MR. MULVANEY:

5          Q     That is your signature?

6          A     Yeah, looks like it.

7          Q     Going back to the first page, step two

8    was to fax the fully executed Proposed

9    Modification Agreement to the home retention

10   department of Ocwen.

11               Do you see that under step two?

12         A     Modification agreement; right?

13         Q     Yes.

14         A     Yes.

15         Q     And if you look at the top, that looks

16   to be what is a facsimile transmission.

17               Do you see that, a fax?

18         A     Yes.  And the date is here, ten, zero

19   something.

20         Q     Can you see that?

21         A     09/29/10.

22         Q     It looks like a 5, so I'll give you

23   the benefit of the doubt, but it's October 5,

24   2010.

25         A     Okay.

1                    E. Stephens

2        Q    Do you recognize the telephone number

3   or the fax number at the top of the page,

4   (718)723-0669, and the name, Mail Zone, in the

5   middle of the page?

6                    MS. JOSEPH:  The same fax line.

7                    THE WITNESS:  I don't recognize

8        that phone number, 718.

9                    MS. JOSEPH:  I think she answered,

10       she doesn't recognize it.

11                   THE WITNESS:  I don't recognize

12       it.

13  BY MR. MULVANEY:

14       Q    Okay.  That's fine.

15            Going to step three on the very first

16  page there.  It says, "You are required to pay

17  the full initial amount of $2,557.00," which was

18  principal, interest and escrow.

19       A    Right.

20       Q    And that was to start on November 1,

21  2010.

22            Do you see that?

23       A    Yes, I see it.

24       Q    Did you make that payment?

25       A    I can't recall.

1                    E. Stephens

2      Q      I'm sorry?

3      A      I cannot recall.

4      Q      Okay.  And do you recall if Ocwen ever

5  granted you this loan modification?

6      A      When Ocwen granted me the

7  modification.  Yes, I remember.

8      Q      Okay.  And let me see if I can

9  encapsulate what you said this morning about why

10 you wanted this loan modification.  If I can

11 summarize it correctly, I think it was because

12 you wanted to save your home; correct?

13     A      Yes.

14     Q      I think it was because you wanted to

15 continue to live there; correct?

16     A      Exactly.

17     Q      And after you entered into the Loan

18 Modification Agreement, you effectively achieved

19 that goal; correct?

20     A      Yes.

21     Q      You were still living there; correct?

22     A      Yes.

23     Q      You had not been thrown out of your

24 house; correct?

25     A      No.

1                    E. Stephens

2      Q     I believe we also discussed this

3 morning that you stopped making payments on that

4 Loan Modification Agreement.

5           Do you recall that?

6      A     Repeat that again.

7      Q     We discussed this morning that you

8 stopped making payments on that Loan Modification

9 Agreement.

10          Do you remember that?

11     A     Yes.  Yes.

12     Q     Do you remember when that was?

13     A     I didn't prepare myself for all these

14 things.  I cannot recall, but it -- let me see.

15 I think around 2011, if I recall.

16     Q     Okay.

17               MR. MULVANEY:  I'm going to mark

18          another exhibit.  This will be M as in

19          Michael.

20               (Exhibit M was marked.)

21 BY MR. MULVANEY:

22     Q     Ms. Stephens, if you could take a

23 second, review that, and let me know when you're

24 done.  And then I'll have a few questions.

25               While you're doing that, I'll note for

1              E. Stephens
2    the record that this document was produced in
3    this case on your behalf by Mr. Dahiya.  And it
4    is Bates stamped Stephens 63 through Stephens 69.
5              Are you ready?
6        A    Yes, sort of.
7        Q    On the top -- I'm sorry, this is
8    addressed to you; correct?
9        A    Yes.
10       Q    And it's addressed to you at
11   127-06 177th Street; correct?
12       A    Yes.
13       Q    And it specifically references that
14   this letter is with respect to 127-06 177th
15   Street; is that correct?
16       A    Right.
17       Q    And under that, in bold capital
18   letters, it says, "Notice of Default."
19             Do you see that?
20       A    Right.
21       Q    Now scroll up to the top left of the
22   page.  You'll see a date.
23             Can you tell me what that date says?
24       A    July 14, 2012.
25       Q    Okay.  Does that refresh your

1                    E. Stephens
2    recollection on when you might have stopped
3    paying?
4         A    Yes.  This is very close when I told
5    you about ten, so now I see that 20.  July 14th,
6    2012.
7         Q    And if you turn to the second page,
8    right at the very top, it says, "Total due."
9              Do you see that?
10        A    Yes.
11        Q    $5,443.86; correct?
12        A    Yes.
13        Q    And then underneath that it says, "On
14   or before August 14, 2012, you must submit
15   payment by money gram, bank check, money order or
16   certified funds for the entire total due amount
17   stated above."
18             Do you see that?
19        A    Yes.
20        Q    You didn't submit that payment;
21   correct?
22        A    No, I did not.
23        Q    And as a result of your failure to
24   pay, prior to receiving this letter, your Loan
25   Modification Agreement was in default; correct?

1                    E. Stephens

2        A       Exactly.

3        Q       And because you did not pay the total

4   amount due on or before August 14, 2012, at some

5   point thereafter a foreclosure case was commenced

6   against you; is that correct?

7        A       Exactly.  That's correct.

8        Q       We're done with that.  You can put

9   that down.  Let's see if I can speed this up a

10  little bit.

11                   (Exhibit N was marked.)

12  BY MR. MULVANEY:

13       Q       Take a look at this.  Let me know when

14  you're done, and then I'll have some more

15  questions for you on it.

16                   I'll note for the record that this

17  document, like the others, was produced in

18  discovery in this case by Mr. Dahiya on your

19  behalf.  It's Bates stamped Stephens 1 through

20  12.

21                   I will also state for the record that

22  I did not include any of the exhibits referenced

23  in here.  I just want to deal with the actual

24  pleading and allegations.

25                   Do you recognize this document,

1                    E. Stephens

2  Ms. Stephens?

3       A     The one I'm holding here?  Yes.

4       Q     Turning to Page Stephens 7, Paragraph

5  No. 4.

6             Are you there?

7       A     Yes, I'm here.

8       Q     Stephens 7, Paragraph 4 provides -- or

9  alleges that the mortgage you entered into on

10  August 29, 2006 with NovaStar in the amount of

11  630,000, was modified pursuant to a Loan

12  Modification Agreement dated September 29, 2010,

13  which at that time formed a new principal balance

14  of $428,635.67.

15             Do you see that?

16       A     Right.

17       Q     And that references the loan

18  modification about which we just discussed;

19  correct?

20       A     Okay.

21       Q     Turning to Paragraph 6, it provides

22  that pursuant to the Loan Modification Agreement,

23  you promised to make monthly payments --

24       A     Right.

25       Q     -- beginning on November 1, 2010 --

1                    E. Stephens

2        A      Right.

3        Q      -- through September 1, 2036.

4               Do you see that?

5        A      Yes.

6        Q      And you failed to make those payments;

7    correct?

8        A      Yes.

9        Q      Paragraph 8 states that you defaulted

10   on your obligation under the note --

11       A      Right.

12       Q      -- mortgage and Loan Modification

13   Agreement by failing to make those payments on --

14   beginning on June 1, 2012.

15              Do you see that?

16       A      Yes.

17       Q      And that is, in fact, correct?

18       A      Right.

19       Q      Now, in response to this Complaint

20   that was filed against you, and I believe we

21   talked a little bit about it this morning, you

22   filed an answer to that Complaint.

23              Do you recall that?

24       A      Yes.

25       Q      Did anybody assist you in preparing

1          E. Stephens
2    the answer to the foreclosure complaint?  Were
3    you represented by counsel?
4          A     I can't recall.  I cannot recall.
5          Q     Okay.
6               MR. MULVANEY:  Exhibit O.
7               (Exhibit O was marked.)
8    BY MR. MULVANEY:
9          Q     Okay.  I'll ask that you take a few
10   seconds and review that.  Let me know when you're
11   done, please.
12              And I'll state for the record that
13   this document was produced by Mr. Dahiya on your
14   behalf in this case, Bates stamped Stephens 73
15   through Stephens 80.
16         A     Okay.
17         Q     Could you please turn to the very last
18   page identified as Stephens 80?
19         A     Yes.
20         Q     And you see a handwritten signature
21   there?
22         A     Yes.  Yes, I do.
23         Q     Do you recognize that as your
24   signature?
25         A     It looks so, yes.

1                    E. Stephens

2        Q     Do you have any reason to believe it's

3   not your signature?

4        A     Sometimes -- I don't know.  It's

5   mine's.

6        Q     Okay.  Same question for the previous

7   page on Stephens 79; do you recognize that as

8   your signature?

9        A     Yes.

10        Q     And you had this document notarized

11   before you filed it; correct?

12        A     Yes.

13        Q     Do you know Pamela Godette?

14        A     No, I cannot recall her.

15        Q     Okay.  And in this answer, you were

16   contesting the foreclosure complaint; is that

17   correct?

18        A     Yes.

19        Q     Because you wanted to keep your home;

20   correct?

21        A     Exactly.

22        Q     And you did not want to get thrown out

23   of it; correct?

24        A     Exactly.

25                    (Exhibit P was marked.)

1                    E. Stephens

2   BY MR. MULVANEY:

3        Q     By the way, Ms. Stephens, on the

4   previous exhibit, Exhibit O, the answer, did you

5   prepare that document yourself?

6        A     Which one?

7        Q     Exhibit O.

8              MS. JOSEPH:  This one.

9              THE WITNESS:  I sat with my

10       attorney and we prepared together.  I sat

11       with her.

12  BY MR. MULVANEY:

13       Q     Do you recall that attorney's name?

14       A     Dahiya.

15             MS. JOSEPH:  This is the answer,

16       the foreclosure answer.

17             THE WITNESS:  Mr. Rouse.  Frank

18       Rouse.

19  BY MR. MULVANEY:

20       Q     This document is signed in your

21  personal capacity; right?  It's not signed by an

22  attorney; is it?

23       A     I'm reading it to myself.  Supreme

24  Court of New York.

25       Q     Let's go back to Exhibit O real quick.

1          E. Stephens

2    Can you turn to the last two pages?

3          You see your signature there; correct,

4    on both of those pages?

5          MS. JOSEPH:  Are you talking about

6       Page 79?

7          MR. MULVANEY:  78 and 79.

8          MS. JOSEPH:  Okay.  79.

9          MR. MULVANEY:  I'm sorry.  Yeah,

10      79 and 80.

11   BY MR. MULVANEY:

12       Q     You see your signatures; correct?

13       A     Correct.

14       Q     You don't see a signature from an

15   attorney; do you?

16       A     No.

17       Q     Did any attorney enter an appearance

18   on your behalf on this underlying foreclosure

19   case, to your recollection?

20       A     No attorney.

21       Q     Now let's focus on Exhibit P.  I'll

22   ask you to take a second to review it, and let me

23   know when you're done.  I'll represent that this

24   was not produced by Mr. Dahiya, but it was

25   ascertained by me from the Queens County public

1                    E. Stephens

2    docket.

3        A      That's my signature.

4        Q      That is your signature?

5        A      Yeah.

6        Q      And this is a Pre-Answer Notice to

7    Dismiss that you filed in the foreclosure case;

8    correct?

9        A      Right.  Right.

10       Q      And you also had that notarized;

11   correct?

12       A      Yes.

13       Q      And you asserted six arguments for the

14   Complaint to be dismissed.

15              Do you see that?

16       A      Yeah, I see it.

17       Q      Did someone help you prepare this

18   document?

19       A      Yes.

20       Q      Who was that person?

21       A      I think it was -- I don't remember the

22   name of the guy.

23       Q      This document is signed by only you;

24   correct?

25       A      Yes, by me.

1                      E. Stephens

2        Q     And just like the answer that you

3   filed, you filed this document to contest the

4   foreclosure; correct?

5        A     Yes.  So many people I deal with.

6        Q     Ms. Stephens?

7        A     I'm reading it.

8        Q     Oh, I'm sorry.  Go ahead.  Let me know

9   when you're done.

10             Are you done reading that?

11       A     Yeah.

12       Q     Okay.  You filed this document to

13  contest or oppose the foreclosure case; correct?

14       A     Yeah, I filed it.

15       Q     And you filed it because you wanted to

16  stay in your house; correct?

17       A     Yes, exactly.

18       Q     And you didn't want to get thrown out

19  as a result of the foreclosure; correct?

20       A     Exactly.  I fight.

21             (Exhibit Q was marked.)

22  BY MR. MULVANEY:

23       Q     Ms. Stephens, I'll ask again that you

24  take a minute and review this.  Please let me

25  know when you're done.

1               E. Stephens
2          For the record, I'll also note that
3     this document was not produced in discovery, but
4     it was obtained by me on the public docket of the
5     foreclosure case.
6          A      Yeah, go ahead.  I'm finished.
7          Q      Are you finished?
8          A      Yeah.
9          Q      Okay.  Have you seen this document
10    ever before?
11         A      This happened in 2016.  I cannot
12    recall a lot of stuff.  I saw a copy of it by
13    Deutsche Bank, but I can recall nothing else.
14         Q      Do you see the -- so you see the
15    caption on the left; right?
16         A      Yes.
17         Q      Deutsche Bank against Evis Stephens?
18         A      Right.
19         Q      On the right side of that it says, in
20    bold and capital letters, "Order Granting for
21    Summary Judgment and Order of Reference."
22                Do you see that?
23         A      Yes.
24         Q      Do you know what that means?
25         A      No.  What it means?

1                        E. Stephens

2        Q      I'm sorry?

3        A      What it means?

4        Q      Oh, you don't know what it means.

5    Okay.

6               Could you turn to Page 2, please?  And

7    this is where I'm going to begin; okay?  So the

8    second paragraph that begins "ordered," it states

9    that your answer and your affirmative defenses

10   were stricken and dismissed in the foreclosure

11   case.

12              Do you understand that?

13       A      Yes.

14       Q      Do you know what that means?

15       A      It was dismissed.

16       Q      That your defenses that you filed in

17   Exhibit O were rejected by the Court in the

18   foreclosure case.

19              On the next page, it says that the

20   case is being referred to someone who is

21   appointed as the Referee of the foreclosure.

22              Do you see that?

23       A      Yes, I see it.

24                    MR. MULVANEY:  Off the record.

25                    (Whereupon there was a discussion

1                    E. Stephens

2        off the record.)

3    BY MR. MULVANEY:

4        Q     Do you see that, Ms. Stephens?

5        A     Yes, I see it.

6        Q     That this order entered by the judge

7    is referring the foreclosure case to a person

8    named Arthur Tarranova, T-A-R-R-A-N-O-V-A,

9    Esquire, to be the court-appointed Referee to

10   compute the amount due and owing by you to the

11   foreclosing plaintiff in this case.

12            Do you see that?

13       A     Yes, I see it.

14       Q     Do you also see, further down, that

15   the Referee was granted the authority by this

16   Court, Supreme Court, Queens County, to sell your

17   home out of foreclosure; do you see that?

18       A     Yeah, but I didn't know that.

19       Q     I'm not asking if you knew it.  I'm

20   asking do you see that?

21       A     Yes.

22       Q     So your home was now subject to

23   foreclosure sale.

24       A     Right.

25       Q     Do you understand that?

1                    E. Stephens

2        A        Right.

3        Q        Were you aware that you were going to

4    lose your home at the time?

5        A        Yes and no, because I still keep

6    holding on.

7        Q        How strong were you holding on after

8    the Court entered an order striking all of your

9    defenses and sending the case off to a Referee to

10   sell your house?

11       A        But I didn't see your letter come to

12   me, that they was going to sell the house.

13                What date was that?  I didn't see

14   that.

15       Q        This is dated August 31, 2017.

16       A        I didn't see the letter.

17       Q        You're claiming you never received

18   this document from the Court?

19       A        No.  Maybe they sent it and I didn't

20   get it.  In the mail or something like that.  I

21   didn't get it.

22       Q        Do you have problems with your mail?

23       A        Yes.  Because it says Springfield and

24   it's Jamaica -- 11434 Jamaica Avenue.  And I

25   don't know why it says Springfield.

1                    E. Stephens

2        Q    Okay.

3        A    Sometimes the mail goes over to the

4   other side.

5        Q    You acknowledged earlier that you

6   received the Proposed Modification Agreement;

7   correct?

8        A    Yes.

9        Q    And if we go back to Exhibit H, that

10  document is addressed to you at 127-06 177th

11  Street, Springfield Gardens, New York, 11434.

12       A    Yes.  Yes, I see that.

13                 MS. JOSEPH:  Wait.

14                 THE WITNESS:  I see it.

15  BY MR. MULVANEY:

16       Q    You received that document that was

17  addressed to Springfield Gardens.

18       A    Yes.  As I said, again, the mail is

19  messed up.

20       Q    You wanted to keep your house;

21  correct?

22       A    Yes, I do.

23       Q    You not only do now, but you did then;

24  correct?

25       A    I want to keep it right now.

1                    E. Stephens

2      Q      And you wanted to keep it then;

3  correct?

4      A      Yes, exactly.

5      Q      And you were still living in it at the

6  time?

7      A      I still in it.

8      Q      And at the time, being August 31st,

9  2017; correct?

10     A      Yes.

11     Q      Okay.  And you didn't want the Referee

12  to sell your house; did you?

13     A      No.

14     Q      In fact, rather than proceed to a

15  sheriff's sale and have the Referee sell your

16  home, you entered into a transaction with 127-06

17  Holdings; correct?

18     A      Yeah, exactly.

19     Q      And we touched on it this morning, but

20  just so I'm clear, that transaction ultimately

21  provided you with the benefit of paying off your

22  mortgage with Ocwen that was the subject of this

23  foreclosure case; correct?

24     A      I don't know.  I can't tell you what I

25  was, like, thinking, but I know I tried my best

1                        E. Stephens

2   to get it done.

3        Q     Can you please answer my question?

4        A     Repeat your question again.

5              MR. MULVANEY:  Can you read it

6        back for me, please?

7              (Whereupon the reporter read back

8        the requested portion of the record.)

9              THE WITNESS:  Yes.

10             MR. MULVANEY:  Thank you.

11             (Exhibit R was marked.)

12  BY MS. JOSEPH:

13       Q     Ms. Stephens, would you please take a

14  look at the document that I just handed to you?

15  Let me know when you're done, and then I'll have

16  a few questions.

17             I'll also note at the outset that the

18  document was produced by Mr. Dahiya on your

19  behalf in this case, and it is Bates stamped

20  Stephens 132 through Stephens 140.

21       A     Okay.

22       Q     You're finished reading?

23       A     Yeah.  I'm good.

24       Q     Do you recognize this document?

25       A     Yeah, it's from Ocwen loan service

1                    E. Stephens

2    company.

3         Q    It says at the bottom, "Page 6 of 12."

4              Do you see that?  Do you see that,

5    Ms. Stephens?  Sorry.  I'll point it out.  Be

6    quick.

7         A    Okay.  I see it, yeah.

8         Q    Right down there, it says Page 6 of

9    12, and then it continues through 12 of 12.

10             You produced this document in this

11   case.  Do you not have Pages 1 of 12 through 5 of

12   12?

13        A    Repeat that.

14        Q    You produced this document in this

15   case.  It begins on Page 6 of 12.

16             Do you not have the preceding Pages 1

17   through 5 anywhere in your possession?

18        A    No.

19        Q    Before we dive into this document, you

20   mentioned -- we talked about a closing earlier

21   involving this particular transaction with

22   127-06 Holdings.

23             Do you recall that testimony this

24   morning?

25        A    Yes.

1                    E. Stephens

2       Q      And you mentioned that at the closing,

3   in attendance were Mr. Mester, Mr. Woodburn,

4   Ms. Bonaparte, yourself, some attorneys and

5   possibly a notary.

6              Do you remember that?

7       A      Yes.

8       Q      Okay.  Did anyone there tell you that

9   they were from Planet Management?

10      A      No.

11      Q      Did anyone there tell you they were

12  from Planet Servicing?

13      A      No.

14      Q      Thank you.  All right.  Let's turn our

15  attention to the document identified as

16  Exhibit R.  If you turn to Page Stephens 134,

17  it's the third page.

18              MS. JOSEPH:  She's right on it.

19  BY MR. MULVANEY:

20      Q      Do you see that?

21      A      Yes.

22      Q      Do you see there's a typewritten name,

23  Evis Stephens; do you see that?

24      A      Yes.

25      Q      And above that there is a handwritten

1                    E. Stephens
2    signature; do you see that as well?
3        A    Yes.
4        Q    Is that your signature?
5        A    It looks like mine's.
6        Q    Do you have any reason to believe it's
7    not your signature?
8        A    I don't know.  So many people attend
9    to me, so it could be mine's.  It could be
10   mine's.  Because so many people that I see, it
11   could be mine's.  It could not be mine's.  I
12   don't know.  So I'll say it's mine's.  I don't
13   know.
14       Q    So many people that you meet?
15       A    Yeah, with the different writings and
16   so on.  So I'll say it's mine.
17       Q    This is yours then; thank you.
18            The quicker we get to the heart of the
19   answer, the quicker this will go.
20       A    I know.
21       Q    And you signed this on March 27, 2019;
22   correct?
23       A    Right.
24       Q    And it was at this point that you were
25   represented by Mr. Rouse; is that correct?

1          E. Stephens

2          MS. BONAPARTE:  Mester.

3          MR. MULVANEY:  Oh, Mester.  I'm

4     sorry.  Sorry, Charles.

5          MR. MESTER:  Mr. Rouse was

6     probably still around.

7     BY MR. MULVANEY:

8     Q    Okay.  This references the contract to

9     purchase 127-06 177th Street that is dated

10    January 4, 2019.

11         Do you see that?

12    A    Yes, I see it.

13    Q    And under Paragraph F, about midway

14    down the page, and I'll read it for you, it

15    states that -- because it is a little difficult.

16    "Each signatory understands, agrees and intends

17    that the servicer and the investor are relying on

18    the statements made in the Affidavit as

19    consideration for the reduction of the payoff

20    amount of the mortgage and agreement to the sale

21    of the mortgage premises."

22         Do you see that?

23    A    Yes.  Yes.

24    Q    Okay.  And this document is on Ocwen

25    Loan Servicing letterhead.

1              E. Stephens

2         Do you see that?

3    A    Yes.

4    Q    At the top?

5    A    Yes.

6    Q    And it's an Affidavit of Arm's Length

7  Transaction; correct?

8    A    Right.

9    Q    In other words, Ms. Stephens, Ocwen

10 and the foreclosing plaintiff in the foreclosure

11 case that we talked about just a few minutes ago,

12 agreed, pursuant to this document, to reduce the

13 amounts owed to it based on representations made

14 by you in this Affidavit and in the January 4,

15 2019 agreement to sell the property; correct?

16   A    Yes.

17   Q    Did you misrepresent anything in this

18 Affidavit?

19   A    I can't recall.  I cannot recall if I

20 missed anything.

21   Q    Not if you missed.  Did you

22 misrepresent anything?  Everything you said in

23 here was truthful; correct?

24   A    I think so.  That's what I can say.

25 I'm not sure.

1                    E. Stephens

2      Q      And nowhere in this Affidavit of Arm's
3 Length Transaction does it make any reference to
4 Planet Management; correct?

5      A      Yes.

6      Q      Am I correct?

7      A      Correct, yeah.

8      Q      And also, nowhere in this Affidavit
9 does it make any reference to Planet Servicing;
10 correct?

11      A      Correct.

12      Q      Now, Exhibit 135 -- I'm sorry -- Bates
13 Stephens 135 and 136 are the exact same document,
14 just countersigned by Ms. Bonaparte.

15             Do you see that?

16      A      Yes.

17      Q      Okay.  It also appears to be signed by
18 you.

19             Do you see that?

20      A      Yes.

21      Q      Okay.  And you recognize that to be
22 your handwritten signature?

23      A      Yes.

24      Q      You also recognize, to the right of
25 your signature, initials?

E. Stephens

1

2  A  This?

3  MS. JOSEPH: Initials, yeah.

4  BY MR. MULVANEY:

5  Q  Yes. Are those your initials?

6  A  No.

7  Q  Do you know whose initials those are?

8  A  Looks like Lez Burn.

9  MR. MESTER: You mean Woodburn?

10  THE WITNESS: I don't know.

11  Whatever his name is.

12  BY MR. MULVANEY:

13  Q  Please turn to Page Stephens 139 and

14  140. This document is titled Application of

15  Suspense Funds Affidavit, and is Pages 11 of 12

16  and 12 of 12.

17  Do you see that? You've had a chance

18  to review it?

19  A  No.

20  Q  Tell me when you're done, please.

21  A  Yes.

22  Q  You've had a chance to examine the

23  document?

24  A  Yes, enough.

25  Q  On Page Stephens 139, which is also

1              E. Stephens
2  Page 11 of 12 of this document, do you recognize
3  that to be your handwritten signature?
4       A    E-V-I-S, yes.  The other one, I don't
5  know.  It could be.  I don't know.
6       Q    Do you have any reason to believe that
7  it's not?
8       A    I don't know.  I can't speak for it.
9       Q    But you acknowledge signing the
10 previous document --
11      A    Yes.
12      Q    -- on Page Stephens 134, which is
13 Page 7 of 12 of this document?
14      A    Uh-huh.
15      Q    Okay.
16      A    Yes.
17      Q    The last page is a notary signature,
18 meaning you had to appear and identify yourself
19 and prove that you are who you claim to be before
20 executing this document.
21           Do you understand that?
22      A    Notary part?
23      Q    The very last page.
24           Do you understand that?
25           MS. JOSEPH:  He's talking about

1                    E. Stephens

2          the notary public signature.

3                    THE WITNESS:  Yes, but I don't

4          know the person.

5      BY MR. MULVANEY:

6          Q     You don't know the person; right?  But

7      that notary is attesting that you personally

8      appeared before -- I can't read the notary, and

9      that you proved that you are who you say you are

10     when signing these documents.

11               Do you understand that?

12         A     Right.

13         Q     In Paragraph 1 on Stephens 139,

14     Page 11 of 12 --

15               MS. JOSEPH:  The same exhibit, R?

16         You said Paragraph 1 of which page?

17               MR. MULVANEY:  Stephens 139.

18               MS. JOSEPH:  Okay.  139.

19     BY MR. MULVANEY:

20         Q     You are affirming that the property

21     shown above is owned by you.

22               Do you see that?

23         A     Yes.

24         Q     And the property shown above, to the

25     right, is identified as what?

1                        E. Stephens

2          A      127-06.  127-06, yes.

3          Q      Okay.  In Paragraph 2, you affirm that

4     you received a payoff quote; correct?  Is that

5     what it says there?

6          A      Yeah, that's what it's saying.

7          Q      That's what it says; correct?  Is that

8     what it says?

9          A      Yeah, that's what it says.

10         Q      Okay.  And that payoff quote was for

11    the mortgage loan that was the subject of the

12    foreclosure case about which we spoke earlier,

13    and which mortgage loan you were in default;

14    correct?

15         A      Right.

16         Q      I'll just reiterate for the record

17    that neither Planet Management nor Planet

18    Servicing appears anywhere on these pages; is

19    that correct?

20         A      Yes.

21         Q      Yes, I'm correct?

22         A      Yes, you are.

23         Q      Okay.

24                MR. MULVANEY:  I'm trying to

25         figure out what to do here.

1          E. Stephens

2          MR. SMITH:  You want to go off the

3    record and talk about it?

4          MR. MULVANEY:  Yeah.

5          (Whereupon there was a discussion

6    off the record.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    (CONTINUED ONTO THE NEXT PAGE FOR JURAT.)

1              E. Stephens
2              MR. MULVANEY:  All counsel have
3      agreed, and Ms. Bonaparte, Mr. Woodburn and
4      Ms. Stephens have conferred for the
5      continuation of the deposition.
6              The parties and counsel for the
7      parties, Ms. Stephens, Ms. Bonaparte and Mr.
8      Woodburn, have agreed to continue the
9      deposition of Ms. Stephens on July 30, 2025
10     at 9:30 a.m. at Akerman LLP, at which time
11     counsel for the Planet defendants will
12     continue and conclude their examination,
13     followed by counsel for the Verus
14     defendants, and Ms. Bonaparte and Mr.
15     Woodburn.
16              (Time adjourned:  5:00 p.m.)
17              * * *
18
19     ------------------------------
       EVIS NEVERLANE STEPHENS
20
       SUBSCRIBED AND SWORN TO
21     BEFORE ME THIS _____ DAY
       OF _____, 2025.
22
23     ----------------------
       NOTARY PUBLIC
24     MY COMMISSION EXPIRES_____
25

```
 1                        E. Stephens
 2                  INDEX TO TESTIMONY
 3                    EXAMINATION OF
 4    EVIS NEVERLANE STEPHENS                      PAGE
 5    BY:  Mr. Mester                                 5
 6    BY:  Mr. Mulvaney                             214
 7                      *  *  *
 8                  E X H I B I T S
 9
10    Letter         Description                   Page
      Exhibit A      Revised Second Amended Complaint   5
11
      Exhibit B      Deed                            28
12
      Exhibit C      Mortgage                        36
13
      Exhibit D      Mortgage                        51
14
      Exhibit E      Mortgage                        62
15
      Exhibit F      Deed                            73
16
      Exhibit G      Mortgage                        84
17
      Exhibit H      Ocwen Document (Stephens 59-61)  121
18
      Exhibit I      Exhibit C to the Complaint     134
19
      Exhibit J      Residential Contract of Sale   188
20
      Exhibit K      Order to Show Cause            207
21
      Exhibit L      Adjustable Rate Note           221
22                   (Stephens 13-20)
23    Exhibit M      Notice of Default              233
                     (Stephens 63-69)
24
25    (Exhibits continued.)
```

1              E. Stephens
2    (Exhibits continued.)
3              E X H I B I T S
4

| Letter | Description | Page |
|---|---|---|
| Exhibit N | Multiple Documents (Stephens 1-12) | 236 |
| Exhibit O | Answer (Stephens 73-80) | 239 |
| Exhibit P | Pre-Answer Notice to Dismiss | 240 |
| Exhibit Q | Order Granting for Summary Judgment and Order of Reference | 244 |
| Exhibit R | Affidavit of Arm's Length Transaction (Stephens 132-140) | 251 |

5    Exhibit N     Multiple Documents              236
                    (Stephens 1-12)
6
     Exhibit O     Answer (Stephens 73-80)         239
7
     Exhibit P     Pre-Answer Notice to Dismiss    240
8
     Exhibit Q     Order Granting for Summary      244
9                  Judgment and Order of Reference
10   Exhibit R     Affidavit of Arm's Length       251
                    Transaction (Stephens 132-140)
11
12        (Exhibits were retained by reporter.)
13                   *  *  *
14
15
16
17
18
19
20
21
22
23
24
25

1                    E. Stephens

2              C E R T I F I C A T I O N

3         I, Randi Friedman, Registered

4 Professional Reporter and Notary Public of the

5 State of New York, do hereby certify:

6      THAT, the witness whose testimony is herein

7 before set forth, was duly sworn by me, and

8 THAT, the within transcript is a true record of

9 the testimony given by said witness.

10      I further certify that I am not related

11 either by blood or marriage to any of the parties

12 to this action; and that I am in no way

13 interested in the outcome of this matter.

14      IN WITNESS WHEREOF, I have hereunto set my

15 hand this day, June 13, 2025.

16

17

18      *Randi C. Friedman*

19 Randi Friedman, RPR

20

21

22

23

24

25    *      *      *      *      *      *      *      *      *

E. Stephens

ERRATA SHEET

VERITEXT/NEW YORK REPORTING, LLC

CASE NAME:  STEPHENS v. BONAPARTE, et al

DATE OF DEPOSITION:  JUNE 3, 2025

WITNESS NAME:  EVIS NEVERLANE STEPHENS

PAGE/LINE(S)/    CHANGE      /   REASON

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

| & | | | |
|---|---|---|---|
| **&** 2:13 | | | |

| 0 |
|---|

**06** 189:8
224:14
**07407** 2:16
**09/29/10**
230:21
**0and** 190:16

| 1 |
|---|

**1** 41:19,21
84:19,20,21
223:9 224:20
224:21 225:9
231:20 236:19
237:25 238:3
238:14 252:11
252:16 260:13
260:16
**1,000** 20:5,9
**1,000.00** 20:3
**1-12** 265:5
**10,000.00** 21:16
131:22 132:9
151:6,21
152:13,15
153:20 154:6
161:16,24
162:12
**10,000.00.**
20:16 151:22
161:19,21,22

161:23 162:14
167:12
**10007** 2:5
**1001** 2:4
**10020** 3:6
**10026** 189:10
**10103** 1:3
**10122** 2:10
**10:10** 1:16
**11** 258:15
259:2 260:14
**11434** 9:12
24:12 248:24
249:11
**116th** 189:9
**11:44** 85:8
**11th** 189:20
**12** 217:22,23
236:20 252:3,9
252:9,9,11,12
252:15 258:15
258:16,16
259:2,13
260:14
**121** 264:17
**1251** 1:17 3:5
**127** 25:16 27:4
89:19 184:14
189:8
**127-06** 9:11
24:11 25:13,19
88:11 89:2,5
100:14 130:23
154:16 184:6

184:10,15
185:20,24
187:15 188:25
197:2,8,15
216:19 222:2
224:17 228:19
228:24 234:11
234:14 249:10
250:16 252:22
255:9 261:2,2
**12706** 1:10
**127th** 89:20
**12:03** 85:8
**12:43** 121:6
**13** 222:12
266:15
**13-20** 264:22
**130** 18:4
**132** 251:20
**132-140** 265:10
**134** 253:16
259:12 264:18
**135** 257:12,13
**136** 257:13
**139** 258:13,25
260:13,17,18
**14** 43:18,18
234:24 235:14
236:4
**140** 251:20
258:14
**1487** 50:7,10
51:4 55:3
59:13,16 86:8

86:18 87:12
100:10 124:16
154:15
**14th** 235:5
**161** 18:4
**17** 222:15
**177** 86:13
**177th** 9:11
24:11,18 25:24
59:19 60:7,17
65:22 66:4,17
67:12,18 69:9
71:5 75:6 77:8
77:15 78:13,18
80:17 82:7
88:11 89:2,14
94:10 95:16,22
96:6,10,11
100:14 106:4
113:5 126:16
130:23 143:15
154:16 170:25
187:15 188:25
216:19 222:2
224:17 228:19
228:24 234:11
234:14 249:10
255:9
**188** 264:19
**19** 14:4 20:2
21:16
**1:23** 1:3
**1:31** 121:6

| | | | |
|---|---|---|---|
| **1st** 225:10 | 16:9,11 20:12 | 192:4,5 199:23 | **251** 265:10 |
| **2** | 20:17 22:14 | 199:23,24 | **255** 189:9 |
| **2** 19:17 41:22 | 23:14 35:6 | 200:18 | **26** 135:16 |
| 41:22 54:3,6 | 43:2,7 58:10 | **2019** 8:9,9 | **27** 254:21 |
| 73:9 74:7 | 59:19 60:6,8,9 | 156:15,19 | **28** 156:13,13,14 |
| 84:18 89:6 | 60:13 96:5,7,8 | 157:5 164:19 | 159:22 168:24 |
| 96:4 148:18 | 164:15 216:22 | 164:21 254:21 | 169:7 264:11 |
| 150:12 246:6 | 221:25 224:16 | 255:10 256:15 | **29** 179:18 |
| 261:3 | 225:10 237:10 | **2020** 1:13 3:4 | 184:5 221:25 |
| **2,000** 109:15,16 | **2007** 7:17 | 206:14 | 224:16 228:15 |
| **2,000.00** 108:5 | 16:11 20:17 | **2021** 5:18 | 237:10,12 |
| **2,500** 131:23 | 24:20 35:9 | **2022** 5:18 | **29th** 35:6 96:4 |
| 198:11,17 | 36:10,11 43:9 | **2025** 1:16 | **2:19** 162:25 |
| 201:22 204:5 | 60:13 164:6,12 | 263:9,21 | **2:23** 162:25 |
| **2,500.00** 105:11 | **2008** 43:9 | 266:15 267:4 | **3** |
| 105:14 201:9 | 46:17,17 | **2036** 238:3 | **3** 1:16 37:3,11 |
| **2,500.00.** | 106:10 | **207** 264:20 | 54:4 150:12,24 |
| 168:18 | **2009** 43:9 | **21** 103:15 | 151:2,3 225:6 |
| **2,557.00** 231:17 | **201** 2:16 | 192:4 226:8 | 229:9 267:4 |
| **20** 43:15 80:19 | **2010** 228:16 | **21-42857-206** | **3,000.00** 19:18 |
| 96:15,16,17,19 | 229:6 230:24 | 1:3 | **30** 186:2,3 |
| 96:22,24 97:10 | 231:21 237:12 | **214** 264:6 | 193:9,16,23,24 |
| 222:13 235:5 | 237:25 | **21st** 135:19 | 195:4,7,10,15 |
| **20,000** 72:2 | **2011** 233:15 | **22** 106:25 | 196:22 197:4 |
| 80:23 | **2012** 234:24 | **221** 264:21 | 263:9 |
| **20,000.00** 70:5 | 235:6,14 236:4 | **225** 2:10 | **300.00** 108:21 |
| 71:16 81:6 | 238:14 | **232** 219:15 | **305** 2:4 |
| **20,000.00.** | **2016** 245:11 | **233** 264:23 | **31** 198:2 201:5 |
| 71:25 | **2017** 248:15 | **236** 265:5 | 248:15 |
| **2000** 33:25 | 250:9 | **239** 265:6 | **31st** 250:8 |
| **2005** 43:10 | **2018** 15:19,22 | **24** 21:11 | **34th** 2:10 24:22 |
| **2006** 14:5,20,21 | 135:19 157:4 | **240** 265:7 | 25:5,12 27:10 |
| 14:21 15:2,11 | 189:21 190:18 | **244** 265:8 | 28:5 29:23 |
| | 190:19 191:2 | | |

30:17 31:18
36:16 49:20
86:8 100:7
154:16
**36** 264:12
**37th** 3:6
**38** 226:8
**3886** 266:18
**3:33** 214:18
**3:47** 214:18

**4**

**4** 88:15 208:15
209:24 229:8
237:5,8 255:10
256:14
**400.00** 108:16
**400.00.** 108:21
**428,635.67.**
237:14

**5**

**5** 37:3 71:14
217:23 218:9
218:10 230:22
230:23 252:11
252:17 264:5
264:10
**5,443.86** 235:11
**5,645.44** 225:14
**51** 264:13
**53rd** 50:7,10
51:4 55:3
59:13,16 86:18
87:12 100:10

124:16 154:15
55 189:9
**570-7318** 12:3
**59** 228:10
**59-61** 264:17
**595,000.00** 81:8
81:16,22
**5:00** 263:16

**6**

**6** 28:18 79:14
79:15 237:21
252:3,8,15
**6,000.00** 50:20
**6,000.00.** 50:18
**60** 219:15
**600** 81:5
161:13 164:22
**600,000.00**
71:15 72:10
**600,000.00.**
71:14
**600,500,000**
80:7
**600,565.00.**
80:5
**615** 80:9
**615,000** 80:21
**615,000.00**
80:11 81:7
**62** 228:10
264:14
**63** 234:4

**63-69** 264:23
630,000 89:8,10
89:11,15 225:2
237:11
**650,000** 97:2
**669** 2:16
**68** 65:16
**69** 234:4
**6th** 1:17

**7**

**7** 79:15 237:4,8
259:13
**700** 78:25
**718** 12:3 231:4
231:8
**723-0669** 231:4
**73** 239:14
264:15
**73-80** 265:6
**78** 242:7
**79** 240:7 242:6
242:7,8,10

**8**

**8** 79:15 238:9
**80** 239:15,18
242:10
**84** 264:16
**844** 24:22 25:5
25:12 27:10
28:5 29:23
30:17 31:18
36:16 49:20
100:7 154:16

**85** 16:16
885 60:20
64:11,18
100:12
**8th** 229:5

**9**

**9** 106:11
**9:30** 263:10
**9th** 2:10

**a**

**a.m.** 1:16 85:8
263:10
**ability** 102:22
**able** 55:22
74:15 136:17
224:10
**above** 1:22
74:12,14 90:6
91:21 92:7
148:6 190:3
235:17 253:25
260:21,24
**accorded**
145:17
**account** 151:9
152:8
**accurate**
104:13,14
119:21,22
**accuse** 98:21
**accused** 98:23
**achieved**
232:18

acknowledge
259:9
acknowledged
30:23 148:7
249:5
acris 79:16
act 182:5
action 114:16
116:10 219:11
219:16 220:20
221:2 266:12
actual 57:18
95:6 236:23
actually 42:5
135:3 182:10
182:16 192:8
addition
193:17 211:21
additional
156:4
address 9:10
11:16,17,24
13:5 16:16,21
17:17,18,18,21
24:10 25:15
37:10 42:20,23
49:19 50:8
54:24,25 60:20
60:23 64:10
86:17,25 87:3
87:3,8,10,11,12
87:14,15 95:10
188:23,24
189:9 213:13

213:14 228:23
228:24
addressed
216:12,13
228:18 234:8
234:10 249:10
249:17
adjourned
263:16
adjustable
221:13 224:14
264:21
admittedly
223:11
advice 113:15
118:7 183:14
advise 196:3
advised 125:17
157:11
advising
195:22
affidavit
255:18 256:6
256:14,18
257:2,8 258:15
265:10
affirm 261:3
affirmative
246:9
affirming
260:20
afternoon
214:21,22

agent 23:7
ago 127:23
173:2 256:11
agree 132:12
145:13 215:20
agreed 4:3,8,12
82:15 148:7
160:9 217:13
256:12 263:3,8
agreement
145:2 148:12
148:14 186:6,7
186:22,23
187:5,7,10,17
187:19 188:4
190:25 193:11
193:18,19
194:6 205:2
228:12 229:4
229:17 230:9
230:12 232:18
233:4,9 235:25
237:12,22
238:13 249:6
255:20 256:15
agrees 255:16
ahead 28:24
122:12 134:10
135:10 244:8
245:6
aide 14:5,8
akerman 3:3
263:10

al 267:4
allegations
5:16 13:17
236:24
alleges 193:18
237:9
allow 145:19
allowed 127:10
alvin 17:10,11
amended
219:13 264:10
americas 3:5
amount 61:5
80:4,6 231:17
235:16 236:4
237:10 247:10
255:20
amounts
256:13
ancillary 28:5
answer 5:18,21
5:23 6:23
98:11 114:11
118:18 134:7,9
142:6 151:7
174:17 184:13
238:22 239:2
240:15 241:4
241:15,16
243:6 244:2
246:9 251:3
254:19 265:6,7
answered 6:13
53:16 104:20

| | | | |
|---|---|---|---|
| 173:19 231:9 | 153:17 154:3 | **arrest** 46:4 | **assist** 93:19 |
| answering 6:16 | 242:17 | arrived 167:18 | 116:23 123:25 |
| **antonio** 13:2 | **appearances** | **arthur** 247:8 | 165:12,13,14 |
| 157:24 161:7 | 2:2,25 3:2 | **ascertained** | 238:25 |
| 198:24 | **appeared** 52:23 | 242:25 | **assisting** 115:3 |
| **anybody** 27:6 | 260:8 | **asked** 22:25 | 183:9,11,12 |
| 49:5,9 58:12 | **appears** 33:21 | 23:17,18 29:25 | **attend** 254:8 |
| 61:12 64:16 | 44:3 222:21 | 45:17 46:20 | **attendance** |
| 70:8 76:18,22 | 257:17 261:18 | 80:23 81:13 | 253:3 |
| 77:5 81:4,5 | **application** | 82:15 95:10 | **attended** 129:2 |
| 99:13 117:5 | 258:14 | 98:18 99:2 | **attention** |
| 162:6,7 166:22 | **applied** 112:5 | 111:7 162:8 | 253:15 |
| 177:23 178:21 | 120:16 | 167:8 204:2 | **attesting** 260:7 |
| 220:7 238:25 | **apply** 127:13 | 212:7 220:12 | **attorney** 6:12 |
| **anymore** 21:24 | **appointed** | 225:24 227:9 | 13:8,16 31:15 |
| 56:8 113:12 | 246:21 247:9 | 228:5 229:20 | 31:21,24 46:3 |
| 120:24 137:18 | **appointment** | **asking** 5:15 | 47:18,20,23 |
| 137:21 142:3 | 176:2 | 17:19 23:3 | 64:25 65:3,6 |
| 150:2 204:9 | **appraisals** | 32:5,6 38:17 | 65:14 67:9 |
| **apartment** 19:8 | 165:2 | 60:11 62:5 | 82:9,10,11,13 |
| **apologies** | **appreciative** | 102:16,20,21 | 92:13,15,18,21 |
| 229:21 | 227:25 | 129:14,18 | 93:14,18,23,24 |
| **apparently** | **approached** | 147:13,14 | 94:2,8 97:21 |
| 68:8 157:22 | 95:21 | 148:2 154:7 | 97:22,23,24 |
| 219:20 | **approximately** | 161:9 181:9 | 98:3 114:24,25 |
| **appear** 33:17 | 19:12 20:8 | 203:4,22 214:6 | 115:5 121:14 |
| 44:2 45:3 | 34:3 69:13 | 214:8 247:19 | 127:17 145:13 |
| 53:12 54:21 | 108:14,15 | 247:20 | 145:18 151:5 |
| 64:2 122:17 | 218:10 | **asks** 173:21 | 151:11,21 |
| 190:12 193:4 | **areas** 132:2 | **asserted** 219:7 | 170:16,17,18 |
| 259:18 | **arguments** | 219:11,17 | 170:19 176:17 |
| **appearance** | 243:13 | 220:12,13,17 | 176:20,21 |
| 152:22 153:10 | **arm's** 256:6 | 221:2 243:13 | 179:21 180:10 |
| 153:11,14,15 | 257:2 265:10 | | 180:13 181:14 |

182:9,11,17,22
182:23 192:23
193:3 197:20
197:23 205:12
207:8,24
209:16 218:5
241:10,22
242:15,17,20
**attorney's**
45:25 193:6
241:13
**attorneys** 2:3,8
2:14 3:3 66:25
127:10 145:17
158:12 192:17
192:18 200:21
253:4
**auction** 142:12
142:15 160:10
160:13,14,21
**auctioned**
160:17
**august** 73:20
96:4 221:25
224:16 225:10
235:14 236:4
237:10 248:15
250:8
**authority**
112:25 247:15
**authorize**
209:5,8
**authorized**
151:11

**avenue** 1:17 3:5
16:16 18:10
248:24
**aware** 58:24
59:2,4,5,8
202:23 203:5
218:8 220:25
221:4 248:3
**awhile** 9:3,4

**b**

**b** 28:3,8 36:20
36:21 87:5
264:8,11 265:3
**b54042** 224:14
**back** 21:13
40:2,5,10,18,20
40:22,25 41:4
41:12,14 59:25
84:15,17,19,20
85:11,15 89:6
93:7 106:14,15
115:10 120:7
123:21 126:12
127:2,3,4,6,11
127:22,23
131:11,20
132:8,15,16
136:2,4 137:6
137:7 138:4,5
138:18,19
141:7 156:10
157:12 158:2
158:24 159:7

161:13,14
162:15 168:18
168:24 172:12
178:19 179:7,8
213:10,24
214:3 216:22
223:9 225:16
225:22 230:7
241:25 249:9
251:6,7
**backed** 110:4
**backing** 110:2
163:23
**backtrack**
105:25 114:6
**bad** 108:9,10
163:10,11
164:2
**bag** 46:6
**baisley** 16:23
17:25 18:8,10
18:12,19 95:12
95:15
**balance** 237:13
**bank** 14:17
38:13,14,15
39:4,7,7,9,12
39:17 40:12,13
40:13,25 41:12
41:14,25 42:6
63:17 69:10
72:14,15 78:9
78:10,14,17
81:2 97:17

100:21 102:3
105:18 120:23
142:5,12
160:10,11,12
161:11,24
165:17,18,19
165:20,22
202:7 204:2
214:11 219:20
219:21 235:15
245:13,17
**bankruptcy** 1:2
5:17 59:9
205:15,23
**based** 9:8 81:23
171:20 182:3,4
182:5 256:13
**basement**
110:4
**basically** 107:5
108:7 171:13
**basis** 151:12
**bates** 222:12,15
228:9 234:4
236:19 239:14
251:19 257:12
**bed** 213:6
**bedroom** 213:4
**beginning**
237:25 238:14
**begins** 246:8
252:15
**behalf** 222:9
226:10 228:8

| | | | |
|---|---|---|---|
| 234:3 236:19 239:14 242:18 251:19 | **blah** 27:16,16 27:16 165:21 165:21,21 | 222:14 223:25 229:17 252:3 | **broker** 26:3 67:17,20,21 68:20,22,24 |
| **belief** 179:20 180:9 181:21 181:22 186:4 186:20 196:24 197:7 | **blaming** 56:11 **blood** 6:18,19 7:2,3,18,24 266:11 | **bought** 16:11 31:11 34:5,7 35:9 36:11 118:23 164:6,7 212:6 | 69:21 **brooklyn** 18:14 24:22 27:10 31:19 36:17 47:16,16,17 |
| **believe** 39:4 99:5 181:23 229:20 233:2 238:20 240:2 254:6 259:6 | **boiler** 108:9 109:20,21,22 **boilers** 166:16 **bold** 228:13 234:17 245:20 | **boulevard** 16:24 18:8,12 95:12,15 113:18 114:20 **boy** 16:22 111:7 | 49:21 50:8,9 50:10,17,21 51:4 60:20 64:12,13 65:17 66:21 86:18 |
| **belongs** 9:21 39:6,7 **ben** 94:20,24 **beneficial** 196:25 197:7 197:14 | **bonaparte** 1:10 3:21 12:13,19 62:2 103:6 201:20 207:17 253:4 255:2 257:14 263:3,7 263:14 267:4 | **boys** 111:6 **brand** 164:7,8 164:10 **break** 162:21 162:22,23 **breakfast** 21:13 | 87:12 111:6 124:18 125:5,6 125:7 130:9 135:16 136:13 136:14,15,19 136:24 137:3,5 140:17 141:9 |
| **benefit** 230:23 250:21 **best** 9:5 14:3 102:22 250:25 | **borrowed** 72:11 **borrower** 42:13,15,16 | **bridges** 51:6 **brief** 85:7 162:24 214:17 | 143:4,5,14 149:21 **brother** 107:21 |
| **big** 8:16,16 148:6 **biggest** 66:2 67:10 | 52:18,19,23 54:12 63:11 86:3 87:6 224:21 | 226:2 **bring** 98:7,11 98:25 138:15 167:8,10,14,16 | **brought** 30:6 **bunch** 67:2,7,8 **burden** 103:23 104:2,7,16 |
| **bill** 50:17 108:11,23 **bills** 109:4,6,11 **bit** 177:8 217:2 223:10 227:23 228:2,22 236:10 238:21 | **bother** 139:9 172:11,11 **bottom** 9:16 28:20 31:3,6 44:8 52:11,13 76:12,14,19,20 139:20 148:5 | 218:2 223:12 **bringing** 98:14 213:6 **brings** 213:4 **broadway** 2:4 **broken** 166:17 | 110:20 **burdened** 103:20 **burn** 258:8 **bursts** 109:20 **bush** 71:18 |

**business**
179:22 180:13
180:17,20
215:2
**businesses**
180:16,19
181:9
**buy** 21:17 22:2
22:3,18,24
24:18,23 25:2
25:2 34:10
39:10,16 63:20
66:9 68:25
69:3,5,9,25
81:11 91:4
93:25 94:3,6
126:4 181:20
182:7 213:5,7
**buyer** 77:20,24
78:3,6,8
**buying** 24:13
29:6 31:13
71:19 96:5
**buys** 78:8

**c**

**c** 36:15,22,25
105:21 135:9
264:12,18
266:2,2
**call** 11:3,4
93:12 110:3
147:6,7,8,12
182:5 204:15

**called** 27:4,14
40:21,23 46:9
47:12 116:17
130:17 147:24
155:12,16
156:6 161:4,23
162:4,7 166:5
168:9 175:23
176:7 181:19
189:5,13
193:10 194:11
194:22 204:3
204:13,15,16
204:19,21
218:2
**calling** 97:17
**calls** 11:2
**calm** 7:25,25
**calvin** 208:7
**cancel** 126:11
**cancer** 68:5
110:17,24
**capacity** 6:22
7:21 241:21
**capital** 143:16
145:10 228:13
234:17 245:20
**caption** 245:15
**car** 20:21 39:10
39:10,21
158:20 159:10
166:22 167:13
178:21 211:7
213:12

**card** 29:5,5,7
66:14
**care** 14:9 16:14
19:16,19 20:20
47:6 48:14
55:15,17,19
56:14 73:2
98:10 100:5
124:7 138:3
**carry** 58:2
**cars** 211:5,12
**case** 1:3 13:9
114:18 124:21
125:20 126:11
126:13 127:16
128:8 205:20
205:21,23
206:3,12,17
209:6,9 211:12
214:24 215:5
217:3 218:14
219:8,12
222:10 226:7
226:10 228:9
234:3 236:5,18
239:14 242:19
243:7 244:13
245:5 246:11
246:18,20
247:7,11 248:9
250:23 251:19
252:11,15
256:11 261:12
267:4

**cases** 211:14,17
212:3
**cause** 9:3 70:15
91:3 107:25
110:2 118:7
131:25 137:23
184:24 264:20
**caused** 186:5
186:21,25
**causes** 219:10
219:16 220:20
220:25
**cellphone** 10:2
10:8,10,11,12
10:15,19 12:2
85:6
**certain** 84:16
**certification**
4:6
**certified**
235:16
**certify** 266:5,10
**chance** 148:4
258:17,22
**change** 20:8
161:25 267:5
**changed** 213:9
**charge** 146:3,3
**charging**
155:13
**charles** 1:11
2:8,8,11 5:14
13:2 191:19
193:2 255:4

cheap 111:8
check 14:15,15
82:3,6 96:25
100:25 162:2
162:12 217:23
235:15
children 111:7
city 28:6
claim 99:6
126:7 213:17
219:9,9 259:19
claiming
213:16 248:17
claims 219:7,10
clarification
30:19
clarifying
12:16
clark 45:8,10
45:12 46:22,24
47:9,21,22
49:13 50:25
55:10,12,13,21
56:2,14 57:3
58:14,24 59:3
59:8 68:11,12
68:14 112:16
112:19,25,25
113:15 114:21
115:12,13
118:8 119:11
119:12,25
120:21 124:9
124:13,21

125:18,21
130:3,10,10
133:19 138:7
clark's 48:21
56:16 129:25
130:5,7,19
140:10
claudette 49:10
clean 163:24
cleaning 14:11
clear 250:20
clearly 6:17
client 220:15
220:18
clients 145:18
218:14 219:8
219:11,17
220:13,19
221:3
close 161:12
235:4
closed 19:7
closer 223:13
closing 29:13
29:17,21,22
30:11,24 33:25
34:13 35:22
51:3 66:11,16
66:19 89:18
92:19,22
128:25 154:8,9
154:11,25
155:9,18,20
156:21,25

157:7,9,13,15
157:16,17,19
157:20,23
158:7 159:24
161:10 162:16
163:4 164:19
166:15,20,23
167:3,9,12,15
167:18 168:20
168:24 169:13
174:6,22
175:16,20
176:6,16 177:6
177:18 178:7
178:17,24
179:5 198:10
200:2,3,4,5
202:25 203:8
203:11 204:17
205:9,11,14
211:15 252:20
253:2
cmi 76:15,17
76:19,21
collected 107:4
come 15:12
22:7 41:14
45:21 46:3,12
56:4 57:7 70:7
96:9 119:23
123:17 127:22
128:10 136:22
140:6,14,18,20
142:20 161:9

163:24 175:21
176:2,3 183:21
184:24,25
212:5,22
213:10,11
216:4,7 217:24
217:25 218:3
248:11
comes 11:7,8
45:23 78:7,10
123:15 195:3
212:21,21
219:18
coming 15:24
19:11 23:25
27:17 41:12
45:17 46:7,8,9
46:11 57:9
135:15 212:8
218:19
commenced
99:22 236:5
commended
153:2
commission
263:24
communicate
10:20 11:6,18
145:14 146:8
146:14,23,25
147:6,18 156:7
communicating
117:2,5 147:5

communication
145:16 147:15
147:16 157:5
204:12,13
companies
215:14,15
company 13:2
13:6,7 14:18
14:22,24 15:7
15:14,15 35:12
61:21 62:3
76:23,23 87:25
88:13 113:9
184:16,17,18
185:4,5,6
186:16 199:3,4
199:5,6,7,9,13
200:16,17,22
200:25 201:3
202:6 203:9
252:2
complained
205:22
complaining
204:20
complaint 5:17
13:21,22 135:9
156:11,18
206:4,23
219:14 221:3
238:19,22
239:2 240:16
243:14 264:10
264:18

complaints
211:22,23
complete 229:5
229:11
completed
178:9
compute
247:10
con 50:16,22
109:6,7
concerning
161:6 184:25
conclude
263:12
concluded
154:23
condition 163:8
163:10,11
164:2,4
conference
140:23 169:2
169:21,22
170:3,5
conferred
263:4
confidential
145:18
confused
136:23
confusion 56:9
connecticut
162:3,4,8
connection
151:11

connections
26:8
consideration
255:19
constructed
164:12
consult 6:11
contact 155:10
175:25 176:3,5
176:7
contacted
175:21 176:4
contest 244:3
244:13
contesting
240:16
context 148:11
continuation
263:5
continue 87:19
117:24 128:7
232:15 263:8
263:12
continued 2:25
3:2 214:11
262:25 264:25
265:2
continues
252:9
contract
189:18 192:9
192:15,17,20
196:7 199:20
255:8 264:19

contractor 15:3
15:18 16:2
19:22,24 73:21
95:4
contractors
19:23
conversation
122:6 155:21
158:21 176:12
conversations
158:19
cooking 14:11
copied 32:4
copies 28:11,14
70:9 101:13,15
102:2,4,5
109:3 176:6
copy 52:14
58:4,6 121:22
121:24 144:16
195:18 210:7
228:7 245:12
copying 177:11
corner 158:6
170:11
corp 61:22,22
62:7
correct 33:10
33:15 39:17
41:20 56:17
63:15 68:7
70:20 74:17
77:16,25 78:4
78:12,15 81:2

81:8,16 82:16
83:25 86:20
87:17 90:21,24
92:11 93:21
110:22 114:24
120:9,14 129:5
132:18 133:4,6
133:16,21
134:2,22
138:10 141:24
147:4,9,20,24
148:15 154:18
154:21 155:18
155:25 158:13
159:20 167:3
171:4,23 172:3
173:7,25
175:16,18
180:15 182:21
183:24 184:16
187:2,17,22
191:6,14,17
192:6,16,19
196:17 198:4
201:6 202:7,21
203:13,24
216:19,22,24
217:6 222:3,6
222:25 224:18
225:14 227:15
228:16,25
232:12,15,19
232:21,24
234:8,11,15

235:11,21,25
236:6,7 237:19
238:7,17
240:11,17,20
240:23 242:3
242:12,13
243:8,11,24
244:4,13,16,19
249:7,21,24
250:3,9,17,23
254:22,25
256:7,15,23
257:4,6,7,10,11
261:4,7,14,19
261:21
**correctly** 225:4
232:11
**corresponden...**
128:18,21
**cost** 72:10
**counsel** 4:4
195:23 239:3
263:2,6,11,13
**countersigned**
257:14
**county** 28:4
242:25 247:16
**couple** 162:22
175:11
**course** 22:5
28:22 31:5
46:5 98:23
151:13

**court** 1:2 4:15
47:2,4,13,15,19
48:12 55:17,24
55:24 113:17
113:20 114:4,7
114:18,23
115:10 116:7
116:10 119:5,6
125:11 126:6
126:12,19,19
126:20 127:19
127:21,22
130:18 135:16
142:5 152:23
205:13,15
206:12,16,20
207:15,19,22
208:4,10,12
209:14,16
210:13,18
211:14 217:24
217:25 241:24
246:17 247:9
247:16,16
248:8,18
**court's** 154:3
**courthouse**
114:21
**cove** 19:9 21:5
94:20
**cover** 63:4
85:15
**covid** 8:10,11
14:23,23,23

15:17,20,24,25
16:3,5,6 208:5
209:17 210:15
**crazy** 108:16
**created** 139:23
**credit** 81:24,25
82:3 98:22
104:24,25
105:2 151:12
**crossed** 223:22
223:25 224:5
**current** 9:9
**currently**
216:18
**cut** 50:23 109:7
109:8
**cutting** 174:14
**cv** 1:3

**d**

**d** 51:10,11
264:13
**dahiya** 144:17
144:19 205:24
210:21 222:10
226:7,9 227:3
227:9 228:9
234:3 236:18
239:13 241:14
242:24 251:18
**damn** 161:14
**daniels** 61:13
**dark** 176:22

date 16:3 29:13
  37:10 46:18
  60:11 96:2,3,5
  135:22 189:19
  189:20 190:16
  192:3 199:22
  230:18 234:22
  234:23 248:13
  267:4
dated 35:6
  228:15 237:12
  248:15 255:9
dates 15:23
  138:6
daughter 10:4
  18:22 21:21
  43:10 72:11
  162:12 168:14
  208:23
daughter's
  208:24
day 29:11,14
  30:9,11,13,16
  30:23 66:23
  74:12 99:18
  150:6 160:9
  177:3 178:3,19
  198:6,8,9
  217:13 263:21
  266:15
days 20:23
  113:10
dba 1:12 2:15

deal 236:23
  244:5
dear 50:3
debtor 1:6
decide 50:23
decided 99:12
decipher
  224:10
decision 99:11
  144:9
declare 111:19
  111:24 112:2
deed 28:3,7
  36:18 73:5
  74:12,17,19,21
  75:4 76:13
  79:18 132:21
  133:4 194:19
  194:19,22
  196:9,12
  264:11,15
default 234:18
  235:25 261:13
  264:23
defaulted 238:9
defendant 2:8
  3:3 215:25
  216:4,5
defendants
  1:14 2:14 5:8
  13:18 215:7,18
  215:19,21
  216:16 218:14
  219:2 220:20

263:11,14
defenses 246:9
  246:16 248:9
definitely
  109:24
demand 129:7
  129:19
department
  230:10
depends 7:12
deposit 150:24
  151:3
deposition 1:20
  4:6,13 6:5
  206:24 217:9
  217:13 218:8
  263:5,9 267:4
describe 14:7
  38:10 39:3
described
  187:4
describing 29:9
  29:15
description
  88:17 264:10
  265:4
designated
  225:7
designation
  215:20
destroyed 99:4
detective 27:14
deutsche
  245:13,17

die 25:6
died 16:6 25:9
  35:21,25 36:2
  36:4 67:25
  68:2,4,6,10
  94:24
difference
  149:10
different 24:24
  33:19,22 35:13
  46:5 75:12,13
  75:14,25
  107:17 108:21
  195:19 215:14
  215:15 218:24
  254:15
difficult 223:10
  255:15
direct 170:21
  171:7,9,13
directing 171:6
directly 16:15
  70:22 117:2
disappeared
  123:16
disclose 218:4
discovery
  236:18 245:3
discuss 136:21
  140:25 141:4
discussed 86:20
  136:20 140:3
  141:2 155:11
  233:2,7 237:18

| | | | |
|---|---|---|---|
| **discussing** 125:14 141:5 | 79:16 83:23 84:6,12 85:19 | 256:12 257:13 258:14,23 | **donna** 61:13 **door** 211:19 |
| **discussion** 246:25 262:5 | 89:18,23 90:11 90:21,22 91:13 | 259:2,10,13,20 264:17 | 213:9 **dose** 7:17 |
| **dismiss** 243:7 265:7 | 121:18 122:5 122:21 132:21 | **documentation** 69:8 165:14 | **doses** 7:18 **double** 84:11 |
| **dismissed** 221:3 243:14 | 135:8,11 139:23 143:14 | **documents** 27:17,23 29:3 | **doubt** 230:23 **downhill** |
| 246:10,15 | 143:22,25 144:17 148:11 | 40:5,9 51:13 62:13 69:14,17 | 106:20 **downstairs** |
| **district** 1:2 31:15,20,24 | 148:15,18 150:19 188:10 | 69:23 76:2,7 83:24 84:23 | 166:16 209:12 **drama** 25:2 |
| 45:24 46:3 64:24 65:3,6 | 188:17 189:17 190:6,17 | 90:24 102:14 102:17 112:22 | **drive** 2:16 178:19 182:19 |
| 65:13 97:20,22 97:23,24 98:3 | 191:13 192:3 192:24 194:11 | 173:6 175:5,6 175:7,10 176:6 | **driven** 159:13 **driving** 20:22 |
| 205:12 **dive** 252:19 | 194:13,16 206:25 207:7 | 176:25 179:2 195:21 200:17 | 158:17,20 166:14 |
| **docket** 243:2 245:4 | 208:14 212:13 221:5,10 222:9 | 207:19 260:10 265:5 | **due** 235:8,16 236:4 247:10 |
| **document** 12:5 12:11,24 13:8 | 223:5 225:25 226:3,6,13,15 | **doing** 6:2 10:24 11:21 16:12 | **duly** 5:4 74:11 266:7 |
| 13:15 20:2 28:18,21 30:4 | 226:25 227:19 228:6 234:2 | 19:7 20:23,24 22:21 44:4 | **dwight** 9:22 12:14 |
| 31:4,7 32:2,13 34:22 35:6 | 236:17,25 239:13 240:10 | 56:3 92:14 95:19 97:8,9 | |
| 36:25 37:2,14 37:15,16 51:15 | 241:5,20 243:18,23 | 112:15 116:15 118:20 122:25 | **e** |
| 51:21,25 52:2 52:7,21,22 | 244:3,12 245:3 245:9 248:18 | 186:14 203:18 207:22 209:19 | **e** 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 |
| 53:13,25 54:6 55:2 57:19 | 249:10,16 251:14,18,24 | 215:2 233:25 **dollar** 80:4,6 | 10:1 11:1 12:1 13:1 14:1 15:1 |
| 63:3 64:9 73:12,13,15 | 252:10,14,19 253:15 255:24 | **dollars** 163:6 164:22 | 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 |
| 75:4 76:2 79:8 | | | |

| | | | |
|---|---|---|---|
| 28:1 29:1 30:1 | 118:1 119:1 | 186:1 187:1 | 254:1 255:1 |
| 31:1 32:1 33:1 | 120:1 121:1 | 188:1 189:1 | 256:1 257:1 |
| 34:1 35:1 36:1 | 122:1 123:1 | 190:1 191:1 | 258:1 259:1,4 |
| 37:1 38:1 39:1 | 124:1 125:1 | 192:1 193:1 | 260:1 261:1 |
| 40:1 41:1 42:1 | 126:1 127:1 | 194:1 195:1 | 262:1 263:1 |
| 43:1 44:1 45:1 | 128:1 129:1 | 196:1 197:1 | 264:1,8,14 |
| 46:1 47:1 48:1 | 130:1 131:1 | 198:1 199:1 | 265:1,3 266:1 |
| 49:1 50:1 51:1 | 132:1 133:1 | 200:1 201:1 | 266:2 267:1 |
| 52:1 53:1 54:1 | 134:1 135:1 | 202:1 203:1 | **earlier** 86:20 |
| 55:1 56:1 57:1 | 136:1 137:1 | 204:1 205:1 | 112:5,24 124:5 |
| 58:1 59:1 60:1 | 138:1 139:1 | 206:1 207:1 | 124:14 132:20 |
| 61:1 62:1,19 | 140:1 141:1 | 208:1 209:1 | 168:2,5 194:10 |
| 62:20,23 63:1 | 142:1 143:1 | 210:1 211:1 | 200:13 217:3 |
| 64:1 65:1 66:1 | 144:1 145:1 | 212:1 213:1 | 221:24 225:17 |
| 67:1 68:1 69:1 | 146:1 147:1 | 214:1 215:1 | 225:25 228:6 |
| 70:1 71:1 72:1 | 148:1 149:1 | 216:1 217:1 | 229:21 249:5 |
| 73:1 74:1 75:1 | 150:1 151:1 | 218:1 219:1 | 252:20 261:12 |
| 76:1 77:1 78:1 | 152:1 153:1 | 220:1 221:1 | **early** 21:12 |
| 79:1 80:1 81:1 | 154:1 155:1 | 222:1 223:1 | **easier** 74:5 |
| 82:1 83:1 84:1 | 156:1 157:1 | 224:1 225:1 | **east** 24:22 25:5 |
| 85:1 86:1 87:1 | 158:1 159:1 | 226:1 227:1 | 25:12 27:10 |
| 88:1 89:1 90:1 | 160:1 161:1 | 228:1 229:1 | 28:5 29:23 |
| 91:1 92:1 93:1 | 162:1 163:1 | 230:1 231:1 | 30:17 31:18 |
| 94:1 95:1 96:1 | 164:1 165:1 | 232:1 233:1 | 36:16 49:20 |
| 97:1 98:1 99:1 | 166:1 167:1 | 234:1 235:1 | 50:7,10 51:4 |
| 100:1 101:1 | 168:1 169:1 | 236:1 237:1 | 55:3 59:13,16 |
| 102:1 103:1 | 170:1 171:1 | 238:1 239:1 | 86:8,18 87:12 |
| 104:1 105:1,21 | 172:1 173:1 | 240:1 241:1 | 100:7,10 |
| 106:1 107:1 | 174:1 175:1 | 242:1 243:1 | 124:16 154:15 |
| 108:1 109:1 | 176:1 177:1 | 244:1 245:1 | 154:16 |
| 110:1 111:1 | 178:1 179:1 | 246:1 247:1 | **eastern** 1:2 |
| 112:1 113:1 | 180:1 181:1 | 248:1 249:1 | **edison** 50:16,22 |
| 114:1 115:1 | 182:1 183:1 | 250:1 251:1 | 109:6,7 |
| 116:1 117:1 | 184:1 185:1 | 252:1 253:1 | |

effect 4:14
effectively
  232:18
either 39:21
  147:9,19
  177:12 215:23
  266:11
elderlies 14:9
electric 109:17
elmwood 2:16
else's 131:14
  132:6,18 133:3
email 11:13,14
  11:15,16,17,24
emails 11:12
  217:20,21,24
encapsulate
  232:9
ended 95:20
engagement
  115:24 139:2
  144:25 154:15
  185:11
english 173:7
enter 120:9
  242:17
entered 232:17
  237:9 247:6
  248:8 250:16
entire 9:15 37:5
  37:7 177:17
  235:16
entities 215:24

equity 219:23
errata 267:2
escrow 231:18
esla 17:8
esq 1:11 2:6,11
  2:17 3:7
esquire 247:9
establish
  210:11
established
  95:25 196:8
estate 23:6
  24:24,24 25:11
  26:2,3,14,18
  33:25 45:14,20
  47:10 65:25
  66:7 76:7
  99:23 132:22
  194:12
estimate
  109:10
et 267:4
event 29:9
eventually
  131:7,8,20
  203:18,22
  205:2,2,4
  213:8
everton 50:19
everybody
  28:14 31:16
  56:11 81:17,18
  98:16 144:22
  200:20 209:11

209:12 212:10
  220:6
everybody's
  56:11
evict 125:9,10
  125:17 126:6
eviction 124:21
evis 1:5,7,21
  5:3 33:10,11
  33:14,21 42:17
  42:18 43:24
  83:11,18 86:2
  87:6 90:3
  130:17 188:18
  222:22 245:17
  253:23 263:19
  264:4 267:5
evis.stephens
  11:25
exact 257:13
exactly 55:20
  56:19 82:17
  93:15,17,20
  117:25 120:25
  156:9 171:16
  172:4 232:16
  236:2,7 240:21
  240:24 244:17
  244:20 250:4
  250:18
examination
  1:20 5:10
  214:19 263:12
  264:3

examine
  258:22
examined 5:5
except 4:9
exchange
  161:25 224:24
executed 74:12
  230:8
executing
  259:20
exercise 21:12
exhibit 5:8 12:5
  28:3,8 36:15
  36:18,20,21,22
  36:25 51:10,11
  62:19,20,23
  73:5,6,9 79:17
  84:8,11 88:16
  89:25 91:18
  96:4,13,15
  103:16 121:15
  134:25 135:7,9
  139:11 156:10
  168:24 179:18
  185:13 186:3
  188:6,8 191:8
  193:12,13,16
  196:22 198:2
  199:19 206:23
  206:24,25
  207:3,6 208:15
  219:14 221:7
  225:16,20,24
  233:18,20

| | f | fax 230:8,17 | finding 65:21 |
|---|---|---|---|
| 236:11 239:6,7 | | 231:3,6 | fine 64:7 74:2,4 |
| 240:25 241:4,4 | f 73:6,9 79:17 | fed 189:10 | 175:9 197:24 |
| 241:7,25 | 191:9 255:13 | federal 6:4 | 231:14 |
| 242:21 244:21 | 264:15 266:2 | 97:25,25 98:17 | finish 115:17 |
| 246:17 249:9 | face 57:8 | fee 151:12 | 174:24 |
| 251:11 253:16 | facsimile | 178:2 | finished 29:2 |
| 257:12 260:15 | 230:16 | feel 12:18 | 122:4 245:6,7 |
| 264:10,11,12 | fact 30:6 45:24 | fees 115:15 | 251:22 |
| 264:13,14,15 | 140:4 183:8 | felt 174:23 | first 5:4 6:15 |
| 264:16,17,18 | 206:11,12 | fifth 153:8 | 9:18 11:5 24:3 |
| 264:18,19,20 | 238:17 250:14 | fight 142:21,25 | 24:4,5,9 29:6 |
| 264:21,23 | failed 120:13 | 244:20 | 31:12 34:4 |
| 265:5,6,7,8,10 | 238:6 | figure 261:25 | 37:13 42:8 |
| exhibits 75:22 | failing 103:21 | file 70:16 | 52:6 73:5 |
| 85:2,23 236:22 | 238:13 | 205:11 206:12 | 74:11,12 79:3 |
| 264:25 265:2 | failure 235:23 | 209:5,9 211:17 | 84:21 85:11,14 |
| 265:12 | fairly 226:2 | 211:23 212:2,3 | 85:16 88:4 |
| exist 182:14 | falling 106:14 | 212:4 | 93:5 99:21,24 |
| 200:17 | 106:15 | filed 5:18 59:8 | 100:4 103:17 |
| expect 167:17 | familiar 60:24 | 210:17 211:22 | 105:4 109:11 |
| expectations | 61:2,3,4,19,23 | 219:13 238:20 | 125:13 130:9 |
| 171:7 | 124:3 135:11 | 238:22 240:11 | 131:21 132:17 |
| expenses | families 109:2 | 243:7 244:3,3 | 134:4,5,16 |
| 111:23 | family 9:14,21 | 244:12,14,15 | 136:14 143:12 |
| experience | 9:23 21:19 | 246:16 | 143:13 144:12 |
| 171:20 | 23:25 67:16 | filing 4:5 22:5 | 146:8,12,13 |
| expires 263:24 | 96:25 107:11 | 211:13 | 150:5 186:24 |
| explain 29:11 | 107:12,13,21 | final 27:14 | 188:16 190:15 |
| 105:10 114:2 | 108:6 110:11 | 163:5 | 190:21 191:3 |
| 119:17 | 111:3,3,9,11 | financial 69:14 | 193:25 194:3 |
| explaining | far 112:11,15 | 69:16,22 | 201:5 209:12 |
| 196:12 | 159:4 205:7 | find 66:14 | 214:25 218:7 |
| extra 108:20 | | 97:14 98:24 | 226:15 229:16 |

230:7 231:15
fish 98:20
fished 98:25
five 19:2,3,4,5
  217:19 229:5
  229:11,12
fix 68:16 108:9
  108:10
floor 2:10 3:6
  9:18,19 12:15
  108:5,12
  109:11,23
  111:4,11
  209:13
focus 17:2
  242:21
followed
  113:16 263:13
following 46:13
follows 5:6
force 4:14
forced 67:12
  83:2,3
forcing 82:24
foreclosed
  137:17,19
foreclosing
  247:11 256:10
foreclosure
  41:7,10,11
  114:9,16 116:2
  116:10 118:3
  118:10,12,13
  119:7 123:22

123:25 124:5
  128:8,11
  129:20 141:24
  142:19,21
  143:2 160:5,6
  160:23 217:3,6
  236:5 239:2
  240:16 241:16
  242:18 243:7
  244:4,13,19
  245:5 246:10
  246:18,21
  247:7,17,23
  250:23 256:10
  261:12
forget 110:19
forgiven
  119:24 120:3,5
form 4:9
  192:20 222:22
formed 237:13
forth 266:7
forward 166:11
fought 161:21
fourth 51:15
  53:3
frank 241:17
fraudulently
  205:16 218:18
  219:2
free 12:18
  120:24
fret 157:25

friedman 1:23
  266:3,19
friend 9:21
  26:24,25 65:24
  66:8 111:12
  132:7
friend's 131:18
  157:10,11
friends 9:22
  22:25
front 13:12
  33:19 54:7
  75:10 84:16,17
  121:19 172:19
  172:21 196:17
fsb 1:13 3:4
fulfill 218:20
  220:2
full 21:10
  152:23 231:17
fully 145:19
  230:8
fund 1:12 3:4
funds 235:16
  258:15
further 4:8,12
  127:24 149:13
  214:14 247:14
  266:10
future 102:10

**g**

g 84:8,11 88:16
  89:25 96:4

191:8 225:16
  225:20,24
  264:16
gardens 88:22
  249:11,17
gas 108:22,23
  109:17
general 8:5
  38:17,18 40:12
getting 48:18
  120:8 178:5
  210:12
girl 9:20
  110:17 111:7
give 7:3 12:4
  29:5,5,7 38:15
  47:11 66:13
  81:4,5 82:9,13
  107:7 115:18
  116:18 131:22
  144:17,18,20
  144:21,21
  152:16,18
  157:25 158:23
  162:11,12,12
  162:13,14,17
  177:10 178:25
  192:8 207:24
  213:23 230:22
given 161:18
  210:7 266:9
gives 40:13
giving 21:4
  39:12,17 59:3

59:5 63:17
112:22 131:23
132:9 153:19
165:14 175:6,7
183:14
**glasses** 223:12
**glen** 19:8 21:5
94:20
**go** 12:20 19:8
21:13 22:23
23:10,16,23
25:20 26:21,23
28:24 34:10
47:13,15 49:13
52:10 65:21
71:6 100:21
106:21 108:9
108:10 109:20
110:25,25
122:12 124:19
125:8,17
126:12,21
127:10 130:18
131:4,13 132:3
134:10 135:10
136:2,4 138:5
142:24 143:3
149:13 151:22
156:10,13
161:10 167:13
167:16 168:20
175:6 202:9
203:25 207:21
208:10,12

209:8 212:4
214:12 217:20
226:13 241:25
244:8 245:6
249:9 254:19
262:2
**goal** 232:19
**god** 93:12
**godette** 240:13
**goes** 25:22
108:22 134:6
226:8 249:3
**going** 7:12 12:4
12:8 13:25
17:2 19:11
25:14 27:23
28:13 29:4
30:5,22 34:17
36:24 48:25
49:15 50:18,22
51:3,9 56:9
57:9 59:7
62:12 66:16
73:8 88:16
89:6,17,24
90:10 91:17
92:2 93:8
98:18,20 99:3
102:18 106:13
106:20,23,24
116:2,7,9
127:23 129:20
129:22 130:20
131:18,19

132:2 137:5,14
138:17,18
141:6 157:7,13
157:14 159:7
159:13,14,17
159:18 160:10
160:13,14,21
161:12 162:9
162:10,20
168:24 173:22
179:4 185:7
189:4 206:22
207:14 208:13
214:11 217:10
217:20 218:21
219:3 221:5,11
230:7 231:15
233:17 246:7
248:3,12
**good** 5:12,13
10:24 11:14,21
93:10 99:10
151:7 164:4
214:21,22
251:23
**goodness** 46:16
108:13
**gotten** 129:4
**government**
100:5
**gram** 235:15
**granted** 232:5
232:6 247:15

**granting**
245:20 265:8
**group** 1:11
2:14 13:4
214:25
**guess** 27:25
40:20 42:3
62:17 78:5
81:5,17 116:24
117:19 154:19
165:11,11,19
167:4,24
187:20 221:6
**guessing**
184:19
**guy** 23:13 25:6
25:19 26:2,14
35:12,21,25
45:20 50:18
65:23 66:7
67:25 93:10
176:22 243:22
**guys** 28:25
66:11 136:21

**h**

**h** 121:15 249:9
264:8,17 265:3
**halls** 27:7
**hand** 46:24
56:11 78:16
124:11 220:8,9
266:15

| | | | |
|---|---|---|---|
| **handed** 206:9 | **happening** | **heart** 254:18 | **hold** 86:11 |
| 251:14 | 161:5 204:11 | held 1:21 | holding 13:2,6 |
| **handing** 220:8 | **harassed** | **help** 23:17 | 13:6 61:21,22 |
| **handle** 48:23 | 210:12 213:17 | 45:14 93:24 | 61:24 62:7 |
| 49:15 | 219:5 | 94:2 107:23 | 199:5,5 200:22 |
| **handled** 46:14 | **harassing** | 112:17 116:2 | 200:25 237:3 |
| 207:25,25 | 209:10 212:10 | 124:10 130:20 | 248:6,7 |
| 208:2,4 | **harassment** | 131:10,10 | **holdings** 1:10 |
| **handling** 48:15 | 207:10 210:9 | 136:17 137:9 | 184:6,10,14,15 |
| 206:21 | 211:6,10,13,18 | 137:11 138:14 | 185:20,24 |
| **hands** 102:25 | 211:20,22 | 142:20 146:23 | 189:8,8 197:2 |
| 124:12 162:2 | 212:5,11 | 159:18 203:23 | 197:8,10,15 |
| **handwriting** | 218:22 219:19 | 224:9 243:17 | 200:9,10 |
| 209:24 210:2 | 220:10 | **helped** 25:10 | 250:17 252:22 |
| 222:18,21 | **hard** 8:12 | 94:8 | **home** 1:11,12 |
| 224:3 | 121:17 207:6 | **helping** 205:8 | 2:14,15 14:5,7 |
| **handwritten** | 208:3 210:6 | **hereinafter** | 14:10 19:13 |
| 210:25 223:22 | 211:2 | 189:5 | 93:8 110:25 |
| 239:20 253:25 | **hardship** 166:5 | **hereto** 4:5 | 127:16 162:16 |
| 257:22 259:3 | 166:6 | **hereunto** | 175:6 178:19 |
| **happen** 40:11 | **head** 5:20 48:4 | 266:14 | 201:19,22 |
| 40:19 46:15 | 101:23,24 | **herewith** | 215:2 216:22 |
| 99:17 101:16 | **health** 14:5,8 | 151:11 | 217:5 220:3 |
| 131:8 179:4 | 103:20 | **herinafter** | 224:17 230:9 |
| 217:11 | **healthcare** | 189:13 | 232:12 240:19 |
| **happened** | 15:13,21 19:14 | **herkimer** 65:16 | 247:17,22 |
| 29:11 30:22 | 20:3 70:20 | **high** 6:18,19 | 248:4 250:16 |
| 46:16,17 47:6 | **hear** 114:11 | 7:2,3,4,18,24 | **homes** 138:17 |
| 84:3 118:13,16 | **heard** 41:6 | 106:13 | **hospital** 8:6 |
| 126:23 131:7 | 49:19 50:7 | **hillside** 35:11 | **hourly** 151:12 |
| 163:12,22,25 | 51:7 60:19,21 | 67:20 | **hours** 21:11 |
| 178:24 179:13 | 133:15,17 | **hired** 191:20 | 169:2,10 172:9 |
| 218:22 245:11 | 181:17 182:12 | **hiring** 125:3 | **house** 9:13,14 |
| | 215:23 | | 9:15 11:8,8 |

| | | | |
|---|---|---|---|
| 16:11,19 17:13 | 131:9,10,11,13 | 250:12 | **husband** 17:6,9 |
| 19:19 21:2,3,8 | 132:9 133:13 | houses 23:11 | 20:11 22:6,8 |
| 21:17 22:3,3,4 | 133:14 141:6 | 23:12,15,19,20 | 22:19 42:25 |
| 22:18,24 23:17 | 141:12,13,18 | 24:14 26:5,8 | 111:13 208:8,9 |
| 23:23,24 24:3 | 141:20,23 | 26:21,24,25 | 213:3,5,8 |
| 24:4,5,6,7,9,18 | 142:22 149:13 | 27:11,16,20 | 220:4 |
| 24:25 25:11,13 | 149:16,17,20 | 28:23 35:8,10 | **i** |
| 25:19,22,23 | 149:25 150:4,7 | 35:13,14,16 | **i.d.** 189:11 |
| 26:13,17,19 | 155:14 156:22 | 69:4 71:19 | **idea** 42:7 44:7 |
| 27:2,3,5 29:7 | 157:10,11,23 | 125:5 136:13 | 49:11 180:25 |
| 30:14 31:12,13 | 159:18,25 | 136:14,15,18 | 216:16 |
| 34:5,7,10 | 160:4 161:9,15 | 136:23 137:2,4 | **ideas** 183:16,19 |
| 35:22 36:11 | 161:18,19 | 137:7,8,12,13 | **identification** |
| 38:16,22 39:9 | 163:3,6,7,10,12 | 137:15,16,20 | 90:10 |
| 39:23 40:20 | 163:22 164:2,2 | 137:21 138:16 | **identified** |
| 41:11 42:2 | 164:3,3,4,5,6,7 | 138:21,25 | 76:13 83:7 |
| 47:17 50:2,17 | 164:9,10,13,17 | 140:17,19 | 219:14 224:13 |
| 50:21 59:19 | 165:6,10,21 | 141:7,8 149:23 | 226:7,21 |
| 63:20 68:25 | 168:19 169:18 | 150:5 | 239:18 253:15 |
| 69:3,4,10 | 171:19,21 | **housing** 206:12 | 260:25 |
| 71:22 72:7,10 | 182:7 183:13 | **huh** 6:20 12:7 | **identifies** |
| 78:4,8,24 | 195:25 202:12 | 14:6,19 29:10 | 228:24 |
| 80:16 81:11 | 202:13 207:20 | 34:6 37:24 | **identify** 63:3 |
| 91:4 93:25 | 208:12 209:2,3 | 40:7,15 41:3 | 73:13 75:19 |
| 94:3,6 95:8,9 | 209:10 211:18 | 42:19,22 58:23 | 85:19 259:18 |
| 95:16,23 96:6 | 211:19,25 | 59:22 63:24 | **identity** 57:24 |
| 96:25 101:8,12 | 212:5,6,9,10,22 | 77:21 83:20 | **ignore** 111:9 |
| 101:16 105:9 | 212:23 213:5,7 | 91:20 96:23 | **important** |
| 108:17 110:5 | 213:10 216:5,8 | 128:15 131:16 | 118:17 |
| 118:23 119:24 | 218:24 219:18 | 134:20 152:12 | **inaudible** |
| 120:6,7,24 | 219:22,23 | 185:17 187:6 | 151:10 |
| 123:15,16,21 | 220:7 232:24 | 190:20 192:21 | **include** 236:22 |
| 124:19 125:6,7 | 244:16 248:10 | 218:16 221:16 | |
| 125:10,10 | 248:12 249:20 | 259:14 | |

**income** 59:15
64:21 81:23
106:21,24
107:4
**independent**
15:2,6,13,18,20
16:2 19:20,22
19:24 70:19
73:20 95:4
195:23
**independently**
133:20
**index** 264:2
**indicate** 8:20
168:25 185:19
**indicates** 14:4
20:2 106:25
184:5 186:25
192:23
**indicating**
211:23
**individual** 38:2
67:24 69:14,17
69:18 185:3
**individually**
62:15 215:8
**individuals**
99:22
**infection** 36:3
**inform** 196:23
197:6
**information**
57:22 68:23
119:25 179:20

180:8,23 186:4
186:20 192:22
196:24 197:6
209:23
**informing**
183:16
**initial** 30:20
151:6 231:17
**initials** 257:25
258:3,5,7
**inside** 115:8
136:20,22
185:6
**installment**
155:14
**instructing**
177:23
**instructions**
113:16
**insurance**
51:24
**intends** 255:16
**interaction**
203:12
**interest** 196:25
197:7,14 225:2
231:18
**interested** 56:8
104:6 266:13
**interfere** 6:21
7:21
**interject** 12:13
**interrupt**
127:16

**interruption**
10:3 85:7
**introduce** 48:3
**introduced**
25:20,21 35:21
35:24 45:12
65:25 66:8
67:24 68:14,18
68:19 71:5
133:25 183:9
198:10
**introducing**
68:3
**introduction**
36:7
**investigate**
22:24
**investor** 255:17
**invoice** 115:22
**invoices** 115:21
**involved** 25:4
27:22 116:15
205:7
**involving** 49:24
252:21
**island** 20:20
**issued** 224:16
**issues** 7:6

**j**

**j** 188:6,8
199:19 264:19
**jackson** 61:18

**jail** 99:2
**jamaica** 9:11
24:11 143:16
154:17 248:24
248:24
**january** 255:10
256:14
**jelann** 208:25
**jen** 94:20,24
**jersey** 2:16
**jew** 161:15,19
**job** 7:13 11:3
14:14 16:12
93:7 95:2
**jobs** 19:23
20:24
**john** 45:7 59:3
124:9,11,13
125:9,10,11,18
133:19 136:18
136:24 137:5
138:7,17
**jordan** 3:7
**joseph** 2:3,6
6:25 18:7,15
29:13,19,24
30:10,18 32:10
32:25 33:5
34:19 36:20
37:4,9 38:18
43:18 51:17
53:16 63:4
79:16 80:9
86:10 96:16

104:20 121:22
121:25 122:7
122:20 134:11
139:15 145:3
152:5 169:5
174:17 180:2,6
185:15,17
191:9 193:12
193:23,25
195:11,15
198:6 217:21
223:21 224:2,4
225:21 227:6
229:8,12,25
231:6,9 241:8
241:15 242:5,8
249:13 251:12
253:18 258:3
259:25 260:15
260:18
**joyce** 27:7
**judge** 47:13
115:9,9 126:21
126:22,25,25
127:4,8 209:18
210:19 247:6
**judgment**
245:21 265:9
**july** 189:20
190:18,19
192:6 199:23
199:24 200:17
234:24 235:5
263:9

**june** 1:16 35:6
238:14 266:15
267:4
**jurat** 262:25

**k**

**k** 207:3,6
208:15 264:20
**karam** 205:21
206:9,18 213:9
**keep** 38:5,6,7
39:8 103:4
147:5 151:8
158:25 159:8
180:12 189:12
212:8 240:19
248:5 249:20
249:25 250:2
**keeps** 7:12
207:18 212:8
**key** 212:9
**keys** 213:3
**kind** 6:15 23:21
36:3 44:17
45:22 49:23
51:21 57:22
63:3 68:23
75:13 99:6,17
103:4,23 104:2
115:25 130:12
139:8 165:3,23
169:16 173:20
187:20 206:4

**kings** 28:3
**knew** 35:23
68:6 159:2
175:18 247:19
**know** 5:15,22
8:5,6,7 9:23
12:23 13:3
14:11,12 22:12
26:6,9,10 27:6
27:8,15,18,19
27:21 29:3,6
30:8 31:11,12
31:14,22 32:3
33:7 34:23
36:12 37:22
40:21,24 41:4
44:5,14,18,19
46:13,21 49:9
49:16 50:15,24
51:6,8 52:3
53:14,19,23
55:23 56:6,7
57:2,12,13
58:15 59:7,11
61:3,5,7,12
62:5,6,8 63:24
64:8,13 65:11
65:19 66:10,12
68:8,11,12
71:10,11 73:12
74:19 75:7
76:18,22 77:5
77:7 78:19,19
79:9 82:22,23

84:2,4 89:23
91:3 92:24
93:8,11 97:7
99:7 101:6,9
102:23,24
104:10,11
105:13 109:5
113:13 118:25
119:2 122:4
124:3,6,7,8,15
124:17,17,18
125:16 126:9
127:19,20
129:10,12,13
129:14,18
130:14,15
131:2 132:7
133:20 134:19
134:21 137:16
137:19,24,24
137:25 139:7
140:3,13,15,15
142:7,9,15
148:3 149:5,11
149:22 153:13
153:18 154:5,7
157:14,15,16
157:19 161:4,7
161:8,8,11
162:17 163:3,5
164:18,20
165:20 166:13
167:11 169:3
171:7 174:20

178:5 179:23
180:17,18,19
180:20 182:7
183:2 184:10
184:15,18,20
184:23 185:7
187:11,12
188:9 193:22
194:5 199:10
199:11,13,13
200:9 203:2,3
203:5 204:7
205:7 206:21
209:25 210:6
211:2,4 216:17
217:10,16,17
219:18,23,24
219:25 220:2
220:21 221:10
223:10 233:23
236:13 239:10
240:4,13
242:23 244:8
244:25 245:24
246:4,14
247:18 248:25
250:24,25
251:15 254:8
254:12,13,20
258:7,10 259:5
259:5,8 260:4
260:6
**knowing**
195:23

**knows** 49:14
109:6 165:18
182:20

**l**

**l** 1:11 2:8,8,11
221:6,7 264:21
**lady** 162:13,18
213:6
**landlord**
206:16 207:15
207:22
**language**
147:23 148:25
150:11
**law** 2:3,8
145:19 161:20
162:2,3,4,7
220:11
**lawsuit** 98:7,12
98:14 99:20,21
99:25 100:4
113:19,24
114:2 205:14
207:9
**lawsuits** 113:23
**lawyer** 5:16
92:11 181:7
**leak** 163:22
**leaking** 163:13
**lease** 107:9,10
107:11 110:10
110:12 111:15
111:16,18

**leases** 111:17
111:18
**leave** 12:8
110:22 111:4
177:20 178:8
178:17
**lee** 2:13
**left** 93:7 110:24
111:3 124:12
177:20 222:19
228:15 234:21
245:15
**legal** 13:20
40:24 115:15
151:9,12 152:6
152:9
**lender** 87:20,23
**lending** 1:12
2:15 215:2
**length** 256:6
257:3 265:10
**letter** 87:5
101:11 115:24
115:25 116:19
139:2 154:15
166:5,6 168:12
180:3 185:11
185:19,21
216:4,7 219:21
234:14 235:24
248:11,16
264:10 265:4
**letterhead**
191:17 216:10

255:25
letters 101:14
143:16 145:10
148:6 228:13
234:18 245:20
**letting** 58:20
**lez** 158:22
170:9 172:10
172:16 173:3
176:17 178:22
184:12 190:9
199:6 200:10
201:2 258:8
**lez's** 171:19
**lezantonio** 1:10
3:21 156:19
159:2 207:17
**life** 99:4 183:21
**lights** 50:23
107:6 108:8,20
109:8
**line** 146:8,12
146:13 195:12
231:6 267:5
**listed** 59:9
86:25 88:20
90:2 154:15
**listen** 43:6
82:12 118:21
**listened** 119:23
121:2
**listing** 87:14
**lists** 86:17
87:11 143:14

192:17
**litigation**
  151:10,13,23
  151:24,25
  152:7,9 154:11
  154:12 191:23
**little** 19:6
  136:23 162:23
  195:19 217:2
  223:10,13
  227:23 228:2
  228:22 236:10
  238:21 255:15
**live** 16:16
  18:24 19:8
  21:7 22:4
  94:10 124:13
  124:16 163:17
  232:15
**lived** 16:25
  17:3,5,20 19:6
  21:25 27:11
  42:24 163:17
  163:19,20
  164:11,13,17
  216:21
**living** 14:10
  16:12,13,21,23
  17:9 19:7
  20:22 21:23
  22:10,14,15
  24:8 38:23
  46:8 55:7,9
  66:9 71:9

94:16,20,21,22
94:23 95:13,14
95:19,19
107:13 125:10
138:14 203:15
209:3,11
212:23 213:13
213:19,21
232:21 250:5
**llc** 1:11,12 2:14
  2:15 267:2
**llp** 3:3 263:10
**loan** 40:12,12
  112:6,8,12,16
  112:17 116:11
  116:12,15,18
  116:20 223:15
  223:18,19
  224:13,24
  226:16,19,20
  228:3,21 232:5
  232:10,17
  233:4,8 235:24
  237:11,17,22
  238:12 251:25
  255:25 261:11
  261:13
**located** 95:7
  222:2 224:17
**location** 168:20
**locked** 98:24
**long** 7:14 10:7
  10:10,14,16
  18:24 20:20

43:2 94:25
169:19 201:14
201:15
**longer** 15:13
**look** 12:12
  19:25 21:15
  23:10,12 27:2
  31:9 32:6
  33:18,19 35:10
  37:2,11,13
  41:19 42:5
  51:14 53:15,21
  53:22,24 54:3
  62:22,23 64:9
  65:24 73:9,15
  73:17 74:5,6
  75:9,21 76:7
  76:11 79:24
  83:6,8,10,21
  84:10,15,21,25
  85:10,18,22,24
  88:15 90:2
  91:10 96:3,13
  121:19,20,20
  122:14 135:8
  135:11 139:10
  143:13 144:23
  146:7 148:5
  153:7 173:9,11
  179:17 186:2
  188:8,9 191:16
  192:14 199:18
  200:12 207:5
  221:9 230:15

236:13 251:14
**looked** 23:15
  27:4 35:10,16
  75:11,22 76:3
  85:2 169:17
  173:13
**looking** 26:24
  26:25 35:8,14
  65:10 66:7
  86:12 122:5
  226:6
**looks** 33:22
  45:5 46:12
  64:4 75:12,12
  83:22,22 84:2
  90:8,8 91:7,11
  91:25 92:4
  135:14 229:24
  230:3,6,15,22
  239:25 254:5
  258:8
**lose** 195:24
  248:4
**lot** 19:15 20:24
  25:17 27:21
  28:23 29:15
  30:8 31:13
  33:23 36:10
  48:15,17 65:2
  71:18 79:13
  132:2 144:21
  144:22 158:7,9
  203:11 211:11
  245:12

**loud** 103:18

low 7:17

**lunch** 121:5

**m**

**m** 233:18,20
264:23

**made** 13:17
19:13 66:3
67:10 104:4
121:8 127:24
138:6 152:22
154:3 158:3
201:22 255:18
256:13

**mail** 45:17,22
45:23 46:6,7,8
48:18 101:2,4
160:20,25
184:24,25
185:4,8 231:4
248:20,22
249:3,18

**mailed** 102:3

**maintenance**
109:19

**make** 20:23
21:13 28:14
46:19 81:12
96:19 100:6
101:21 102:2,4
102:5,13,16,21
123:10 127:24
132:14 148:11

171:10 175:25
186:19 198:11
199:6,13 201:9
201:12 223:19
224:7 231:24
237:23 238:6
238:13 257:3,9

**making** 13:22
14:12 19:15,17
120:19 121:12
123:5,18
126:15,17
201:16 233:3,8

**man** 20:6

**manage** 205:8

**management**
1:11 2:14 13:3
73:21 76:15,17
76:19,21
214:25 215:9
215:11 253:9
257:4 261:17

**march** 156:15
156:19 157:4
254:21

**marisol** 34:23
44:17 61:16
79:4 90:18

**mark** 27:25
51:9 62:12,14
62:18 73:4
84:7 134:23
221:6 233:17

**marked** 5:9
12:5 28:8
36:14,18,22,25
51:11 62:20,23
73:6,9 84:8,11
121:15 127:17
134:25 188:6
199:19 206:22
206:24 207:3,6
221:7 233:20
236:11 239:7
240:25 244:21
251:11

**market** 164:18

**marking** 28:2

**marriage**
266:11

**married** 21:22

**matter** 45:24
140:4 183:8
266:13

**matters** 45:15
145:15

**maxine** 1:10
3:21 8:21 11:5
11:10,19 12:25
57:3 125:7,14
127:15 129:16
129:24 130:3,7
130:11,13,14
130:16,20
131:22,24
132:4 133:9,12
133:24,25

134:19,21
135:17 136:5,9
136:12 137:23
137:25 138:6
139:12,20
140:11 146:23
147:2 152:14
152:14 155:12
156:7,19 157:8
158:5 159:3,12
161:6,8,21
162:3,5,13,16
162:17 163:16
165:5,9,16
166:17 169:13
170:10 175:3,7
176:8 178:6,18
179:21 180:9
181:3,12
182:18,20
183:9,20
184:12 196:23
197:5 198:10
198:24 201:18
201:22 202:4
203:12,25
204:4,6,25
205:8 206:13
207:17,18
209:9

**maxine's** 9:21
57:8 61:24
154:20

| | | | |
|---|---|---|---|
| **mean** 22:3 23:5 | **medications** | 30:15 31:2 | 196:23 197:5 |
| 38:8,10 41:10 | 7:19,20 | 32:14,17 33:8 | 197:13,20 |
| 41:25 45:6 | **meet** 35:4 45:7 | 34:20 36:14,21 | 198:7 202:2 |
| 53:22 55:20 | 45:10 67:17 | 36:23 37:7,12 | 206:2 207:4 |
| 60:10 81:18 | 115:11 130:19 | 38:19 43:20 | 214:13 253:3 |
| 119:20 120:4 | 133:23 134:16 | 51:12,19,20 | 255:2,3,5 |
| 142:11,13 | 136:4,5 190:21 | 53:20 59:24 | 258:9 264:5 |
| 144:11 145:25 | 254:14 | 60:5 62:4,12 | **met** 8:13,14 |
| 148:24,25 | **meeting** 61:15 | 62:16,21 63:6 | 10:17 11:5,19 |
| 151:19 153:4 | 66:3 79:11 | 73:4,7 79:17 | 48:7 57:2 |
| 153:12,15 | 135:25 138:23 | 79:19 80:10 | 69:19 125:13 |
| 164:15 170:15 | 154:23 155:9 | 84:6,9,14 85:9 | 130:7 133:9,14 |
| 181:16 183:11 | 155:11,24 | 86:14,16 96:18 | 134:5,19,21 |
| 186:10,12 | 156:4 191:18 | 103:6,8,10 | 135:3 136:8 |
| 198:16 201:8 | **memory** 7:6 | 105:3 121:16 | 155:6,21 157:2 |
| 202:15 215:19 | **mental** 6:21 | 122:3,9,13,24 | 166:14,15 |
| 221:17 223:21 | **mentioned** 1:22 | 134:14,15,23 | 183:23,23 |
| 258:9 | 8:2 112:5 | 135:2 136:13 | 191:3 192:11 |
| **meaning** | 113:22 150:5 | 136:16,17 | **michael** 233:19 |
| 197:14 259:18 | 180:22 252:20 | 137:6 139:17 | **middle** 80:2 |
| **means** 41:12 | 253:2 | 139:21 140:18 | 172:13,17 |
| 63:17 70:22 | **mentions** 193:9 | 145:4,6 152:8 | 231:5 |
| 81:7,21 105:10 | **mess** 166:9 | 152:10 163:2 | **midway** 228:11 |
| 118:25 119:4,9 | **messages** 10:22 | 169:7,11 | 255:13 |
| 145:21 147:14 | **messed** 210:8 | 174:19 179:21 | **million** 163:6 |
| 147:19 148:11 | 249:19 | 180:4,9,11 | **mine** 64:5 |
| 150:13 179:23 | **mester** 1:11 2:8 | 181:18 182:12 | 108:18 109:2 |
| 196:5 215:21 | 2:9,11 5:11,14 | 184:5 185:13 | 254:16 |
| 245:24,25 | 6:2,6,9,10 7:5 | 185:16,18 | **mine's** 47:6,7,7 |
| 246:3,4,14 | 9:2 10:6 12:16 | 186:4,20 188:7 | 65:24 111:12 |
| **meant** 227:8 | 12:22 13:3 | 191:10,12,19 | 240:5 254:5,9 |
| **medication** | 18:9,17 28:2,9 | 193:2,13,15,24 | 254:10,11,11 |
| 6:16,18,19 7:7 | 28:13,16 29:14 | 194:3,4 195:6 | 254:12 |
| 7:9,15,24 | 29:18,22 30:5 | 195:14,17,20 | |

| | | | |
|---|---|---|---|
| **minute** 162:22 | 233:4,8 235:25 | **month** 37:21 | 72:19,20 81:15 |
| 173:2 244:24 | 237:12,18,22 | 38:23 39:2,5 | 81:19,22 84:7 |
| **minutes** 256:11 | 238:12 249:6 | 102:7 108:5,15 | 85:21,24 86:7 |
| **misled** 205:16 | **modified** | 117:16 131:23 | 87:23,24 88:2 |
| **misrepresent** | 237:11 | 132:10 198:11 | 88:3,5,9,12 |
| 256:17,22 | **money** 19:13 | 198:18 201:10 | 89:7,14 91:12 |
| **misrepresent...** | 19:15 20:24 | **monthly** | 100:10,16,17 |
| 206:5 | 21:20 38:15 | 155:14 225:13 | 100:23 101:10 |
| **misrepresented** | 39:13,17,25 | 237:23 | 101:22,25 |
| 195:20 196:7 | 40:5,10 42:2,6 | **months** 118:20 | 103:19 105:8 |
| 218:19 219:2 | 49:23 63:18 | 120:14 155:5 | 106:4 107:24 |
| **missed** 180:2,3 | 67:15,16 69:3 | 192:5 | 107:25 108:2,3 |
| 256:20,21 | 69:10,24 70:2 | **morning** 5:12 | 112:12 113:7,8 |
| **mistake** 66:2 | 70:2,4 72:7,9 | 5:13 21:12 | 113:12 114:13 |
| 67:10 158:3 | 72:12 78:7,10 | 75:11 217:19 | 114:23 120:10 |
| **modification** | 78:14,17 80:21 | 218:9,11,12 | 120:14,17,20 |
| 105:24 112:6,8 | 80:25 99:7 | 226:12 227:14 | 120:24 121:9 |
| 112:12,16,17 | 100:24,25 | 227:18,24 | 121:10,11 |
| 116:11,12,16 | 101:3,4,5,6,9 | 228:2 232:9 | 123:2,4,6 |
| 116:19,20 | 102:2 131:21 | 233:3,7 238:21 | 126:16 128:3 |
| 117:15,15,23 | 131:22,23 | 250:19 252:24 | 129:8,15,17,19 |
| 118:15,16,19 | 132:9 152:18 | **mortgage** | 132:10 142:3 |
| 118:22 119:6 | 152:18 154:13 | 36:15 37:5,6,8 | 160:12 167:25 |
| 120:10,17,20 | 155:13 161:9 | 37:18,19,20,21 | 174:7,11 |
| 121:9,10,11 | 161:10,20,22 | 37:22 38:3,9 | 176:10 198:11 |
| 123:2,4,6,19 | 161:25 162:5 | 38:12,15,21,22 | 202:6,15,18,21 |
| 126:23,24 | 167:11 168:12 | 39:6,7 40:8,13 | 202:23 203:8 |
| 127:14 130:12 | 178:6 201:23 | 41:17,19,23 | 203:24 204:5 |
| 142:3 167:25 | 202:8 203:23 | 43:19 51:17,22 | 212:7 222:6,6 |
| 168:3,11 228:3 | 204:8,9 219:22 | 52:4,5,7,22 | 224:25 225:3 |
| 228:12 229:4 | 220:9,9 235:15 | 54:8 63:8,14 | 225:13 227:13 |
| 229:17 230:9 | 235:15 | 67:17 68:19,22 | 237:9 238:12 |
| 230:12 232:5,7 | **moneys** 111:19 | 68:24 69:8,20 | 250:22 255:20 |
| 232:10,18 | | 72:5,13,16,18 | 255:21 261:11 |

261:13 264:12
264:13,14,16
**mortgages**
85:22 100:7
103:12,23
104:19
**move** 94:13
166:11 201:4
207:19,19
213:12,14
**moved** 16:23
17:12,14,15,16
17:20 43:2,5,6
43:7,10,13
94:14,19 95:8
95:9,16 111:6
216:24,25
**moving** 16:7
**multiple** 111:2
158:12 265:5
**mulvaney** 2:17
121:7 214:20
214:23 221:8
223:24 224:6
225:19,23
227:12 229:10
229:13 230:4
231:13 233:17
233:21 236:12
239:6,8 241:2
241:12,19
242:7,9,11
244:22 246:24
247:3 249:15

251:5,10
253:19 255:3,7
258:4,12 260:5
260:17,19
261:24 262:4
263:2 264:6

---

**n**

**n** 105:21
236:11 247:8
265:5 266:2
**name** 5:14 9:22
12:25 17:8
18:3,6 25:7,8,8
25:9,25 27:6
27:20 28:19,20
28:22,22 30:2
30:21 31:3,5
31:23,25 32:19
32:22,24,25
33:14 34:22
36:2,5,6 42:8
42:10,11 43:23
44:11,13,24,25
45:19 47:14
49:6,9 50:21
52:9,10,12,15
52:17,23 53:4
53:8 54:9,13
54:18 55:22,23
56:5,7,7,9,10
56:10,15,18
57:18 61:5,12
61:16,18,24

63:9,12,23
66:7 67:19,19
67:23 68:2,14
73:10 79:4,5
79:20,21 83:9
83:10,13,17
85:25 86:4
87:20 90:2,4,7
90:16,18,20,23
91:7,19,22
92:3,12 97:14
99:15 104:15
104:21,23,24
112:23 113:2
122:15 131:11
131:11,14,18
131:19,20
132:6,8,18,22
133:3 137:12
137:18,20,22
138:4,6 154:18
154:21 157:10
157:12 159:4
162:15 167:23
171:19 174:7
174:12 176:23
176:24 185:4,6
185:6,8 186:15
188:16,22
189:6 190:2,6
190:8 193:4,6
194:13,15
198:13,20,22
198:25 199:5

201:2,3 202:10
202:11,12,13
202:16,21,22
202:24 205:5
207:16 222:25
223:2 228:23
231:4 241:13
243:22 253:22
258:11 267:4,5
**named** 50:19
247:8
**names** 13:5
17:7 19:16
31:24 138:15
185:3 189:23
**narcarta** 61:21
61:22 62:7
**narissa** 2:3,6
**nature** 6:22
165:15
**need** 6:11 23:24
38:3 118:17
132:2 134:11
162:20 183:3
190:24 223:14
**needed** 81:10
120:16 172:22
172:24
**neighborhood**
218:23
**neighbors**
22:25
**neither** 261:17

nephew 130:2
130:4,5,8,17,19
140:10
nervous 177:8
177:8
never 11:10
27:11,12,12
30:23 35:10,16
35:20,23 49:20
49:22 55:8
59:6,6 66:14
88:3 97:23
103:11 104:3,4
109:8 110:12
111:10 126:12
133:15,17,18
133:19 136:7,8
141:13 143:8
156:6 161:3,5
179:2 181:6
191:6 195:22
197:16,17
203:7 204:16
212:16 216:3
216:24,25
217:4 221:16
248:17
neverlane 1:5,7
1:21 5:3
263:19 264:4
267:5
new 1:2,17,24
2:5,5,10,10,16
3:6,6 9:11

16:17 24:11
50:10 86:18
126:24 164:3,5
164:7,8,10
174:7,11 189:9
189:10 223:14
237:13 241:24
249:11 266:5
267:2
news 98:6,10
nicole 51:6
niece 9:20
107:14,19,20
110:18 111:5
nieces 107:20
night 7:13
217:22
nod 5:19
nods 48:4
nonpayment
120:11
nope 51:5
normally 108:2
166:4 217:20
notarize 56:25
90:11
notarized 79:7
240:10 243:10
notary 4:14
34:21,23 44:8
56:23 57:6,12
57:13,20,23
67:3,5 79:7
90:17 177:5

253:5 259:17
259:22 260:2,7
260:8 263:23
266:4
note 221:13
224:14,15
226:5,21
233:25 236:16
238:10 245:2
251:17 264:21
notice 91:4
151:16 176:15
177:5 234:18
243:6 264:23
265:7
noticed 13:6
noticing 90:25
novastar 87:23
88:10 100:21
101:10 102:6
105:16,17
112:9 113:10
113:21 222:6
224:25 225:2
237:10
november
206:13 231:20
237:25
npli 1:13 3:4
nrb 1:3
number 12:2
80:14 89:24
97:18 120:14
155:5 189:2,10

223:16,18,19
223:22,23,25
224:5,13
226:17,19,20
228:21 231:2,3
231:8
numbers 228:9
ny 1:17

**o**

o 105:21 239:6
239:7 241:4,7
241:25 246:17
247:8 265:6
266:2
o'clock 217:19
217:22,23,23
218:9,10
objection 5:25
objections 4:9
obligation
103:19 106:3
238:10
obtain 38:16
72:6,9
obtained 245:4
obviously
215:7
occupancy
204:25
occupied 27:12
71:8
occupies 9:19

| | | | |
|---|---|---|---|
| **occupy** 9:15 | 191:3,14 208:6 | 62:10 69:7 | 158:15 159:9 |
| 139:8 | offices 2:8 | 70:6,18 71:4 | 159:16,17 |
| **occur** 8:13 | **oh** 10:16,18 | 72:4 75:21 | 160:3,8,19 |
| **october** 229:5 | 16:18,22 18:18 | 76:9 77:3,7,14 | 162:20 165:7 |
| 230:23 | 21:9 46:16 | 78:6 79:3,7,14 | 168:23 169:23 |
| **ocwen** 105:20 | 53:10 54:17,20 | 80:2 81:14,21 | 170:19 171:20 |
| 105:21 112:9 | 107:13 122:9 | 83:6 84:17 | 173:16 174:5 |
| 112:10 113:10 | 189:20 204:8 | 85:17 88:24 | 174:21 179:25 |
| 113:25 114:4,4 | 229:12 244:8 | 89:17 91:2,6 | 180:15 181:2 |
| 114:6,9,16 | 246:4 255:3 | 91:17 92:2,9 | 182:8 183:8 |
| 116:18 117:3,6 | **okay** 6:9,13,14 | 94:8 95:25 | 184:4,23 |
| 117:9 118:2,12 | 7:6 8:18,20 9:5 | 96:21 97:12 | 185:11,19,23 |
| 118:20 128:5,7 | 9:6 12:4,6,9,10 | 100:3,14 | 186:10,18 |
| 128:18,21 | 12:19 13:9,11 | 101:13 103:8 | 188:3,19 191:8 |
| 129:4,14 168:2 | 13:13,14,24 | 105:19 106:25 | 193:6 194:9,24 |
| 168:4,6,9 | 14:2,3,12,25 | 110:16 115:7 | 195:8 196:16 |
| 230:10 232:4,6 | 15:4 16:4,8,9 | 115:19 117:9 | 196:21,22 |
| 250:22 251:25 | 16:15 17:2,3 | 118:9 119:11 | 197:18,22,24 |
| 255:24 256:9 | 17:12,21 20:12 | 120:19 121:4 | 198:15 200:24 |
| 264:17 | 24:2,7,21 25:4 | 122:25 123:24 | 202:3,23 |
| **office** 2:3 28:4 | 27:24 29:9,12 | 124:9 125:17 | 204:10,24 |
| 46:10,11 48:21 | 32:18 33:24 | 126:15 129:7 | 205:13,15 |
| 48:25 49:5,6 | 34:15,17,19 | 130:24 131:25 | 206:8,11 207:2 |
| 56:17 57:3 | 36:13 37:9,15 | 133:8 134:6,10 | 209:21,23 |
| 135:16 136:9 | 38:2,8,8 40:4 | 134:14 137:2 | 210:21,22,24 |
| 136:19,22 | 41:18 42:4,20 | 140:12 142:18 | 214:13 215:4 |
| 137:24 140:2,6 | 43:16 44:6 | 143:24 144:6 | 216:18 218:17 |
| 140:7,13,14,16 | 47:8 48:20 | 145:9 146:5 | 219:5 220:23 |
| 140:20 144:12 | 49:12,18,20 | 147:11,15 | 221:12,19 |
| 150:7 155:9,21 | 50:6 51:18 | 148:18,23 | 222:11,18 |
| 161:2 169:17 | 52:15 53:2,24 | 149:5 150:21 | 224:2,12 226:4 |
| 169:19 175:15 | 54:2 55:6 58:6 | 152:4,13,20 | 227:23 228:5 |
| 175:21 176:2,4 | 58:8,12,24 | 154:2,14,14,23 | 230:25 231:14 |
| 177:6 182:19 | 59:12,18 60:15 | 155:2,20 156:3 | 232:4,8 233:16 |

| | | | |
|---|---|---|---|
| 234:25 237:20 | 166:10 168:8 | outside 115:9 | 184:10,16,18 |
| 239:5,9,16 | 171:21 210:18 | 127:9 140:4 | |
| 240:6,15 242:8 | 235:15 245:20 | owe 220:11 | **p** |
| 244:12 245:9 | 245:21 247:6 | owed 161:11 | p 2:17 240:25 |
| 246:5,7 249:2 | 248:8 264:20 | 256:13 | 242:21 265:7 |
| 250:11 251:21 | 265:8,9 | owing 50:20 | p.m. 85:8 121:6 |
| 252:7 253:8 | ordered 246:8 | 168:13 247:10 | 121:6 162:25 |
| 255:8,24 | orders 102:3 | own 18:19 | 162:25 214:18 |
| 257:17,21 | organization | 20:21 21:25 | 214:18 263:16 |
| 259:15 260:18 | 71:2 | 26:5 77:15 | package 127:17 |
| 261:3,10,23 | originally | 98:12 104:5 | 127:18 |
| old 20:6 94:25 | 191:21 221:2 | 117:6,7 149:23 | page 28:18 |
| once 49:2,3,3 | osmond 25:20 | 150:2,6,7 | 32:9,18 33:20 |
| 104:15,22 | 25:21,25 26:3 | 151:19 168:11 | 37:3,3,11,13,14 |
| 152:25 156:20 | 26:12,15,22 | 199:7 212:14 | 41:19,21,22,22 |
| 167:17 | 27:2,15,15 | 213:18,25 | 42:4,5,6,9,9,11 |
| online 208:11 | 33:25 34:13 | owned 23:19 | 42:11,12,21 |
| 209:18 210:14 | 35:7,10,15,17 | 23:20 150:14 | 43:17,18,21 |
| open 211:19 | 35:19,20,21,23 | 154:17,20 | 44:9,21,23,24 |
| opening 212:9 | 35:24 46:4 | 212:19 213:22 | 51:14,14,15,16 |
| 218:23 | 58:16,17 66:2 | 260:21 | 52:7,10 53:2,3 |
| opportunity | 66:5,9,24 68:7 | owner 59:10,10 | 53:4,4 54:3,4,6 |
| 82:20 93:3 | 68:8,19 69:25 | 77:10 97:16 | 54:10,15,16,19 |
| 221:14 | 82:13 96:25 | 124:23 126:8 | 62:24,24 63:2 |
| oppose 244:13 | 97:8 98:4,8 | 171:25 | 63:5,5,7,9,22 |
| oral 1:20 | 99:12 133:18 | ownership | 64:3 73:9,10 |
| order 38:16 | 136:16 138:16 | 55:11 59:3 | 74:7 78:22 |
| 39:19 63:20 | otis 49:6,8 | 74:20,21,23,25 | 79:2,2,14,15,15 |
| 69:9 81:11 | 130:16,18 | 75:5 186:7,23 | 79:15,20 80:3 |
| 84:16 100:24 | 140:7,8,9,11 | 187:7,19,21 | 83:8,12,14 |
| 100:25 101:3,4 | outcome | 193:11,19 | 84:18,19,20,21 |
| 101:5 109:9 | 266:13 | 194:5,11 | 85:11,11,13,14 |
| 110:25 117:23 | outset 251:17 | owns 65:19 | 85:14,15,16,16 |
| 120:10 165:9 | | 76:22 77:22 | 85:25 87:4,19 |

| | | | |
|---|---|---|---|
| 88:15,16 89:6 | 260:16 262:25 | 177:3 178:15 | 193:9,16 195:4 |
| 89:22,23,25 | 264:4,10 265:4 | 205:12 207:12 | 195:7,10,15 |
| 90:2,17 91:7 | 267:5 | 207:15 210:12 | 196:22 197:4 |
| 91:18 92:2,3 | **pages** 37:4 | 210:17,21,22 | 197:25 198:2 |
| 96:4,16 121:18 | 84:16 121:20 | **paperwork** | 201:5 224:20 |
| 121:19,21 | 219:15 242:2,4 | 30:2 65:12 | 224:21 225:6,6 |
| 122:14 139:10 | 252:11,16 | 117:9,13,17,20 | 237:4,8,21 |
| 139:14,16,18 | 258:15 261:18 | 156:4 159:14 | 238:9 246:8 |
| 144:23,25 | **paid** 14:13 | 159:17 162:17 | 255:13 260:13 |
| 145:3,5,7,9 | 70:22,25 80:16 | 165:24 171:22 | 260:16 261:3 |
| 148:18 150:12 | 81:10 103:12 | 186:5,14,21 | **paragraphs** |
| 150:23,24 | 104:3 107:5,7 | 187:2,4,20 | 186:3 219:15 |
| 151:2,3 156:13 | 107:8,22 | 204:24 205:5 | **paralegal** 49:17 |
| 181:8 188:9,16 | 110:24 115:16 | **paragraph** | **park** 2:16 |
| 189:23,24 | 152:24 153:5 | 14:4 20:2,15 | **part** 52:13 |
| 190:15 192:14 | 154:4,5 166:18 | 21:16 96:15,17 | 53:25 74:11 |
| 192:16 208:13 | 166:21 178:5 | 96:19,20,22,24 | 107:2 142:18 |
| 208:15 209:24 | 202:24 212:6 | 97:6,10 103:15 | 146:7,19,21 |
| 209:24 211:2 | **pamela** 240:13 | 104:8 105:4 | 150:17 152:24 |
| 222:15,19 | **paper** 32:23 | 106:25 116:24 | 189:12 192:20 |
| 223:9 225:9 | 33:2 110:8 | 143:12,13 | 206:12 207:8 |
| 226:16 228:12 | 172:21,23 | 145:10,20,24 | 212:11 259:22 |
| 229:22 230:2,7 | 196:16 210:8 | 146:7,19 147:8 | **particular** |
| 231:3,5,16 | **papers** 27:17 | 147:10,14 | 180:19 226:2 |
| 234:22 235:7 | 28:6 29:15,16 | 148:21,24 | 252:21 |
| 237:4 239:18 | 30:8,16 31:13 | 149:20 150:5 | **parties** 4:4 |
| 240:7 242:6 | 47:9 48:20,22 | 150:12 151:2 | 214:24 217:14 |
| 246:6,19 252:3 | 48:25 56:12,13 | 151:18 152:20 | 263:6,7 266:11 |
| 252:8,15 | 56:16,24 58:18 | 153:3 154:2 | **party** 68:15 |
| 253:16,17 | 59:2 75:9 84:4 | 156:13,14 | 74:11 198:12 |
| 255:14 258:13 | 84:5 126:7,10 | 159:22 168:24 | 198:23 |
| 258:25 259:2 | 167:20,21,22 | 169:6,7,8 | **party's** 198:20 |
| 259:12,13,17 | 168:8 172:5,18 | 172:9 179:18 | **passed** 49:7 |
| 259:23 260:14 | 173:10 176:16 | 184:5 186:2 | 107:20 |

| | | | |
|---|---|---|---|
| **past** 8:3 102:9 | 235:24 236:3 | **payoff** 255:19 | 151:20,21 |
| patient 16:6 | paying 38:10 | 261:4,10 | 153:19 157:21 |
| 71:3 | 38:11,14 39:4 | **pays** 78:6 | 158:11 159:3 |
| **patients** 16:14 | 41:16 100:16 | **people** 10:20,23 | 173:20 186:15 |
| 19:17 21:7 | 100:17,22,23 | 19:18 20:21 | 194:8,12,14,21 |
| 70:23,24 93:8 | 105:23,24 | 23:18,19 27:21 | 213:7 243:20 |
| 95:3 | 106:3 110:14 | 46:13 56:22 | 247:7 260:4,6 |
| **pay** 20:18 | 111:14 112:18 | 57:9 66:3,5 | **person's** 79:5 |
| 37:21 38:3,9 | 113:7,12 | 67:2,8 68:4 | **personal** |
| 38:11,23,23,24 | 116:17 117:14 | 69:23 70:11 | 241:21 |
| 38:25 39:2,8,9 | 117:16 118:12 | 71:18 79:13 | **personally** |
| 39:10,25 40:4 | 120:21 131:22 | 94:22,25 | 80:22 99:6 |
| 40:9,18 78:3 | 132:10 168:18 | 108:16 109:20 | 260:7 |
| 81:20 101:24 | 201:17 202:4,6 | 120:7 124:11 | **petitioner** |
| 105:8,11,14 | 204:7 212:8 | 158:7,9 169:23 | 207:16 208:18 |
| 107:7,23,25 | 235:3 250:21 | 169:25 176:15 | **phone** 9:25 |
| 108:2,3,7 | **payment** 35:11 | 185:2 210:10 | 11:7,7 14:16 |
| 110:18 111:8 | 39:2 71:19,21 | 211:24 212:5 | 97:18 135:4 |
| 113:8,11 | 104:4 198:11 | 244:5 254:8,10 | 136:8 231:8 |
| 114:23 115:15 | 198:12 201:9 | 254:14 | **photo** 58:2,9,13 |
| 115:19 117:21 | 201:16 225:13 | **period** 11:19 | 167:14 177:11 |
| 119:12,14 | 231:24 235:15 | 16:20 19:13 | **pick** 156:20 |
| 120:13,24 | 235:20 | 155:8 204:10 | **picked** 159:10 |
| 129:8,15,19 | **payments** | **person** 25:11 | **piermont** 67:19 |
| 131:21 151:5 | 100:6,9,19 | 26:18 27:8 | 67:22 |
| 152:13 154:12 | 101:22 102:9 | 34:24 44:19 | **pierre** 50:19,19 |
| 155:14,15 | 102:10 120:20 | 57:2,18,18 | 66:6 |
| 176:9,10,11 | 121:8,12 123:6 | 65:10,25 68:6 | **pile** 172:18 |
| 178:2 198:17 | 123:10,18 | 68:10,18 69:8 | **pills** 7:16 |
| 201:24 202:9,9 | 126:16,18 | 69:19 71:4 | **place** 1:22 21:2 |
| 202:17,18 | 127:25 201:12 | 76:12 90:10,16 | 36:8 60:20 |
| 203:23 204:3,4 | 225:7,10 233:3 | 90:19 99:17 | 64:11,19 66:20 |
| 204:5,9 224:22 | 233:8 237:23 | 103:4 107:18 | 100:12 158:17 |
| 225:2 231:16 | 238:6,13 | 135:4 139:6,7 | 159:13,16 |

169:17
places 19:9
  23:16 55:9
  66:21
plaintiff 1:8 2:3
  247:11 256:10
plan 218:2
planet 1:11,11
  1:12 2:14,14
  2:15 13:3
  214:25 215:2,2
  215:6,8,9,11,11
  215:17,19,21
  215:25 216:4,5
  216:9,10,13,16
  218:14 219:2
  220:19 253:9
  253:12 257:4,9
  261:17,17
  263:11
planning 22:18
  93:6 166:12
plaza 46:10
  97:25,25 98:17
pleading
  236:24
please 5:19
  36:25 49:18
  53:15 73:9
  89:9 103:18
  105:5 121:25
  122:14 134:24
  135:8 145:12
  148:4 152:21

186:3 195:3
  220:16 222:14
  229:22 239:11
  239:17 244:24
  246:6 251:3,6
  251:13 258:13
  258:20
plenty 120:6
  144:5
plural 215:16
plus 225:2
pocket 178:6
point 76:3
  117:17 132:25
  140:21 141:11
  141:23 142:2
  178:16 217:4
  236:5 252:5
  254:24
pointing
  196:11
police 97:19,22
  97:24 205:13
  213:11,12
portion 60:2
  251:8
possession
  252:17
possible 141:19
  160:25 177:14
possibly 194:18
  253:5
pre 243:6 265:7

preceding
  252:16
premises
  255:21
prepare 217:8
  233:13 241:5
  243:17
prepared 22:6
  22:12 186:4,5
  186:21,21,25
  187:2 193:10
  193:18 196:9
  241:10
preparing
  22:21 67:16
  238:25
present 3:20
  56:24 57:19
  92:15 177:18
presented 5:24
presenting
  151:14
president 71:18
pressure 6:18
  6:19 7:3,3,12
  7:16,19,24
  106:12,19
prevent 6:16
  144:3 207:22
previous 240:6
  241:4 259:10
previously 12:5
  75:11 83:24
  85:2 126:3

199:18
price 71:11,19
  80:3,13 83:7
priced 96:25
principal
  231:18 237:13
print 73:16
printed 52:10
  52:15 53:8
  54:9,11,18,25
  83:13 192:22
prior 235:24
privilege
  145:17,18
probably 255:6
problems
  183:18 223:11
  248:22
procedure
  168:7
proceed 250:14
process 142:19
produced
  121:13,19
  207:8 222:9
  226:6,9 228:8
  234:2 236:17
  239:13 242:24
  245:3 251:18
  252:10,14
professional
  1:23 266:4
professionals
  23:4 82:18

| | | | |
|---|---|---|---|
| **projects** 182:25 | 31:18,23 36:16 | 133:2 142:12 | **provided** |
| promise 132:14 | 37:9 38:7 | 143:7,12,15 | 250:21 |
| 214:10 225:2 | 40:22,25 41:5 | 146:24 149:7,8 | **provides** 237:8 |
| **promised** | 41:13,15 43:8 | 150:13,15 | 237:21 |
| 115:17 139:12 | 45:19 47:4 | 154:25 158:2 | **providing** 90:9 |
| 162:14 213:23 | 50:15 55:11,15 | 158:23,24 | **public** 4:14 |
| 214:9 224:21 | 55:15,17 56:15 | 159:4,5,7 | 56:23 57:7,13 |
| 237:23 | 60:7,9,12,17,19 | 160:10,13,15 | 57:23 67:3,6 |
| **proof** 181:2 | 60:23 61:8,10 | 161:7 167:23 | 177:5 242:25 |
| 185:23 197:13 | 64:10,15,22,25 | 170:23,25 | 245:4 260:2 |
| 197:16,21 | 65:19,22,24 | 171:3 172:2,12 | 263:23 266:4 |
| **proper** 29:24 | 66:8,9 69:25 | 173:5 179:4,7 | **pull** 225:19 |
| 135:21 | 71:5,6,7,8,11 | 179:8,10,14 | **purchase** 39:19 |
| **properties** | 71:12 74:24,25 | 184:24,25 | 42:2 60:16 |
| 25:17 27:13 | 77:8,9,11,19 | 187:11,13,17 | 61:8 66:4 |
| 31:19 46:23 | 80:3,22 81:7 | 194:21 196:13 | 67:12,13 80:13 |
| 47:7,10 56:5 | 86:6,23 88:4,5 | 198:12,19 | 80:22 83:7 |
| 59:3,9 60:17 | 88:6,7,8,17,20 | 203:15,19 | 186:6,22 187:5 |
| 65:6 86:19 | 88:22,24 89:4 | 205:9,16 206:6 | 187:10,16 |
| 87:16 97:15 | 89:14 91:16 | 210:9 211:8,15 | 188:3 193:17 |
| 99:14 103:13 | 92:10 94:10,14 | 212:15,19 | 224:17 255:9 |
| 103:20,24,25 | 95:5,11,13,20 | 213:18,19,20 | **purchased** 24:4 |
| 104:5 113:2 | 95:21 96:10,11 | 222:2 228:24 | 24:5 25:23 |
| 124:4,10,14 | 96:12 97:5 | 256:15 260:20 | 51:4 59:19 |
| 125:15,25 | 101:12 105:9 | 260:24 | 60:7,9,12 |
| 126:3 130:25 | 105:15,22 | **proposed** | 66:17 67:18 |
| 131:5 138:4,5 | 106:4 107:2 | 228:12 229:3 | 70:19 78:13,18 |
| 138:7 143:3,5 | 109:12 112:3 | 229:17 230:8 | 78:20,24 88:25 |
| 143:15 154:14 | 113:5 114:5,7 | 249:6 | 89:5 99:14 |
| 191:24 | 124:19,23 | **prove** 259:19 | 109:12 171:21 |
| **property** 18:2 | 125:22 126:8 | **proved** 260:9 | 216:22 221:25 |
| 18:19,25 20:19 | 126:17 129:24 | **provide** 58:21 | **purchaser** |
| 24:16,21 25:5 | 130:21,22 | 68:23 69:13,15 | 189:13,14,15 |
| 27:9 28:4 | 132:5,8,15,22 | 69:16,22 70:11 | 192:19 200:12 |

| | | | |
|---|---|---|---|
| **purchasing** 92:9 95:20 | 88:23 141:12 141:14,18,20 | 221:11,23 228:5 233:24 | 144:7 145:12 145:22 148:20 |
| **purpose** 171:14 171:17 210:11 | 142:22 143:8 146:24 150:8,9 | 236:15 251:16 **quick** 226:14 | 150:17,18,19 152:20 173:14 |
| **purposes** 87:22 | 167:3 170:22 | 227:24 241:25 | 173:15,16,17 |
| **pursuant** 229:3 237:11,22 | 171:21 242:25 247:16 | 252:6 **quicker** 254:18 | 175:7 180:5,7 186:18 189:3 |
| 256:12 | **question** 4:10 | 254:19 | 194:24 195:3 |
| **put** 5:17 13:8 | 5:23,24 6:13 | **quickly** 60:16 | 196:21 198:14 |
| 13:12,16 16:12 | 12:17 16:7 | **quote** 261:4,10 | 200:13 201:5 |
| 20:19 28:7 | 29:25 30:6,20 | | 207:6 208:3 |
| 71:21 72:12 | 47:8 53:17 | **r** | 210:6,24 211:3 |
| 75:10 79:15 | 59:24 67:11 | **r** 247:8,8 | 225:4 226:25 |
| 81:6 94:19 | 75:8 76:6 | 251:11 253:16 | 227:10,14,17 |
| 95:17,23 | 134:7,9,12,13 | 260:15 265:10 | 227:19,21 |
| 102:24 119:7 | 147:13 149:15 | 266:2 | 251:5,7 255:14 |
| 131:11,18,19 | 169:12 174:4 | **raised** 20:6,7 | 260:8 |
| 132:5,8,17 | 174:16,18 | **randi** 1:22 | **reading** 57:10 |
| 138:3 142:4,11 | 175:14,24 | 266:3,19 | 122:7,9 143:24 |
| 142:13 157:10 | 184:2 197:12 | **rate** 221:13 | 144:3,5 146:13 |
| 157:11 167:12 | 211:21 215:18 | 224:14 264:21 | 151:8 152:6 |
| 167:22 171:19 | 226:14 227:7 | **rather** 250:14 | 180:12 181:7 |
| 172:21 196:16 | 240:6 251:3,4 | **reached** 162:16 | 189:12 241:23 |
| 206:4 212:16 | **questions** 5:15 | 213:4 | 244:7,10 |
| 212:17,18 | 5:19 6:17 | **read** 33:10,12 | 251:22 |
| 225:17 236:8 | 13:25 23:21 | 44:16 59:25 | **readings** 139:8 |
| **putting** 131:13 | 26:7 29:8 | 73:19 74:3,6 | **ready** 202:18 |
| 133:2 159:4 | 38:17,18 82:20 | 74:10,15 80:6 | 234:5 |
| | 92:24,25 93:4 | 87:4,4,21 | **real** 23:6 24:24 |
| **q** | 94:4 99:3 | 88:20 103:15 | 24:24 25:11 |
| **qualified** 81:22 | 119:3 127:23 | 103:17 105:4 | 26:2,3,14,18 |
| **qualify** 69:9 | 142:10 148:2 | 121:17 122:20 | 33:24 45:14,20 |
| **queens** 8:5 | 154:8 155:10 | 122:22 127:21 | 47:10 65:25 |
| 18:15,16,18 | 173:18,21 | 139:2,3,4,5,6 | 66:7 76:7 |

99:22 132:21
194:11 241:25
**realize** 218:13
**really** 27:20,20
37:23,25 70:12
118:18 199:8
**reap** 99:19,19
**reask** 227:7
**reason** 13:9
38:3 71:17
143:11 156:6
240:2 254:6
259:6 267:5
**reasonable**
69:5 71:19
**reasons** 181:18
**recall** 8:24
11:20,21,22
13:4 14:21
16:22 17:14,17
17:22 19:12
20:14 24:13
25:9 26:9 27:2
32:20,20 33:22
34:15,16 36:2
36:6,12 44:4
44:25 45:11,12
46:18 47:11,12
50:14 53:10
55:8 57:6 62:8
62:10 64:15,17
64:24 65:5
66:20,21 67:25
70:14 72:22,22

72:25 77:2,12
77:12,17 79:9
79:12,13 80:18
90:19 91:14
92:12,14,17
96:8 97:8
100:20 112:15
115:23 116:3,5
116:14 128:24
133:11 134:18
134:18 135:13
135:20 141:17
141:17,21
143:23 144:20
144:22 146:6
149:22 155:3
165:25 166:6,7
166:8,9 167:7
169:10 177:12
177:13,15,25
182:8 183:2,3
188:5,11,14,20
190:23 194:17
205:10 206:15
209:22 210:2
211:13 216:3,3
221:24 223:5
227:22 231:25
232:3,4 233:5
233:14,15
238:23 239:4,4
240:14 241:13
245:12,13
252:23 256:19

256:19
recalled 71:17
**receipts** 201:18
201:22
**receive** 49:23
59:15 64:21
204:11,24
205:3
**received**
111:20 128:20
129:7 203:7
224:25 248:17
249:6,16 261:4
**receiving**
128:17 129:18
235:24
**recess** 85:7
121:6 162:24
214:18
**recognize**
12:11,23 32:7
37:16 52:6
55:18 75:4
79:4 188:10
207:7 208:20
226:12 231:2,7
231:10,11
236:25 239:23
240:7 251:24
257:21,24
259:2
**recognized**
227:18

**recollection**
183:4 235:2
242:19
**recommended**
130:3 153:2
**record** 11:23
28:3,7 60:2
153:6 154:3
222:8 224:12
234:2 236:16
236:21 239:12
245:2 246:24
247:2 251:8
261:16 262:3,6
266:8
**recorded** 28:6
36:16,19
**recording**
87:22
**records** 100:19
101:22 103:5
123:14 152:23
**rectified** 47:3,3
**rectify** 47:13
57:15
**redacted**
228:22
**reduce** 256:12
**reduced** 106:17
**reduction**
255:19
**refer** 187:17
190:24 191:8
215:5,6,16,17

| | | | |
|---|---|---|---|
| **referee** 246:21 247:9,15 248:9 250:11,15 **reference** 33:6 245:21 257:3,9 265:9 **referenced** 236:22 **references** 234:13 237:17 255:8 **referencing** 30:12 32:11 **referred** 115:13 246:20 **referring** 31:17 31:18,20 97:5 104:8 114:3 159:3 180:16 180:24 181:10 181:11,12 187:11 194:18 247:7 **refresh** 136:6 234:25 **refund** 152:24 153:9 **regarding** 5:16 12:18 99:22 101:22 112:3 206:5 211:14 211:14 **register's** 28:4 | **registered** 1:23 199:12 266:3 **regular** 149:11 **reiterate** 261:16 **rejected** 246:17 **related** 145:15 186:5,22 266:10 **relating** 204:25 **relation** 99:13 191:19 **relationship** 66:5 **religiously** 201:16 **relying** 93:13 93:18 156:7 255:17 **remain** 145:18 **remember** 7:21 8:21,23,25 9:3 15:23,24 17:12 17:23,24 19:16 25:8 33:24 35:2 36:5,7 47:8 48:20,24 51:3 53:14,19 56:12,19,23 57:7 61:15 63:14 66:16,19 66:22 67:5,22 69:7,12 70:13 70:14 72:20 | 77:3 78:20 79:11 86:22 88:9,12 89:17 90:9 91:12 92:16 96:5 97:9 104:12 116:4,16 122:25 123:11 124:20 125:3 128:23 134:5 134:17 135:15 135:24 139:22 139:24,24,25 141:5,15 143:24 155:3 157:23 164:6 166:2 167:5,6 168:4 169:16 170:2 176:23 176:24 177:10 177:22 188:4 190:22 192:9 192:10 196:11 199:20 200:5 207:12,14 209:19 210:3 228:3 232:7 233:10,12 243:21 253:6 **remind** 160:3 **removed** 217:4 **rendered** 151:13 | **renovating** 179:10 **renovation** 164:25 **renovations** 203:19,21 213:2 **rent** 20:18 38:25 43:9 111:8 155:16 176:9,11 181:19,21 182:6 **rental** 49:24 107:4 112:3 **rented** 107:2 **renting** 18:20 18:21,23 21:2 94:18,18 95:10 95:14 107:15 107:21 108:4 108:19 **repeat** 59:23,24 134:12,13 192:25 233:6 251:4 252:13 **repeating** 229:21 **rephrase** 5:23 58:25 116:8 **report** 97:19 **reporter** 1:23 59:25 251:7 265:12 266:4 |

| | | | |
|---|---|---|---|
| **reporting** 267:2 | **residence** 95:6 | **review** 195:23 | 91:9 93:13,16 |
| **represent** | residential | 221:14 233:23 | 94:6,8 95:5,24 |
| 151:22 181:23 | 189:18 264:19 | 239:10 242:22 | 96:14,20 98:4 |
| 185:24 214:23 | **residing** 16:10 | 244:24 258:18 | 99:5 102:25 |
| 228:7 242:23 | 22:15 94:15 | **reviewing** | 103:8,13 104:7 |
| **representation** | **resolve** 120:10 | 221:10 | 105:12 110:6 |
| 145:15 181:11 | **resolved** | **revised** 219:13 | 110:11 112:24 |
| **representations** | 128:11,12,13 | 264:10 | 117:18,21,24 |
| 256:13 | 128:14 | **right** 6:9 7:4 | 118:21 119:12 |
| **represented** | **respect** 224:16 | 8:24 9:3 13:19 | 119:15 120:11 |
| 181:3 184:6 | 234:14 | 13:23 14:13 | 120:12,15,18 |
| 185:24 226:20 | **respective** 4:4 | 18:2 19:10 | 123:3,6,8 |
| 239:3 254:25 | **response** 76:5 | 21:18,18 24:8 | 125:12,23 |
| **representing** | 238:19 | 30:10 33:12,23 | 126:2,4 129:8 |
| 151:15,16 | **rest** 9:21 72:6,9 | 37:7 39:12,15 | 132:19,19,23 |
| 160:22 181:15 | 80:25 81:5 | 39:20,23,24 | 132:24 133:5 |
| 185:20 186:13 | **restart** 126:17 | 40:2,3,6,9,10 | 135:22 136:5 |
| **request** 176:5 | **result** 7:7 217:5 | 40:14,17 41:23 | 136:10 139:22 |
| **requested** 60:2 | 235:23 244:19 | 42:18,25 46:25 | 140:14 142:18 |
| 251:8 | **retained** | 48:24 53:12 | 142:19,23 |
| **require** 40:5 | 265:12 | 57:17 62:18 | 143:12 146:25 |
| **required** | **retainer** 144:25 | 63:18,20 64:2 | 147:17,25 |
| 151:21 229:4 | 150:24 151:3,6 | 64:12 70:21 | 148:23 149:4,8 |
| 231:16 | 151:7 152:23 | 71:2,16,16 | 149:19,24 |
| **requires** 40:9 | 152:25 153:5 | 74:15,21,22 | 150:3,10 |
| 151:5 | 154:4 190:25 | 75:2 76:18,22 | 151:23 152:2 |
| **reserved** 4:10 | **retaining** | 77:19,20,23 | 152:11 153:10 |
| **reside** 59:12 | 191:19 | 78:2,11,18 | 153:21,25 |
| 61:10 64:18 | **retention** 230:9 | 80:14,19 81:23 | 154:9 155:6 |
| 65:16 216:18 | **retract** 169:12 | 82:19,21,25 | 157:18 158:10 |
| **resided** 49:20 | **return** 112:3 | 83:4 84:25 | 159:6 160:2 |
| 49:22 59:16 | 157:12 168:16 | 85:13 86:21,21 | 162:10,11 |
| | **returns** 70:9,10 | 87:12,13,23 | 164:15 165:7 |
| | 70:16 111:21 | 90:13,14,20,25 | 165:10,12 |

| | | | |
|---|---|---|---|
| 166:8,12,13 | 230:12 231:19 | 127:3,6,17 | **sales** 80:3 |
| 167:23 168:2 | 234:16,20 | 160:22 161:5 | sat 241:9,10 |
| 168:20,21 | 235:8 237:16 | 241:17,18 | **save** 21:20 |
| 169:2,4,14,15 | 237:24 238:2 | 254:25 255:5 | 156:21 159:18 |
| 170:17,23,25 | 238:11,18 | **rpr** 266:19 | 159:25 232:12 |
| 171:5,10,15,24 | 241:21 243:9,9 | **ruined** 105:2 | **saved** 20:16 |
| 172:4,9,14,16 | 245:15,18,19 | **ruining** 98:21 | 21:16 67:15,16 |
| 173:2 174:12 | 247:24 248:2 | **rules** 6:4 | 69:11 |
| 175:17,19 | 249:25 252:8 | **run** 71:20 | **saving** 84:12 |
| 176:13 179:17 | 253:14,18 | **running** 21:12 | 160:4 |
| 182:20,20 | 254:23 256:8 | 168:10 | **savings** 1:12 |
| 185:12 187:3,5 | 257:24 260:6 | **rushing** 174:23 | 3:4 |
| 187:8,9,16,18 | 260:12,25 | 174:25 175:2,3 | **saw** 27:11,13 |
| 187:23 188:21 | 261:15 | **ryan** 2:17 | 44:10 45:13,16 |
| 191:4,13,20 | **river** 2:16 | 214:23 | 45:21,25 68:2 |
| 192:2,11 193:9 | **robo** 118:24 | | 85:23 130:16 |
| 193:23 194:2 | 119:9,15,18 | **s** | 216:7 219:21 |
| 194:23 196:10 | **robot** 119:18 | **s** 259:4 264:8 | 221:20 245:12 |
| 196:19,20 | **robot's** 113:13 | 265:3 267:5 | **saying** 29:19,20 |
| 198:21,25 | **roof** 163:12 | **salary** 20:3 | 32:12 103:2 |
| 199:3 200:3 | **room** 126:21 | **sale** 23:11 | 115:25 129:19 |
| 202:20,22 | 127:11 140:24 | 148:22 149:2,3 | 143:8 160:21 |
| 203:16 207:21 | 169:2 | 149:5,11,12 | 224:4 229:8,10 |
| 208:16,19 | **roosevelt** 16:16 | 150:12,13 | 261:6 |
| 209:15 210:12 | 16:17 17:2,20 | 166:4 186:6,22 | **says** 20:16 |
| 210:13,15,19 | 42:22,23 | 187:5,10,16 | 21:16 22:2 |
| 210:23 211:10 | **rooter** 163:24 | 188:3 189:18 | 33:9,11,16 |
| 212:17,20,25 | **roto** 163:24 | 191:25 192:9 | 41:19,23 52:5 |
| 217:7 218:6,15 | **rouse** 47:24 | 192:15,17 | 76:15 80:8,13 |
| 220:11 221:17 | 48:2,2,3,7,15 | 193:17 196:8 | 87:4,21 88:17 |
| 222:20 223:15 | 114:22,22,24 | 199:20 220:10 | 96:24 97:10 |
| 224:14,23 | 115:7,11,13,15 | 247:23 250:15 | 108:4 146:8 |
| 227:16 228:19 | 119:8 123:25 | 255:20 264:19 | 147:8 148:6 |
| 229:2,15 230:2 | 125:3,8 126:20 | | 150:24 151:24 |

152:5,11 154:2
156:18 159:22
179:19 195:16
197:3 208:14
211:4 212:14
223:15 224:21
224:24 231:16
234:18,23
235:8,13
245:19 246:19
248:23,25
252:3,8 261:5
261:7,8,9
**scared** 158:3
**scheduled**
160:16
**score** 81:24,25
82:3
**scroll** 234:21
**seal** 84:22,24
**sealing** 4:5
**search** 101:20
102:13,16,21
**searches**
101:21
**second** 9:19
12:15 34:18
37:14 42:9,10
42:11,12 51:14
51:14,16 62:24
63:2,5,7 85:5
85:10,14,16
91:17 108:12
109:11,23

111:4,11
139:16,17
144:24 175:22
194:24 195:2,7
195:9,12,12,14
209:12 214:25
219:13 226:16
229:22 233:23
235:7 242:22
246:8 264:10
**seconds** 239:10
**secretary** 49:7
**section** 151:4
192:15,16
**securitization**
1:13 3:4
**security** 188:25
189:10
**see** 17:25 23:10
26:21 27:2
28:20 31:23
32:18,22 33:20
43:21 44:11,12
44:24,25 51:16
52:12 53:3,4,6
53:7,8 54:16
54:18,24,25
58:12 63:23
68:13 71:6,7
72:24 73:2,10
76:16,20 79:20
80:2,3 83:9,13
83:16 84:16
87:3 88:18

90:16,18 91:19
91:21 92:3,7
96:21,21 97:3
108:20 112:22
122:15 127:7,7
130:14,15
133:11 137:21
139:8 142:20
143:17 145:7,8
145:10 146:10
146:16 148:8,9
150:11,15,16
150:25 156:16
156:23 179:19
184:8,24 186:8
189:23 192:19
192:19 193:20
195:18 197:3,4
197:9,25 200:7
200:8,14,15
207:7 210:18
211:7 216:4
217:21,24
222:18,23
223:10,17
224:20 225:7
225:11 226:16
228:13,21,23
229:7,14,18
230:11,17,20
231:22,23
232:8 233:14
234:19,22
235:5,9,18

236:9 237:15
238:4,15
239:20 242:3
242:12,14
243:15,16
245:14,14,22
246:22,23
247:4,5,12,13
247:14,17,20
248:11,13,16
249:12,14
252:4,4,7
253:20,22,23
254:2,10
255:11,12,22
256:2 257:15
257:19 258:17
260:22
**seeing** 67:5
144:11 188:11
188:14,20
223:11
**seen** 12:24
90:23 122:2
144:10 188:10
245:9
**sees** 30:21
**sell** 77:16
142:16,18
161:15,18
220:6,7 247:16
248:10,12
250:12,15
256:15

seller 77:10,20
77:22 81:10
189:5 192:18
selling 64:15
149:7,8,25
165:21 172:2
187:13 194:14
205:16 206:5
send 14:15,16
100:24 101:7
101:10,11
102:6,8 117:9
156:3 165:17
168:16 176:6
sending 207:18
248:9
sense 81:12
sent 116:25
161:24 165:5
168:15,17
210:21 248:19
sentence 21:15
74:6,9 103:17
104:14 105:5
179:23 180:16
184:4 186:10
186:11,16,24
186:25 187:25
193:25 194:3
194:25 195:3,5
195:7,9,13,14
196:5,6,21
198:16 201:6

separate 86:11
108:23 109:2,2
109:22,24,25
separated
108:25
separately
108:18 147:19
september
135:19 157:4
192:4,5 228:15
237:12 238:3
series 5:15
served 136:17
138:16
service 151:10
151:13 152:25
251:25
servicer 255:17
services 152:7
152:9
servicing 1:12
2:15 215:3,9
215:11 253:12
255:25 257:9
261:18
set 66:24 266:7
266:14
sew 99:19
sewer 109:25
110:3,5 163:23
sheet 267:2
sheriff's 250:15
short 148:22
149:2,3,5,11

150:12 166:4
168:10 191:25
220:10
show 27:23
28:10,17 34:21
36:24 43:13
51:9 73:8 91:6
121:13 135:7
148:17 166:8
172:22 206:22
208:13 213:12
213:14 217:17
221:5 264:20
showed 25:19
52:22 83:24
84:23 117:20
196:19
showing 34:22
102:9 147:10
shown 260:21
260:24
shows 75:4
sic 208:25
sick 15:16 20:6
20:11 108:2
110:17,18
213:3
side 170:2
176:18 190:6
222:19 245:19
249:4
sided 84:11
sign 29:3 30:3
32:13 48:23,25

54:22 56:13,14
57:4,10,10,14
58:20,20,20,22
59:5 67:8,8,9
92:23,23,23
93:2,16 115:24
117:10 119:21
143:22 157:25
158:4,5 165:23
167:19,20,21
168:8 171:11
171:11 172:5
172:22,23,24
172:25 173:2,3
173:14,15,15
173:15 177:3
178:14 195:22
196:19 200:19
200:20,21,21
202:18 229:16
signatory
255:16
signature 30:3
31:6,11 32:6,7
32:11,12,15,15
32:16 33:2,4,9
33:9,17,21
43:21,23,25
44:2,3 45:3,5
53:6,7,9,13,21
54:16,21 56:25
63:23 64:3,4
74:7 76:12
79:22,24 83:8

| | | | |
|---|---|---|---|
| 83:9,10,16,21 | 171:23 173:6 | 177:19 | 220:8,9 |
| 89:25 90:6 | 191:14 227:2 | situation 9:8 | somebody's |
| 91:8,10,21,24 | 227:15,20,21 | six 118:20 | 211:20 |
| 92:7 113:14 | 241:20,21 | 123:12 243:13 | someone's |
| 122:15,17,18 | 243:23 254:21 | sixty 229:25 | 169:18 |
| 139:13 144:24 | 257:17 | sleeping 213:7 | son 161:20 |
| 145:3,4,7 | signing 29:15 | 217:23 | 162:2,3,4,7 |
| 148:6,7 190:3 | 29:16 30:7 | small 73:16,18 | 220:11 |
| 190:5,8,13 | 47:9 48:20 | 73:20 | sooner 23:24 |
| 196:17 208:17 | 56:12 57:18 | smith 3:7 6:4,7 | sorry 9:17 |
| 208:20,22,24 | 84:4,5 89:18 | 28:11 62:14 | 28:15 36:21 |
| 211:2 223:3 | 91:12 93:9 | 84:13 121:24 | 37:13 41:22 |
| 226:12 227:18 | 118:24 119:9 | 205:24 262:2 | 42:9,14 62:11 |
| 229:23,24 | 119:15,18 | social 188:25 | 63:7 75:16 |
| 230:5 239:20 | 130:11 166:6 | 189:10 | 104:16 106:7 |
| 239:24 240:3,8 | 172:7 176:15 | society 1:13 3:4 | 114:11 118:11 |
| 242:3,14 243:3 | 188:4 200:11 | sold 77:7,9 | 136:3 139:17 |
| 243:4 254:2,4 | 201:2 207:14 | 96:10,11,12 | 148:25 161:17 |
| 254:7 257:22 | 223:5 259:9 | 165:6,10 | 170:8 180:9 |
| 257:25 259:3 | 260:10 | solve 136:13 | 193:14 195:18 |
| 259:17 260:2 | similar 52:21 | solved 136:16 | 232:2 234:7 |
| 266:18 | 83:23 84:25 | somebody | 242:9 244:8 |
| signatures | single 198:18 | 13:22 25:24 | 246:2 252:5 |
| 189:23 242:12 | sister 17:6 | 32:3 38:9,15 | 255:4,4 257:12 |
| signed 4:13,15 | 42:24 46:7 | 40:9,11 42:2 | sort 234:6 |
| 29:4 30:16,24 | sister's 16:18 | 45:11 63:18 | sound 60:6,23 |
| 31:14 53:5,23 | 21:2,3 | 68:13,14 77:15 | 61:2,4,18,22 |
| 56:16,20,24 | sit 92:18,20 | 77:15 82:3 | 87:25 135:21 |
| 57:15 59:2 | 140:23,25 | 109:7 110:3 | sounds 61:3,6 |
| 66:12 76:12 | 170:3,13,15 | 116:25 118:21 | 113:23 |
| 93:9,11 143:14 | sitting 8:23 | 130:10 131:14 | spans 219:15 |
| 143:25 146:2 | 158:6 162:13 | 132:5 133:2 | speak 23:6,8 |
| 157:24 159:14 | 162:18 170:11 | 142:17 165:5 | 89:9 178:23 |
| 159:17 166:10 | 170:12 173:12 | 166:7 213:4 | 179:3 181:17 |

| | | | |
|---|---|---|---|
| 182:12 215:7 259:8 | start 8:10,11 14:22,24 35:14 | 203:8 255:18 | 43:24 44:1 |
| | 35:18 95:18 | states 1:2 225:9 238:9 246:8 255:15 | 45:1 46:1 47:1 |
| speaking 25:24 26:11 64:24 133:9 149:14 149:16,17,20 | 105:24 106:14 113:19 125:20 127:16 136:11 176:9 206:17 231:20 | | 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 |
| | | stating 168:12 205:15 219:21 | |
| | | stay 105:17 115:9 178:11 213:10 244:16 | 60:1 61:1 62:1 63:1 64:1 65:1 |
| specific 23:3 | | | |
| specifically 30:11 65:5 141:15 234:13 | started 20:5 95:7 97:17 103:21 106:12 | | 66:1 67:1 68:1 69:1 70:1 71:1 |
| | | stayed 43:8 | 72:1 73:1 74:1 |
| speed 236:9 | 106:14,20,23 106:24 112:12 | staying 21:3 | 75:1,5 76:1 |
| spoke 65:6 87:17 124:4 126:22 154:24 162:8 168:5 191:6 217:2 261:12 | 112:15 113:7 113:22,24 114:16 116:11 126:13,14 131:21,23 168:18 203:18 206:4 | steal 211:24 212:5 | 77:1 78:1 79:1 |
| | | step 129:16 229:16 230:7 230:11 231:15 | 80:1 81:1 82:1 83:1,11,18 84:1 85:1,12 86:1,2 87:1,6 |
| | | stephens 1:5,7 1:21 2:1 3:1 4:1 5:1,3 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1,8 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1,10,11,14 33:21 34:1 35:1 36:1,24 37:1 38:1 39:1 40:1 41:1 42:1 42:17,18 43:1 | 88:1 89:1 90:1 90:3 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1,20 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 |
| spoken 133:10 136:7 | | | |
| spot 167:7 | | | |
| springfield 88:22 248:23 248:25 249:11 249:17 | starting 87:5 124:20 | | |
| | starts 30:22 37:14 156:14 186:3 195:6 | | |
| stamp 75:15,17 75:18 | state 1:24 6:7 222:8 224:12 236:21 239:12 266:5 | | |
| stamped 222:12,15 234:4 236:19 239:14 251:19 | | | |
| | stated 235:17 | | |
| stamps 75:23 | statement 210:24,25 | | |
| stand 34:17 | | | |
| standard 6:3 | statements 13:15 102:6 | | |

| | | | |
|---|---|---|---|
| 125:1 126:1 | 192:1 193:1 | 245:17 246:1 | 151:17 155:17 |
| 127:1 128:1 | 194:1 195:1,21 | 247:1,4 248:1 | 186:24 209:14 |
| 129:1 130:1 | 196:1,24 197:1 | 249:1 250:1 | 210:13 |
| 131:1 132:1 | 197:6 198:1,10 | 251:1,13,20,20 | **stopped**  15:17 |
| 133:1 134:1 | 199:1 200:1 | 252:1,5 253:1 | 105:23 110:15 |
| 135:1,3 136:1 | 201:1 202:1 | 253:16,23 | 113:13 118:4,9 |
| 137:1 138:1 | 203:1 204:1 | 254:1 255:1 | 118:12 123:18 |
| 139:1 140:1 | 205:1 206:1 | 256:1,9 257:1 | 123:18 126:15 |
| 141:1 142:1 | 207:1 208:1,7 | 257:13 258:1 | 233:3,8 235:2 |
| 143:1 144:1 | 209:1 210:1 | 258:13,25 | **storage**  16:13 |
| 145:1 146:1 | 211:1 212:1 | 259:1,12 260:1 | 20:19 94:19 |
| 147:1 148:1 | 213:1,16 214:1 | 260:13,17 | 95:18,23 |
| 149:1 150:1 | 214:21 215:1 | 261:1 262:1 | **straight**  14:16 |
| 151:1 152:1 | 216:1 217:1 | 263:1,4,7,9,19 | **stranger** |
| 153:1 154:1 | 218:1 219:1 | 264:1,4,17,22 | 107:17 |
| 155:1 156:1,20 | 220:1 221:1 | 264:23 265:1,5 | **strangers** |
| 157:1,25 158:1 | 222:1,12,15,22 | 265:6,10 266:1 | 107:16 |
| 158:22 159:1,7 | 223:1 224:1,15 | 267:1,4,5 | **strategy**  120:8 |
| 160:1 161:1 | 225:1,17,25 | **steps**  229:5,11 | **street**  2:10 9:11 |
| 162:1 163:1 | 226:1,8,8 | 229:12 | 18:3,10 24:11 |
| 164:1 165:1 | 227:1 228:1,6 | **stepson**  161:23 | 24:19,22 25:5 |
| 166:1 167:1 | 228:10,10 | **sterling**  60:20 | 25:12,24 27:10 |
| 168:1 169:1 | 229:1,14 230:1 | 64:11,18 | 28:5 29:23 |
| 170:1 171:1 | 231:1 232:1 | 100:12 | 30:17 31:18 |
| 172:1 173:1,4 | 233:1,22 234:1 | **stevens**  2:13 | 36:17 49:21 |
| 174:1 175:1 | 234:4,4 235:1 | **stips**  6:8 | 50:7,10 51:4 |
| 176:1,10 177:1 | 236:1,19 237:1 | **stipulated**  4:3,8 | 59:13,16,20 |
| 178:1 179:1,9 | 237:2,4,8 | 4:12 6:3 | 60:7,17 65:17 |
| 180:1 181:1 | 238:1 239:1,14 | **stipulations**  4:2 | 65:22 66:4,17 |
| 182:1 183:1 | 239:15,18 | **stop**  51:2 | 67:12,18 69:9 |
| 184:1,7 185:1 | 240:1,7 241:1 | 103:22 110:14 | 71:5 75:6 77:8 |
| 186:1 187:1 | 241:3 242:1 | 118:2,4,6,11 | 77:15 78:13,18 |
| 188:1,18 189:1 | 243:1 244:1,6 | 120:21 125:12 | 80:17 82:7 |
| 190:1 191:1 | 244:23 245:1 | 131:25 148:23 | 86:8,18 87:12 |

88:11 89:2,14
89:20 94:11
95:16,22 96:6
96:10 100:7,10
100:15 106:4
113:5 124:16
126:16 130:23
135:16 143:15
154:16,16,17
170:25 187:15
188:25 189:9
216:19 222:2
224:18 228:19
228:25 234:11
234:15 249:11
255:9
**streets**  18:13
**stress**  104:16
104:17,23,24
110:9 195:24
**stressful**
104:18,19
**stricken**  246:10
**striking**  248:8
**stroke**  7:4 8:3,3
8:7,13,15,16,22
**strong**  248:7
**struggle**  106:5
**struggled**  105:8
**stuff**  33:23 65:2
104:21 144:21
144:22 245:12
**stupid**  118:7
162:18

**subject**  105:9
247:22 250:22
261:11
**submit**  166:5
235:14,20
**subscribed**
263:20
**sue**  99:8,12,13
99:16 220:4
**sued**  214:24
218:13
**suffering**  104:9
**suffern**  113:18
114:20
**suggestions**
183:17
**suing**  114:9
**suite**  2:4,16
**sum**  151:6
**summarize**
232:11
**summary**
245:21 265:8
**supposed**
105:11,14
153:22 201:9
**supreme**
241:23 247:16
**sure**  14:12 19:4
19:5 29:20
60:22 96:19
117:11 123:13
135:23 144:14
144:16 162:9

177:7,9,15
184:19,20
186:19 256:25
**surgery**  106:6,8
106:11,12,13
106:19
**suspense**
258:15
**sworn**  4:15 5:5
263:20 266:7

**t**

**t**  247:8 264:8
265:3 266:2,2
**table**  29:2 30:7
58:18 66:25
82:6,8 169:20
169:21,22
170:3,5,10
172:19 173:12
177:23
**take**  5:21 7:9
7:20,23 12:11
35:12 37:2
40:12,20,22
41:4,12,14
47:5 48:13
53:15 56:14
59:6 71:20
72:13 73:2,9
75:21 81:22
88:3 110:23
115:22 121:19
121:19 135:8

136:12 144:16
146:3 156:21
161:6 162:21
162:21,22
163:11 180:6
183:21,22
188:8 191:16
199:18 200:12
221:9 223:12
233:22 236:13
239:9 242:22
244:24 251:13
**taken**  19:18
40:12
**takes**  40:25
81:19
**talk**  15:19 24:2
28:25 115:8
131:9 134:6
140:18 141:11
141:13,16
143:9 179:11
179:12 197:19
262:3
**talked**  65:2
98:3 112:24
118:21 124:14
133:18,19
135:4 140:16
141:19 168:2
194:10 197:17
227:23 228:2
238:21 252:20
256:11

| | | | |
|---|---|---|---|
| **talking** 23:14 | 196:12 218:19 | 56:21 76:3 | 208:2 218:24 |
| 75:19 133:12 | **tells** 219:19 | 105:2 122:23 | 219:19,24 |
| 133:13,13 | **ten** 230:18 | 127:15 131:17 | 220:2 233:14 |
| 139:15 141:8 | 235:5 | 132:4 158:24 | **think** 8:9,11 |
| 141:18 154:10 | **tenant** 111:10 | 163:12,21 | 9:20 15:22 |
| 158:25 163:15 | 206:16 207:15 | 173:4 200:23 | 18:7 19:3,3 |
| 173:24 194:9 | 207:16,22 | **things** 7:22 | 29:24 30:19 |
| 209:18 242:5 | 208:18 | 8:16 10:25 | 43:4,7,9 46:17 |
| 259:25 | **tenants** 59:16 | 13:4 16:13 | 46:17 47:16,23 |
| **tarranova** | 64:22 | 22:12 36:10 | 48:2 49:4,7 |
| 247:8 | **term** 40:24 | 44:4 45:17,21 | 50:12,18 52:25 |
| **tax** 70:9,10,16 | 41:6 195:20 | 45:22,25 46:2 | 53:16 56:21 |
| 111:20 112:2 | 196:7 | 46:3,5,21,24 | 57:14,16 58:14 |
| **taxes** 70:15 | **testified** 5:5 | 47:2,3,14 | 60:13,22,25 |
| **ted** 61:18 | 132:20 226:11 | 48:17,23 49:14 | 61:24 71:13,25 |
| **telephone** | 227:13,17 | 49:14 53:11 | 78:24 80:8,18 |
| 231:2 | **testimony** | 54:23 55:8,22 | 80:19 93:5 |
| **tell** 17:18,24 | 252:23 264:2 | 56:9,18 58:22 | 95:25 98:14 |
| 25:4 32:6 36:9 | 266:6,9 | 60:21 61:5 | 99:18 103:11 |
| 69:24 75:25 | **text** 10:22,22 | 63:25 64:6,8 | 104:20 106:10 |
| 78:23 93:16,24 | 11:9,10,10 | 64:14 65:4,8,9 | 112:13 117:11 |
| 105:16 131:3 | 217:21 | 65:11 66:12 | 117:11,14 |
| 136:15 138:22 | **texting** 11:22 | 68:13,16 77:13 | 118:18 123:12 |
| 149:19 158:4 | **thank** 41:18 | 77:18 79:12 | 128:16 130:12 |
| 171:11 172:25 | 45:7 55:6 | 80:19 91:5 | 132:20 133:11 |
| 173:14 179:15 | 191:18 192:13 | 94:19 95:18,22 | 135:13,23 |
| 182:17 196:15 | 214:15,15 | 101:16,17 | 140:2 142:16 |
| 199:16 200:20 | 251:10 253:14 | 102:19,24 | 155:7 161:3,14 |
| 200:21 218:17 | 254:17 | 104:6,15,23 | 162:18 168:18 |
| 220:16 234:23 | **thanks** 121:25 | 107:6 108:22 | 169:19 172:10 |
| 250:24 253:8 | **theirs** 82:22 | 111:24 112:23 | 177:7 180:2 |
| 253:11 258:20 | 109:2 | 113:18 115:17 | 181:5 183:19 |
| **telling** 8:21 | **thing** 11:14,21 | 127:21 140:3 | 183:20 192:12 |
| 159:8 172:11 | 12:21 31:14,15 | 145:23 177:13 | 194:10 200:22 |

| | | | |
|---|---|---|---|
| 207:10 209:22 | 15:12,21,25 | 196:3,4,22 | **told** 9:2 27:19 |
| 211:6 216:4,5 | 16:3,5,6,10,20 | 197:5,11 199:4 | 35:25 41:2 |
| 216:6,7,11 | 17:16 19:3,13 | 204:8,22 | 43:4 50:24 |
| 225:21 226:22 | 20:13,25 21:5 | 212:20 213:25 | 55:21 66:6 |
| 226:22 227:8 | 21:10 29:6 | 214:5 217:5 | 105:13 115:9 |
| 231:9 232:11 | 31:12 34:4,5,7 | 227:25 237:13 | 119:12,14 |
| 232:14 233:15 | 34:9,11 35:7 | 248:4 250:6,8 | 120:2 125:8 |
| 243:21 256:24 | 36:17 39:8 | 263:10,16 | 127:3 132:7 |
| **thinking** 93:9 | 43:3 45:11,13 | **times** 11:8 | 136:12,21 |
| 250:25 | 47:18 55:11,25 | 15:16 34:8,15 | 138:24,25 |
| **third** 62:24 | 56:2,4 59:18 | 48:9,10,11,24 | 140:14 165:16 |
| 148:20 198:12 | 60:3,13,14 | 55:24 175:12 | 171:12 173:3 |
| 198:20,22 | 65:13 70:5,8 | 181:15 | 174:6 178:25 |
| 253:17 | 70:18 71:8 | **title** 51:24,25 | 182:18 199:10 |
| **thirty** 198:3,4 | 77:11 82:23 | 189:16 | 204:19,21 |
| **thought** 119:19 | 93:5 94:25 | **titled** 228:11 | 213:14 217:12 |
| 157:22 181:6 | 96:9 106:22 | 258:14 | 217:15 235:4 |
| 200:10 | 112:20 116:6,9 | **today** 5:16 6:17 | **tony** 131:19,24 |
| **thousand** | 123:17 128:10 | 7:10 9:6 13:10 | **took** 27:16 36:8 |
| 161:14 164:22 | 128:20 129:5 | 14:2 58:4 | 46:6 65:3,9 |
| **threatened** | 129:25 130:14 | 99:21 128:13 | 72:21 81:15 |
| 178:11,14 | 130:16 133:8 | 217:11,12,16 | 88:2 95:22 |
| **threatening** | 136:17 138:16 | 217:17,25 | 100:5 105:18 |
| 218:23 | 139:3,5 144:12 | 218:2,3,8 | 105:22 110:20 |
| **three** 103:19 | 154:24 155:8 | 221:24 225:25 | 113:15 114:22 |
| 104:19 121:18 | 155:12 159:8 | **today's** 217:8 | 136:18,19,24 |
| 140:11 150:4 | 161:12 163:4,8 | **together** 5:17 | 137:5,23,25 |
| 154:14 166:25 | 163:25 166:9 | 13:9 22:13 | 138:2,7 219:22 |
| 167:2 191:24 | 172:2,6 173:19 | 62:13 72:12 | 219:23 222:5 |
| 231:15 | 174:22 175:9 | 147:20 215:17 | **top** 13:5 52:4,5 |
| **thrown** 232:23 | 175:15,20,22 | 241:10 | 63:10 73:15,22 |
| 240:22 244:18 | 177:17 178:7 | **toilet** 110:8 | 73:23,24,24,24 |
| **time** 1:22 4:10 | 180:6 181:4 | 163:13,22 | 73:25,25 96:4 |
| 10:16 14:24 | 195:8,12,16 | | 108:5 145:9 |

| | | | |
|---|---|---|---|
| 151:3 209:25 | tree 110:2 | 222:14 223:9 | typically 215:5 |
| 223:15 224:13 | trees 84:12 | 226:16 229:22 | **u** |
| 228:15 230:15 | trial 4:11 | 235:7 239:17 | |
| 231:3 234:7,21 | 131:15 | 242:2 246:6 | uh 6:20 7:23,23 |
| 235:8 256:4 | tried 250:25 | 253:14,16 | 12:7 14:6,19 |
| total 109:14 | trinidad 22:11 | 258:13 | 29:10 40:7,15 |
| 235:8,16 236:3 | 22:11,15 98:19 | turning 89:24 | 42:19,22 58:23 |
| touched 250:19 | 98:25 110:23 | 225:16 237:4 | 63:24 74:4,4 |
| towards 89:22 | 110:25 161:23 | 237:21 | 77:21 83:20 |
| towed 211:5,8 | true 6:6 97:13 | twenty 105:6,7 | 91:20 96:23 |
| transaction | 97:13 213:3 | two 7:18 9:14 | 152:12 185:17 |
| 77:19 148:22 | 266:8 | 13:5 16:14 | 187:6 190:20 |
| 150:13 250:16 | trust 1:13 3:4 | 19:17,18 20:21 | 192:21 218:16 |
| 250:20 252:21 | 56:22 173:21 | 51:13 54:5 | 221:16 259:14 |
| 256:7 257:3 | trusting 57:10 | 93:7 96:25 | ultimately |
| 265:10 | truthful 256:23 | 105:6,7 108:25 | 111:3 250:20 |
| transcript 5:21 | try 9:5 14:3 | 111:6,7 116:24 | under 83:16 |
| 266:8 | 66:14 209:14 | 127:23 143:14 | 120:20 121:8 |
| transfer 46:22 | trying 31:10 | 168:25 169:10 | 123:6,18 |
| 47:10 55:10,14 | 33:6 127:20 | 172:9 185:2 | 154:17,20 |
| 55:16 186:6,23 | 171:10 227:24 | 191:24 198:9 | 174:7,12 |
| 187:7,19 | 261:24 | 214:24 215:14 | 195:24 222:21 |
| 193:10,18 | turn 9:25 28:18 | 215:15 226:15 | 225:6 228:23 |
| 194:5 196:13 | 32:9,18 33:20 | 230:7,11 242:2 | 230:11 234:17 |
| transferred | 37:2 42:4 | type 14:14 | 238:10 255:13 |
| 75:5 187:21 | 43:16 44:21,23 | 37:15,16 52:2 | underlying |
| transferring | 53:2,3 54:15 | 54:6 73:12,13 | 242:18 |
| 47:9 159:5 | 63:22 78:22 | 85:19 | underneath |
| 194:7,20,21 | 79:2,14 83:12 | typed 116:25 | 235:13 |
| transfers 77:24 | 85:15 88:16 | 168:14 | understand |
| 132:22 194:11 | 89:22 96:14 | types 171:22 | 5:22 13:20 |
| 194:16 | 132:16 148:18 | typewritten | 23:5 38:24 |
| transmission | 150:23 189:22 | 222:22 253:22 | 41:9 45:18 |
| 230:16 | 190:15 214:3 | | 77:14 122:11 |

132:25 145:20
145:22,24
150:20,22
151:18 153:3
173:17 186:11
186:19 187:24
196:6 202:3
210:4 215:10
218:7,25
221:21 246:12
247:25 259:21
259:24 260:11
**understanding**
37:19 38:20
57:20,21 89:13
146:19,20,22
147:22 148:10
151:20 159:9
187:25
**understands**
255:16
**understood**
132:21 173:23
173:24 201:8
227:8
**unethically**
184:6
**united** 1:2
**upset** 138:11
138:13,13
**upsetting**
138:10,12
**upstairs** 107:6
107:13 108:19

108:19,24
111:20 209:12
**urged** 195:21
**use** 10:19 11:2
11:12,18 25:14
80:22 108:16
110:7 168:7
**used** 19:23 95:6
101:24 102:12
130:18
**utilities** 107:5,8
107:22 108:8

**v**

**v** 1:9 247:8
259:4 267:4
**validation**
145:16
**valuation** 165:3
**value** 164:19
**various** 171:22
**vasquez** 34:23
61:16 79:4
**ventures**
179:22 180:14
180:21,22,23
181:10
**verbally** 5:19
**verbatim** 152:6
**verify** 57:17,24
**veritext** 267:2
**version** 226:5
**verus** 1:13 3:4
263:13

**victim** 211:24
**virtual** 209:16
**visit** 65:13
**voice** 11:2,3

**w**

**w** 105:21
**wait** 118:9
125:12,12
221:22 249:13
**waiting** 10:5
142:5
**waived** 4:7
**walk** 161:16
**walked** 158:15
**want** 12:17,23
17:17 28:17,17
30:8 34:21
37:11 39:3,8
46:12 47:5
58:6 60:16
67:12 69:4,25
79:2,3 82:17
83:8 96:3,13
99:9 103:7
104:25 124:18
130:10,17,19
137:8,10,12,14
138:19,21,24
138:25 139:6
144:23 150:23
156:10 158:23
162:21 168:10
173:5,5 174:20

175:2 181:19
186:19 192:14
195:24 198:17
207:7 213:24
218:4 221:9
236:23 240:22
244:18 249:25
250:11 262:2
**wanted** 13:12
21:17 22:2,3
26:10 47:4
48:22 67:14
69:5 71:12
82:20 93:4
106:15,18
127:21 137:7
137:13 183:19
183:20 201:23
202:8 213:11
220:6 232:10
232:12,14
240:19 244:15
249:20 250:2
**wants** 48:13,13
126:25 138:20
**water** 107:6
108:8,11,15,16
109:8,18
**way** 73:22,22
84:7 133:3
162:10,11
166:23 175:4
183:23 186:14
189:4 241:3

266:12
we've 176:12
**week** 20:4
**went** 24:24
26:24,24 31:12
31:14,15,20,24
36:10 45:24
46:14 47:2,19
48:12 50:22
55:24,24 65:13
65:23 71:7
82:12,14 96:24
97:23,24 98:19
112:16 113:17
113:20 114:18
115:8 119:5,6
123:21 124:5
125:11 126:6
126:10,19,19
126:20 130:9
132:11 136:20
137:6 140:2,16
140:16 147:11
154:8,9 157:21
160:24 161:2
161:13,14
199:12 203:6
203:20 205:21
209:14 210:13
219:20 225:17
**west** 2:10 16:16
189:9
**whereof** 74:10
266:14

**wife** 49:8
williams 17:8
17:11,16 43:8
**willing** 126:24
**wilmington**
1:12 3:3
**winston** 49:10
**witness** 5:4
6:23 7:2 10:4
12:20 18:16
29:16 30:13
32:16 33:3,7
48:4 53:18
57:16 60:3
74:9 104:22
122:2,11,22
134:13 139:19
169:9 180:8
201:21 214:15
224:3 227:11
230:3 231:7,11
241:9,17
249:14 251:9
258:10 260:3
266:6,9,14
267:5
**woodburn** 1:10
3:21 156:20
157:8 159:3,12
165:10 166:14
169:14 171:23
172:3 176:19
179:21 181:3
181:13 187:14

187:22 190:9
190:10 196:9
196:14,23
197:6 198:25
199:6 201:2
203:13 204:6
204:25 205:8
206:13 207:17
209:9 212:19
253:3 258:9
263:3,8,15
**woodburn's**
167:23 180:10
203:23
**woods** 13:2
**word** 41:9
52:17,23 54:12
63:11 74:17
86:3 153:7,8
180:3,22 195:6
**words** 151:19
256:9
**work** 8:12 14:7
14:18 106:15
106:17,18
166:18 179:14
**worked** 15:14
35:20 175:18
**worker** 15:14
15:21 19:14
20:3 70:20
**working** 14:22
14:24 15:7,8,9
15:15,17 17:15

19:7 21:5
35:18 94:21
95:18 112:19
112:21 113:4,6
168:13
**works** 76:18,23
**worry** 179:8,9
**worse** 8:12,17
**worth** 163:3
164:21,22
**write** 45:6 64:5
116:19,24
168:12 209:23
**writing** 44:4
45:2 104:12
219:21
**writings** 254:15
**written** 74:13
74:14 110:10
110:12 173:7
210:25
**wrong** 86:10
110:7 120:9
157:24 171:10
**wrote** 104:10
104:11 181:8
210:3
**wsf** 1:13 3:4

| **x** |
|---|

**x** 1:3,6,15
264:8 265:3

| y | | | |
|---|---|---|---|
| **yahoo.com.** 11:25 | 73:17 74:16,18 76:8,17,21 77:17 79:21 | 143:20 145:11 145:22 146:17 146:17,22 | 242:9 243:5,16 244:11,14 245:6,8 247:18 |
| **yeah** 6:25 7:8,8 7:11 8:19 10:18,24 11:4 13:22 15:5 16:18,19 19:4 20:18,22 21:9 21:9,11,14,14 22:9 23:12,15 23:20 24:8 26:2,4,18,20 27:5,18 28:19 31:10 32:8,24 33:13 34:2,12 34:14 39:18,22 41:24 42:13,17 43:2 44:12 45:9,16 47:17 47:23 48:19 49:3 50:9,12 50:13,14 52:5 52:11 53:10,18 54:11,17 55:5 56:18 57:14,21 58:3,5,11 60:8 60:25 62:16 63:10 64:13 66:6,10,18 67:20 68:9,21 69:3,16 70:24 71:7 72:3,16 | 80:15 81:3 82:2,5 83:15 83:18,22 84:13 85:3,5,24 86:2 87:18 88:6,11 88:19 89:2,4 89:12,16,19,21 90:8,12,15,22 91:3,11,14,23 91:25 92:4,17 92:17,20 94:7 94:9,17 95:4 96:7 97:4,20 97:25 98:5 99:24,24 101:5 102:8,12 · 104:22 105:22 106:18,23 107:14 108:7 108:25 109:19 111:12 113:9 114:12,22 115:20 116:12 117:8,22 119:16 121:3 122:18 123:4 125:19 126:14 132:14 133:7 134:3 139:19 140:7 141:3,10 142:14 143:18 | 147:21 148:9 148:16,19 149:9,17 153:11 160:7 160:24 166:16 167:2,21,24 168:6,17 169:25 170:4 170:18 172:7 172:20,24 173:13 175:13 176:17 177:19 178:16 179:6 179:20 182:22 183:15 184:9 184:17 186:9 188:2,18 189:15 190:11 191:5,16 194:15 196:18 197:10 199:21 200:7 204:23 205:19 206:20 207:24 208:10 208:25 209:4 209:20,22 211:16 212:21 214:9 216:9,11 218:12 221:18 222:4 227:4,5 228:4 230:6 | 250:18 251:23 251:25 252:7 254:15 257:7 258:3 261:6,9 262:4 |
| | | | **year** 20:10 74:12 112:13 |
| | | | **years** 10:16 17:4 19:2,4,4,5 25:10 43:15 80:20 |
| | | | **york** 1:2,17,24 2:5,5,10,10 3:6 3:6 9:12 16:17 24:12 50:11 86:18 189:9,10 241:24 249:11 266:5 267:2 |

| z | |
|---|---|
| **zero** 230:18 | |
| **zone** 231:4 | |

Veritext Legal Solutions
www.veritext.com
212-267-6868     516-608-2400

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.