## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2006071000478001003E6285

### RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 24

**Document ID:** 2006071000478001  **Document Date:** 06-29-2006  **Preparation Date:** 10-03-2006
**Document Type:** DEED
**Document Page Count:** 23

| PRESENTER: | RETURN TO: |
|---|---|
| REGENTS LAND SERVICES LLC<br>3343 PAULDING AVENUE<br>SUITE 1B<br>BRONX, NY 10469<br>718-231-2676<br>RLS-1083-06 | EVIS STEPHENS<br>844 EAST 34TH STREET<br>BROOKLYN, NY 11210 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5008 | 56 | Entire Lot | 844 EAST 34 STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year_____ Reel_____ Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| JOYCE HALLS<br>844 EAST 34TH STREET<br>BROOKLYN, NY 11210 | EVIS STEPHENS<br>844 EAST 34TH STREET<br>BROOKLYN, NY 11210 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 152.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 2,480.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   10-12-2006 16:18
City Register File No.(CRFN):
2006000572095

*City Register Official Signature*

NYC HPD Affidavit in Lieu of Registration Statement



Ex B
6-3-25

Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 29TH day of JUNE, in the year 2006

BETWEEN JOYCE HALLS, RESIDING AT: 844 EAST 34TH. STREET BROOKLYN NY. 11210

party of the first part, and EVIS STEPHENS, RESIDING AT: 844 EAST 34TH STREET BROOKLYN NY. 11210

party of the second part,
WITNESSETH, that the party of the first part, in consideration of

dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

"SEE ATTACHED SCHEDULE A"

844 EAST 34TH STREET BROOKYN NY. 11210. BLOCK 5008 LOT 56

PREMISES HEREIN AS DESCRIBED ARE AND INTENDED TO BE SAME AS THOSE DESCRIBED IN DEED RECORDED IN CRFN # 2005000001287, AND GRANTOR IS THE SAME PERSON AS GRANTEE IN DEED RECORDED IN CRFN #2005000001287.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_Joyce Halls_
JOYCE HALLS,
by Osmond Deliteau Atty in fact

CFNR 2006000455306

Case 1-22-01037-jmm    Doc 150-7    Filed 10/17/25    Entered 10/17/25 16:50:50

## Schedule A Description

Page 1

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of East 34th Street, distant 454 feet northerly from the northwesterly corner of Avenue G and East 34th Street;

RUNNING THENCE northerly, along the westerly side of East 34th Street, 36 feet;

THENCE westerly, on a line parallel with Avenue G, 100 feet to the center line of the block between East 34th Street and New York Avenue;

THENCE southerly on a line parallel with East 34th Street, 36 feet;

THENCE easterly on a line parallel with Avenue G, 100 feet to the westerly side of East 34th Street, the point or place of BEGINNING.

Avenue G now known as Glenwood Road.

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of KINGS, ss:

On the 29TH day of JUNE in the year 2006, before me, the undersigned, personally appeared JOYCE HALLS

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

MARISOL VASQUEZ
Notary Public, State of New York
No. 01VA6103183
Qualified in Kings County
Commission Expires December 22, 20 07

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of         , ss:
On the      day of      in the year      , before me, the undersigned, a Notary Public in and for said State, personally appeared      , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of      , ss:

On the      day of      in the year      , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

SEAL

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of      , County of      , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the      day of      in the year      , before me      the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

## Bargain and Sale Deed
## With Covenants

Title No. NYNA06-4089

JOYCE HALLS
TO
EVIS STEPHENS

SECTION:
BLOCK: 5008
LOT: 56
COUNTY OR TOWN: KINGS
844 E. 34TH STREET
BROOKLYN, NY. 11210

RETURN BY MAIL TO:
EVES STEPHENS
844 E. 34TH STREET
BROOKLYN NY, 11210

DISTRIBUTED BY
YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2006071000478001003SAC04 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2006071000478001  **Document Date:** 06-29-2006  **Preparation Date:** 10-03-2006
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2006062900724

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded  Month / Day / Year | STATE OF NEW YORK |
| C3. Book OR C5. CRFN | C4. Page | STATE BOARD OF REAL PROPERTY SERVICES RP - 5217NYC (Rev 11/2002) |

## PROPERTY INFORMATION

**1. Property Location:** 844 EAST 34 STREET | BROOKLYN | 11210
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name:** STEPHENS | EVIS
LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4.** Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels
4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium
7. New Construction on Vacant Land

**8. Seller Name:** HALLS | JOYCE
LAST NAME / COMPANY | FIRST NAME

**9.** Check the box below which most accurately describes the use of the property at the time of sale:
- A. One Family Residential
- B. ✓ 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. Commercial
- F. Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

## SALE INFORMATION

**10. Sale Contract Date:** 5 / 8 / 2006

**11. Date of Sale / Transfer:** 6 / 29 / 2006

**12. Full Sale Price:** $ 620,000

**13.** Indicate the value of personal property included in the sale

**14.** Check one or more of these conditions as applicable to transfer:
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. ✓ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** B 3

**16. Total Assessed Value** (of all parcels in transfer): 18,681

**17. Borough, Block and Lot / Roll Identifier(s):** BROOKLYN 5008 56

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER:** Evis Stephens 6.29.06

**BUYER'S ATTORNEY:**

**SELLER:** Joyce Halls 6/29/2006
by Osmad DeLthn Atty in fact

2006062900724201

**CERTIFICATION** | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER SIGNATURE: [signed] | BUYER | DATE: 6.29.06 | BUYER'S ATTORNEY |
| LAST NAME | FIRST NAME |
| STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER |
| | | **SELLER** |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE: Joyce Halls by Osmond Pelton Atty in fact | DATE: 6/29/06 |

2006062900724201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
                  ) SS.:
County of Kings )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

**844 EAST 34 STREET**
Street Address                                                                                       Unit/Apt.

**BROOKLYN**          New York,          **5008**          **56**          (the "Premises");
Borough                                    Block            Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Joyce Halls                                    EVIS STEPHENS
Name of Grantor (Type or Print)                Name of Grantee (Type or Print)

Joyce Halls                                    Evis Stephens
by Osmond Decker Atty in fact
Signature of Grantor                           Signature of Grantee

Sworn to before me                             Sworn to before me
this 29th date of JUNE 19 2006                 this 29th date of JUNE 19 2006
MARISOL VASQUEZ                                MARISOL VASQUEZ
Notary Public, State of New York               Notary Public, State of New York
No. 01VA6103183                                No. 01VA6103183
Qualified in Kings County                      Qualified in Kings County
Commission Expires December 22, 20 07          Commission Expires December 22, 20 07

SEAL

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**