**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2006071000616001002E148F

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 18

**Document ID:** 2006071000616001  **Document Date:** 06-29-2006  **Preparation Date:** 07-10-2006
**Document Type:** MORTGAGE
**Document Page Count:** 17

| PRESENTER: | RETURN TO: |
|---|---|
| REGENTS LAND SERVICES LLC<br>3343 PAULDING AVENUE<br>SUITE 1B<br>BRONX, NY 10469<br>718-231-2676<br>RLS-1083-06 | FIRST FRANKLIN C/O SECURITY<br>CONNECTIONS<br>1935 INTERNATIONAL WAY<br>IDAHO FALLS, ID 83402<br>888-679-6377 |



Ex C
6-3-25 bb

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5008 | 56 | Entire Lot | 844 EAST 34 STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or ____ Year____ Reel ____ Page ____ or File Number_____

### PARTIES

| MORTGAGER/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| EVIS STEPHENS<br>844 EAST 34TH STREET<br>BROOKYN, NY 11210 | MERS<br>P.O. BOX 2026<br>FLINT, MI 48501-2026 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 620,000.00 | Recording Fee: $ | 122.00 |
| Taxable Mortgage Amount: | $ | 620,000.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 0.00 |
| TAXES: County (Basic): | $ | 3,100.00 | NYS Real Estate Transfer Tax: $ | 0.00 |
| City (Additional): | $ | 6,975.00 | | |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 1,550.00 | | |
| MTA: | $ | 1,830.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 13,455.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    08-11-2006 14:04
City Register File No.(CRFN):
2006000455248

*annette M Hill*
*City Register Official Signature*

After Recording Return To:

FIRST FRANKLIN
c/o SECURITY CONNECTIONS
1935 INTERNATIONAL WAY
IDAHO FALLS, ID  83402

―――――――――――――――――― [Space Above This Line For Recording Data] ――――――――――――――――――

# MORTGAGE

MIN: 1004252400008816214

**WORDS USED OFTEN IN THIS DOCUMENT**

(A) "**Security Instrument.**" This document, which is dated        June 29, 2006         , together with all Riders to this document, will be called the "Security Instrument."

(B) "**Borrower.**" EVIS STEPHENS

whose address is 85 W. Roosevelt Ave, Roosevelt, NY  11575

sometimes will be called "Borrower" and sometimes simply "I" or "me."

(C) "**MERS**" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS. **FOR PURPOSES OF RECORDING THIS MORTGAGE, MERS IS THE MORTGAGEE OF RECORD.**

(D) "**Lender.**" FIRST FRANKLIN  A DIVISION OF NAT. CITY BANK OF IN
will be called "Lender." Lender is a corporation or association which exists under the laws of United States of America
                                                      . Lender's address is  2150 NORTH FIRST STREET, SAN JOSE, California 95131

(E) "**Note.**" The note signed by Borrower and dated        June 29, 2006         , will be called the "Note." The Note shows that I owe Lender Six Hundred Twenty Thousand and no/100
                                                       Dollars (U.S. $ 620,000.00                ) plus interest and other amounts that may be payable. I have promised to pay this debt in Periodic Payments and to pay the debt in full by July 01, 2036.

(F) "**Property.**" The property that is described below in the section titled "Description of the Property," will be called the "Property."

NEW YORK—Single Family—**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**                                    Form 3033 1/01
ITEM 2746L1 (0011)—MERS MFNY3115                    (Page 1 of 14 pages)                    4000881621GreatDocs™
                                                                                                To Order Call: 1-800-968-5775

BY SIGNING BELOW, I accept and agree to the promises and agreements contained in pages 1 through 14 of this Security Instrument and in any Rider signed by me and recorded with it.

_Evis Stephens_ (Seal)
EVIS STEPHENS           -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

Witness: _[signature]_

Witness: _____

State of New York           )
                            ) SS.:
County of KINGS             )

On the 29TH day of JUNE in the year _____, before me, the undersigned, a Notary Public in and for said State, personally appeared EVIS STEPHENS

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_[signature]_
Notary Public

SEAL
MARISOL VASQUEZ
Notary Public, State of New York
No. 01VA6103183
Qualified in Kings County
Commission Expires December 22, 20_07_

NEW YORK—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                Form 3033 1/01

ITEM 2746L14 (0011)—MERS MFNY3115          (Page 14 of 14 pages)          4000881621 GreatDocs™
                                                                         To Order Call: 1-800-968-5775

# 1-4 FAMILY RIDER
(Assignment of Rents)

THIS 1-4 FAMILY RIDER is made this   29th   day of   June 2006   , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Note to FIRST FRANKLIN A DIVISION OF NAT. CITY BANK OF IN

(the "Lender") of the same date and covering the Property described in the Security Instrument and located at:

844 EAST 34th STREET
BROOKLYN, NY 11210

[Property Address]

1-4 FAMILY COVENANTS. In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

A. ADDITIONAL PROPERTY SUBJECT TO THE SECURITY INSTRUMENT. In addition to the Property described in Security Instrument, the following items now or hereafter attached to the Property to the extent they are fixtures are added to the Property description, and shall also constitute the Property covered by the Security Instrument: building materials, appliances and goods of every nature whatsoever now or hereafter located in, on, or used, or intended to be used in connection with the Property, including, but not limited to, those for the purposes of supplying or distributing heating, cooling, electricity, gas, water, air and light, fire prevention and extinguishing apparatus, security and access control apparatus, plumbing, bath tubs, water heaters, water closets, sinks, ranges, stoves, refrigerators, dishwashers, disposals, washers, dryers, awnings, storm windows, storm doors, screens, blinds, shades, curtains and curtain rods, attached mirrors, cabinets, paneling and attached floor coverings, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the Property covered by the Security Instrument. All of the foregoing together with the Property described in the Security Instrument (or the leasehold estate if the Security Instrument is on a leasehold) are referred to in this 1-4 Family Rider and the Security Instrument as the "Property."

B. USE OF PROPERTY; COMPLIANCE WITH LAW. Borrower shall not seek, agree to or make a change in the use of the Property or its zoning classification, unless Lender has agreed in writing to the change. Borrower shall comply with all laws, ordinances, regulations and requirements of any governmental body applicable to the Property.

C. SUBORDINATE LIENS. Except as permitted by federal law, Borrower shall not allow any lien inferior to the Security Instrument to be perfected against the Property without Lender's prior written permission.

D. RENT LOSS INSURANCE. Borrower shall maintain insurance against rent loss in addition to the other hazards for which insurance is required by Section 5.

E. "BORROWER'S RIGHT TO REINSTATE" DELETED. Section 19 is deleted.

F. BORROWER'S OCCUPANCY. Unless Lender and Borrower otherwise agree in writing, Section 6 concerning Borrower's occupancy of the Property is deleted.

G. ASSIGNMENT OF LEASES. Upon Lender's request after default, Borrower shall assign to Lender all leases of the Property and all security deposits made in connection with leases

MULTISTATE 1-4 FAMILY RIDER—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3170 1/01

ITEM 1790L1 (0011)  MFCD2065    (Page 1 of 3 pages)    4000881621    GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in pages 1 through 3 of this 1-4 Family Rider.

_____ (Seal)
EVIS STEPHENS                                  -Borrower

_____ (Seal)
                                               -Borrower

_____ (Seal)
                                               -Borrower

_____ (Seal)
                                               -Borrower

_____ (Seal)
                                               -Borrower

_____ (Seal)
                                               -Borrower

MULTISTATE 1-4 FAMILY RIDER—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                    Form 3170 1/01

ITEM 1790L3 (0011)  MFCD2065         (Page 3 of 3 pages)        4000881621         GREATLAND ■
                                                                To Order Call: 1-800-530-9393 □ Fax: 616-791-1131