| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2006072500694002001EFB22 |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 26 |
|---|---|
| **Document ID:** 2006072500694002    Document Date: 07-18-2006 | Preparation Date: 07-25-2006 |
| **Document Type:** MORTGAGE | |
| **Document Page Count:** 25 | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| JUDICIAL TITLE INSURANCE AGENCY, LLC<br>PICKUP<br>AS AGENT FOR FIRST AMERICAN TITLE -<br>85472FA-K<br>800 WESTCHESTER AVENUE SUITE S-340<br>RYE BROOK, NY  10573 | ACCREDITED HOME LENDERS, INC.<br>POST CLOSING DEPT.<br>16550 WEST BERNARDO DR. BLDG 1<br>SAN DIEGO, CA  92127 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7851 | 18 | Entire Lot | 1487 EAST 53 STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ **or** Document ID_____ **or** _____ Year____ Reel ___ Page____ **or** File Number_____

### PARTIES

| **MORTGAGER/BORROWER:** | **MORTGAGEE/LENDER:** |
|---|---|
| EVIS STEPHENS<br>85 W ROOSEVELT AVE<br>ROOSEVELT, NY  11575 | MERS<br>100 MAIN STREET<br>FLINT, MI  48501 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 384,000.00 | Recording Fee: $ | 162.00 |
| Taxable Mortgage Amount: | $ | 384,000.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 1,920.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 3,840.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 960.00 | | |
| MTA: | $ | 1,122.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 7,842.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    07-31-2006 09:48
City Register File No.(CRFN):
2006000430578

*Annette M. Hill*
*City Register Official Signature*



Return To:
Accredited Home Lenders, Inc.
Attn: Post Closing Dept.
16550 West Bernardo Dr. Bldg 1
San Diego, CA 92127-1870

Prepared By:
Accredited Home Lenders, Inc.
A California Corporation
15090 Avenue of Science
San Diego, CA 92128

Title #: 85472 FA-K

Sec: 23   BL: 7851   Lot: 18

Town:     County:    City:

Kings

———————————— [Space Above This Line For Recording Data] ————————————

# MORTGAGE  MIN 1001761060619524 70

Said premises is or will be
improved by a 1 or 2 family
dwelling only.

THE JUDICIAL TITLE INSURANCE AGENCY LLC
800 WESTCHESTER AVENUE I SUITE S-340
RYE BROOK, NY 10573
914-381-6700

**WORDS USED OFTEN IN THIS DOCUMENT**
(A) "**Security Instrument.**" This document, which is dated July 18, 2006
together with all Riders to this document, will be called the "Security Instrument."
(B) "**Borrower.**" Evis Stephens

whose address is 85 W ROOSEVELT AVE
ROOSEVELT, NY 11575
sometimes will be called "Borrower" and sometimes simply "I" or "me."
(C) "**MERS**" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of 100 main St. Flint, MI 48501-2026, tel. (888) 679-MERS. **FOR PURPOSES OF RECORDING THIS MORTGAGE, MERS IS THE MORTGAGEE OF RECORD.**
(D) "**Lender.**" Accredited Home Lenders, Inc.
       A California Corporation
will be called "Lender." Lender is a corporation or association which exists under the laws of
the State of California         . Lender's address is 15090 Avenue of Science
San Diego, CA 92128

0606195247
Form 3033 1/01

NEW YORK - Single Family - **Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS**

VMP®-6A(NY) (0005).07
Page 1 of 17        Initials: E.S.
VMP Mortgage Solutions, Inc. (800)521-7291

(25)

**BORROWER'S TRANSFER TO LENDER OF RIGHTS IN THE PROPERTY**

I mortgage, grant and convey the Property to MERS (solely as nominee for Lender and Lender's successors in interest) and its successors in interest subject to the terms of this Security Instrument. This means that, by signing this Security Instrument, I am giving Lender those rights that are stated in this Security Instrument and also those rights that Applicable Law gives to lenders who hold mortgages on real property. I am giving Lender these rights to protect Lender from possible losses that might result if I fail to:

(A) Pay all the amounts that I owe Lender as stated in the Note including, but not limited to, all renewals, extensions and modifications of the Note;

(B) Pay, with interest, any amounts that Lender spends under this Security Instrument to protect the value of the Property and Lender's rights in the Property; and

(C) Keep all of my other promises and agreements under this Security Instrument and the Note.

I understand and agree that MERS holds only legal title to the rights granted by me in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right:

(A) to exercise any or all of those rights, including, but not limited to, the right to foreclose and sell the Property; and

(B) to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

**DESCRIPTION OF THE PROPERTY**

I give MERS (solely as nominee for Lender and Lender's successors in interest) rights in the Property described in (A) through (G) below:

(A) The Property which is located at 1487 E 53RD STREET

[Street]

BROOKLYN                    [City, Town or Village]. New York 11234    [Zip Code].
This Property is in KINGS                             County. It has the following legal
description: See Legal Description Addendum Page Attached

(B) All buildings and other improvements that are located on the Property described in subsection (A) of this section;

(C) All rights in other property that I have as owner of the Property described in subsection (A) of this section. These rights are known as "easements and appurtenances attached to the Property;"

(D) All rights that I have in the land which lies in the streets or roads in front of, or next to, the Property described in subsection (A) of this section;

BY SIGNING BELOW, I accept and agree to the promises and agreements contained in pages 1 through 17 of this Security Instrument and in any Rider signed by me and recorded with it.

Witnesses:

_____

_____ (Seal)
EVIS STEPHENS                    -Borrower

_____        _____ (Seal)
                                                                       -Borrower

_____ (Seal)  _____ (Seal)
                       -Borrower                                -Borrower

_____ (Seal)  _____ (Seal)
                       -Borrower                                -Borrower

_____ (Seal)  _____ (Seal)
                       -Borrower                                -Borrower

0606195247

VMP-6A(NY) (0005).07            Page 16 of 17            Form 3033 1/01

STATE OF NEW YORK, Kings                                         County ss:

On the 13 day of July 2006 before me, the undersigned, a notary public in and for said state, personally appeared EVIS STEPHENS

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

Tax Map Information: Sec 23 Blk 7851 Lot 18

SARAH DEUTSCH
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DE6147776
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JUNE 19, 20 10

VMP-6A(NY) (0005).07                Page 17 of 17           Initials: E.S.            0606195247
                                                                                       Form 3033 1/01

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2006072500694003001E3B1F |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 12 |
|---|---|---|
| **Document ID:** 2006072500694003 | Document Date: 07-18-2006 | Preparation Date: 07-25-2006 |
| Document Type: MORTGAGE | | |
| Document Page Count: 11 | | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| JUDICIAL TITLE INSURANCE AGENCY, LLC<br>PICKUP<br>AS AGENT FOR FIRST AMERICAN TITLE -<br>85472FA-K<br>800 WESTCHESTER AVENUE SUITE S-340<br>RYE BROOK, NY 10573 | ACCREDITED HOME LENDERS, INC.<br>POST CLOSING DEPT.<br>16550 WEST BERNARDO DR. BLDG 1<br>SAN DIEGO, CA 92127 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7851 | 18 | Entire Lot | 1487 EAST 53 STREET |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel____ Page____ *or* File Number_____

### PARTIES

| **MORTGAGER/BORROWER:** | **MORTGAGEE/LENDER:** |
|---|---|
| EVIS STEPHENS<br>85 W ROOSEVELT AVE<br>ROOSEVELT, NY 11575 | MERS<br>100 MAIN STREET<br>FLINT, MI 48501 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 96,000.00 | Recording Fee: $ | 92.00 |
| Taxable Mortgage Amount: | $ | 96,000.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| TAXES: County (Basic): | $ | 480.00 | $ | 0.00 |
| City (Additional): | $ | 960.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | $ | 0.00 |
| TASF: | $ | 240.00 | | |
| MTA: | $ | 258.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 1,938.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed       07-31-2006 09:48
City Register File No.(CRFN):
2006000430579

*Annette M Hill*
*City Register Official Signature*

WHEN RECORDED MAIL TO:
Accredited Home Lenders, Inc.
Attn: Post Closing Dept.
16550 West Bernardo Dr. Bldg 1
San Diego, CA 92127-1870

Said premises is or will be improved by a 1 or 2 family dwelling only.

Title #: 85472 FA-K
Sec: 23 BL: 7851 Lot: 18
Town:   County:   City:
        Kings

# MORTGAGE

MIN 1001761060061952488

## WORDS USED OFTEN IN THIS DOCUMENT
(A) "Mortgage." This document, which is dated July 18, 2006                    , will be called the "Mortgage."
(B) "Borrower." Evis Stephens

          85 W ROOSEVELT AVE
whose address is ROOSEVELT, NY 11575
will sometimes be called the "Borrower" and sometimes simply "I."
(C) "Lender." Accredited Home Lenders, Inc.
          A California Corporation
will be called the "Lender." Lender is a corporation or association which was formed and which exists under the laws of
the State of California                                                                               Lender's address is
15090 Avenue of Science
San Diego, CA 92128
(D) "Note." The junior lien note signed by Borrower and dated July 18, 2006                    , and extensions
and renewals of that note, will be called the "Note." The Note shows that I owe Lender U.S. $ 96,000.00
plus interest, which I have promised to pay in full by August 1, 2021                    .
(E) "Property." The property that is described below in the section titled "Description of the Property" will be called the
"Property."
(F) "MERS." The Mortgage Electronic Registration System, Inc. will be called "MERS." MERS is a separate corporation
that is acting solely as nominee for Lender [as defined in (C) above] and Lender's successors and assigns. MERS is
organized and existing under the laws of Delaware, and has an address and telephone number of 100 Main St. Flint, MI
48501-2026, tel. (888) 679-MERS. FOR PURPOSES OF RECORDING THIS MORTGAGE, MERS IS THE
MORTGAGEE OF RECORD.

## BORROWER'S TRANSFER TO LENDER OF RIGHTS IN THE PROPERTY
I mortgage, grant and convey the Property to MERS, (solely as nominee for Lender and Lender's successors and assigns),
subject to the terms of this Mortgage. I understand and agree that MERS holds only legal title to the interests granted by
me in this Mortgage; but, if necessary to comply with law or custom, MERS, (as nominee for Lender and Lender's
successors and assigns), has the right: to exercise any or all of those interests, including, but not limited to, the right to
foreclose and sell the Property; and to take any action required of Lender including, but not limited to, discharging this
Mortgage. This means that, by signing this Mortgage, I am giving Lender those rights that are stated in this Mortgage and
also those rights that the law gives to lenders who hold mortgages on real property. I am giving Lender these rights to
protect Lender from possible losses that might result if I do not:
(A) Pay all the amounts that I owe Lender as stated in the Note;
(B) Pay, with interest, any amounts that Lender spends under this Mortgage to protect the value of the Property and
    Lender's rights in the Property; and
(C) Keep all of my promises and agreements under this Mortgage.
With respect to the amounts that I owe under the Note and under this Mortgage, I waive the benefit of the right which is
known as the "homestead exemption." A homestead exemption is a property owner's right to keep a portion of his
property (usually up to a certain dollar amount) free from the claims of creditors. My waiver of this right means that the
Lender may exercise all of its rights under this Mortgage as if I were not entitled, under law, to the benefits of a
homestead exemption.

## DESCRIPTION OF THE PROPERTY
I give Lender rights in the following Property:
(A) The property which is located at 1487 E 53RD STREET                                              [Street].
    BROOKLYN                          [City], NY    [State], 11234    [Zip Code]
This Property is in KINGS                           County in the State of New York.
It has the following legal description:
See Legal Description Addendum Page Attached

THE JUDICIAL TITLE INSURANCE AGENCY LLC
800 WESTCHESTER AVENUE I SUITE S-340
RYE BROOK, NY 10573
914-381-6700

0606195248



NEW YORK - SECOND MORTGAGE - 1/80 - FNMA/FHLMC UNIFORM INSTRUMENT WITH MERS       Initials: E.S
                                                                                   Form 3833
VMP-76N(NY) (0308)           Page 1 of 6
                    VMP Mortgage Solutions (800)521-7291                          Amended 4/01

23. **LENDER'S OBLIGATION TO DISCHARGE THIS MORTGAGE WHEN THE NOTE AND THIS MORTGAGE ARE PAID IN FULL**
When Lender has been paid all amounts due under the Note and under this Mortgage, Lender will discharge this Mortgage by delivering a certificate stating that this Mortgage has been satisfied. I will not be required to pay Lender for the discharge, but I will pay all costs of recording the discharge in the proper official records.

24. **AGREEMENTS ABOUT NEW YORK LIEN LAW**
I will receive all amounts lent to me by Lender subject to the trust fund provisions of Section 13 of the New York Lien Law. This means that if, on the date this Mortgage is recorded in the proper official records, construction or other work on any building or other improvement located on the Property has not been completed for at least four months, I will: (A) hold all amounts which I receive and which I have a right to receive from Lender under the Note as a "trust fund"; and (B) use those amounts to pay for that construction or the work before I use them for any other purpose. The fact that I am holding those amounts as a "trust fund" means that I have a special responsibility under the law to use the amounts in the manner described in this Paragraph 24.

25. **BORROWER'S STATEMENT REGARDING THE PROPERTY.** Check box(es) as applicable.
  [X] This Security Instrument covers real property improved, or to be improved, by a one (1) or two (2) family dwelling only.
  [ ] This Security Instrument covers real property principally improved, or to be improved, by one or more structures containing, in the aggregate, not more than six (6) residential dwelling units with each dwelling unit having its own separate cooking facilities.
  [ ] This Security Instrument does not cover real property improved as described above.

**REQUEST FOR NOTICE OF DEFAULT AND FORECLOSURE UNDER SUPERIOR MORTGAGES OR DEEDS OF TRUST** — See Rider Addendum attached

Borrower and Lender request the holder of any superior mortgage or deed of trust to notify Lender in writing, at Lender's address on page 1 of this Mortgage, if the Borrower is required to make "Immediate Payment in Full" and if there is "foreclosure and sale" under that superior mortgage or deed of trust.

By signing this Mortgage I agree to all of the above.

Witnesses:

_____    _Evis Stephens_____ (Seal)
                                   EVIS STEPHENS                 -Borrower

_____    _____ (Seal)
                                                                  -Borrower

_____ (Seal)     _____ (Seal)
            -Borrower                                             -Borrower

_____ (Seal)     _____ (Seal)
            -Borrower                                             -Borrower

_____ (Seal)     _____ (Seal)
            -Borrower                                             -Borrower

[Sign Original Only]

**STATE OF NEW YORK,**          Kings County ss.

On the 17 day of July, 2006 before me, the undersigned, a notary public in and for said state, personally appeared EVIS STEPHENS

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Sarah Deutsch_____
Notary Public

Tax Map Information: Sec 23 Blk 7851 Lot 18

SARAH DEUTSCH
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DE6147776
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JUNE 19, 20 12

0606195248

VMP-76N(NY) (0308)          Page 6 of 6          Form 3833