| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2006091301891001001E0C47 |

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 11

**Document ID:** 2006091301891001  **Document Date:** 09-13-2006  **Preparation Date:** 09-13-2006
**Document Type:** MORTGAGE
**Document Page Count:** 10

| PRESENTER: | RETURN TO: |
|---|---|
| REGENTS LAND SERVICES LLC. | AMERICAN BROKERS CONDUIT |
| 3343 PAULDING AVENUE | 520 BROADHOLLOW ROAD |
| SUITE 1B | MELVILLE, NY 11747 |
| BRONX, NY 10469 | 888-679-6377 |
| 718-231-2676 | |
| RLS-06-1262 | |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| BROOKLYN | 1241 | 67 | Entire Lot | 2 | 885 STERLING PLACE |

**Property Type:** OTHER

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or ____ Year____ Reel___ Page____ or File Number_____

### PARTIES

| MORTGAGER/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| EVIS STEPHENS | MERS |
| 885 STERLING PLACE | P.O. BOX 2026. |
| BROOKLYN, NY 11216 | FLINT, MI 48501-2026 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 180,000.00 | Recording Fee: $ | 87.00 |
| Taxable Mortgage Amount: | $ | 180,000.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 0.00 |
| TAXES: County (Basic): | $ | 900.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 2,025.00 | $ | 0.00 |
| Spec (Additional): | $ | 450.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 540.00 | | |
| NYCTA: | $ | 1,125.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 5,040.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    10-05-2006 16:53
City Register File No.(CRFN):
2006000561978

*Annette M Hill*
**City Register Official Signature**



# MORTGAGE

MIN 100024200013826942

## WORDS USED OFTEN IN THIS DOCUMENT

(A) "Mortgage." This document, which is dated September 13, 2006, will be called the "Mortgage."
(B) "Borrower." EVIS STEPHENS

whose address is 885 STERLING PLACE, BROOKLYN, NY 11225
will sometimes be called the "Borrower" and sometimes simply "I."
(C) "Lender." American Brokers Conduit

will be called the "Lender." Lender is a corporation or association which was formed and which exists under the laws of State of New York     Lender's address is
538 Broadhollow Road, Melville, NY 11747

(D) "Note." The junior lien note signed by Borrower and dated September 13, 2006, and extensions and renewals of that note, will be called the "Note." The Note shows that I owe Lender U.S. $ 180,000.00 plus interest, which I have promised to pay in full by October 1, 2021
(E) "Property." The property that is described below in the section titled "Description of the Property" will be called the "Property."
(F) "MERS." The Mortgage Electronic Registration System, Inc. will be called "MERS." MERS is a separate corporation that is acting solely as nominee for Lender [as defined in (C) above] and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS. **FOR PURPOSES OF RECORDING THIS MORTGAGE, MERS IS THE MORTGAGEE OF RECORD.**

## BORROWER'S TRANSFER TO LENDER OF RIGHTS IN THE PROPERTY

I mortgage, grant and convey the Property to MERS, (solely as nominee for Lender and Lender's successors and assigns), subject to the terms of this Mortgage. I understand and agree that MERS holds only legal title to the interests granted by me in this Mortgage; but, if necessary to comply with law or custom, MERS, (as nominee for Lender and Lender's successors and assigns), has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, discharging this Mortgage. This means that, by signing this Mortgage, I am giving Lender those rights that are stated in this Mortgage and also those rights that the law gives to lenders who hold mortgages on real property. I am giving Lender these rights to protect Lender from possible losses that might result if I do not:
(A) Pay all the amounts that I owe Lender as stated in the Note;
(B) Pay, with interest, any amounts that Lender spends under this Mortgage to protect the value of the Property and Lender's rights in the Property; and
(C) Keep all of my promises and agreements under this Mortgage.
With respect to the amounts that I owe under the Note and under this Mortgage, I waive the benefit of the right which is known as the "homestead exemption." A homestead exemption is a property owner's right to keep a portion of his property (usually up to a certain dollar amount) free from the claims of creditors. My waiver of this right means that the Lender may exercise all of its rights under this Mortgage as if I were not entitled, under law, to the benefits of a homestead exemption.

## DESCRIPTION OF THE PROPERTY

I give Lender rights in the following Property:
(A) The property which is located at 885 STERLING PLACE                [Street],
Brooklyn                       [City], New York           [State], 11225     [Zip Code].
This Property is in   Kings                      County in the State of New York.
It has the following legal description:
THIS MORTGAGE IS SUBJECT AND SUBORDINATE TO A CERTAIN MORTGAGE OF EVEN DATE HEREWITH, MADE BY EVIS STEPHENS IN FAVOR OF AMERICAN BROKERS CONDUIT IN THE PRINCIPLE AMOUNT OF $900,000.00.

DOC #:328581        APPL #:0001382694

NEW YORK - SECOND MORTGAGE - 1/80 - FNMA/FHLMC UNIFORM INSTRUMENT WITH MERS

Initials: E.S

VMP-76N(NY) (0208)     DMS1 0208     Page 1 of 6
VMP MORTGAGE FORMS - (800)521-7291

Form 3833
Amended 4/01

23. **LENDER'S OBLIGATION TO DISCHARGE THIS MORTGAGE WHEN THE NOTE AND THIS MORTGAGE ARE PAID IN FULL**
    When Lender has been paid all amounts due under the Note and under this Mortgage, Lender will discharge this Mortgage by delivering a certificate stating that this Mortgage has been satisfied. I will not be required to pay Lender for the discharge, but I will pay all costs of recording the discharge in the proper official records.

24. **AGREEMENTS ABOUT NEW YORK LIEN LAW**
    I will receive all amounts lent to me by Lender subject to the trust fund provisions of Section 13 of the New York Lien Law. This means that if, on the date this Mortgage is recorded in the proper official records, construction or other work on any building or other improvement located on the Property has not been completed for at least four months, I will: (A) hold all amounts which I receive and which I have a right to receive from Lender under the Note as a "trust fund"; and (B) use those amounts to pay for that construction or the work before I use them for any other purpose. The fact that I am holding those amounts as a "trust fund" means that I have a special responsibility under the law to use the amounts in the manner described in this Paragraph 24.

25. **BORROWER'S STATEMENT REGARDING THE PROPERTY.** Check box(es) as applicable.
    - [ ] This Security Instrument covers real property improved, or to be improved, by a one (1) or two (2) family dwelling only.
    - [X] This Security Instrument covers real property principally improved, or to be improved, by one or more structures containing, in the aggregate, not more than six (6) residential dwelling units with each dwelling unit having its own separate cooking facilities.
    - [ ] This Security Instrument does not cover real property improved as described above.

### REQUEST FOR NOTICE OF DEFAULT AND FORECLOSURE UNDER SUPERIOR MORTGAGES OR DEEDS OF TRUST

Borrower and Lender request the holder of any superior mortgage or deed of trust to notify Lender in writing, at Lender's address on page 1 of this Mortgage, if the Borrower is required to make "Immediate Payment in Full" and if there is "foreclosure and sale" under that superior mortgage or deed of trust.

By signing this Mortgage I agree to all of the above.

Witnesses:

_____   _____/s/ Evis Stephens/_____ (Seal)
                             EVIS STEPHENS                -Borrower

_____   _____ (Seal)
                                                          -Borrower

_____ (Seal)  _____ (Seal)
           -Borrower                                      -Borrower

_____ (Seal)  _____ (Seal)
           -Borrower                                      -Borrower

_____ (Seal)  _____ (Seal)
           -Borrower                                      -Borrower

*[Sign Original Only]*

STATE OF NEW YORK, KINGS                        County ss.

On the 13th day of September, 2006 before me, the undersigned, a notary public in and for said state, personally appeared EVIS STEPHENS

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

SEAL

Tax Map Information:

MARISOL VASQUEZ
Notary Public, State of New York
No. 01VA6103183
Qualified in Kings County
Commission Expires December 22, 20 07

DOC #:328686
APPL #:0001382694
LMP-76N(NY) (0208)
Page 6 of 6