

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2006082902137001001EE4BC

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 30 |
|---|---|---|
| **Document ID:** 2006082902137001 | Document Date: 08-29-2006 | Preparation Date: 08-29-2006 |
| Document Type: DEED | | |
| Document Page Count: 29 | | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| REGENTS LAND SERVICES LLC | EVIS STEPHENS |
| 3343 PAUDLING AVENUE SUITE 1B | 127-06 177 TH STREET |
| BRONX, NY 10469 | QUEENS, NY 11434 |
| 718-231-2676 | |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| QUEENS | 12527 | 93 | Entire Lot | | 127-06 177 STREET |
| Property Type: DWELLING ONLY - 2 FAMILY | | | | | |

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel_____ Page_____ *or* File Number_____

### PARTIES

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| CMI MANAGEMENT, INC. | EVIS STEPHENS |
| 144-34 HILLSIDE AVENUE | 85 WEST ROOSEVELT AVENUE |
| JAMAICA, NY 11435 | ROOSEVELT, NY 11575 |

### FEES AND TAXES

| Mortgage | | | Recording Fee: $ | 182.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 2,520.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed        09-13-2006 16:57
City Register File No.(CRFN):
**2006000517357**

*Annette M Hill*

***City Register Official Signature***

— Bargain and Sale Deed, with Covenant against Grantor's Acts    Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 29TH day of AUGUST, in the year 2006

**BETWEEN CMI MANAGEMENT , INC.  OFFICED AT:**
**144-34 HILLSIDE AVENUE. JAMAICA NY. 11435**

party of the first part, and EVIS STEPHENS. RESIDING AT: 85 WEST ROOSEVELT AVENUE ROOSVELT NY.
party of the second part,
**WITNESSETH,** that the party of the first part, in consideration of

dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors
and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being
in the

SEE ATTACHED SCHEDULE A
PROPERTY ALSO KNOWN AS  127-06 177TH STREET SPRINGFIELD GARDEN, NY. 11434
BLOCK 12527 LOT 93

PREMISES HEREIN AS DESCRIBED ARE AND INTENDED TO BE SAME AS THOSE DESCRIBED IN DEED
RECORDED IN CRFN # _2006 0000 46923___ . AND GRANTOR IS THE SAME PERSON AS GRANTEE IN DEED
RECORDED IN CRFN # _2006 0000 46923___ .

THIS CONVEYANCE HAS BEEN MADE WITH THE UNANIMOUS CONSENT IN WRITING OF ALL THE
STOCKHOLDERS OF THE PARTY OF THE FIRST PART.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads
abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and
rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the
party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said
premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will
receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied
first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the
improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it
read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

CMI MANAGEMENT INC.

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of KINGS, ss:

On the 29TH    day of AUGUST in the year 2006, before me, the undersigned, personally appeared GADI ROSENFELD FOR CMI MANAGEMENT INC.

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

MARISOL VASQUEZ
Notary Public, State of New York
No. 01VA6103183
Qualified in Kings County
Commission Expires December 22, 2002

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of

, ss:

On the    day of    in the year    , before me, the undersigned, a Notary Public in and for said State, personally appeared    , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof);

that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of    , ss:

On the    day of    in the year    , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of    , County of    , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the    day of    in the year    , before me    the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in  his/her/their capacity(ies),  that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

## Bargain and Sale Deed
## With Covenants

Title No. RLS-06-1265

CMI MANAGEMENT INC.
TO
EVIS STEPHENS

SECTION: 04

BLOCK: 12527

LOT: 93

COUNTY OR TOWN: QUEENS
127-06 177TH STREET

**DISTRIBUTED BY**

YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

**RETURN BY MAIL TO:**

EVIS STEPHENS
127-06 177TH STREET
SPRINGFIELD GARDEN, NY. 11434

# REGENTS LAND SERVICES LLC
as Agent for
United General Title Insurance Company

## SCHEDULE A (Description)

Title Number:  RLS-06-1265

ALL that certain tract or parcel of land, situated, lying and being in the Borough of Queens, County of Queens, State of New York, more particularly described as follows:

BEGINNING at a point on the westerly side of 177th Street, distant 24.83 feet southerly from the corner formed by the intersection of the westerly side of 127th Avenue;

RUNNING THENCE westerly and parallel with the northerly side of 129th Avenue, 115 feet;

RUNNING THENCE southerly and parallel with the westerly side of 177th Street, 30 feet;

RUNNING THENCE easterly and again parallel with the northerly side of 129th Avenue, 115 feet to the westerly side of 177th Street; and

THENCE northerly along the westerly side of 177th Street, 30 feet to the point or place of BEGINNING.

SAID PREMISES being commonly known as 127-06 177th Street, Jamaica, New York 11434.

SAID PREMISES being designated on the tax map of Queens County as block 12527, lot 93.



2006082902137001001S2A3D

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | | |
|---|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | | **PAGE 1 OF 1** |

**Document ID:** 2006082902137001  Document Date: 08-29-2006  Preparation Date: 08-29-2006
Document Type: DEED

**ASSOCIATED TAX FORM ID:  2006082900188**

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| MISCELLANEOUS | 3 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**FOR CITY USE ONLY**

| C1. County Code | | C2. Date Deed Recorded | | |
|---|---|---|---|---|
| | | Month | Day | Year |

C3. Book
OR
C5. CRFN

C4. Page

**REAL PROPERTY TRANSFER REPORT**

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC
(Rev 11/2002)

**PROPERTY INFORMATION**

| 1. Property Location | 127-06 | 177 STREET | | QUEENS | | 11434 |
|---|---|---|---|---|---|---|
| | STREET NUMBER | STREET NAME | | BOROUGH | | ZIP CODE |

| 2. Buyer Name | STEPHENS | | ERIS | |
|---|---|---|---|---|
| | LAST NAME / COMPANY | | FIRST NAME | |
| | | | | |
| | LAST NAME / COMPANY | | FIRST NAME | |

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

LAST NAME / COMPANY          FIRST NAME

STREET NUMBER AND STREET NAME          CITY OR TOWN          STATE          ZIP CODE

| 4. Indicate the number of Assessment Roll parcels transferred on the deed | 1 # of Parcels OR | Part of a Parcel |
|---|---|---|

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

5. Deed Property Size: FRONT FEET _____ X DEPTH _____ OR _____ ACRES

| 8. Seller Name | CMI MANAGEMENT, INC. | | |
|---|---|---|---|
| | LAST NAME / COMPANY | | FIRST NAME |
| | LAST NAME / COMPANY | | FIRST NAME |

9. Check the box below which most accurately describes the use of the property at the time of sale:

A ☐ One Family Residential   C ☐ Residential Vacant Land   E ☐ Commercial   G ☐ Entertainment / Amusement   I ☐ Industrial
B ☑ 2 or 3 Family Residential   D ☐ Non-Residential Vacant Land   F ☐ Apartment   H ☐ Community Service   J ☐ Public Service

**SALE INFORMATION**

| 10. Sale Contract Date | 8 / 2 / 2006 |
|---|---|
| | Month Day Year |

| 11. Date of Sale / Transfer | 8 / 29 / 2006 |
|---|---|
| | Month Day Year |

12. Full Sale Price $   6,1,5,0,0,0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:

A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below )
F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
J ☑ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

| 15. Building Class | A, 1 | 16. Total Assessed Value (of all parcels in transfer) | 1,3,2,4,8 |
|---|---|---|---|

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

QUEENS 12527 93

**CERTIFICATION**   I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

Eris Stephens   8-29-06
BUYER SIGNATURE   DATE

127-06   177 Street
STREET NUMBER   STREET NAME (AFTER SALE)

Queens   N.Y   11434
CITY OR TOWN   STATE   ZIP CODE

**BUYER'S ATTORNEY**

STOUT   RONALD
LAST NAME   FIRST NAME

718   451-1486
AREA CODE   TELEPHONE NUMBER

**SELLER**

SELLER SIGNATURE   8/29/06   DATE

2006082900188201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

_Luis Stephens_ **BUYER** 8.29.06
BUYER SIGNATURE                    DATE

_Stout_ **BUYER'S ATTORNEY** _Romano_
LAST NAME                    FIRST NAME

127 - 06        177 Street
STREET NUMBER    STREET NAME (AFTER SALE)

718 | 451-1486
AREA CODE | TELEPHONE NUMBER

**SELLER**

Queens        N Y        11434
CITY OR TOWN        STATE        ZIP CODE

SELLER SIGNATURE        8/29/06
                        DATE

2006082900188201

Affidavit of Compliance with Smoke Detector Requirement for One and Two Family Dwellings

## AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  )
        ) SS.:
County of KINGS  )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 127-06  177 STREET | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| QUEENS | New York, | 12527 | 93 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| CMI  MANAGEMENT INC | EVIS  STEPHENS |
|---|---|
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| | _Evis Stephens_ |
| Signature of Grantor | Signature of Grantee |

Sworn to before me
this _29_ date of _AUGUST_ 19~~__~~ 2006

Sworn to before me
this _29th_ date of _AUGUST_ 19~~__~~ 2006

MARISOL VASQUEZ
Notary Public, State of New York
No. 01VA6103183
Qualified in Kings County
Commission Expires December 22, 20 _07_

MARISOL VASQUEZ
Notary Public, State of New York
No. 01VA6103183
Qualified in Kings County
Commission Expires December 22, 20 _07_

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

( 1 )

2006082900188101