10/05/2010  16:15    7187230669           MAILZONE                          PAGE  02/04

**Ocwen Loan Servicing, LLC**
P.O. Box 24737
West Palm Beach, Florida 33416 - 4737
(Do not send correspondence or payments to the above address.)

WWW.OCWEN.COM

09/29/10

Evis Stephens
127-06 177th Street
Springfield Gardens, NY 11434

Loan Number:
Property Address: 127 06 177th Street
Springfield Gardens, NY 11434

## PROPOSED MODIFICATION AGREEMENT

Dear Borrower(s):

Enclosed please find a proposed modification agreement (the "Agreement") on your loan referenced above for your review and consideration.

In order to accept this modification on your loan, you must complete ALL of the following steps on or before 10/8/10, ("Due Date"):

1. SIGN the bottom of the Agreement on the line(s) for the Borrower(s).

2. FAX the fully executed Agreement to:           Attention: Home Retention Department
                                                  (407) 737-5693

3. PAY the full initial payment in the amount of: $2,557.00
                                                  [See Payment Instructions Attached]

4. NEW MONTHLY PAYMENT:
   Principal and Interest Payment:                $2,068.46
   Escrow Payment:                                $488.54
   Total (which may or may not include escrow):   $2,557.00
                                                  starting on 11/1/10.

5. SEND proof of Insurance coverage*              Attention: Escrow Department
   (Send proof of Insurance ONLY to Escrow        Fax: (888) 554-1570
   Dept. DO NOT include the Agreement.)           E-mail:updateinsuranceinfo@ocwen.com

* Proof of Insurance and the Agreement must be sent separately to the correct departments using the fax numbers provided above. Failure to send proof of insurance coverage before the Due Date will constitute acceptance of a force placed policy and agreement to pay the costs of such force placed policy, so long as all other items are complete.

Time is of the essence on this offer. IF ALL of the items above are not completed by the Due Date, the Agreement shall have no force or effect and any down payment received will be returned to you. Please be advised that Ocwen Loan Servicing, LLC will not delay, postpone or otherwise stop any collection efforts until ALL of the steps above have been completed.

If you have any questions or require additional information, please contact the Home Retention Department directly at (877) 596-8580.

Sincerely,

Ocwen Loan Servicing, LLC

71955702                                                                              8SUPKMI.10
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*


Ex H
6-2-25 P.B.

Stephens-059

10/25/2010  10:15    7187238559        MAILZONE         PAGE  03/04

**Ocwen Loan Servicing, LLC**
P.O. Box 24737
West Palm Beach, Florida 33416 - 4737
(Do not send correspondence or payments to the above address.)

WWW.OCWEN.COM

## PAYMENT REMITTANCE INFORMATION

1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.
3. The down payment must be in the form of certified funds.

**OVERNIGHT DELIVERY**
(Money Order & Certified Checks Only)
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

**MONEY GRAM**
RECEIVER CODE: 2355
PAYABLE TO: OCWEN LOAN SERVICING, LLC
CITY: ORLANDO
STATE: FLORIDA
REFERENCE: LOAN NUMBER 71955702
AGENT LOCATER: (800) 926-9400

**BANK WIRE**
BANK: JPMorgan Chase Bank, NA
ABA: 021000021
ACCOUNT NAME: Ocwen Loan Servicing, LLC
ACCOUNT NUMBER: 826078875
REFERENCE: Loan Number, Property Address, and Borrower Name

**BY WIRE:**
Code City: Ocwen
State: FL
Reference: Loan #
Attn: Home Retention Department,
Home Retention Consultant

Email: Transferfunds@ocwen.com with the details of the wire.

## LOAN MODIFICATION AGREEMENT

Ocwen Loan Servicing, LLC ("Ocwen") is offering you this Loan Modification Agreement ("Agreement"), dated 09/29/10, which modifies the terms of your home loan obligations as described in detail below:

A.  the Mortgage, Deed of Trust, or Security Deed (the "Mortgage"), dated and recorded in the public records of Queens County, and

B.  the Note, of the same date and secured by the Mortgage, which covers the real and personal property described in the Mortgage and defined therein as the "Property", located at 177 00 177th Street Springfield Gardens, NY 11434.

Pursuant to our mutual agreement to modify your Note and Mortgage and in consideration of the promises, conditions, and terms set forth below, the parties agree as follows:

1. You agree that the new principal balance due under your modified Note and the Mortgage will be $428,695.67. Upon modification, your Note will become contractually current.

2. You promise to make an initial payment in the amount of $2,557.00 on or before 10/5/10, after which you will commence payments of principal and interest in the amount of $2,058.46 beginning on 11/1/10 and continuing on the same day of each succeeding month until 09/01/36. At the end of this period, your payment is subject to change based on paragraph 4 below.

3. Any payments due for taxes and insurance will be your responsibility in addition to the payments of principal and interest required under the terms of this modification. If this loan is currently escrowed, Ocwen will continue to collect the escrow amounts with your monthly principal and interest payment.

4. Upon Modification, the annual rate of interest charged on the unpaid principal balance of your loan will be 3.3700%. This rate will remain in effect until 10/01/15, at which point your rate will be 5.3352% and will remain fixed until the maturity of your loan.

5. If you sell your property, refinance, or otherwise payoff your loan during the 12 months following the date of Modification, the Modification will be voidable at the sole option of Ocwen and all amounts owed under the obligations existing prior to the Modification will be due and owing.

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

10/05/2018  12:16  7187230569                           MAILZONE                                    PAGE  04/04

Ocwen Loan Servicing, LLC
P.O. Box 24737
West Palm Beach, Florida 33416 - 4737
(Do not send correspondence or payments to the above address.)                                      WWW.OCWEN.COM

6.  You understand and agree that:

   (a) All the rights and remedies, stipulations, and conditions contained in your Mortgage relating to default in the making of payments under the Mortgage will also apply to default in the making of the modified payments hereunder.

   (b) All covenants, agreements, stipulations, and conditions in your Note and Mortgage will remain in full force and effect, except as herein modified, and none of the your obligations or liabilities under your Note and Mortgage will be diminished or released by any provisions hereof, nor will this Agreement in any way impair, diminish, or affect any of Ocwen's rights under or remedies on your Note and Mortgage, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Ocwen is presently entitled against any property or any other persons in any way obligated for, or liable on, your Note and Mortgage are expressly reserved by Ocwen.

   (c) Any expenses incurred in connection with the servicing of your loan, but not yet charged to your account as of the date of this Agreement, may be charged to your account after the date of this Agreement.

   (d) Nothing in this Agreement will be understood or construed to be a satisfaction or release in whole or in part of your Note and Mortgage.

   (e) You agree to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Ocwen, will bind and inure to your heirs, executors, administrators, and assigns.

   (f) You understand that this agreement is legally binding and that it affects your rights. You confirm that you have had the opportunity to obtain, independent legal counsel concerning this Agreement and are signing this Agreement voluntarily and with full understanding of its contents and meaning.

   (g) Corrections and Omissions: You agree to execute such other and further documents as may be reasonably necessary to consummate the transactions contemplated herein or to perfect the liens and security interests intended to secure the payment of the loan evidenced by the Note.

Ocwen Loan Servicing, LLC                                    Enis Stephens
                                                             Enis Stephens
By: _____                                  _____

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

Stephens-061