# CHARLES L. MESTER
## ATTORNEY AT LAW

26 COURT STREET
SUITE 1200
BROOKLYN, NEW YORK 11242

--------------------

33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NEW JERSEY 08830

Charles L. Mester (NY & NJ)　　　　　　　　　　NY Tel:　718-797-5700
　　　　　　　　　　　　　　　　　　　　　　　NY Fax:　718-522-0356

　　　　　　　　　　　　　　　　　　　　　　　NJ Tel:　　732-777-9580
　　　　　　　　　　　　　　　　　　　　　　　NJ Fax:　　732-777-9589

　　　　　　　　　　　　　　　　　　　　　　　Email: CMester@LTAttorneys.com

September 21, 2018

Evis Stephens
12706 177th Street
Jamaica, New York 11434

Maxine Bonaparte
Bronx, New York

　　　　　　Re:　　**Legal Engagement Agreement**

Dear Ms. Stephens and Ms. Bonaparte:

　　　　Thank you for meeting with me in relation to retaining CHARLES L. MESTER, ESQ. ("Attorney") to provide legal services to you in connection with your prosecution of civil litigation involving the real properties located at 1487 EAST 53rd STREET, BROOKLYN, NEW YORK and 844 EAST 34th STREET, BROOKLYN, NEW YORK and sale and leaseback of the real property located at 12706 177th STREET, JAMAICA, NEW YORK. This letter, when fully executed, confirms that Attorney will represent you in the above-referenced matters. This engagement letter does not include any appeals work, which would only be handled after a separate agreement and retainer is agreed upon at the appropriate time.

Legal Fees

　　　　Fees for legal services will be determined on an hourly basis for the litigation work and a flat fee basis for the transactional work. In addition, if we are successful on the litigation and any of the properties involved in the litigation are ultimately sold by you, I will be entitled to a percentage of the sale price.

Ex I
6-3-25 RF

Litigation: Attorney's present hourly rate is $450. Attorney will provide you with litigation services on an hourly basis in an effort to have the two properties put into your name and/or remove all liens from the properties, and obtain clear title to same. The retainers shall be $10,000 for each litigation. In the event the litigation is ultimately successful, any hourly charges accrued above the retainer not already paid shall be paid at the time of the closing.

Transactions: In addition, if the litigation is successful, Attorney will provide you with transactional services involving the sale of each of the Premises to Ms. Bonaparte or her designated entity and any sale by Ms. Bonaparte or her designated entity either as a wholesale or rehab transaction. In such case, Attorney will obtain a separate and additional legal fee of 20% of the purchase price being paid by the third-party prospective buyer. In addition, any litigation fees not yet paid shall be paid at the time of the final closing.

As for the short sale transaction, Attorney will provide you with transactional services involving the short sale and leaseback of the Property to you. Attorney shall receive the legal fee approved by the lender and shall be entitled to a separate and additional legal fee of 20% upon the refinancing of the property subsequent to the short sale.

Expenses

Attorney is authorized to incur and collect from you the out-of-pocket costs arising in connection with our engagement. These costs typically include photocopying charges, messenger, courier and express delivery charges, court filing fees, court reporter transcription fees, computerized legal research and fees of outside experts and consultants. Every reasonable effort will be made to give you advance notice of any non-ministerial expenses.

It is understood and agreed that under no circumstance shall Attorney have any responsibility or obligation to advance any fees or disbursement on your behalf. As such, all known fees shall be collected prior to being disbursed by Attorney.

Billing

Attorney will provide statements for fees and expenses posted during the preceding time period and you agree to make prompt payment on all invoices rendered by Attorney, as and when received. It is our policy to describe the services performed in detail, so that you may fully understand the work we have done and the charges for such work. Statements are due upon presentation. If not paid within sixty (60) days, Attorney will have the right to cease performing further work and to withdraw from our representation of you, in accordance with our ethical obligations.

Upon conclusion of the litigation and transactions, Attorney shall have a lien on the sale proceeds from the sale of the Properties for any unpaid fees and expenses due under this Engagement Letter. At his option, Attorney may file a memorandum of contract against the Premises in order to securitize the balance of the fees owed herein.

Retainer Deposit

Attorney requires that you pay an initial retainer in the sum of $10,000.00 (the "**Retainer**") on account of each of the legal services for each litigation to be rendered in connection herewith. Attorney is authorized to credit you on an hourly basis for all legal fees for litigation services rendered during the course of representing you as noted herein.

There will be no appearance made on the court's record until the full Retainer has been paid, nor will there be a refund of any part of this Retainer once services have commenced.

Termination of Representation

Attorney shall have the right to withdraw from the action as your attorney if you do not make payment as required under this Engagement Letter, if you have misrepresented or failed to disclose material facts to Attorney, if you fail to follow Attorney's advice or cooperate with Attorney, if you fail to provide Attorney with complete information and documents related to your case, if you fail to pay for Attorney to continue with the litigations beyond the initial retainers, or if you engage in any conduct which would make it inappropriate to continue Attorney's representation of you. If any of these events occur, you agree to execute the necessary documents upon our request to withdraw as your counsel. In the event we withdraw from this action as provided for herein, Attorney shall be entitled to a fee based upon the extent of the services rendered by the firm, on a *quantum meruit* basis (i.e. "as much as is deserved", based upon the reasonable value of such services), as may be agreed upon by Attorney and you. The provisions of this Engagement Letter may be disclosed to a mediator, arbitrator, or judge in connection with any application by Attorney for fees for services and/or expenses that may be rendered on your behalf.

General

We understand that we are to rely upon instructions that we receive from you. In order to enable us to effectively render legal services on your behalf, we ask that you advice us immediately of any problems or developments that you become aware of relating to this matter or our representation, and that you be available to consult with us as developments occur. We will provide you, upon request or as needed, with copies of the documents, letters and other materials that we generate or receive during the course of our representation.

Our responsibilities under this retainer agreement are to provide legal counsel and assistance to you in accordance with this letter, and to provide statements to you that indicate the basis for our fees and charges. During the course of this engagement, we may express opinions or beliefs to you about the effectiveness of various courses of action or about the results that might be anticipated. Such statements are expressions of opinion only and should not be construed as promises or guaranties. We hope you will be clear

and complete in your communications with us and will extend your reasonable assistance and cooperation to us.

YOU AGREE THAT ATTORNEY MAY COMMUNICATE WITH ONE OR BOTH OF YOU ON ALL MATTERS RELATED TO YOUR REPRESENTATION AND SUCH COMMUNICATIONS SHALL NOT BE A VIOLATION OF PRIVILEGE AND BE ACCORDED FULL ATTORNEY-CLIENT PRIVILEGE AND REMAIN CONFIDENTIAL AS FULLY AS THE LAW ALLOWS.

Please note that in accordance with the rules of the Appellate Divisions of the Supreme Court of the State of New York, effective January 1, 1998, we are required to post a Statement of Client's Rights in our office. I enclose for your review a copy of a notice outlining a non-exclusive list of your rights as a client under New York State Law.

Please confirm your acceptance and agreement to the foregoing by countersigning and returning a copy of this letter together with the Retainer. Toward that end, it is agreed that facsimile or other electronically transmitted signatures hereupon shall be deemed the equivalent of original signatures in all respects.

Attorney is delighted to have the opportunity to represent you and looks forward to working with you. Please call if there are any questions.

Very truly yours,

Charles L. Mester

ACKNOWLEDGED AND AGREED:

By: Evis Stephens

By: Maxine Bonaparte

## Statement of Client's Rights.

Every attorney with an office located in the State of New York shall insure that there is posted in that office, in a manner visible to clients of the attorney, a statement of client's rights in the form set forth below. Attorneys in offices that provide legal services without fee may delete from the statement those provisions dealing with fees. The statement shall contain the following:

1. You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and personnel in your lawyer's office.

2. You are entitled to an attorney capable of handling your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is handled, you have the right to withdraw from the attorney-client relationship at any time (court approval may be required in some matters and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge).

3. You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.

4. You are entitled to be charged a reasonable fee and to have your lawyer explain at the outset how the fee will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any fee arrangement that you find unsatisfactory.

5. You are entitled to have your questions and concerns addressed in a prompt manner and to have your telephone calls returned promptly.

6. You are entitled to be kept informed as to the status of your matter and to request and receive copies of papers. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter.

7. You are entitled to have your legitimate objectives respected by your attorney, including whether or not to settle your matter (court approval of a settlement is required in some matters).

8. You have the right to privacy in your dealings with your lawyer and to have your secrets and confidences preserved to the extent permitted by law.

9. You are entitled to have your attorney conduct himself or herself ethically in accordance with the Code of Professional Responsibility.

10. You may not be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.