**CIVIL COURT OF THE CITY OF NEW YORK**
County of _QUEENS_         Index No.: HP _____
Housing Part

_Egg and Caton Stephen and Jillastop_ _[illegible]_

Series2                                    **ORDER TO SHOW CAUSE**
_____                  **FOR A FINDING OF HARASSMENT**
            Tenant(s)/Petitioner(s)        **and FOR A RESTRAINING ORDER**
       -against-                           (H.P. Action)

_Lezanionio Woodburn/Marine Boropark_ Premises:
_130 21 [illegible] Jamaica_ Owner(s)/Respondent(s) and   _127-06 179st Apt 7_
*[The Dept. of Housing Preservation and Development (DHPD)]*    (Street Address & Apt./Room No.)
_11756_                                                          _Jamaica NY 11434_
                                                                (Borough & Zip Code)
                                                         phone 347-___ 0726

Upon the Verified Petition of the above named Petitioner(s), sworn to on _11/04/2020_:

Let the Respondent(s) or Respondent's attorney(s) show cause (tell the judge) at the:

**Civil Court of the City of New York, Housing Part:** _G  Room 407 Bldg_
Located at: _89-17 Sutphin Boulevard Jamaica, NEW YORK 11435_
On:                                  at 9:30 A.M.,
  _Nov 30 2020 at 9:30AM_
or as soon as everyone can be heard, why an Order should not be made:

a) finding that the Respondent(s) has/have harassed Petitioner(s) pursuant to Section 27-2005[d] of the Administrative Code of the City of New York;
b) determining that a class c violation existed at the time the harassment occurred;
c) restraining the Respondent(s) from violating Section 27-2005[d] and directing the Respondent(s) to ensure that no further violation occurs;
d) imposing civil penalties upon the Respondent(s) in an amount not less than one thousand dollars and not more that five thousand dollars for each dwelling unit in which the Petitioner(s) have been the subject of a violation of 27-2005[d]; and
e) awarding such other and further relief as this court deems just and proper.

Service of a copy of this Order, together with the annexed Verified Petition, on the Respondent(s) (by Certified Mail, Return Receipt Requested/personally) and the Department of Housing Preservation and Development by Certified Mail, Return Receipt Requested, on or before_____, as permitted by Section 27-2115 (j) of the Administrative Code, will be considered good and sufficient. Proof of the service can be filed in the Clerk's Office of the Housing Part before the return date of this Order to Show Cause, or on the date of trial with the Clerk in the Part indicated above.

If the Respondent(s) is/are registered with the Department of Housing Preservation and Development, personal service or mailing may be made to the Respondent(s) at the address indicated in such registration.

Mailing to the DHPD must be made to this address:
Department of Housing Preservation and Development
Housing Litigation Bureau
100 Gold Street
New York, NY 10038

_11/04/2020_                               _____
       Date                                   Judge, Housing Court

Ex K
6-3-25 KS

**Civil Court of the City of New York**
County of QUEENS
Housing Part

Evis and Calvin Stephens and _____
Stephens, Dale Stephens
_____ Tenant(s)/Petitioner(s),

-against-

LeZanturio Woodburn/Maxine Bonaparte
130-21 140 St
Jamaica NY 11436  Owner(s)/Respondent(s), and
The Dept. of Housing Preservation and Development (DHPD)

Index Number _____

**VERIFIED PETITION
IN SUPPORT OF AN
ORDER TO SHOW CAUSE**
Requesting an Order Finding
Harassment and Restraining Respondent(s)
From Harassing Tenant(s)/Petitioner(s)
(Section 27-2115 Administrative Code of
the City of New York)

127-06 177d Jamaica NY 1143¾
(Address of Tenant/Petitioner)
i-1 air  Apt./Rm. # 1

**PETITION**

1. I, Evis & Calvin Stephens, & _____ Das  Ellen Stephens, the Petitioner, am the tenant/person lawfully entitled to possession of the above apartment/room.

2. The Respondent(s) is/are the owner(s) or agent(s) of the owner of the apartment/room.
   The address of the Respondent(s) is: 130-21 140 St Jamaica NY 11436

3. **Check One**
   ☐ I do not live in a one or two family house.
   ☐ The apartment/room is in a one or two family house but there are more than two families living in the house or building.

4. I am not a shareholder or condominium owner living in the apartment. I am not a person lawfully entitled to live with such shareholder or condominium owner.

5. In accordance with the Administrative Code of the City of New York section 27-2005[d] I make the following statements: The Respondent has or a person/persons on his/her behalf has/have:
   a) Violated the Administrative Code of the City of New York Section 27-2005[d] by causing or intending to cause the tenant/petitioner to move out of the above mentioned apartment/room or to give up or waive any rights to such apartment/room, and
   b) The Respondent has or a person/persons on his/her behalf has/have:

   **Check any boxes that are correct**
   ☒ used force or said they would use force or implied the use of force.
   ☒ repeatedly interrupted or stopped giving essential services and a violation of record was issued.
   ☐ failed to timely comply with NYC Admin. Code §27-2140[c] by failing to correct the conditions which made the apartment(s)/room(s) unlivable or unfit for habitation, which are described in the Vacate Order issued by DHPD pursuant to NYC Admin. Code §27–2139[b], and a violation of record has been issued for at least one of those conditions.
   ☒ repeatedly brought court cases for no good reasons.
   ☐ removed my possessions from the apartment.
   ☒ repeatedly caused or permitted acts or omissions that substantially interfered with or disturbed the comfort, peace or quiet of the tenant/petitioner. If the acts or omissions involve physical conditions in the apartment/room/public areas, a violation of record was issued.
   ☐ removed the door to the apartment or made the lock to the apartment not work, or changed the lock on the apartment door without giving a key to the new lock to the tenant/petitioner.

**Civil Court of the City of New York**
County of __QUEENS__
Housing Part

Elvis and Calvin Stephens and Jermaine
Thomas, Juliet Stephens
_____ Tenant(s)/Petitioner(s),

v.

-against-

Lezantonio Woodburn/Maxine Bonaparte
130-21 140 St
Jamaica NY 11436    Owner(s)/Respondent(s), and
The Dept. of Housing Preservation and Development (DHPD)

Index Number _____

**VERIFIED PETITION
IN SUPPORT OF AN
ORDER TO SHOW CAUSE**

Requesting an Order Finding
Harassment and Restraining Respondent(s)
From Harassing Tenant(s)/Petitioner(s)
(Section 27-2115 Administrative Code of
the City of New York)

127-06 177st Jamaica NY 11434
(Address of Tenant/Petitioner)
1·1· one Apt./Rm. # 1

**PETITION**

1. I, Elvis & Calvin Stephens, & Jermaine Das, Juliet Stephens Ellen Parker, the Petitioner, am the tenant/person lawfully entitled to possession of the above apartment/room.

2. The Respondent(s) is/are the owner(s) or agent(s) of the owner of the apartment/room.
   The address of the Respondent(s) is: 130-21 140St Jamaica NY 11436.

3. **Check One**
   ☐ I do not live in a one or two family house.
   ☐ The apartment/room is in a one or two family house but there are more than two families living in the house or building.

4. I am not a shareholder or condominium owner living in the apartment. I am not a person lawfully entitled to live with such shareholder or condominium owner.

5. In accordance with the Administrative Code of the City of New York section 27-2005[d] I make the following statements: The Respondent has or a person/persons on his/her behalf has/have:

   a) Violated the Administrative Code of the City of New York Section 27-2005[d] by causing or intending to cause the tenant/petitioner to move out of the above mentioned apartment/room or to give up or waive any rights to such apartment/room, and

   b) The Respondent has or a person/persons on his/her behalf has/have:

   **Check any boxes that are correct**
   ☑ used force or said they would use force or implied the use of force.
   ☑ repeatedly interrupted or stopped giving essential services and a violation of record was issued.
   ☐ failed to timely comply with NYC Admin. Code §27-2140[c] by failing to correct the conditions which made the apartment(s)/room(s) unlivable or unfit for habitation, which are described in the Vacate Order issued by DHPD pursuant to NYC Admin. Code §27–2139[b], and a violation of record has been issued for at least one of those conditions.
   ☑ repeatedly brought court cases for no good reasons.
   ☐ removed my possessions from the apartment.
   ☑ repeatedly caused or permitted acts or omissions that substantially interfered with or disturbed the comfort, peace or quiet of the tenant/petitioner. If the acts or omissions involve physical conditions in the apartment/room/public areas, a violation of record was issued.
   ☐ removed the door to the apartment or made the lock to the apartment not work, or changed the lock on the apartment door without giving a key to the new lock to the tenant/petitioner.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: HOUSING PART C
-----------------------------------------------------------
EVIS STEPEHNS, CALVIN STEPHENS,
JILLEN STEPHENS,          Petitioner,

HP Index No. 763/20

**Interim Order**

against
LEZANTONIO WOODBURN,
MAXINE BONAPARTE,
and
NEW YORK CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT (DHPD),
                          Respondents,
-----------------------------------------------------------

HON. ENEDINA PILAR SANCHEZ,

Petitioner filed this HP case seeking a finding of harassment. Petitioner resides at 127-06 177th Street, 1st Floor, Jamaica, NY 11434. Respondent Woodburn appeared in court. Respondent Bonaparte did not appear. Petitioners and counsel for respondent Department of Housing Preservation and Development (DHPD) appeared via Microsoft Teams video conference pursuant to the Administrative Order in place due to the COVID-19 pandemic. Petitioner provided proof of service. Service was proper. DHPD does not take a position on this harassment case.

Petitioners allege that they are threatened with eviction and the towing of the family vehicle. The internet service was disconnected by respondent Bonaparte.

The Court notes that during this COVID-19 pandemic internet services have become essential. It is necessary for students to participate in school lessons and for a virtual visit with a doctor. As such, interfering with internet service may be construed as harassment under the law.

The matter is adjourned to **December 12, 2020 at 9:30 AM** at respondent's request to seek counsel and for resolution. The parties may appear via Microsoft Team video conference.

This constitutes the Interim Order of the Court.

Dated: November 25, 2020
       Queens, New York

So ordered

APPROVED
eps anchez, 11/25/2020, 4:26:02 PM

ENEDINA PILAR SANCHEZ
Judge Housing Court

*Please provide dates and details as to the items you checked in 5 (b) above:*

The landlord and his Management [Marina Bonaparte] constantly keeps treating us to leave and that they will have our car towed if park in the drive way. We also got a turn off notice from ConEdison if not paid. Also they went to our cable and internet provider and have them disconnect our service at 11-5-2020 even though there was remote learning going on. They constantly keep sending strangers to our house sticking notices on the doors. Keep coming to the basement knocking more and saying we not allowed to use the basement even though we have. We took videos of these people harassing us at work till court because some use has an underlying conditions.

6. In accordance with the Administrative Code of the City of New York, I make the following request:
   a. find that owner(s)/respondent(s) has/have harassed me pursuant to 27–2005[d];
   b. decide that a class c violation existed at the time the harassment occurred;
   c. order the owner(s)/respondent(s) to stop harassing me under 27–2005[d] and 27–2121;
   d. order the owner(s)/respondent(s) to pay to the Department of Housing Preservation and Development civil penalties for no less than $1,000 and not more than $5,000 for each dwelling unit in which violations are found following 27–2115(m); and
   e. award such other and further relief as this court deems just and proper.

7. CHECK ONE  ☐ I have not brought a case in Housing court for Harassment
              ☐ I have brought a case or cases in Housing Court for Harassment

*Give index numbers and/or dates* _____

8. Check if requested  ☐ The petitioner requests that permission be granted to serve these papers him/herself.

11/09/2020
_____                              _____
Date                                            Signature of Tenant/Petitioner

**VERIFICATION**

State of New York, County of __Queens__, ss.:

__Evista Cabon Stephen & Jeffery Arthur__, being duly sworn, deposes and says:

I am the petitioner named above, I have read the petition and know the truth of the statements except as to those matters alleged to be on information and belief, and as to those matters I believe them to be true.

Sworn to before me this __7__ day of __Nov__, 20__20__

_____                              _____
Signature and Title of Court Employee, or       Signature of Tenant/Petitioner
Notary Public