FILED: QUEENS COUNTY CLERK 06/01/2015 02:41 PM
NYSCEF DOC. NO. 10

INDEX NO. 704762/201
RECEIVED NYSCEF: 06/01/2015



SUPREME COURT OF THE STATE OF
NEW YORK ~~KINGS~~ COUNTY
           QUEENS
------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST COMPNY
AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST
SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-5;

Index No. 704762/2015

Plaintiff

-against-

PRE- ANSWEAR
NOTICE TO DISMISS

EVIS STEPHENS, NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, JOHN DOE AND JANE DOE, #1 through #7,
the last seven (7) names being fictitious and unknown to the
plaintiff, the persons or parties, intended being tenants, occupants,
persons or parties, if any, having Or claiming an interest in or lien upon
the mortgage premises, Described in the Complaint,
                                                                 Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant Evis Stephens Pro Se, hereby interposes the following, Pre- Answer and Notice to Dismiss, as to Plaintiff Summons & Mortgage Foreclosure Complaint filed within the Queens County Clerk's Office on or about May 08th 2015.

a. Pursuant to C.P.L.R. 3211 (a)(1)and (7), dismissing Plaintiff's Complaint pursuant to the documentary evidence, for failure to state a cause of action sounding ownership and for failing to name the necessary party with standing & C.P.L.R 308 Service;

b. "An action must be pursued by real party in interest".

c. An per Real Property Law 290(3) & 309-a (1) by providing the form with which a "Certificate of Acknowledgement, within this state, of a conveyance or other instrument in respect to real proper situated in this State, by a person, must conform".

d. Under Uniform Commercial Code, a Note is a one of a kind negotiable instrument that has the only Legally Binding chain of assignment.

e. Plaintiff Lack Standing.

f. Under C.P.L.R. 5019, an Assignment must be accompanied by a Certificate of Conformity.

Dated: New York, Queens County
       May 27th 2015

Sworn to before me this
1st day of ~~May~~ 2015
         June 2015

KAREN EVANS
NOTARY PUBLIC, State of New York
No. 01EV6104647
Qualified in Queens County
Commission Expires January 29, 2016

X Evis Stephens
  Evis Stephens

FILED
JUN -1 2015
COUNTY CLERK
QUEENS COUNTY