At IAS Part 32 of the Supreme Court of the State of New York held in and for the County of Queens at the 88-11 Sutphin Blvd., Jamaica, NY 11435 on the 9th day of August 2017.

PRESENT: SEQUENCE NO. 2

Honorable RUDOLPH E. GRECO, JR.
Justice

SUPREME COURT QUEENS COUNTY
25-10 COURT SQUARE
LONG ISLAND CITY, NEW YORK 11101

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------
DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5,

Plaintiff,

-against-

EVIS STEPHENS; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and JOHN DOE AND JANE DOE #1 through #7, the last seven (7) names being fictitious and unknown to the Plaintiff, the persons or parties intended being the tenants, occupants, persons or parties, if any, having or claiming an interest in or lien upon the mortgaged premises described in the Complaint,

Defendants.
-------------------------------------------------

Index no.: 704762/2015

ORDER GRANTING
FOR SUMMARY JUDGMENT
AND ORDER OF
REFERENCE

UPON the notice of pendency of action, the summons and complain, the amended complaint herein and proof that all the defendants have been duly served with said summons, or have voluntarily appeared in this action; and upon the affidavits of service heretofore filed from all of which it appears that none of the defendants answered, moved or appeared with respect to the complaint, although the time for them to do so has expired and has not been extended by court order or otherwise; except that defendant, Evis Stephens, served an answer herein and that



said defendant has been given notice hereof; and all other defendants are not entitled to notice hereof; and that none of the defendants are infants, incompetents or absentees; and that since the filing of the lis pendens, the complaint herein has not been amended so as to make new parties to the action or so as to embrace real property other than that described in the original complaint or so as to extend plaintiff's claim against the mortgaged premises;

And on reading and filing the notice of motion, dated            , and the affidavit of Sean Bishop, Contract Management Coordinator, sworn to on August 22, 2016, the affirmation of Karen-Wilson Robinson, Esq., dated September 12, 2016, and the Exhibits annexed thereto, all in support of the motion and showing what proceedings have heretofore been had herein; and setting forth the various facts which entitle the plaintiff to the judgment prayed for; and on Defendant's Answer, dated May 27, 2015; and on all the papers filed in this action; and the motion having come on regularly to be heard on October 17, 2016; and plaintiff having appeared by its attorneys Clarfield, Okon, Salomone & Pincus, P.L. in support of the motion and the motion having been fully submitted; and after due deliberations having been had thereon;

NOW, upon motion of Clarfield, Okon, Salomone & Pincus, P.L., attorney for plaintiff, it and upon reading and filing the decision of the Court April 10, 2017 is

ORDERED, that Plaintiff is granted judgment upon the default of remaining defendants pursuant to CPLR §3215; and it is further

ORDERED, that the answer of defendant, Evis Stephens, with affirmative defenses be and the same is hereby stricken and dismissed; and it is further

ORDERED, that the caption of this action to substitute defendant Jeanie Seamen in the place and stead of "JOHN DOE #1" and strike out the remaining of defendants "JOHN DOE #2

through #7 and JANE DOE #1 through #7", who are not necessary parties to the within action; and it is further

    **ORDERED**, that this action be, and the same is hereby referred to Arthur N. Terranova, Esq

REF

with an office at 90-35 148 St. Jamaica, NY 11435

Telephone No. 718 291-4503

and he/she is hereby appointed Referee to ascertain and compute the amount due to plaintiff for principal, interest, and other disbursements advanced as provided for in the note and mortgage upon which this action was brought to foreclose, and to examine and report whether or not the mortgaged premises can be sold in one parcel and that the Referee make his/her report to the Court with all convenient speed; and it is further

*and be paid at 350th Report Fee*

    **ORDERED**, that the caption shall read as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------
DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5,

                          Plaintiff,
    -against-

EVIS STEPHENS; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and JEANIE SEAMEN,
                        Defendants.
----------------------------------------

Index No.: 704762/2015

and it is further,

**ORDERED**, that by accepting this appointment the Referee certifies that he/she is in compliance with Part 36 of the Rules of the Chief Judge (22NYCRR Part 36), including, but not limited to section 36.2c ("Disqualifications from appointment"), and section 36.2d ("Limitations on appointments based upon compensation"); and it is further,

**ORDERED**, that the Referee appointed herein is subject to the requirements of Rule 36.2 of the Chief Judge, and if the referee is disqualified from receiving an appointment pursuant to the provisions of that Rule, the referee shall notify the Appointing Judge forthwith.

**ORDERED**, that a copy of this Judgement ORDER with Notice of Entry shall be served upon the owner of the equity of redemption, any tenants named in this action and any other party entitled to notice.

E N T E R



_____
J.S.C.

FILED
AUG 31 2017
COUNTY CLERK
QUEENS COUNTY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST COMPANY AS       Index No.: 704762/2015
TRUSTEE FOR NOVASTAR MORTGAGE FUNDING
TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY
LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-
5,

            Plaintiff,

 -against-

EVIS STEPHENS; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD and JOHN DOE
AND JANE DOE #1 through #7, the last seven (7) names
being fictitious and unknown to the Plaintiff, the persons or
parties intended being the tenants, occupants, persons or
parties, if any, having or claiming an interest in or lien upon
the mortgaged premises described in the Complaint,
            Defendants.
------------------------------------------------------------X

**ORDER GRANTING SUMMARY JUDGMENT**

CLARFIELD, OKON, SALOMONE & PINCUS, P.L.
425 RRX Plaza,
Uniondale, New York 11556
(516) 699-8902