| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019060600053002001E0C75 |

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 5

**Document ID:** 2019060600053002    **Document Date:** 05-29-2019    **Preparation Date:** 06-06-2019
**Document Type:** RELEASE
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| SECURITY CONNECTIONS INC<br>1795 INTERNATIONAL DRIVE<br>IDAHO FALLS, ID 83402<br>SUPPORT@SIMPLIFILE.COM | FIRST AMERICAN<br>1795 INTERNATIONAL WAY<br>IDAHO FALLS, ID 83402<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 12527 | 93 | Entire Lot | 127-06 177TH STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY



EXHIBIT S 7/30/25 ao

### CROSS REFERENCE DATA

**CRFN:** 2007000419551
☒ Additional Cross References on Continuation Page

### PARTIES

| PARTY 1: | PARTY 2: |
|---|---|
| EVIS STEPHENS<br>127-06 177TH ST<br>SPRINGFIELD GARDENS, NY 11434 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE<br>1661 WORTHINGTON ROAD SUITE 100<br>WEST PALM BEACH, FL 33409 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: $ | 0.00 |
| Exemption: | | | | |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: $ | 0.00 |
| City (Additional): | $ | 0.00 | | |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    06-10-2019 10:55
City Register File No.(CRFN): 2019000180780

*Annette M Hill*
*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019060600053002001C0EF5 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**  PAGE 2 OF 5

**Document ID:** 2019060600053002  Document Date: 05-29-2019  Preparation Date: 06-06-2019
Document Type: RELEASE

**CROSS REFERENCE DATA**
**CRFN:** 2008000391944
**CRFN:** 2013000302711
**CRFN:** 2015000006862

**PARTIES**

**PARTY 2:**
NOVASTAR MORTGAGE FUNDING TRUST
1661 WORTHINGTON ROAD SUITE 100
WEST PALM BEACH, FL 33409

**PARTY 2:**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
1661 WORTHINGTON ROAD SUITE 100
WEST PALM BEACH, FL 33409

**PARTY 2:**
NOVASTAR MORTGAGE INC
1661 WORTHINGTON ROAD SUITE 100
WEST PALM BEACH, FL 33409

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

LIEN RELEASE
OCWEN LOAN SERVICING, LLC
1795 INTERNATIONAL WAY
IDAHO FALLS, ID  83402

### Release of Mortgage

OCWEN LOAN SERVICING, L.L.C. #.0071955702 "STEPHENS" Lender ID:CO2764   Queens, New York

KNOW ALL MEN BY THESE PRESENTS that Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5 by Ocwen Loan Servicing, LLC, its Attorney-in-Fact , whose address is 1661 WORTHINGTON RD, SUITE 100, WEST PALM BEACH, FL  33409, holder of a certain mortgage evidencing an indebtedness in the amount of $722,500.00 plus interest, whose parties, dates and recording information are below, does hereby release said mortgage.

Mortgagor:  EVIS STEPHENS
Mortgagee:  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR NOVASTAR MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS
Dated:  08/29/2006 Recorded:  08/14/2007  in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007000419551
This mortgage has not been assigned unless stated below.

-Assigned Wholly by NOVASTAR MORTGAGE INC. TO DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 Dated:  05/23/2008 Recorded:  10/03/2008  in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2008000391944
-Assigned Wholly by DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 TO DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5 Dated:  06/17/2013 Recorded:  08/01/2013  in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2013000302711
-Assigned Wholly by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR NOVASTAR MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS TO DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 Dated:  11/19/2014 Recorded: 01/07/2015  in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2015000006862

Legal:  See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

Section/Block/Lot N/A-12527-93

Property Address: 127-06 177TH ST, SPRINGFIELD GARDENS, NY  11434

County:  Queens

State of  New York

This release is solely for the purpose of releasing the real property described above from the lien created by the mortgage and is not a release of the obligation under the note as said obligation has not been fully paid.

This Release of Mortgage impacts the lien only.

IN WITNESS WHEREOF, Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5 by Ocwen Loan Servicing, LLC, its Attorney-in-Fact , by the officer duly authorized, has duly executed the foregoing instrument.

Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5 by Ocwen Loan Servicing, LLC, its Attorney-in-Fact

On May 29th, 2019

By: _____
SAMUEL E. MORENO, JR., Authorized Signer

**Power of Attorney**
being recorded concurrently

Release of Mortgage Page 2 of 2

STATE OF Florida
COUNTY OF Palm Beach

On the 29th day of May in the year 2019 before me, the undersigned, personally appeared SAMUEL E. MORENO, JR., Authorized Signer, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of Palm Beach, State of Florida.

WITNESS my hand and official seal,

JAMI DOROBIALA
Notary Expires: 04/15/2021  #GG 080587
Palm Beach, Florida

JAMI DOROBIALA
Notary Public – State of Florida
Commission # GG 080587
My Comm. Expires Apr 15, 2021
Bonded through National Notary Assn.

*PAG*PAGGMAC*05/29/2019 10 16 16 AM* GMAC40GMAC00000000000000005503208* NYQUEEN* 0071955702 NYSTATE_MORT_REL NPIF **DXGGMAC*

## REGENTS LAND SERVICES LLC
as Agent for
United General Title Insurance Company

### SCHEDULE A (Description)

Title Number: RLS-06-1265

06-B54042

ALL that certain tract or parcel of land, situated, lying and being in the Borough of Queens, County of Queens, State of New York, more particularly described as follows:

BEGINNING at a point on the westerly side of 177th Street, distant 24.83 feet southerly from the corner formed by the intersection of the westerly side of 127th Avenue;

RUNNING THENCE westerly and parallel with the northerly side of 129th Avenue, 115 feet;

RUNNING THENCE southerly and parallel with the westerly side of 177th Street, 30 feet;

RUNNING THENCE easterly and again parallel with the northerly side of 129th Avenue, 115 feet to the westerly side of 177th Street; and

THENCE northerly along the westerly side of 177th Street, 30 feet to the point or place of BEGINNING.

SAID PREMISES being commonly known as 127-06 177th Street, Jamaica, New York 11434.

SAID PREMISES being designated on the tax map of Queens County as block 12527, lot 93.

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019060600053002001SC2F4 |
|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |

**Document ID:** 2019060600053002   Document Date: 05-29-2019   Preparation Date: 06-06-2019
Document Type: RELEASE

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RELEASE DOCUMENT ANSWERS TO QUESTIONS | 1 |