


# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

DISTRIBUTED BY Judicial Title

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| 12708 HOLDINGS INC<br>55 WEST 116TH STREET SUITE 265<br>NEW YORK NY 10026 | EVIS STEPHENS<br>127 04 177TH ST<br>Jamaica, NY 11434 | CASH |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 127 04 177TH STREET<br>Jamaica NY 11434 | Charles Master<br>26 Court Street<br>Brooklyn NY 11242 | 09/30/2019 |
| | Place of Settlement:<br>Riverside Abstract | LOAN NUMBER T1996702 |

## J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract Sale Price | $375,000.00 |
| 102. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | $0.00 |
| 104. | |
| 105. Charles Master | $2,500.00 |
| Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | |
| 107. County taxes to | |
| 108. Assessments to | |
| 109. Gyaoan Carpintoros | $15,000.00 |
| 120. Khanli Enterprises | $25,000.00 |
| 111. Donaldson & Chilos, LLP | $5,000.00 |
| 112. Home Owners Insurance | $1,810.05 |
| 120. Gross Amount Due from Borrower | $424,310.05 |
| 200. Amount Paid by or in Behalf of Borrower | |
| 201. Deposit or earnest money | |
| 202. Principal amount of new loan(s) | |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| Adjustments for items unpaid by seller | |
| 210. City/town taxes to | |
| 211. County taxes to | |
| 212. Assessments to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| 220. Total Paid by/for Borrower | $0.00 |
| 300. Cash at Settlement from/to Borrower | |
| 301. Gross amount due from borrower (line 120) | $424,310.05 |
| 302. Less amounts paid by/for borrower (line 220) | $0.00 |
| 303. Cash ☐ From ☐ To Borrower | $424,310.05 |

## K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract Sale price | $375,000.00 |
| 402. Personal Property | |
| 403. | |
| 404. | |
| 405. | |
| Adjustments for items paid by seller in advance | |
| 406. City/town taxes to | |
| 407. County taxes to | |
| 408. Assessments to | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| 420. Gross Amount Due to Seller | $375,000.00 |
| 500. Reductions in Amount Due to Seller | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $57,500.00 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first mortgage loan | $337,500.00 |
| 505. Payoff of second mortgage loan | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| Adjustments for items unpaid by seller | |
| 510. City/town taxes to | |
| 511. County taxes to | |
| 512. Assessments to | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| 520. Total Reduction Amount Due Seller | $375,000.00 |
| 600. Cash at Settlement to/from Seller | |
| 601. Gross amount due to seller (line 420) | $375,000.00 |
| 602. Less reductions in amount due seller (line 520) | $375,000.00 |
| 603. Cash ☐ To ☐ From Seller | $0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete.         Page 1 of 3         HUD-1



EXHIBIT T 7/30/25 ao

| L. Summary of Borrower's Transaction | | | |
|---|---|---|---|
| 700. Total Real Estate Broker Fees | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at settlement | | | |
| 704. Madison Construction and Development | | | $22,500.00 |
| 800. Items Payable in Connection with Loan | | | |
| 801. Our origination charge | $ | (from GFE #1) | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | |
| 803. Your adjusted origination charges | | (from GFE A) | |
| 804. Appraisal fee to | | (from GFE #3) | |
| 805. Credit report to | | (from GFE #3) | |
| 806. Tax service to | | (from GFE #3) | |
| 807. Flood certification to | | (from GFE #3) | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | |
| 901. Daily interest charges from to @ $ /day | | (from GFE #10) | |
| 902. Mortgage insurance premium for months to | | (from GFE #3) | |
| 903. Homeowner's insurance for years to | | (from GFE #11) | |
| 904. | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | |
| 1002. Homeowner's insurance months @ $ per month $ | | | |
| 1003. Mortgage insurance months @ $ per month $ | | | |
| 1004. Property Taxes months @ $ per month $ | | | |
| 1005. months @ $ per month $ | | | |
| 1006. months @ $ per month $ | | | |
| 1007. Aggregate Adjustment | -$ | | |
| 1100. Title Charges | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | |
| 1102. Settlement or closing fee | $ | | |
| 1103. Owner's title insurance | | (from GFE #5) | |
| 1104. Lender's title insurance | $ | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $ | | | |
| 1107. Agent's portion of the total title insurance premium to | $ | | |
| 1108. Underwriter's portion of the total title insurance premium to | $ | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government recording charges | | (from GFE #7) | |
| 1202. Deed $ Mortgage $ Release $ | | | |
| 1203. Transfer taxes | | (from GFE #8) | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | | |
| 1205. State tax/stamps Deed $ Mortgage $ | | | $3,750.00 |
| 1206. | | | $1,000.00 |
| 1300. Additional Settlement Charges | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | |
| 1302. Attorney | $ | | |
| 1303. Department of Water and sewage | $ | | $2,500.00 |
| 1304. Kharvit Enterprises | | | $275.00 |
| 1305. | | | $7,425.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 50, Section K) | | $0.00 | $37,500.00 |

## Comparison of Good Faith Estimate (GFE) and HUD-1 Charges

| Charges That Cannot Increase | | HUD-1 Line Number | | GFE | HUD-1 |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| Charges That In Total Cannot Increase More Than 10% | | | | | |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | $0.00 | $0.00 | $0.00 |
| | | | | or | % |

| Charges That Can Change | | | | | |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

### Loan Terms

| | |
|---|---|
| Your initial loan amount is | $ |
| Your loan term is | years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ Includes ☐ Principal ☐ Interest ☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No ☐ Yes, it can rise to a maximum of %. The first change will be on and can change again every after . Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| Even if you make payments on time, can your loan balance rise? | ☐ No ☐ Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☐ No ☐ Yes, the first increase can be on and the monthly amount owed can rise to $ . The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | ☐ No ☐ Yes, your maximum prepayment penalty is $ . |
| Does your loan have a balloon payment? | ☐ No ☐ Yes, you have a balloon payment of $ due in years on . |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself. ☐ You have an additional monthly escrow payment of $ that results in a total initial monthly amount owed of $ . This includes principal, interest, any mortgage insurance and any items checked below: ☐ Property taxes ☐ Homeowner's insurance ☐ Flood Insurance ☐ ☐ ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

The Undersigned Acknowledges Receipt of this Disclosure Statement and Agrees to the Correctness Thereof.

_____  _____
EVIS STEPHENS              12708 HOLDINGS INC

Previous editions are obsolete        Page 3 of 3        HUD-1

Stephens-127