SUPREME COURT THE STATE OF NEW YORK:
COUNTY OF QUEENS
-----------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST COMPANY        Index No. 704762/2015
AS TRUSTEE FOR NOVASTAR MORTGAGE
FUNDING TRUST, SERIES 2006-5 NOVASTAR       NOTICE OF MOTION
HOME EQUITY LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-5
                                            **Oral Argument
                Plaintiff.                  is Not Requested.**

        -against-
                                            Name of Assigned
                                            Judge: RUDOLPH E. GRECO, JR
EVIS STEPHENS; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD and
JEANIE SEAMEN
                Defendants.
-----------------------------------------------------------------X

        TAKE NOTICE that, upon the annexed attorney's statement of Donna Akinrele, Esq. dated April 9, 2019, the exhibits annexed thereto, and upon all of the pleadings and prior proceedings heretofore had herein, we shall make a motion at a IAS Part of this Court, to be held at the **Queens** County Courthouse, **Supreme Court Building, 25-10 Court Square, Long Island City, New York on the 16th day of May, 2019 at 9:30 a.m.** or as soon thereafter as counsel can be heard for an order (i) discontinuing the instant action; (ii) canceling the lis pendens filed against the premises which are the subject of the instant foreclosure action and (iii) and for such other relief as the Court deems just and equitable.



EXHIBIT V
7/30/25ao

The above-entitled action is for the foreclosure of a mortgage.

TAKE FURTHER NOTICE that, pursuant to CPLR 2214(b) that answer affidavits, if any, must be served so that they will arrive at our offices at least seven (7) days before the time at which this motion is noticed to be heard.

Dated: Melville, New York
       April 9, 2019

McCABE, WEISBERG & CONWAY, LLC
By: _____
DONNA AKINRELE
Attorneys for Plaintiff
145 Huguenot Street, Suite 210
New Rochelle, NY 10801
914-636-8900
914-636-8901 facsimile

To:

Franklyn A.I Rouse
Attorney for Defendant
Evis Stephens
*Pro Se*
217 St. James Place
Brooklyn, New York 11238

New York City Environmental Control Board
*Pro Se*
100 Church Street
New York, New York 10007

Jeanie Seamen
*Pro Se*
127-06 1777th Street
Springfield Gardens, New York 11434

Arthur N. Terranova, Esq. (Referee)
90-35 148th Street
Jamaica, New York 11435

STATE OF NEW YORK,  
COUNTY OF SUFFOLK

AFFIDAVIT OF SERVICE  
BY MAIL

Imani Baines being duly sworn, says: that I am over the age of eighteen years and am not a party herein, that I reside in Nassau County and that on the 9th day of April, 2019 served a copy of the within

### NOTICE OF MOTION TO DISCONTINUE ACTION, VACATE JUDGMENT AND CANCEL LIS PENDENS

upon the parties hereinafter named at the places hereinafter stated and set opposite their name by certified mail return receipt requested and depositing same to be properly enclosed in a post-paid, properly addressed wrapper, and deposited in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York, directed to be said parties at their last known addresses given below.

Imani Baines

To:

Franklyn A.I Rouse  
Attorney for Defendant  
Evis Stephens  
Pro Se  
217 St. James Place  
Brooklyn, New York 11238

New York City Environmental Control Board  
Pro Se  
100 Church Street  
New York, New York 10007

Jeanie Seamen  
Pro Se  
127-06 1777th Street  
Springfield Gardens, New York 11434

Arthur N. Terranova, Esq. (Referee)  
90-35 148th Street  
Jamaica, New York 11435

Sworn to me on this 9th day of April, 2019

NOTARY PUBLIC

MELISSA PEOPLES  
Notary Public, State of New York  
No. 01PE6341097  
Qualified in New York County  
Commission Expires May 2, 2020

SUPREME COURT THE STATE OF NEW YORK:
COUNTY OF QUEENS
----------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST COMPANY          Index No. 704762/2015
AS TRUSTEE FOR NOVASTAR MORTGAGE
FUNDING TRUST, SERIES 2006-5 NOVASTAR         AFFIRMATION IN SUPPORT OF
HOME EQUITY LOAN ASSET-BACKED                 MOTION TO DISCONTINUE
CERTIFICATES, SERIES 2006-5                   ACTION AND CANCEL LIS
                                              PENDENS
                        Plaintiff.

-against-

EVIS STEPHENS; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD and
JEANIE SEAMEN
                        Defendants.
----------------------------------------------------------------X

DONNA AKINRELE, ESQ., pursuant to CPLR Section 2106[NYCLS] and under the penalties of perjury affirms as follows:

1. I am an attorney at law and am an associate the firm of McCabe, Weisberg & Conway, LLC, the attorneys of record for the plaintiff in the within action, and by virtue of the files maintained in this office I am fully familiar with the facts of this case and the proceedings heretofore had herein. I submit this affirmation in support of an order pursuant to CPLR Section 6514(d)[NYCLS] to cancel the notice of pendency heretofore filed herein and to discontinue the within action without prejudice.

2. Heretofore, this action was instituted by service of a summons and complaint upon all defendants, all of which more fully appears from the affidavits of service heretofore filed herein. (Exhibit A).

3. Plaintiff avers that it is in the best interests of all parties and in the interests of judicial economy to discontinue the action and cancel the notice of pendency heretofore filed in the

Office of the County Clerk of the County of **Queens** on May 8, 2015 and April 4, 2018 (Exhibit B). This action is being discontinued due to a short fall pay off.

    4. The within action is not on the calendar.

    5. No similar requests have been made for the relief sought herein.

WHEREFORE, it is respectfully prayed that the order of this Court issue discontinuing the action without prejudice, and canceling the notice of pendency heretofore filed herein without cost to any of the parties.

Dated: Melville, New York
       April 9, 2019

McCABE, WEISBERG & CONWAY, LLC
By: _____
DONNA AKINRELE
Attorneys for Plaintiff
145 Huguenot Street, Suite 210
New Rochelle, NY 10801
914-636-8900
914-636-8901 facsimile