FILED: QUEENS COUNTY CLERK 06/06/2019 02:48 PM        INDEX NO. 704762/2015
NYSCEF DOC. NO. 52                                     RECEIVED NYSCEF: 06/06/2019

Memorandum

NEW YORK SUPREME COURT - QUEENS COUNTY


EXHIBIT
W
7/30/25 ao

Present: Honorable Rudolph E. Greco, Jr.        IA Part 32
                  Justice

---------------------------------------x
Deutsche Bank National Trust Company as Trustee
for Novastar Mortgage Funding Trust, Series 2006-5    Index Number: 704762/2015
Novastar Home Equity Loan Asset-Backed                Motion Date: May 16, 2019
Certificates, Series 2006-5,                          Motion Seq. No. 2
                                                      Motion Cal. No. 6
                        Plaintiff,

        - against -

Evis Stephens; New York City Environmental
Control Board and Jeanie Seaman,

                        Defendants.
---------------------------------------x

This motion by plaintiff for an order canceling the notice of pendency and discontinuing this foreclosure action is granted without opposition.

A motion to discontinue an action without prejudice should be granted unless there are reasons which would justify its denial, (*see GMAT Mtge., LLC v. Bisceglie*, 109 A.D.3d 874 [2d Dept. 2013]; *Wells Fargo Bank v. Fisch*, 103 A.D.3d 622 [2d Dept. 2013]). Plaintiff's counsel affirmed that the action should be discontinued due to a short fall pay off.

Accordingly, plaintiff is entitled to the relief requested.

To that effect, plaintiff submitted an Order which shall be signed simultaneously herewith. A copy of the order with notice of entry shall be served on all parties within twenty (20) days of date of such entry.

Dated: May 17, 2019

_____
Rudolph E. Greco, Jr.
J.S.C.

FILED
JUN - 6 2019
COUNTY CLERK
QUEENS COUNTY

At an IAS Part of the Supreme Court of the State of New York, held in and for the County of Queens at the Courthouse thereof, Supreme Court Building, 25-10 Court Square, Long Island City, New York on the 17th day of May, 2019.

P R E S E N T:

    Hon. RUDOLPH E. GRECO, JR
          JUSTICE.

-----------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5

              Plaintiff,

-against-

EVIS STEPHENS; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and JEANIE SEAMEN

              Defendants.
-----------------------------------------------------------X

Index No. 704762/2015

ORDER TO DISCONTINUE ACTION
AND CANCEL LIS PENDENS

On reading and filing the notice of motion and annexed affirmation of Donna Akinrele, Esq., both dated April 9, 2019, with exhibits annexed, and due deliberation having been had thereon, it is hereby

ORDERED, that said motion hereby is granted, and it is further

ORDERED, that the above entitled action be and the same is hereby discontinued without prejudice and without costs to either party as against the other; and it is further

ORDERED, that the Referee appointed herein be and he/she hereby is relieved and discharged of any and all obligations and requirements thereunder, and it is further

ORDERED, that the County Clerk of Queens County is directed, upon payment of the proper fees, if any, to cancel and discharge of record a certain Notice of Pendency

FILED
JUN 11 2019
COUNTY CLERK
QUEENS COUNTY

filed in this action on May 8, 2015 and April 4, 2018 against property known as Block 12527 Lot 93, and said Clerk is hereby directed to enter upon the margin of the record of same a Notice of Cancellation referring to this Order; and it is further

ORDERED, that the Clerk of **Queens** County be served with a copy of this order with Notice of Entry and execute same accordingly.

ENTER: _____
J.S.C. HON. RUDOLPH E. GRECO, JR.



FILED
JUN 11 2019
COUNTY CLERK
QUEENS COUNTY