

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

**Mortgage Account Statement**

| Property Address | 12708 177th St |
| | Jamaica, NY 11434-3307 |

| Statement Date | 07/17/18 |
|---|---|
| Account Number | 0071955702 |
| Due Date | Due Now |
| **Reinstatement Amount** | **$204,812.54** |

*If payment is received after 08/16/18, a $48.94 late fee may be charged.*

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

## Account Information

| | |
|---|---|
| Principal Balance* | $411,651.39 |
| Escrow Balance | -$42,465.08 |
| Maturity Date | September 1, 2036 |
| Interest Rate | 3.37000% |
| Prepayment Penalty | No |

*\* This is the Principal Balance only, not the amount required to pay the loan in full.  \*\*\*This balance may increase over time.*

## Explanation of Amount Due***

| | |
|---|---|
| Unapplied Funds** | -$41.37 |
| Reinstatement amount (as of 7/17/18) | $204,812.54 |

## Activity Since Last Statement (06/18/18 to 07/17/18)

## Past Payments Breakdown

| | Prior Since Last Statement | Prior Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes and/or Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $41.37 |
| Total | $.00 | $41.37 |

## Special Notices

## Important News

funds in the escrow account remain in the account, and have not been applied to the total amount due. Once the accelerated amount due is received, any escrow account overages will be returned within 20 days. This account can still be reinstated (bringing the account to a current status) and avoid foreclosure. The amount required to reinstate the mortgage account as of the date of this statement is listed above.
To reinstate the mortgage, a CERTIFIED payment (cashier's check, bank check, title check, attorney's escrow check or wire transfer) should be sent. Any other methods of payment will be returned. Before sending any payment, we should be contacted to verify the amount needed to pay off or reinstate the mortgage. If you have an attorney, please provide a copy of this statement to your attorney.
For any questions about the mortgage, please call 1-800-746-2936 and ask to set up an appointment with Abhishek Dilip Amburle, the account relationship manager, or schedule an appointment at www.ocwencustomers.com.

See reverse side for important information and state specific disclosures.



Payment Coupon

Evis Stephens
Account Number: 0071955702

| Reinstatement Amount | $204,812.54 |
|---|---|
| If late charge assessed after 08/16/18, add late charge of | $48.94 |
| Total Amount Due with Late Charge (if assessed) | $204,861.48 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| Total Enclosed | |

*Note: If this loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.*

*If this payment is made via automatic drafting, this statement is for informational purposes only.*

OCWEN LOAN SERVICING, LLC
PO BOX 660264
DALLAS TX 75266-0264

1  0020486148A  4444444881  000000071955702  50  204812549

LOAN NUMBER 0071905702                                              02/04/120

EVIS STEPHENS
12706 177TH ST
JAMAICA, NY 11434-3307

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

| Process Date | Transaction Description | Principal Amount ($) | Interest Amount ($) | Escrow Amount ($) | Other ($) | Principal Balance ($) | Escrow Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/02/19 | Capitalized Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -46,763.82 |
| 01/14/19 | Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -46,763.82 |
| 01/28/19 | Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -46,763.82 |
| 01/30/19 | Capitalized Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -46,763.82 |
| 02/26/19 | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -46,763.82 |
| 02/26/19 | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -46,763.82 |
| 03/07/19 | Capitalized Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -46,763.82 |
| 03/11/19 | Tax Disbursement | 0.00 | 0.00 | -1,409.45 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Expense Payment | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Waived | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Waived | 0.00 | 0.00 | 0.00 | 0.00 | 411,651.39 | -48,173.27 |
| 04/01/19 | Payoff | 162,810.10 | 116,851.73 | 48,173.27 | -41.37 | 248,841.29 | 0.00 |
| 04/01/19 | Payoff – Charge-off | 248,841.29 | 0.00 | 0.00 | 538.51 | 0.00 | 0.00 |
| 04/17/19 | Capitalized Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/17/19 | Capitalized Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/18/19 | Waived | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |





**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

03/08/2019

Loan Number: 71955702

Evis Stephens
12706 177th St
Jamaica, NY 11434-3307

Property Address:
12706 177th St
Jamaica, NY 11434-3307

### YOUR DISCOUNTED PAYOFF AGREEMENT IS APPROVED

PLEASE SEND ALL REQUIRED DOCUMENTS AND FUNDS BY 04/25/2019

Dear Customer(s),



**Why We Are
Contacting You**

Ocwen Loan Servicing, LLC, ("Ocwen"), acting on behalf of Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5 ("Investor"), has approved a discounted payoff on the above referenced loan of $337,500.00 ("Payoff Amount") and, subject to the conditions set forth herein, an assistance payment to the borrower of $0.00 ("Assistance Payment").

Please follow the detailed steps on the following pages by 04/25/2019:

Sign and return ALL required documents.

| For fastest processing: email or fax documents to: | | Mail documents to: |
|---|---|---|
| Email: SS@ocwen.com<br>Fax: 407.737.5071 | OR | Ocwen Loan Servicing, LLC<br>Attn: Collateral Based Solutions (SS)<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409 |



**What You
Need To Do**

1.  Wire transfer the full amount of the Approved Payoff.
    **HOW TO REMIT PAYMENT:**
    Wells Fargo Bank, NA
    Ocwen Bank ABA Routing number: 121000248
    Bank Account Name: Ocwen Loan Servicing, LLC
    Bank Account Number: 4124823352
    Reference: Loan Number, Property Address, and Borrower Name



This discounted payoff option expires on 04/25/2019 (the "Expiration Date").
If you do not comply with the terms described on the following page on or before this Expiration date,

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| What We Will Do | this offer will no longer be available to you. |
|---|---|

Ameya Pal has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

For any questions, please contact us Monday through Friday 8 am to 8 pm ET at 800.746.2936, enter the requested information, then select option 2, then option 4, to speak with the assigned Relationship Manager, Ameya Pal, who is the designated contact for inquiries and the submission of documents as needed. If Ameya Pal is not available, another dedicated member of our Home Retention Department will be available to answer any questions.

Our Customer Care Center may also be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET. Information concerning this mortgage account may also be found online at www.ocwencustomers.com.

Sincerely,
*Loan Servicing*

NMLS # 1852

DISC_PL5_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**To accept the discounted payoff, you must adhere to the following prior to the Expiration Date:**

1. There are no payments allowable to any Junior Liens.

2. The Maximum Allowable Real Estate Commission is 6.00000%.

3. If you require an approval to the final Settlement / Closing Disclosure Statement before closing, you must email a copy at least 48 hours in advance to finalhudapproval@ocwen.com.

4. After receipt of the entire Payoff Amount, any funds held in the Borrower's escrow/suspense account and/or insurance claim proceeds relating to the Loan shall be 1) released by Borrower(s) to Ocwen, 2) considered the property of Ocwen, and 3) applied toward Ocwen's loss.

5. As indicated in the Application of Suspense and/or insurance claim funds affidavit, in addition to paying the Payoff Amount, you authorize Ocwen to apply any funds that may be in your impound (i.e., escrow) account, and in your suspense and/or hazard suspense accounts in the amount of $41.37.

To complete the discounted payoff and proceed with lien release, the payoff funds must be accompanied by:
* A copy of the signed Discounted Payoff Agreement,
* The final Settlement / Closing Disclosure Statement,
* The Affidavit of Arm's Length Transaction,
* The Application of Suspense Funds Affidavit (if applicable)

If these items are not received, payoff funds will be returned to the sender.

---

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

### REQUIRED STEPS

All items MUST BE RECEIVED by Ocwen on or before 04/25/2019 (the "Expiration Date").

**Step 1: SIGN All Listed Documents and FAX or EMAIL them to Ocwen by the Expiration Date.**

### Fax to 407.737.5071 or Email to SS@ocwen.com.

ALL borrowers MUST sign and fax or email all parts of this letter along with the Settlement / Closing Disclosure Statement:

☐ **Affidavit of "Arm's Length Transaction"** - fully completed and signed by all involved parties.

☐ **Final Settlement / Closing Disclosure Statement** - fully completed and signed by all involved parties.

☐ **\*IMPORTANT NOTE** - The Settlement / Closing Disclosure Statement must be consistent with the preliminary Settlement/ Closing Disclosure statement that Ocwen relied upon to approve this discounted payoff. Any surplus funds must be paid directly to Ocwen Loan Servicing, LLC. Under no circumstances shall any funds go the borrower(s) unless Ocwen pre-approves such payment to the borrower(s). .

☐ If junior liens are being paid off through this transaction, a copy of the payoff letter that contains language stating they will either pursue or not pursue any deficiency judgment or try to collect on the remaining balance must be received prior to the closing of this transaction.

**Step 2.  WIRE TRANSFER Payoff to Ocwen by the Expiration Date.**

Ocwen **must receive** the approved Payoff Amount by bank wire transfer no later than the close of business on the Expiration Date.

☐          Bank Wire Transfer for the full amount of the Approved Payoff - include your loan number

☐          Email details of the wire transfer and confirmation to Transferfunds@ocwen.com

BANK WIRE DETAILS - HOW TO REMIT PAYMENT:

Ocwen Bank: Wells Fargo Bank, NA
Ocwen ABA Routing Number: 121000248
Bank Account Name: Ocwen Loan Servicing, LLC
Ocwen Account Number: 4124823352
Reference: Loan Number, Property Address and Borrower Name

---

NMLS # 1852                                                                                                   DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## ACKNOWLEDGEMENTS

**ACTIVE BANKRUPTCY REQUIREMENT.** If the debt secured by the above-named property or said property is the subject of an active bankruptcy, the above-named Borrower(s) must obtain and send Ocwen an order from the bankruptcy court with jurisdiction over such bankruptcy proceeding. Said court order must approve the terms and conditions of the short sale and the Discounted Payoff Agreement.

**ASSISTANCE PAYMENT.** As a condition to receiving the Assistance Payment, the Borrower(s) shall ensure that all occupants have voluntarily and permanently vacated the above-mentioned property no later than the Expiration Date 04/25/2019 leaving the property in "broom clean" condition, free of any exterior and interior debris, damage and destruction and that all appliances, lighting, fixtures, carpeting, etc. remain with the above-mentioned property and that all keys to the above mentioned property, mailboxes, common area facilities, garage door controls and security systems are surrendered to Ocwen or any agent that Ocwen may designate at the time the aforementioned property is vacated. If the Borrower(s) complies with the foregoing condition and all other terms of this Discounted Payoff Agreement, Ocwen will instruct the settlement agent to pay the Borrower the Assistance Payment from the sale proceeds at the time that all other payments are disbursed by the settlement agent.

**POSTPONEMENT OF A FORECLOSURE SALE.** If a foreclosure sale date is set, we will postpone the sale date to ensure enough time to complete the discounted payoff. We must receive the Payoff Amount; signed approval letter; executed Affidavit of Arm's Length Transaction; Application of Suspense Funds Affidavit, if applicable; and executed Promissory Note, if applicable, on or before the Expiration Date of this Agreement.

**AGREEMENT CONFIDENTIALITY.** All contents of this letter and the terms of this Discounted Payoff Agreement are strictly confidential and may only be disclosed to parties authorized by Ocwen , the owner or guarantor of the loan and their respective agents or any other authorized third party. An authorized third party includes, but is not limited to, a counseling agency, Housing Finance Agency (HFA), Consumer Financial Protection Bureau (CFPB) or other similar entity that is assisting in obtaining a foreclosure prevention alternative or ensuring on behalf of the borrower that all mortgage relief options were properly reviewed and offered. Any disclosure or transmittal of this letter or the terms of this Discounted Payoff Agreement (including, but not limited to website postings and any promotional materials or publications whatsoever) will result in revocation of the discounted payoff offer and liability against all parties involved in such disclosure.

**LEGAL ACTION.** Upon our timely receipt of the entire Payoff Amount, evidence of satisfaction of the above conditions and a copy of this letter, properly signed by each of the above-named Borrower(s), Ocwen will execute a release/satisfaction and a discharge of the Deed of Trust/Mortgage. If necessary, Ocwen will file a withdrawal in connection with any legal action it may already have taken, as of the date of your response to this letter, to collect this obligation.

**BALANCE WAIVER.** The remaining deficiency after acceptance of the short sale proceeds is $249,492.03. Ocwen has approved the short sale offer as full and final satisfaction of the mortgage indebtedness for this lien. Ocwen agrees to waive the remaining balance due on the referenced loan or such waiver is required by state law and, therefore, Ocwen will release the Borrower(s) from further obligation upon successful completion of the short sale. Furthermore, Ocwen agrees to waive all rights to pursue for further judgment or deficiencies, costs, fees, interest or expenses in association with the referenced loan. Ocwen further agrees that it shall not transfer any further obligations or rights to pursue further judgment or deficiencies to a third party debt collector. Unless prohibited by state law, Ocwen will report this debt forgiveness to the Internal Revenue Service on Form 1099-C.

NMLS # 1852                                                                                                                                    DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

REPRESENTATION OF PRINTED DOCUMENT



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

### Affidavit of 'Arm's Length Transaction¹

Account Number: 71955702



Property Address:
12706 177th St
Jamaica, NY 11434-3307

All Parties to the contract to purchase aforementioned property dated: <u>01 / 04 / 2019</u>

This affidavit is to be executed before or at the time of closing of the sale of the Mortgaged Premises by all Borrower(s), purchaser(s), real estate brokers representing any of the parties, the escrow/closing agent performing the closing of the sale, and the transaction facilitator facilitating the sale (if any) certifying under penalty of perjury that to the best of each signatory's knowledge and belief:

(a) The sale of the Mortgaged Premises is an 'arm's length' transaction, between parties who are unrelated and unaffiliated by family, marriage or commercial enterprise;

(b) There are no agreements, understandings or contracts between the parties that the Borrower will remain in the Mortgaged Premises as a tenant or later obtain title or ownership of the Mortgaged Premises, except to the extent that the Borrower is permitted to remain as a tenant on the Mortgaged Premises for a short term, as is common and customary in the market, but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Borrower(s) nor the purchaser(s) will receive any funds or commissions from the sale of the Mortgaged Premises. The Borrower may receive a payment if it is offered by the Servicer, approved by the Investor and reflected on the Settlement/ Closing Disclosure Statement;

(d) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Mortgaged Premises that have not been disclosed to the Servicer;

(e) All amounts to be paid to any party, including holders of other liens on the Mortgaged Premises, in connection with the short payoff transaction have been disclosed to and approved by the Servicer and will be reflected on the Settlement/ Closing Disclosure Statement;

(f) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in the affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Mortgaged Premises;

(g) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(h) The certification will survive the closing of the transaction; and

(i) Each signatory understands that a misrepresentation may subject the party making the misrepresentation to civil and/or criminal liability.

NMLS # 1852                                    SSMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**TAX CONSEQUENCES.** Please be advised that completing a short sale may have consequences with respect to your federal, state, or local tax liability, as well as eligibility for any public assistance benefits you may receive. Ocwen cannot advise you on tax liability or any effect on public assistance benefits, you may wish to consult with a qualified individual or organization about any possible tax or other consequences resulting from the short sale and/or deficiency waiver.

**CREDIT REPORTING.** We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full payment. We have no control over or responsibility for the impact of this report on your credit score. You may access the following website to learn more about the potential impact of a short sale on your credit: http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

**NOTICE REGARDING CREDIT DISCRIMINATION:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

Ocwen reserves the right to terminate this offer at any time prior to your timely acceptance of the terms set forth above. All terms within this agreement must be strictly complied with, and any failure to complete or comply with any term constitutes failure to accept this discounted payoff offer rendering the offer is null and void. If this discounted payoff is not accepted, is terminated prior to acceptance, or otherwise is not completed as instructed in the manner and time frame set forth in this letter, then nothing in this letter shall be construed to prejudice, waive, modify or alter any of Ocwen or investor's rights or remedies in law or in equity in collecting the entire amounts due and to come due on the Loan or be construed to waive any defense of Ocwen or investor.

NMLS # 1852                                                                      DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

ACKNOWLEDGED AND ACCEPTED by:



_Evis Stephens_
Evis Stephens

3 ' 27 ' 19
Date (MM/DD/YY)

NMLS # 1852                                                                                                    DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

### AFFIDAVIT OF "ARM'S LENGTH TRANSACTION"

Loan Number: 71955702

<u>Property Address:</u>
12706 177th St
Jamaica, NY 11434-3307

All Parties to the contract to purchase aforementioned property dated: 02/25/2019

This affidavit is to be executed before or at the time of closing of the sale of the Mortgaged Premises by all Borrower(s), purchaser(s), real estate brokers representing any of the parties, the escrow/closing agent performing the closing of the sale, and the transaction facilitator facilitating the sale (if any) certifying under penalty of perjury that to the best of each signatory's knowledge and belief:

(a) The sale of the Mortgaged Premises is an "arm's length" transaction, between parties who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the parties that the Borrower will remain in the Mortgage Premises as a tenant or later obtain title or ownership of the Mortgaged Premises, except to the extent that the Borrower is permitted to remain as a tenant on the Mortgaged Premises for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Borrower(s) nor the purchaser(s) will receive any funds or commissions from the sale of the Mortgaged Premises. The Borrower may receive a payment if it is offered by the Servicer, approved by the Investor and reflected in the SETTLEMENT/CLOSING DISCLOSURE STATEMENT;

(d) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Mortgaged Premises that have not been disclosed to the Servicer;

(e) All amounts to be paid to any party, including holders of other liens on the Mortgaged Premises, in connection with the short payoff transaction have been disclosed to and approved by the Servicer and will be reflected in the SETTLEMENT/CLOSING DISCLOSURE STATEMENT;

(f) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in the affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Mortgaged Premises;

(g) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(h) The certification will survive the closing of the transaction; and

(i) Each signatory understands that a misrepresentation may subject the party making the misrepresentation to civil and/or criminal liability.

---

NMLS # 1852                                                                                                    DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

### AFFIDAVIT OF "ARM'S LENGTH TRANSACTION" (PAGE 2)

Loan Number: 71955702

Property Address:
12706 177th St
Jamaica, NY 11434-3307

One cannot list the property with or sell the property to anyone to whom they are related or with whom they have a close personal or business relationship. In legal language, it must be an "arm's length transaction." If one has a real estate license, they cannot earn a commission by listing the owned property. There may not be any agreements to receive a portion of the commission or the sale price after closing. The purchaser of a property subject to a short sale must agree not to resell the property within 30 calendar days of closing and is further prohibited from any resale of the property for 31 to 90 calendar days after closing for a gross sales price greater than 120 percent of the gross sales price of the short sale transaction. Any knowing violation of the arm's length transaction prohibition may be a violation of federal law.

**SIGN HERE** → *Evis Stephens 3-27-19*
Seller & Co-Seller(s) Signature & Date (MM/DD/YY)

*Luk*
Buyer & Co-Buyer(s) Signature & Date (MM/DD/YY)

Evis Stephens
Seller's Printed Name

12706 Holdings INC
Buyer's Printed Name

**SIGN HERE** → *Maxine Bonaparte 3/27/19*
Seller's Agent Signature & Date (MM/DD/YY)

*Maxine Bonaparte 3/27/19*
Buyer's Agent Signature & Date (MM/DD/YY)

*Maxine Bonaparte*
Seller's Agent Name

*Maxine Bonaparte*
Buyer's Agent Name

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 9 of 12



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

*Anokye Bliss-Bell*
Escrow / Closing Agent Name

*United American Title*
Escrow /Closing Agent Company Name

SIGN HERE →

_____ 3/27/19
Escrow Closing Agent Signature & Date
(MM/DD/YY)

SIGN HERE →

_____
Transaction Facilitator Signature (if Applicable)
& Date (MM/DD/YY)

NMLS # 1852                                                                DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

OCWEN

*Anokye Blissiett*
Escrow / Closing Agent Name

~~John Thomas and Hinco~~ *United American Title.*
Escrow /Closing Agent Company Name

**SIGN
HERE** ▶

*3/27/19*
*8/23/19*
Escrow Closing Agent Signature & Date
(MM/DD/YY)

**SIGN
HERE** ▶

_____
Transaction Facilitator Signature (If Applicable)
& Date (MM/DD/YY)

NMLS # 1852                                                                                    DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.
However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for
informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to
collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

03/08/2019

## APPLICATION OF SUSPENSE FUNDS AFFIDAVIT

Loan Number: 71955702

<u>Property Address:</u>
12706 177th St
Jamaica, NY 11434-3307

AVAILABLE SUSPENSE FUNDS: $41.37

This affidavit is to confirm the following:

1) The property shown above is owned by me;

2) I have received a payoff quote, which is valid until the Expiration Date (as that term is defined in the Discounted Payoff Agreement and Release of Claims). I understand this affidavit must be executed and returned to Ocwen on or before the Expiration Date;

3) I am choosing to authorize Ocwen Loan Servicing, LLC to apply the Available Suspense Funds in the amount of $41.37 as part of a payoff for the loan number(s) referenced above.

4) I understand that striking any portion of this document will render the entire document void.

SIGN HERE ➤   *Evis Stephens Signature*   3-27-19
Evis Stephens Signature        Date (MM|DD|YY)

---

NMLS # 1852                                    DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 11 of 12



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

OCWEN

ACKNOWLEDGEMENT

The State of ___NY_____ County/Parish: ___Quee's_____

Before me, the undersigned authority, in and for said county on this day personally appeared.
Known to me to be the person(s), name subscribed to the forgoing instrument, and knowledge to me that he/she executed the
same for the purpose and consideration therein expressed.

Given under my hand and seal of office, this ___28___ day of ___Mar___, 20_19_

_____
Notary Public, County/Parish

My Commission Expires_____

NMLS # 1852                                                                          DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.
However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for
informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to
collect a debt from you personally.*

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0901 | Mortgage Interest Statement |
|---|---|---|

OCWEN LOAN SERVICING
PO BOX 6452
MT. LAUREL ,NJ 08054
PHONE NO.   877-744-2506

**2019**

Substitute Form 1098

Copy B
For Payer/ Borrower

**RECIPIENT'S/LENDER'S TIN**
01-0661100

**1 Mortgage interest received from payer(s)/borrower(s)**
$  116,851.73

**2 Outstanding mortgage principal**
$  411,651.39

**3 Mortgage origination date**
08/29/2006

**PAYER'S/BORROWER'S name, street address (including apt. no.)**

EVIS STEPHENS
12706 177TH ST
JAMAICA, NY 11434-3307

**4 Refund of overpaid interest**
$     0.00

**5 Mortgage insurance premiums**
$     0.00

**6 Points paid on purchase of principal residence**
$     0.00

7 [X] If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8.

8 Address or description of property securing mortgage (see instructions)

**9 Number of properties securing the mortgage**

**10 Other    Real Estate Taxes paid**
$1,409.45

**Account number (see instructions)**
0071956702

**PAYER'S/BORROWER'S TIN**
XXX-XX-7829

**11 Mortgage acquisition date**

Form **1098**        (Keep for your records)

---

## Annual Statement of Account

**2019 Year End Escrow Account Information**

-46,763.82  BEGINNING BALANCE
48,173.27  DEPOSITS
-1,409.45  DISBURSEMENTS
0.00  ENDING BALANCE

**2019 Year End Unpaid Principal Balance**

411,651.39  BEGINNING BALANCE
162,810.10  PRINCIPAL APPLIED
0.00  ENDING BALANCE

**2019 Year End Interest Paid**

*See Box 1 of Mortgage Interest Statement

PROPERTY ADDRESS
12706 177th St
Jamaica, NY 11434-3307



For Return Address Purposes Only

PHH MORTGAGE SERVICES
1 MORTGAGE WAY
MT. LAUREL, NJ 08054
(800) 449-8767

| OMB No. 1545-1424 | | | 01/27/20 |
|---|---|---|---|
| **2019** Form 1099-C | **Cancellation of Debt** | | **Copy B For Debtor** |

Account number (see instructions)
654042-71955702

CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
OCWEN
P.O. Box 24646
West Palm Beach, FL 33416-3307
1-800-746-2936

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

CREDITOR'S TIN  01-0681100    DEBTOR'S TIN  XXX-XX-7829

CREDITOR'S name, street address (include apt. no.), city or town, state or province, country, and ZIP or foreign postal code

000546  01 MB 0.436  **AUTO  -C03-P0054L-I

EVIS STEPHENS
1270L 177TH ST
JAMAICA, NY 11434-3307

| 1 Date of identifiable event | 6 Identifiable event code |
|---|---|
| 04/04/2019 | Mortgage-12700 177th St Jamaica, NY 11434-3307 |
| 2 Amount of debt discharged | (if checked, the debtor was personally liable for repayment of the debt) |
| $ 74,151.39 | [X] |
| 3 Interest if included in box 2 | 4 Identifiable event code |
| $ 0.00 | F |
| | 7 Fair market value of property |
| | $ 337,500.00 |

Form 1099-C                           (Keep for your records)

**New York:**
You may file complaints about the servicing of your loan with the New York State Department of Financial Services . For further information call the Department's Consumer Assistance Unit at 1-800-342-3736 or visit the Department's website at www.dfs.ny.gov.

**Oregon:**
Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

**Texas:**
COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.