

Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

ACKNOWLEDGED AND ACCEPTED by:

_____
Evis Stephens

____/____/____
Date (MM/DD/YY)

---

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## AFFIDAVIT OF "ARM'S LENGTH TRANSACTION"

Loan Number: 71955702

Property Address:
12706 177th St
Jamaica, NY 11434-3307

All Parties to the contract to purchase aforementioned property dated: 07/11/2018

This affidavit is to be executed before or at the time of closing of the sale of the Mortgaged Premises by all Borrower(s), purchaser(s), real estate brokers representing any of the parties, the escrow/closing agent performing the closing of the sale, and the transaction facilitator facilitating the sale (if any) certifying under penalty of perjury that to the best of each signatory's knowledge and belief:

(a) The sale of the Mortgaged Premises is an "arm's length" transaction, between parties who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the parties that the Borrower will remain in the Mortgaged Premises as a tenant or later obtain title or ownership of the Mortgaged Premises, except to the extent that the Borrower is permitted to remain as a tenant on the Mortgaged Premises for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Borrower(s) nor the purchaser(s) will receive any funds or commissions from the sale of the Mortgaged Premises. The Borrower may receive a payment if it is offered by the Servicer, approved by the Investor and reflected in the SETTLEMENT/CLOSING DISCLOSURE STATEMENT;

(d) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Mortgaged Premises that have not been disclosed to the Servicer;

(e) All amounts to be paid to any party, including holders of other liens on the Mortgaged Premises, in connection with the short payoff transaction have been disclosed to and approved by the Servicer and will be reflected in the SETTLEMENT/CLOSING DISCLOSURE STATEMENT;

(f) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in the affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Mortgaged Premises;

(g) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(h) The certification will survive the closing of the transaction; and

(i) Each signatory understands that a misrepresentation may subject the party making the misrepresentation to civil and/or criminal liability.

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## AFFIDAVIT OF "ARM'S LENGTH TRANSACTION" (PAGE 2)

Loan Number: 71955702

<u>Property Address:</u>
12706 177th St
Jamaica, NY 11434-3307

One cannot list the property with or sell the property to anyone to whom they are related or with whom they have a close personal or business relationship. In legal language, it must be an "arm's length transaction." If one has a real estate license, they cannot earn a commission by listing the owned property. There may not be any agreements to receive a portion of the commission or the sale price after closing. The purchaser of a property subject to a short sale must agree not to resell the property within 30 calendar days of closing and is further prohibited from any resale of the property for 31 to 90 calendar days after closing for a gross sales price greater than 120 percent of the gross sales price of the short sale transaction. Any knowing violation of the arm's length transaction prohibition may be a violation of federal law.

**SIGN HERE →**

_____          _____
Seller & Co-Seller(s) Signature & Date        Buyer & Co-Buyer(s) Signature & Date
(MM/DD/YY)                                    (MM/DD/YY)

Evis Stephens                                 12706 HOLDINGS INC
Seller's Printed Name                         Buyer's Printed Name

**SIGN HERE →**

_____          _____
Seller's Agent Signature & Date               Buyer's Agent Signature & Date
(MM/DD/YY)                                    (MM/DD/YY)

Seller's Agent Name                           Buyer's Agent Name

NMLS # 1852                                                                          DISC_PLS_VAM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

---

Escrow / Closing Agent Name

---

Escrow / Closing Agent Company Name

**SIGN HERE** ➤

---

Escrow Closing Agent Signature & Date (MM/DD/YY)

**SIGN HERE** ➤

---

Transaction Facilitator Signature (If Applicable) & Date (MM/DD/YY)

---

NMLS # 1852                                                                                              DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 10 of 12



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

11/08/2018

## APPLICATION OF SUSPENSE FUNDS AFFIDAVIT

Loan Number: 71955702

Property Address:
12706 177th St
Jamaica, NY 11434-3307

AVAILABLE SUSPENSE FUNDS: $41.37

This affidavit is to confirm the following:

1) The property shown above is owned by me;

2) I have received a payoff quote, which is valid until the Expiration Date (as that term is defined in the Discounted Payoff Agreement and Release of Claims). I understand this affidavit must be executed and returned to Ocwen on or before the Expiration Date;

3) I am choosing to authorize Ocwen Loan Servicing, LLC to apply the Available Suspense Funds in the amount of $41.37 as part of a payoff for the loan number(s) referenced above.

4) I understand that striking any portion of this document will render the entire document void.

**SIGN HERE** ➤     _____     _____
                    Evis Stephens Signature                   Date (MM|DD|YY)

---

NMLS # 1852                                                                                         DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

ACKNOWLEDGEMENT

The State of _____ County/Parish: _____

Before me, the undersigned authority, in and for said county on this day personally appeared.
Known to me to be the person(s), name subscribed to the forgoing instrument, and knowledge to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office, this _____ day of _____,20___


_____
Notary Public, County/Parish


My Commission Expires_____


NMLS # 1852                                                                                                      DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 12 of 12

REPRESENTATION OF PRINTED DOCUMENT



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

12/27/2018

Account Number: 71955702

Evis Stephens
12706 177th St
Jamaica, NY 11434-3307

Property Address:
12706 177th St
Jamaica, NY 11434-3307



# NOTICE OF NON-APPROVAL FOR SHORT SALE
## PLEASE READ OUR EXPLANATION CAREFULLY

Dear Customer(s),



**Why We Are Sending This letter**

We carefully reviewed the mortgage assistance application for our short sale program. Unfortunately, we are not able to offer short sale assistance at this time.

Our decision was based primarily on the following:
We previously provided a discount payoff agreement, which has expired. If you would like, you may submit a new short sale package and a new offer for review.

Mario Carneiro has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

For any questions, we can be reached toll free Monday through Friday 8 am to 8 pm ET at 800.746.2936. Enter the requested information, then select option 2, then option 4, to speak with the assigned Relationship Manager. If Mario Carneiro is not available, another dedicated member of our Home Retention Department will be available to answer any questions. Our Customer Care Center may also be contacted at 800.746.2936 Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing

NMLS # 1852                                                                                               SSORM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

REPRESENTATION OF PRINTED DOCUMENT



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## OPPORTUNITY FOR APPEAL

Is it possible to appeal in case of a disagreement with the offered mortgage assistance option(s) or reason(s) for non-approval? In the case of a disagreement with the reason(s) for non-approval, the right to appeal exists. In order to appeal, a party has 30 days from receipt of this notice to send a written explanation and supporting documentation to substantiate any contrary findings. A copy of this letter should be sent, along with any supporting documents, to:



Ocwen Loan Servicing, LLC
Attn: Collateral Based Solutions – Escalation Group
16675 Addison Road
Addison, TX 75001
Fax: 407.737.6220
Email: liquidationappeals@ocwen.com

No foreclosure sale will be conducted during this 30-day period. However, please note if a notice of a foreclosure sale date of the home has been sent or a notice of a foreclosure sale date of the home has been published prior to the submission to us of a completed modification application, then such foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

For Borrowers in New York: We will not initiate or advance foreclosure during the appeal process.

NMLS # 1852                                                                                                         SSORM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

REPRESENTATION OF PRINTED DOCUMENT



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## ALTERNATIVES TO FORECLOSURE

Although the account is not currently eligible for our short sale program, there are other options we may be able to offer. For consideration of any other mortgage assistance options which may be available for this account as listed below, we should be contacted as soon as possible. If we do not have enough information to consider whether the account is eligible for one of the mortgage assistance options listed below, we will provide instruction as to what additional information we may require.



**Loan Modification:**
If an application for a mortgage modification has not yet been submitted, we recommend doing so. This account may qualify for an affordable payment plan, which would allow the home to be retained. If there is a desire to be considered for a modification, we should be contacted as soon as possible.

**Deed-in-Lieu of Foreclosure:**
This account may also be eligible for our Deed-in-Lieu of foreclosure program. With a Deed-in-Lieu, the property ownership is transferred in exchange for full cancellation of the mortgage liability. A Deed-in-Lieu allows for settlement of the mortgage obligations and avoids the stress of foreclosure, without the added hassle of selling the property. In addition, property occupants may qualify for a cash award to assist with moving expenses. If there is a desire to be considered for a Deed-in-Lieu of foreclosure, we should be contacted as soon as possible.

For any questions, please contact the Customer Care Center toll free at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

NMLS # 1852                                                                                                               SSORM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

REPRESENTATION OF PRINTED DOCUMENT



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## ADDITIONAL ASSISTANCE IS AVAILABLE

If a financial hardship is being experienced, housing counseling may be a way to help manage finances. We recommend contacting a HUD approved agency for assistance in keeping the home. This assistance is available at no charge, including help for military servicemembers.



| | | |
|---|---|---|
| HUD Approved Housing Counseling | 800.569.4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | 888.995.4673 | www.hopenow.com |
| Fannie Mae Assistance Program | 800.232.6643 | www.knowyouroptions.com |
| Consumer Financial Protection Bureau (CFPB) | 855.411.2372 | www.consumerfinance.gov/mortgagehelp/ |
| Freddie Mac Assistance Program | | www.myhome.freddiemac.com |

For Borrowers in New York:
The New York State Department of Financial Services' website provides detailed information about programs and services available to provide assistance in avoiding foreclosure.

http://www.dfs.ny.gov/

To submit a qualified written request, a notice of error or a request for information, the following address must be used:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Or visit www.ocwencustomers.com, log in and go to the Contact Us page to access the online form for inquiries, requests and complaints.

NMLS # 1852                                                                                                                SSORM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 4 of 5
INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## ADDITIONAL LEGAL DISCLOSURES

**Notice Regarding Bankruptcy:** Please be advised if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.



**Notice Regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**New York Residents: If it is believed the loss mitigation request has been wrongly denied, a complaint may be filed with the New York State Department of Financial Services at 800.342.3736 or www.dfs.ny.gov.**



---

NMLS # 1852                                                                                                                 SSORM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 5 of 5
INTERNET REPRINT



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Account Number: 71955702

## Mortgage Assistance Application

To avoid delays, please make sure all pages are complete, accurate and signed or initialed where indicated. Submit the complete application, along with the required documentation, to:

| For Fastest Processing | Regular Mail | Online |
|---|---|---|
| Email: rma@ocwen.com<br>Fax: 407.737.6352 | Ocwen Loan Servicing<br>Attn: Home Retention Department<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409 | www.ocwencustomers.com |

We will contact the accountholder(s) within five business days to acknowledge receipt and advise if additional information or documentation is required. We will use the information provided to help us identify the assistance the accountholder(s) may be eligible to receive. If help is required to complete this application, please contact us toll-free at 800.746.2936, we are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm ET.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:
- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If assistance is needed with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist. These services are provided without charge.

### Accountholder Information

Accountholder's name: 71955702

Social Security Number (last 4 digits): 7829

Email address: ███████

Primary phone number: ███████ ☒ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: _____ ☐ Cell ☐ Home ☐ Work ☐ Other

Co-accountholder's name: _____

Social Security Number (last 4 digits): _____

Email address: _____

Primary phone number: _____ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: _____ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☒ Cell phone ☐ Home phone ☐ Work phone ☐ Email

*By providing a mobile phone number(s), accountholder(s) are giving Ocwen permission to contact this number about all accounts. The accountholder(s) consent to the use of artificial/pre-recorded voice messages and automatic dialing technology regarding information pertaining to the accounts, including, but not limited to, this request for mortgage assistance. We may be contacted at any time to change this consent.*

Is either accountholder on active duty with the military (including the National Guard and Reserves), the dependent of an accountholder on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No



| Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- |
| www.ocwen.com | West Palm Beach, FL 33409 |
| *Helping Homeowners Is What We Do!®* | Toll Free: 800.746.2936 |

Account Number: 71955702

### Property Information

Property Address: 12706 177 St. Jamaica NY 11434

Mailing address (if different from property address): _____

- The property is currently: ☑ A primary residence   ☐ A second home   ☐ An investment property
- The property is (select all that apply): ☑ Owner occupied   ☐ Renter occupied   ☐ Vacant
- I want to: ☐ Keep the property   ☑ Sell the property   ☐ Transfer ownership of the property to my servicer   ☐ Undecided

Is the property listed for sale? ☑ Yes   ☐ No — If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: Maxine Bonaparte / Charene Bishop

### Hardship Information

*Please be aware that hardship and income documentation requirements may differ depending on the owner/insurer of your loan. The information requested herein represents the maximum amount of information necessary to complete a mortgage assistance package. If you would like to discuss the requirements for the review, please contact Ocwen at 800.746.2936*

The hardship causing mortgage challenges began on approximately (date) 01/01/2005 and is believed to be:

☐ Short-term (up to 6 months)
☑ Long-term or permanent (greater than 6 months)
☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
| --- | --- |
| ☑ Unemployment<br>☐ Unemployed and receiving benefits<br>☐ Start and End Dates of Unemployment Benefits<br>01/01/2005 to Current<br>☐ Unemployed and not receiving benefits | ☐ Third party documentation, including receipts of unemployment Benefits OR<br>☐ A self-attested Affidavit, stating the start date of unemployment and stating that the homeowner is actively seeking, and is available, for employment |
| ☐ Reduction in Income: a hardship that has caused a decrease in income due to circumstances outside accountholder's control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ Pay stubs dated within 90 days that show at least 30 days of year-to-date income OR<br>☐ Two most recent bank statements showing income deposit amounts dated within the last 90 days |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in housing expenses due to circumstances outside accountholder's control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ☐ Not required |
| ☐ Disaster (natural or man-made) impacting the property or accountholder's place of employment | ☐ Not required |
| ☐ Long-term or permanent disability, or serious illness of an accountholder/co-accountholder or dependent family member | ☐ Written statement from the accountholder, or other documentation verifying disability or illness<br>Note: Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ☐ Final divorce decree or final separation agreement OR<br>☐ Recorded quitclaim deed |



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| | |
|---|---|
| ☐ Separation of accountholders unrelated by marriage, civil union, or similar domestic partnership under applicable law | ☐ Recorded quitclaim deed OR<br>☐ Legally binding agreement evidencing the non-occupying accountholder or co-accountholder has relinquished all rights to the property |
| ☐ Death of accountholder or death of either the primary or secondary wage earner | ☐ Death certificate OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ☐ For active duty service members: Permanent Change of Station (PCS) orders or letter showing transfer<br>☐ For employment transfers/new employment: Pay stubs dated within 90 days which show at least 30 days of year-to-date income from new employer OR Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, AND<br>☐ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Business Failure | ☐ Federal tax return from previous year including all schedules AND<br>☐ Bankruptcy filing for the business, OR<br>☐ Two months of recent bank statements for the business account evidencing cessation of business activity OR<br>☐ Most recent signed and dated quarterly year-to-date profit and loss statement |
| ☐ Other – Any hardship not covered above: | ☐ Provide a written explanation describing the details of the hardship and any relevant documentation. *(Continue on separate sheet of paper, if needed.)* |

### Accountholder Income

Please enter accountholder(s) income amounts in middle columns.

| INCOME TYPE | Accountholder | Co-accountholder | REQUIRED INCOME DOCUMENTATION |
|---|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ N/A | $ | ☐ Most recent pay stub and documentation of year-to-date earnings if not on pay stub OR<br>☐ Two most recent bank statements showing income deposit amounts |
| Hire date | / / | / / | |
| Pay frequency | | | ☐ Indicate frequency of pay – (Weekly, Every 2 weeks, Monthly or Twice a month) |
| Self-employment income | $ | $ | ☐ Two most recent bank statements showing self-employed income deposit amounts OR<br>☐ Most recent signed and dated quarterly or year-to-date profit/loss statement OR<br>☐ Most recent complete and signed business tax return OR<br>☐ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ None | $ | ☐ Award letter showing the amount, frequency and duration of benefits |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | $ | ☐ Two most recent bank statements showing deposit amounts OR<br>☐ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | $ | ☐ Two most recent bank statements showing deposit amounts OR<br>☐ Award letters or other documentation showing the amount and frequency of the benefits |



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| | $ | $ | |
|---|---|---|---|
| Rental income (rents received, less expenses other than mortgage expense) | none | | ☐ Two most recent bank statements demonstrating receipt of rent OR<br>☐ Two most recent deposited rent checks |
| Investment or insurance income | none | $ | ☐ Two most recent investment statements OR<br>☐ Two most recent bank statements supporting receipt of the income |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan.) | none | $ | ☐ Two most recent bank statements showing receipt of income OR<br>☐ Other documentation showing the amount and frequency of the income |

### Current Accountholder Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan

| Combined Assets *(Round all figures to the nearest dollar)* | | | Monthly Expenses *(Round all figures to the nearest dollar)* | | |
|---|---|---|---|---|---|
| Checking account(s) and cash on hand | $ | 0 | Credit Cards/Installment Debt | $ | 0 |
| Total $ in Savings Account(s) | $ | | Child Support/ Alimony / Dependent Care | $ | |
| Money Market, Stocks, Bonds and CDs Value / Amount | $ | | Car and Auto/ Food/ Household/ Utilities/ Water/ Sewer/ Phone Expenses | $ | |
| Estimated Value of Real Estate Owned | $ | | Homeowner Association Fees (HOA) | $ | |
| Other Cash on Hand | $ | | Other Loans (excluding Mortgage) | $ | |
| Other | $ | | Other | $ | |
| Assets TOTAL | $ | 0 .00 | Expenses TOTAL | $ | 0 .00 |

### Non-Accountholder Authorization

**IMPORTANT:** Ocwen cannot consider non-accountholder income UNLESS this Authorization Form is completed.
A non-accountholder is defined as someone who may live at the accountholder's primary residence, but is not on the original mortgage loan/note (and may or may not be on the original security Instrument), but whose income is used to support the mortgage payment or monthly expenses.

*Note:* Without these authorizations, non-accountholder income cannot be considered and may delay our processing of the application.

| Non-Accountholder 1 | Non-Accountholder 2 |
|---|---|
| Non-Accountholder 1 Name:_____<br>Amount contributing toward the mortgage payment:_____ | Non-Accountholder 2 Name:_____<br>Amount contributing toward the mortgage payment:_____ |

I confirm that I contribute toward the mortgage installments and consent to the use of my contribution for the calculation of monthly income. I will also provide any supporting documentation showing my monthly income as referenced above. I authorize and give permission to the Servicer and their respective agents, to assemble and use a current consumer report, if necessary, as part of this assistance review. I understand that you may collect and record personal information that I submit, including, but not limited to, my name, address and income Information. I understand and consent to the disclosure of my personal information to third parties, including, but not limited to, the Servicer and their respective agents, successors and assigns, any investor, insurer, guarantor, state HFA or any HUD-certified housing counselor.

_____  __/__/__  _____  __/__/__
Non-Accountholder 1 Signature  Date (MM/DD/YY)  Non-Accountholder 2 Signature  Date (MM/DD/YY)



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Account Number: 71955702

### Accountholder(s) Certification and Agreement

1. It is certified and acknowledged that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to the need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law. If fraud or misrepresentation of facts is determined, the Servicer may cancel any mortgage assistance offer granted and may pursue foreclosure on the subject property and/or pursue any available legal remedies allowable under federal and state law.
2. If the account was discharged in a Chapter 7 bankruptcy proceeding, or currently entitled to protections or any automatic stay in bankruptcy, the Servicer is providing this application and information about mortgage assistance options at my request and for informational purposes, and not as an attempt to impose personal liability for the debt evidenced by the Note.
3. The accuracy of the accountholder(s) statements may be reviewed by the servicer or an authorized third party*, and the accountholder(s) may be required to provide additional supporting documentation. The accountholder(s) agree to provide the servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
4. It is acknowledged and agreed that the servicer is not obligated to offer assistance based solely on the representations in this document or other documentation submitted in connection with the mortgage assistance request. If a mortgage assistance option is offered, and that option requires an escrow account for payment of taxes and insurance, and the account currently does not have one, it is agreed that the servicer may establish an escrow account.
5. The accountholder(s) consent to the servicer or authorized third party* obtaining a current credit report for the accountholder(s).
6. The accountholder(s) consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal and non-personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law. Personal Information may include, but is not limited to: (a) my name, address, telephone number; (b) my Social Security Number; (c) my credit score; (d) my income; and (e) my payment history and information about the account balances and activity. I/We hereby authorize the servicer to release, furnish, and provide information related to my/our account to:

_____  _____  _____
Housing Counseling Agency / Other Third Party    Third Party Name & Phone Number    Third Party Email Address

7. The accountholder(s) agree that the terms of this accountholder certification and agreement will apply to any modification Trial Period Plan, repayment plan, or Forbearance Plan that I may be offered based on this application. If an offer is received for a modification Trial Period Plan or repayment plan, it is agreed that the first timely payment under the plan will serve as acceptance of the plan.
8. A condemnation notice has not been issued for the property.
9. As a condition of completing a Short Sale transaction, all parties will be required to sign an Arm's Length Affidavit as a part of the Short Sale approval. An arm's length transaction is defined as, but not limited to, the sale of the mortgaged premises between parties who are unrelated and unaffiliated by family, marriage or commercial enterprise.
10. Accountholder understands and agrees that, if permitted by investor/program guidelines and allowable under state and federal law, a fee may be assessed to the account in connection with a property valuation.
11. The accountholder(s) consent to being contacted concerning this application for mortgage assistance or any other loan-related matter at any telephone number, including mobile telephone numbers or email addresses, I have provided to the lender, servicer or authorized third party.*

*An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

BY SIGNING BELOW, I/WE CERTIFY THAT ALL THE INFORMATION CONTAINED HEREIN IS TRUTHFUL.
I/WE UNDERSTAND AND AGREE WITH THE TERMS OF THIS CERTIFICATION AND AGREEMENT.

_____    12/21/2016    _____    ___/___/___
Accountholder Signature    Date (MM/DD/YY)    Co-Accountholder Signature    Date (MM/DD/YY)

December 24, 2018

Re: 127 06 177th Street

Jamaica NY 11434

Letter of Financial Status

I Evis Stephens has been unemployed for 8 years. Unemployment started in 2005. I have struggled with seeking employment due to age and health, I suffer from extreme stress a migraine headache.

I have opted to liquidate the house debt with a short sale.

*[signature]*

EVIS STEPHENS



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

OCWEN

EVIS STEPHENS
12706 177TH ST
JAMAICA NY 11434-3307

**Mortgage Account Statement**

1800 390 - 4656

877-284-1863

| Property Address | 12706 177th St |
|---|---|
| | Jamaica, NY 11434-3307 |

| Statement Date | 07/17/18 |
|---|---|
| Account Number | 0071955702 |
| Due Date | Due Now |
| **Reinstatement Amount** | **$204,812.54** |

If payment is received after 08/16/18, a $48.94 late fee may be charged.

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

9*   $BALL - $300K -

### Account Information

| | |
|---|---|
| Principal Balance* | $411,651.39 |
| Escrow Balance | -$42,465.08 |
| Maturity Date | September 1, 2036 |
| Interest Rate | 3.37000% |
| Prepayment Penalty | No |

*This is the Principal Balance only, not the amount required to pay the loan in full.  **This balance may increase over time.

### Explanation of Amount Due***

| | |
|---|---|
| Principal | $411,651.39 |
| Interest | $101,416.79 |
| Escrow Advance | $42,465.08 |
| Fees/Other Charges (Since Last Statement) | $14.50 |
| Past Due Fees/Other Charges | $9,719.28 |
| Unapplied Funds** | -$41.37 |
| **Total Unpaid Amount** | **$565,225.67** |
| Alternative Payment - Reinstatement | |
| Principal | $70,458.20 |
| Interest | $90,935.72 |
| Escrow Payment | $43,459.99 |

### Activity Since Last Statement (06/18/18 to 07/17/18)

How Payments & Charges were Applied

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/18 | 06/19/18 | Tax Disbursement NYC DEPT OF FINANCE 1150 SOUTH A | -$1339.29 | | | -$1339.29 | $8.95* | | | |
| 07/02/18 | | Charge - Property Inspection | -$14.50 | | | | | | -$14.50 | |
| 07/17/18 | | PREM - Trilegiant | -$8.95 | | | | -$8.95 | | | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes and/or Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $41.37 |
| Total | $.00 | $41.37 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments made are not applied to the mortgage account, but instead are held in a separate unapplied funds account. If the balance of a partial payment is paid, the funds will then be applied to the mortgage account.
Our records indicate the mortgage is in foreclosure. Accordingly, this statement may be for informational purposes only.
Payments received are to be applied in accordance with the mortgage documents. Payments will be first applied to bring the account contractually current. Any additional funds received will be applied to outstanding fees and advances, as applicable, prior to being applied to principal.
If the account has foreclosure protection provided under the Service members Civil Relief Act (SCRA) or similar state law, Ocwen will not conduct foreclosure activity during the foreclosure protection period.
The mortgage has been accelerated (the past due balance, all fees, and the remaining principal balance is now due in full). This statement is not considered a payoff quote -- any additional fees and expenses that post to the account after the statement date, must still be paid. Any

See reverse side for important information and state specific disclosures.



OCWEN

### Payment Coupon

| Reinstatement Amount | $204,812.54 |
|---|---|
| If late charge assessed after 08/16/18, add late charge of | $48.94 |
| Total Amount Due with Late Charge (if assessed) | $204,861.48 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| **Total Enclosed** | |

Note: If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

If this payment is made via automatic drafting, this statement is for informational purposes only.

Evis Stephens
Account Number: 0071955702

OCWEN LOAN SERVICING, LLC
PO BOX 660264
DALLAS TX 75266-0264

1  00204861488  4444444881  000000071955702  50  204812549