

Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

01/23/2018

Account Number: 71955702

Evis Stephens

Property Address: 12706 177th St, Jamaica, NY 11434-3307
Requestor Email Address: joseph.burton@ocwen.com

Borrower(s) Name: Evis Stephens




## PAYOFF QUOTE
## VALID THROUGH 02/16/2018

Dear Requestor,



**Why We Are Sending This Letter**

A payoff quote was requested for account number: 71955702.

The total amount due is **$552,898.26**, which will be valid through 02/16/2018.



**What Needs To Be Done**

1. Scheduled payments should still be made on time, until the account is paid off, to avoid late charges and payments being reported as late to the credit bureaus.
2. Refer to the following pages for a detailed breakdown of this quote and for payment instructions.
3. Payoff funds should be sent in one of the forms of certified funds listed here: Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. Funds not remitted in one of these forms will be returned, and the payoff will not be processed.

**What We Will Do**

Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies.

After the payoff funds have been applied and the account has been reconciled, any overpayment of funds will be returned to the remitter through regular mail within 20 days of the receipt of the funds.

For any questions regarding this payoff quote, the Customer Care Center may be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing

Enclosure

NMLS # 1852

PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

See below for a breakdown of the total amount required to pay off the above-referenced account on or before 02/16/2018, as well as complete payoff instructions.

Important Note: If there is an escrow account associated with the mortgage for property taxes and insurance, we may need to pay the tax and insurance bills before this payoff quote expires on 02/16/2018. Any additional disbursements made on behalf of the mortgage will be added to the amounts due on payoff.

| Description | Amount Due |
|---|---|
| Principal | $411,651.39 |
| Interest | $92,143.62 |
| Escrow Advance | $39,771.84 |
| Property Inspection Fee | $594.00 |
| Title Report Fee | $1,352.50 |
| Property Valuation | $340.00 |
| FC Thru Service Complete | $672.50 |
| FC Thru Title Searches | $1,050.00 |
| FC Thru Complaint | $525.00 |
| Civil Litigation | $3,025.00 |
| Court | $215.00 |
| Filing Fee Complaint | $400.00 |
| Lis Pendens/NOPA | $80.00 |
| Service of Process | $348.00 |
| Clerk/Prothonotary | $121.56 |
| Certified Mail Cost | $38.71 |
| Loan Document Copy Fee - Multi | $30.00 |
| Satisfaction Cost | $42.00 |
| Late Charges | $538.51 |
| Suspense Credit | -$41.37 |

| **Total Amount Due** | $552,898.26 |
|---|---|

| | |
|---|---|
| **Next Due Date** | 06/01/2012 |
| **Quoted Date** | 01/22/2018 |
| **Payoff Quote Expiration Date** | 02/16/2018 |
| **Grace Period End Date** | 01/16/2018 |
| **Original Principal Balance** | $630,000.00 |

NMLS # 1852 PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Given below is a breakdown of the interest that is shown above in the amount of $92,143.62 due on or before 02/16/2018. Please note that interest is generally charged in arrears. On a normal amortizing loan, the current month's payment will include the interest charges for the previous month. The unpaid principal balance is not the payoff amount.

| From | To | Interest Amount | Interest Rate | Principal Bal. | Daily Per Diem | # Days |
|---|---|---|---|---|---|---|
| 05/01/12 | 05/31/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 06/01/12 | 06/30/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 07/01/12 | 07/31/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 08/01/12 | 08/31/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 09/01/12 | 09/30/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 10/01/12 | 10/31/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 11/01/12 | 11/30/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 12/01/12 | 12/31/12 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 01/01/13 | 01/31/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 02/01/13 | 02/28/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 03/01/13 | 03/31/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 04/01/13 | 04/30/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 05/01/13 | 05/31/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 06/01/13 | 06/30/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 07/01/13 | 07/31/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 08/01/13 | 08/31/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 09/01/13 | 09/30/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 10/01/13 | 10/31/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 11/01/13 | 11/30/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 12/01/13 | 12/31/13 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 01/01/14 | 01/31/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 02/01/14 | 02/28/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 03/01/14 | 03/31/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 04/01/14 | 04/30/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 05/01/14 | 05/31/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 06/01/14 | 06/30/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 07/01/14 | 07/31/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| From | To | Interest Amount | Interest Rate | Principal Bal. | Daily Per Diem | # Days |
|---|---|---|---|---|---|---|
| 08/01/14 | 08/31/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 09/01/14 | 09/30/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 10/01/14 | 10/31/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 11/01/14 | 11/30/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 12/01/14 | 12/31/14 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 01/01/15 | 01/31/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 02/01/15 | 02/28/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 03/01/15 | 03/31/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 04/01/15 | 04/30/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 05/01/15 | 05/31/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 06/01/15 | 06/30/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 07/01/15 | 07/31/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 08/01/15 | 08/31/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 09/01/15 | 09/30/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 10/01/15 | 10/31/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 11/01/15 | 11/30/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 12/01/15 | 12/31/15 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 01/01/16 | 01/31/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 02/01/16 | 02/29/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 03/01/16 | 03/31/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 04/01/16 | 04/30/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 05/01/16 | 05/31/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 06/01/16 | 06/30/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 07/01/16 | 07/31/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 08/01/16 | 08/31/16 | $1,156.05 | 3.37000% | $411,651.39 | $38.53514400 | 30 |
| 09/01/16 | 09/30/16 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 10/01/16 | 10/31/16 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 11/01/16 | 11/30/16 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 12/01/16 | 12/31/16 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 01/01/17 | 01/31/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 02/01/17 | 02/28/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 03/01/17 | 03/31/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 04/01/17 | 04/30/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 05/01/17 | 05/31/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| From | To | Interest Amount | Interest Rate | Principal Bal. | Daily Per Diem | # Days |
|---|---|---|---|---|---|---|
| 06/01/17 | 06/30/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 07/01/17 | 07/31/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 08/01/17 | 08/31/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 09/01/17 | 09/30/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 10/01/17 | 10/31/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 11/01/17 | 11/30/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 12/01/17 | 12/31/17 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 01/01/18 | 01/31/18 | $1,830.23 | 5.33528% | $411,651.39 | $61.00765100 | 30 |
| 02/01/18 | 02/15/18 | $915.11 | 5.33528% | $411,651.39 | $61.00765100 | 15 |



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## PAYOFF REQUIREMENTS AND CONDITIONS

**Certified funds are required for payoff.** Payoff funds must be provided via certified funds such as: Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. Non-certified payments will not be accepted, and the payoff will not be processed.

## HOW TO SUBMIT PAYOFF FUNDS

- Wire transfers are preferred. Wire transfer is the fastest, safest and most convenient payment option. Because this is the fastest option, it may also save money on per-diem interest.
- To make a wire transfer, provide the information listed under payment methods to the remitting bank.
- Be sure to always include the borrower's name, property address and account number on any remittance. If there is an inability to wire transfer funds, the payment should be sent in certified funds by overnight mail as shown below.

## PAYMENT METHODS:

| Preferred Option: Wire Transfer | |
|---|---|
| Bank: | Wells Fargo Bank, NA |
| Ocwen Bank ABA Routing Number: | 121000248 |
| Ocwen Bank Account Number: | 4124823352 |
| Account Name: | Ocwen Loan Servicing, LLC |
| Reference: | Ocwen Customer Account Loan # 71955702, Property Address, and Borrower's Name |
| Email: | Wire details to: Transferfunds@ocwen.com |

| Overnight Mail* |
|---|
| Mail Certified Funds Check to:<br>Ocwen Loan Servicing, LLC<br>Attn: Cashiering / Payoff Department<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409<br>Reference: Ocwen Account Number 71955702 |

*All checks/money orders should be made payable to: Ocwen Loan Servicing, LLC. **The mortgage account number, borrower's name and property address should be included on the front of any check or money order.**

| Western Union Quick Collect** |
|---|
| Code City: OCWEN |
| State: Florida |
| Reference: Ocwen Account Number # 71955702 |
| Agent Locator: 800.225.5227 |

| MoneyGram** |
|---|
| Receiver Code: 2355<br>Payable to: Ocwen Loan Servicing, LLC<br>City, State: Orlando, Florida<br>Reference: Ocwen Account Number 71955702<br>Agent locator: 800.926.9400 |

**Western Union and MoneyGram may charge a fee for this service. Contact Western Union or MoneyGram for any payment or transaction limitations.



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**This payoff amount is subject to change.** To the extent permitted by law, we reserve the right to correct any portion of this statement at any time.

- All balances are subject to change as a result of any transactions, the assessment of any fees, or any costs being incurred with respect to the account, which occur prior to the application of payoff funds. If the account is referred to foreclosure, becomes subject to a bankruptcy proceeding, if it was not already, or has any other valid fees or costs assessed to it prior to the Payoff Quote Expiration Date, this payoff quote is deemed invalid, and a new payoff quote will be provided.

- Similarly, if any payments applied to this account within the prior thirty (30) days of the date of this payoff quote are reversed for any reason, including but not limited to, insufficient funds or a stop payment being placed on a check, this payoff quote is deemed invalid, and a new payoff quote must be obtained from us to reflect the correct amount due and owing. Subsequent payoff quotes will reflect the full amount due and are subject to change for the reasons referenced above.

**Overpayment or underpayment of payoff amount.** Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies. The payoff amount does not include any applicable positive escrow balance. After the payoff funds have been applied, and the account has been reconciled, any overpayment of funds will be returned to the issuer through regular mail within 20 days of the date the funds are received. Escrow account overages will be disbursed within 20 days. Please be aware to the extent permitted by law, if the payoff funds received are less than the total amount necessary to pay the account in full, then any escrow funds remaining after payment of insurance and taxes due may be applied to the mortgage at payoff. If the desire is not to have any remaining escrow surplus funds applied to the loan at payoff, we must be notified at least 5 days prior to submitting the payoff funds. This notification may be emailed to payoffs@ocwen.com or faxed to 407.737.6118. In the event of an underpayment of the required stated payoff funds, if the escrow funds are insufficient to pay the account in full, we will return the funds and continue to accrue interest on the loan.

**Monthly payments due before payoff must still be paid by due date.** Issuance of this statement does not suspend the contractual requirement to make mortgage payments when due. If payoff funds are received after the expiration of the grace period, if such a period is applicable to this mortgage account, a late charge may be due. All late charges will be paid prior to the application of any payoff funds and preparation of the satisfaction of the Mortgage/Deed of Trust.

**Escrow disbursements will proceed until payoff funds are received.** Issuing this payoff statement will not stop future escrow disbursements. Property taxes or insurance may be paid after this quote is issued. If such disbursements create escrow advances and change the amount due to satisfy the mortgage, this payoff quote will be deemed invalid, and a new payoff quote must be obtained from us to reflect the correct amount due and owing. Subsequent payoff quotes will reflect the full amount due and are subject to change as referenced above.

**Past due fees still apply.** If the account is past due, collection expenses and legal fees may be accruing.

**Per diem interest may change.** If this is an adjustable rate mortgage, the per diem interest may change prior to payoff and the new per diem interest will be applicable for the payoff as well.

**The security instrument (Deed of Trust or Mortgage) will be released after payoff.** Upon receipt of the entire payoff amount, we will execute a release and discharge of the Deed of Trust/Mortgage and, if necessary, will file a withdrawal in connection with any legal action that may have been taken with regard to this mortgage account.



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**Prepayment penalty waiver may be allowed.** If the terms of the mortgage documents allow for waiver of the prepayment penalty in certain circumstances, Ocwen must be provided with the requisite documentation to demonstrate waiver of a prepayment penalty in accordance with the terms of the mortgage documents. Such documentation must be provided to the Payoff Department within sixty (60) days following the date that the payoff was made. This documentation may be emailed to **payoffs@ocwen.com** or faxed to **407.737.6118**. Unless otherwise prohibited by law, no prepayment penalty will be waived unless and until we are notified of the qualifying event.

**Please verify the Social Security Number on file for tax reporting.** Please visit our website at www.ocwen.com to verify the Social Security Number on file for the purposes of year-end tax reporting, if applicable.

For questions regarding this payoff quote, please contact our Customer Care Center at 800.746.2936. We are available Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

**1661 Worthington Road, Suite 100**
**West Palm Beach, FL 33409**
**Toll Free: 800.746.2936**

11/08/2018

Loan Number: 71955702

Evis Stephens
12706 177th St
Jamaica, NY 11434-3307

**Property Address:**
12706 177th St
Jamaica, NY 11434-3307

## YOUR DISCOUNTED PAYOFF AGREEMENT IS APPROVED

PLEASE SEND ALL REQUIRED DOCUMENTS AND FUNDS BY 12/17/2018

Dear Customer(s),



Why We Are Contacting You

Ocwen Loan Servicing, LLC, ("Ocwen"), acting on behalf of Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5 ("Investor"), has approved a discounted payoff on the above referenced loan of $474,419.63 ("Payoff Amount") and, subject to the conditions set forth herein, an assistance payment to the borrower of $0.00 ("Assistance Payment").



What You Need To Do

Please follow the detailed steps on the following pages by 12/17/2018:

Sign and return ALL required documents.

| For fastest processing: email or fax documents to: | | Mail documents to: |
|---|---|---|
| Email: SS@ocwen.com<br>Fax: 407.737.5071 | OR | Ocwen Loan Servicing, LLC<br>Attn: Collateral Based Solutions (SS)<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409 |

1. Wire transfer the full amount of the Approved Payoff.
   HOW TO REMIT PAYMENT:
   Wells Fargo Bank, NA
   Ocwen Bank ABA Routing number: 121000248
   Bank Account Name: Ocwen Loan Servicing, LLC
   Bank Account Number: 4124823352
   Reference: Loan Number, Property Address, and Borrower Name



This discounted payoff option expires on 12/17/2018 (the "Expiration Date").
If you do not comply with the terms described on the following page on or before this Expiration date,

NMLS # 1852

DISC_PLS_VAM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| What We Will Do | this offer will no longer be available to you. |
|---|---|

Mario Carneiro has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

For any questions, please contact us Monday through Friday 8 am to 8 pm ET at 800.746.2936, enter the requested information, then select option 2, then option 4, to speak with the assigned Relationship Manager, Mario Carneiro, who is the designated contact for inquiries and the submission of documents as needed. If Mario Carneiro is not available, another dedicated member of our Home Retention Department will be available to answer any questions.
Our Customer Care Center may also be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET. Information concerning this mortgage account may also be found online at www.ocwencustomers.com.

Sincerely,
*Loan Servicing*



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

<u>To accept the discounted payoff, you must adhere to the following prior to the Expiration Date:</u>

1. There are no payments allowable to any Junior Liens.

2. The Maximum Allowable Real Estate Commission is 6.00000%.

3. If you require an approval to the final Settlement / Closing Disclosure Statement before closing, you must email a copy at least 48 hours in advance to finalhudapproval@ocwen.com.

4. After receipt of the entire Payoff Amount, any funds held in the Borrower's escrow/suspense account and/or insurance claim proceeds relating to the Loan shall be 1) released by Borrower(s) to Ocwen, 2) considered the property of Ocwen, and 3) applied toward Ocwen's loss.

5. As indicated in the Application of Suspense and/or Insurance claim funds affidavit, in addition to paying the Payoff Amount, you authorize Ocwen to apply any funds that may be in your impound (i.e., escrow) account, and in your suspense and/or hazard suspense accounts in the amount of $41.37.

**To complete the discounted payoff and proceed with lien release, the payoff funds must be accompanied by:**

- A copy of the signed Discounted Payoff Agreement,
- The final Settlement / Closing Disclosure Statement,
- The Affidavit of Arm's Length Transaction,
- The Application of Suspense Funds Affidavit (if applicable)

If these items are not received, payoff funds will be returned to the sender.



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**REQUIRED STEPS**

All items MUST BE RECEIVED by Ocwen on or before 12/17/2018 (the "Expiration Date").

**Step 1. SIGN All Listed Documents and FAX or EMAIL them to Ocwen by the Expiration Date.**

**Fax to 407.737.5071 or Email to SS@ocwen.com.**

ALL borrowers MUST sign and fax or email all parts of this letter along with the Settlement / Closing Disclosure Statement:

- ☐ **Affidavit of "Arm's Length Transaction"** - fully completed and signed by all involved parties.
- ☐ **Final Settlement / Closing Disclosure Statement*** - fully completed and signed by all involved parties.
- ☐ *IMPORTANT NOTE - The Settlement / Closing Disclosure Statement must be consistent with the preliminary Settlement/ Closing Disclosure statement that Ocwen relied upon to approve this discounted payoff. Any surplus funds must be paid directly to Ocwen Loan Servicing, LLC. Under no circumstances shall any funds go the borrower(s) unless Ocwen pre-approves such payment to the borrower(s).
- ☐ If junior liens are being paid off through this transaction, a copy of the payoff letter that contains language stating they will either pursue or not pursue any deficiency judgment or try to collect on the remaining balance must be received prior to the closing of this transaction.

**Step 2. WIRE TRANSFER Payoff to Ocwen by the Expiration Date.**

Ocwen <u>must receive</u> the approved Payoff Amount by bank wire transfer no later than the close of business on the Expiration Date.

- ☐ Bank Wire Transfer for the full amount of the Approved Payoff - **include your loan number**
- ☐ Email details of the wire transfer and confirmation to Transferfunds@ocwen.com

BANK WIRE DETAILS - HOW TO REMIT PAYMENT:

Ocwen Bank: Wells Fargo Bank, NA
Ocwen ABA Routing Number: 121000248
Bank Account Name: Ocwen Loan Servicing, LLC
Ocwen Account Number: 4124823352
Reference: Loan Number, Property Address and Borrower Name



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*




Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## ACKNOWLEDGEMENTS

**ACTIVE BANKRUPTCY REQUIREMENT.** If the debt secured by the above-named property or said property is the subject of an active bankruptcy, the above-named Borrower(s) must obtain and send Ocwen an order from the bankruptcy court with jurisdiction over such bankruptcy proceeding. Said court order must approve the terms and conditions of the short sale and the Discounted Payoff Agreement.

**ASSISTANCE PAYMENT.** As a condition to receiving the Assistance Payment, the Borrower(s) shall ensure that all occupants have voluntarily and permanently vacated the above-mentioned property no later than the Expiration Date 12/17/2018 leaving the property in "broom clean" condition, free of any exterior and interior debris, damage and destruction and that all appliances, lighting, fixtures, carpeting, etc. remain with the above-mentioned property and that all keys to the above mentioned property, mailboxes, common area facilities, garage door controls and security systems are surrendered to Ocwen or any agent that Ocwen may designate at the time the aforementioned property is vacated. If the Borrower(s) complies with the foregoing condition and all other terms of this Discounted Payoff Agreement, Ocwen will instruct the settlement agent to pay the Borrower the Assistance Payment from the sale proceeds at the time that all other payments are disbursed by the settlement agent.

**POSTPONEMENT OF A FORECLOSURE SALE.** If a foreclosure sale date is set, we will postpone the sale date to ensure enough time to complete the discounted payoff. We must receive the Payoff Amount; signed approval letter; executed Affidavit of Arm's Length Transaction; Application of Suspense Funds Affidavit, if applicable; and executed Promissory Note, if applicable, on or before the Expiration Date of this Agreement.

**AGREEMENT CONFIDENTIALITY.** All contents of this letter and the terms of this Discounted Payoff Agreement are strictly confidential and may only be disclosed to parties authorized by Ocwen , the owner or guarantor of the loan and their respective agents or any other authorized third party. An authorized third party includes, but is not limited to, a counseling agency, Housing Finance Agency (HFA), Consumer Financial Protection Bureau (CFPB) or other similar entity that is assisting in obtaining a foreclosure prevention alternative or ensuring on behalf of the borrower that all mortgage relief options were properly reviewed and offered. Any disclosure or transmittal of this letter or the terms of this Discounted Payoff Agreement (including, but not limited to website postings and any promotional materials or publications whatsoever) will result in revocation of the discounted payoff offer and liability against all parties involved in such disclosure.

**LEGAL ACTION.** Upon our timely receipt of the entire Payoff Amount, evidence of satisfaction of the above conditions and a copy of this letter, properly signed by each of the above-named Borrower(s), Ocwen will execute a release/satisfaction and a discharge of the Deed of Trust/Mortgage. If necessary, Ocwen will file a withdrawal in connection with any legal action it may already have taken, as of the date of your response to this letter, to collect this obligation.

**BALANCE WAIVER.** The remaining deficiency after acceptance of the short sale proceeds is $103,310.47. Ocwen has approved the short sale offer as full and final satisfaction of the mortgage indebtedness for this lien. Ocwen agrees to waive the remaining balance due on the referenced loan or such waiver is required by state law and, therefore, Ocwen will release the Borrower(s) from further obligation upon successful completion of the short sale. Furthermore, Ocwen agrees to waive all rights to pursue for further judgment or deficiencies, costs, fees, interest or expenses in association with the referenced loan. Ocwen further agrees that it shall not transfer any further obligations or rights to pursue further judgment or deficiencies to a third party debt-collector. Unless prohibited by state law, Ocwen will report this debt forgiveness to the Internal Revenue Service on Form 1099-C.



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

TAX CONSEQUENCES. Please be advised that completing a short sale may have consequences with respect to your federal, state, or local tax liability, as well as eligibility for any public assistance benefits you may receive. Ocwen cannot advise you on tax liability or any effect on public assistance benefits, you may wish to consult with a qualified individual or organization about any possible tax or other consequences resulting from the short sale and/or deficiency waiver.

CREDIT REPORTING. We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full payment. We have no control over or responsibility for the impact of this report on your credit score. You may access the following website to learn more about the potential impact of a short sale on your credit: http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

NOTICE REGARDING CREDIT DISCRIMINATION: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

Ocwen reserves the right to terminate this offer at any time prior to your timely acceptance of the terms set forth above. All terms within this agreement must be strictly complied with, and any failure to complete or comply with any term constitutes failure to accept this discounted payoff offer rendering the offer is null and void. If this discounted payoff is not accepted, is terminated prior to acceptance, or otherwise is not completed as instructed in the manner and time frame set forth in this letter, then nothing in this letter shall be construed to prejudice, waive, modify or alter any of Ocwen or Investor's rights or remedies in law or in equity in collecting the entire amounts due and to come due on the Loan or be construed to waive any defense of Ocwen or Investor.



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*