# EXHIBIT B

# Small Residential Income Property Appraisal Report

File # 177th ST 12607 (As-is)

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | | | |
|---|---|---|---|---|---|
| Property Address | 127-06 177th St | City Jamaica | State NY | Zip Code 11434 | |
| Borrower 7842 79th Pl Inc | | Owner of Public Record Stephens, Evis | | County Queens | |

Legal Description  Block: 12527 Lot: 93

| | | | |
|---|---|---|---|
| Assessor's Parcel # 4125270093 | | Tax Year 2018 | R.E. Taxes $ 5,313 |
| Neighborhood Name South Jamaica | | Map Reference 35614 | Census Tract 0334.01 |

| Occupant | ☒ Owner | ☐ Tenant | ☐ Vacant | Special Assessments $ 0 | ☐ PUD  HOA $ 0 | ☐ per year | ☐ per month |
|---|---|---|---|---|---|---|---|

| Property Rights Appraised | ☒ Fee Simple | ☐ Leasehold | ☐ Other (describe) | |
|---|---|---|---|---|
| Assignment Type | ☐ Purchase Transaction | ☐ Refinance Transaction | ☒ Other (describe)  Hard Money Lending | |

Lender/Client  Planet Management Group LLC        Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes  ☒ No

Report data source(s) used, offering price(s), and date(s).        No listing could be located on MLS or any other platform typically used in the market.

**CONTRACT**

☐ I did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $        Date of Contract        Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | 2-4 Unit Housing Trends | | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban | ☐ Rural | Property Values | ☒ Increasing | ☐ Declining | PRICE | AGE | One-Unit | 45 % |
| Built-Up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 25 % |
| Growth | ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time | ☐ Under 3 mths | ☒ 3-6 mths | ☐ Over 6 mths | 200 Low | 0 | Multi-Family | 20 % |
| | | | | | | | | 1,300 High | 150 | Commercial | 10 % |
| | | | | | | | | 714 Pred. | 80 | Other | 0 % |

Neighborhood Boundaries  Jamaica Avenue to the north; Farmers Blvd to the east; Conduit Ave to the south; Van Wyck Expressway to the west.

Neighborhood Description        The subject property is located in the S. Jamaica section of Queens county within the City of New York. The neighborhood is an urban residential area improved primarily with one to two family dwellings. Commercial/industrial properties and midrise apartments are dispersed throughout the neighborhood. The subject is in convenient proximity to area shopping, education, recreation, public transportation and employment. Appeal of the neighborhood as compared to the surrounding neighborhoods is considered average.

Market Conditions (including support for the above conclusions)        The median sale price for Queens County showed a modest 3.5%, on a year over year based on the most recent data provided by MLSLI (11/2018). After a prolonged period of inventory shortage and increasing prices, inventory in Jamaica has increased significantly over the prior three month period and there is excess supply at the current absorption rate. As of the effective date of the appraisal it is too soon to determine if this is normal seasonal variance or the beginning of a change in market conditions. If this inventory remains on the market for an extended period, it is likely to lead to downward pressure on values.

**SITE**

| | | | |
|---|---|---|---|
| Dimensions 30 X 115 | Area 3,450 sf | Shape Rectangular | View Urban Residential |
| Specific Zoning Classification  R3A | | Zoning Description  Low Density Residential | |

Zoning Compliance  ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | 2 X 100 Amp | Water | ☒ | | Street Macadam | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No    FEMA Flood Zone  X    FEMA Map # 3604970242F    FEMA Map Date 09/05/2007

Are the utilities and/or off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe

Property has typical market external influences that are common to the area and have no adverse impact on value or marketability. Property has a distant commercial view. This is common to the area and has no adverse impact on value in the current market.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units | ☒ Two  ☐ Three  ☐ Four | ☐ Concrete Slab | ☐ Crawl Space | Foundation Walls | Not Visible/Avg | Floors | HW/Cpt/Tile/Avg |
| ☒ Accessory Unit (describe below) | | ☐ Full Basement | ☒ Partial Basement | Exterior Walls | Stucco/Vinyl/Gd | Walls | Drywall/Good |
| # of Stories 2 | # of bldgs. 1 | Basement Area | 560 sq.ft. | Roof Surface | Asph.Shingle/Gd | Trim/Finish | Wood/Avg |
| Type ☒ Det.  ☐ Att.  ☐ S-Det./End Unit | | Basement Finish | 90 % | Gutters & Downspouts | Aluminum/Gd | Bath Floor | Ceramic/Avg/Gd |
| ☐ Existing  ☒ Proposed  ☐ Under Const. | | ☐ Outside Entry/Exit | ☐ Sump Pump | Window Type | Vinyl DH/Sldr/Gd | Bath Wainscot | Ceramic/Avg/Gd |
| Design (Style)  Colonial/Det | | Evidence of | ☐ Infestation | Storm Sash/Insulated | Insulated/Gd | Car Storage | |
| Year Built 1930 | | ☐ Dampness | ☐ Settlement | Screens | Yes/Avg | ☐ None | |
| Effective Age (Yrs)  15-20 | | Heating/Cooling | | Amenities | | ☒ Driveway  # of Cars 1 | |
| Attic | ☒ None | ☒ FWA | ☐ HWBB | ☐ Radiant | Fireplace(s) # 0 | ☐ Woodstove(s) # 0 | Driveway Surface  Concrete |
| ☐ Drop Stair | ☐ Stairs | ☐ Other | Fuel Gas | | ☐ Patio/Deck None | ☒ Fence Typical | ☐ Garage  # of Cars 0 |
| ☐ Floor | ☒ Scuttle | Cooling | ☐ Central Air Conditioning | | ☐ Pool None | ☐ Porch None | ☐ Carport  # of Cars 0 |
| ☐ Finished | ☐ Heated | ☐ Individual | ☒ Other  Wall | | ☒ Other None | | ☐ Att.  ☐ Det.  ☐ Built-in |

# of Appliances  Refrigerator 2  Range/Oven 2  Dishwasher 0  Disposal 0  Microwave 0  Washer/Dryer 0  Other (describe)

| Unit # 1 contains: | 6 Rooms | 3 Bedrooms | 2 Bath(s) | 1,080 Square Feet of Gross Living Area |
|---|---|---|---|---|
| Unit # 2 contains: | 6 Rooms | 4 Bedrooms | 2 Bath(s) | 900 Square Feet of Gross Living Area |
| Unit # 3 contains: | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area |

Additional features (special energy efficient items, etc.).        Subject has a finished basement with a bath. Separate heat and hot water for each unit.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).        Per public records the subject was renovated/expanded in 2006. Quality of renovations appears good on the exterior and average on the interior with builders grade materials. Kitchens and baths remain modern but require some minor repairs to cabinets and vanities. There was water infiltration noted in the stairwell. The appraiser was informed that the cause had been repaired. This could not be verified. Unit 2 has minimal living area and appears to be used as a rooming house.

PLANET- 00653

**IMPROVEMENTS**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No   If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No   If No, describe.

Is the property subject to rent control?  ☐ Yes  ☐ No   If Yes, describe

**COMPARABLE RENTAL DATA**

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 127-06 177th St Jamaica, NY 11434 | 13438 173rd St Jamaica, NY 11434 | 17441 129th Ave Jamaica, NY 11434 | 14024 180th St Jamaica, NY 11434 |
| Proximity to Subject | | 0.52 miles S | 0.11 miles SW | 0.72 miles S |
| Current Monthly Rent | $ | $ 2,000 | $ 2,100 | $ 2,300 |
| Rent/Gross Bldg. Area | $ sq.ft. | $ 1.56 sq.ft. | $ 1.94 sq.ft. | $ 2.30 sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | Inspection/Owner | MLSLI#3018906;DOM 262 | MLSLI#3000121;DOM 331 | MLSLI#3072617;DOM 76 |
| Date of Lease(s) | | 04/2018 | 02/2018 | 10/2018 |
| Location | Urban Residential | Urban Residential | Urban Residential | Urban Residential |
| Actual Age | 63 | 15 | 12 | 14 |
| Condition | Average/Good | Average/Good | Average/Good | Good |
| Gross Building Area | 1,980 | 1,280 | 1,080 | 1,000 |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | | | Tot | Br | Ba | | | Tot | Br | Ba | | | Tot | Br | Ba | | |
| | | | | 1,980 | 2,000 | | | | 1,280 | 2,000 | | | | 1,080 | 2,100 | | | | 1,000 | 2,300 |
| Unit # 1 | 6 | 3 | 2 | 1,080 | | 6 | 3 | 2 | 1,280 | $ 2,000 | 6 | 3 | 2 | 1,080 | $ 2,100 | 6 | 3 | 2 | 1,000 | $ 2,300 |
| Unit # 2 | 6 | 4 | 2 | 900 | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 3 | | | | | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | Water/Sewer | Water/Sewer | | | | Water/Sewer | | | | | Water/Sewer | | | | | | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)   All three rental comparables are located within the subject's neighborhood or in bordering neighborhoods considered comparable in appeal.  The predominant income property in the neighborhood is owner occupied so rental data was only provided for income producing units within the property.  Rental concessions are not common in the market.  Lease dates are often no available in the market.  They were provided in known.

**SUBJECT RENT SCHEDULE**

Rent Schedule:  The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the property.

| | Leases | | Actual Rents | | | Opinion of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | | | $ | $ | $ | $ 2,100 | $ | $ 2,100 |
| 2 | | | | | | 2,100 | | 2,100 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| Comment on lease data | Actual rents not provided to the appraiser. | | Total Actual Monthly Rent | | $ | Total Gross Monthly Rent | | $ 4,200 |
| | | | Other Monthly Income (itemize) | | $ | Other Monthly Income (itemize) | | $ 0 |
| | | | Total Actual Monthly Income | | $ | Total Estimated Monthly Income | | $ 4,200 |

Utilities Included in estimated rents  ☐ Electric  ☒ Water  ☒ Sewer  ☐ Gas  ☐ Oil  ☒ Trash collection  ☐ Cable  ☐ Other

Comments on actual or estimated rents and other monthly income (including personal property)   The rental comparables present a reasonable range from which to estimate the market rent for the subject property.

**PRIOR SALE HISTORY**

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    GeoData Plus
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    GeoData Plus
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 04/30/2018 | | |
| Price of Prior Sale/Transfer | | $400,000 | | |
| Data Source(s) | GeoData Plus | GeoData Plus | GeoData Plus | GeoData Plus |
| Effective Date of Data Source(s) | 09/04/2018 | 12/26/2018 | 12/26/2018 | 12/26/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Several "flips" were used as they were considered to best represent the condition of the subject based on the hypothetical conditions employed in the report.

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

PLANET- 00654

# Small Residential Income Property Appraisal Report

File # 177th ST 12607 (As-is)

There are 227 comparable properties currently for sale in the subject neighborhood ranging in price from $ 200,000 to $ 1,300,000 .
There are 164 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 300,000 to $ 1,650,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 12706 177th St Jamaica, NY 11434 | 13027 176th Pl Jamaica, NY 11434 | | 13104 Farmers Blvd Jamaica, NY 11434 | | 16510 119th Ave Jamaica, NY 11434 | |
| Proximity to Subject | | 0.17 miles S | | 0.26 miles SE | | 0.72 miles W | |
| Sale Price | $ | $ | 818,000 | $ | 790,000 | $ | 730,000 |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 395.55 sq.ft. | | $ 376.19 sq.ft. | | $ 400.22 sq.ft. | |
| Gross Monthly Rent | $ 4,200 | $ 4,200 | | $ 4,200 | | $ 4,200 | |
| Gross Rent Multiplier | | 194.76 | | 188.10 | | 173.81 | |
| Price per Unit | $ | $ 409,000 | | $ 395,000 | | $ 365,000 | |
| Price per Room | $ | $ 68,167 | | $ 79,000 | | $ 60,833 | |
| Price per Bedroom | $ | $ 136,333 | | $ 131,667 | | $ 121,667 | |
| Rent Control | ☐ Yes ☐ No | ☒ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | MLSLI#3058703;DOM 50 | | MLSLI#3057089;DOM 28 | | MLSLI#3014168;DOM 32 | |
| Verification Source(s) | | Ext. Inspection, Geo Data | | Ext. Inspection, Geo Data | | Ext. Inspection, Geo Data | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | FHA,0 | 0 | Conv,0 | | Unknown | |
| Date of Sale/Time | | s12/18;c10/18 | | s11/18;c09/18 | | s08/18;c04/18 | |
| Location | Urban Residential | Urban Residential | | Major Road +5% | +39,500 | Urban Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3,450 sf | 3000 sf | | 5895 sf | −24,450 | 4000 sf | −5,500 |
| View | Urban Residential | Urban Residential | | Urban Residential | | Urban Residential | |
| Design (Style) | Colonial/Det | Colonial/Semi | | Colonial/Det | | Colonial/Det | |
| Quality of Construction | Stucco/Frame | Brick/Frame | | Brick | −10,000 | Stucco/Frame | 0 |
| Actual Age | 63 | 31 | | 73 | | 93 | 0 |
| Condition | Average/Good | Good-10% | −81,800 | Good -5% | −39,500 | Average/Good | |
| Gross Building Area | 1,980 | 2,068 | | 2,100 | −12,000 | 1,824 | +15,600 |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 6 3 2 | 6 3 1 | +15,000 | 6 3 1 | +15,000 | 6 3 2 | |
| Unit # 2 | 6 4 2 | 6 3 1 | +15,000 | 4 3 1 | | 6 3 2 | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | Partial | Full | −5,000 | Full | −5,000 | Full | |
| Basement Finished Rooms | Finished/Bath | Finished/None | +10,000 | Finished/None | +10,000 | Finished/None | +10,000 |
| Functional Utility | 2 Family | Average | | Average | | Average | |
| Heating/Cooling | Central/None | Central/None | | Central/None | | Steam/None | |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Parking On/Off Site | None | None | | None | | None | |
| Porch/Patio/Deck | None | None | | None | | None | 0 |
| | | | | | | | |
| Net Adjustment (Total) | | ☐+ ☒− $ | −46,800 | ☐+ ☒− $ | −26,450 | ☒+ ☐− $ | 20,100 |
| Adjusted Sale Price | | Net Adj. 5.7 % | | Net Adj. 3.3 % | | Net Adj. 2.8 % | |
| of Comparables | | Gross Adj. 15.5 % $ | 771,200 | Gross Adj. 19.7 % $ | 763,550 | Gross Adj. 4.3 % $ | 750,100 |
| Adjusted Price per Unit (Adj. SP Comp / # of Comp Units) | | $ 385,600 | | $ 381,775 | | $ 375,050 | |
| Adjusted Price per Room (Adj. SP Comp / # of Comp Rooms) | | $ 64,267 | | $ 76,355 | | $ 62,508 | |
| Adjusted Price per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 128,533 | | $ 127,258 | | $ 125,017 | |
| Value per Unit | $ 385,000 X 2 | Units = | 770,000 | Value per GBA $ 390 X 1,980 | GBA = | 772,200 | |
| Value per Rm. | $ 65,000 X 12 | Rooms = | 780,000 | Value per Bdrms. $ 126,000 X 7 | Bdrms. = | 882,000 | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.     See Addendum

Indicated by Sales Comparison Approach $   765,000

Total gross monthly rent $ 4,200 X gross rent multiplier (GRM) 182 = $ 764,400   Indicated value by the Income Approach

Comments on income approach including reconciliation of the GRM   The appraiser used estimated rents for the comparable sales as actual rents were not available. Estimated rents were based on similar rentals in the market rented on LIMLS. The appraiser reconciled to the middle range of the adjusted comparable GRM's with all factors taken into consideration.

Indicated Value by: Sales Comparison Approach $ 765,000     Income Approach $ 764,400     Cost Approach (if developed) $

Greatest emphasis in determining market value has been placed on the sales comparison analysis which is the most dependable in the current market and best reflects the motivations and activities of buyers who trade in such properties. The cost approach is not considered a reliable indicator of value in the subject neighborhood as it is a highly developed established neighborhood with minimal vacant land for development. The income approach was not heavily weighted as the predominant 2-family property in the subject market is owner occupied and not an investment property

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: This is an appraisal report, completed "as is". The purpose of the report is to assist with hard money financing only. There are no other intended uses.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 765,000 , as of 12/17/2018 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 72 March 2005     Page 3 of 7     Fannie Mae Form 1025 March 2005

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

PLANET- 00655

**SCOPE OF WORK**

THE SCOPE OF WORK FOR THIS REPORT INCLUDED THE DEVELOPMENT AND REPORTING OF THE SALES COMPARISON APPROACH ONLY.

**INTENDED USER**

THE ONLY INTENDED USER OF THIS REPORT IS THE CLIENT NOTED ON PAGE ONE. THERE ARE NO OTHER INTENDED USERS EITHER EXPRESSED OR IMPLIED. A FANNIE MAE FORM WAS USED AS PART OF THE SCOPE OF WORK AGREED TO WITH THE CLIENT BUT THIS APPRAISAL IN NOT INTENDED TO BE USED BY EITHER FANNIE MAE OR FREDDIE MAC. IT DOES NOT CONFORM TO SECONDARY MARKET GUIDELINES. CERTIFICATIONS 5, 21 AND 23 IN THE APPRAISER'S CERTIFICATION SECTION DO NOT APPLY TO THIS REPORT. THE BORROWER IS NOT AN INTENDED USER OF THIS REPORT.

*ADDITIONAL COMMENTS*

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Not included in Scope of Work

*COST APPROACH*

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data

Quality rating from cost service          Effective date of cost data

Comments on Cost Approach (gross building area calculations, depreciation, etc.)

| | | | |
|---|---|---|---|
| OPINION OF SITE VALUE | | | = $ |
| DWELLING | Sq.Ft. @ $ | 0.00 | = $ |
| | Sq.Ft. @ $ | | = $ |
| | | | = $ |
| Garage/Carport | Sq.Ft. @ $ | | = $ |
| Total Estimate of Cost-New | | | = $ |
| Less      Physical | Functional | External | |
| Depreciation | | | = $( ) |
| Depreciated Cost of Improvements | | | = $ |
| "As-is" Value of Site Improvements | | | = $ |

Estimated Remaining Economic Life (HUD and VA only)          Years   INDICATED VALUE BY COST APPROACH ........ = $

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

*PUD INFORMATION*

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1025 - "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

PLANET- 00657

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the improvements.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

PLANET- 00658

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

## SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature   *Keith Thornton* | Signature |
| Name   Keith W. Thornton | Name |
| Company Name   Greater NY Appraisal Services Inc. | Company Name |
| Company Address   35 Hawthorne Ave, Rockville Centre, NY 11570 | Company Address |
| | |
| Telephone Number   (516) 764-9280 | Telephone Number |
| Email Address   keith@nyappraisal.net | Email Address |
| Date of Signature and Report   03/21/2019 | Date of Signature   01/20/2016 |
| Effective Date of Appraisal   12/17/2018 | State Certification # |
| State Certification # | or State License # |
| or State License #   45000043304 | State |
| or Other (describe)                           State # | Expiration Date of Certification or License |
| State   NY | |
| Expiration Date of Certification or License   12/21/2019 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 127-06 177th St | Date of Inspection |
| Jamaica, NY 11434 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $       765,000 | |
| | COMPARABLE SALES |
| LENDER/CLIENT | |
| Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Name   Planet Management Group LLC | ☐ Did inspect exterior of comparable sales from street |
| Company Address | Date of Inspection |
| | |
| Email Address | |

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

PLANET- 00659

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 12706 177th St | 16833 118th Rd | | | | | |
| | Jamaica, NY 11434 | Jamaica, NY 11434 | | | | | |
| Proximity to Subject | | 0.59 miles NW | | 0.31 miles NW | | 0.91 miles W | |
| Sale Price | $ | | $ 715,000 | $ | sq.ft. | $ | sq.ft. |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 397.22 sq.ft. | | $ | | $ | |
| Gross Monthly Rent | $ 4,200 | $ 4,000 | | $ | | $ | |
| Gross Rent Multiplier | | 178.75 | | | | | |
| Price per Unit | $ | $ 357,500 | | $ | | $ | |
| Price per Room | $ | $ 59,583 | | $ | | $ | |
| Price per Bedroom | $ | $ 119,167 | | $ | | $ | |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☒ No | | ☐ Yes ☐ No | | ☐ Yes ☐ No | |
| Data Source(s) | | MLSLI#2985300;DOM 168 | | | | | |
| Verification Source(s) | | Ext. Inspection, Geo Data | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
| Sale or Financing | | ArmLth | | | | | |
| Concessions | | FHA,5,000 | −5,000 | | | | |
| Date of Sale/Time | | s07/18;c04/18 | | | | | |
| Location | Urban Residential | Urban Residential | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 3,450 sf | 3100 sf | | | | | |
| View | Urban Residential | Urban Residential | | | | | |
| Design (Style) | Colonial/Det | Colonial/Det | | | | | |
| Quality of Construction | Stucco/Frame | Stucco/Frame | | | | | |
| Actual Age | 63 | 98 | 0 | | | | |
| Condition | Average/Good | Average/Good | | | | | |
| Gross Building Area | 1,980 | 1,800 | +18,000 | | | | |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 6   3   2 | 6   3   1 | +15,000 | | | | |
| Unit # 2 | 6   4   2 | 6   3   1 | +15,000 | | | | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | Partial | Full | −5,000 | | | | |
| Basement Finished Rooms | Finished/Bath | Finished/None | +10,000 | | | | |
| Functional Utility | 2 Family | Average | | | | | |
| Heating/Cooling | Central/None | Central/None | | | | | |
| Energy Efficient Items | Windows | Windows | | | | | |
| Parking On/Off Site | None | None | | | | | |
| Porch/Patio/Deck | None | None | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 48,000 | ☐ + ☐ − | $ | ☐ + ☐ − | $ |
| Adjusted Sale Price | | Net Adj. 6.7 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 9.5 % | $ 763,000 | Gross Adj. % | $ | Gross Adj. % | $ |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 381,500 | | $ | | $ | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 63,583 | | $ | | $ | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 127,167 | | $ | | $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GeoData Plus | GeoData Plus | | |
| Effective Date of Data Source(s) | 09/04/2018 | 12/26/2018 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 1025.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

PLANET- 00660

# Subject Photo Page

| | |
|---|---|
| Borrower | 7842 79th Pl Inc |
| Property Address | 127-06 177th St |
| City | Jamaica | County Queens | State NY | Zip Code 11434 |
| Lender/Client | Planet Management Group LLC |



**Subject Front**
12706 177th St
Sales Price
Gross Building Area 1,980
Age 63



**Subject Rear**



**Subject Street**

PLANET- 00661

## Interior Photos

| Borrower | 7842 79th Pl Inc | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 127-05 177th St | | | | | |
| City | Jamaica | County | Queens | State | NY | Zip Code 11434 |
| Lender/Client | Planet Management Group LLC | | | | | |

 

 

 

PLANET- 00662

## Interior Photos

| Borrower | 7842 79th Pl Inc | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 127-06 177th St | | | | | |
| City | Jamaica | County | Queens | State | NY | Zip Code | 11434 |
| Lender/Client | Planet Management Group LLC | | | | | |













## Interior Photos

| Borrower | 7842 79th Pl Inc | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 127-06 177th St | | | | | |
| City | Jamaica | County | Queens | State | NY | Zip Code 11434 |
| Lender/Client | Planet Management Group LLC | | | | | |

 

 

 

PLANET- 00664

# Comparable Photo Page

| Borrower | 7842 79th Pl Inc | | | | |
|----------|------------------|---|---|---|---|
| Property Address | 127-06 177th St | | | | |
| City | Jamaica | County | Queens | State NY | Zip Code 11434 |
| Lender/Client | Planet Management Group LLC | | | | |



### Comparable 1
13027 176th Pl
| | |
|---|---|
| Sales Price | 818,000 |
| G.B.A. | 2,068 |
| Age/Yr. Blt. | 31 |



### Comparable 2
13104 Farmers Blvd
| | |
|---|---|
| Sales Price | 790,000 |
| G.B.A. | 2,100 |
| Age/Yr. Blt. | 73 |



### Comparable 3
16510 119th Ave
| | |
|---|---|
| Sales Price | 730,000 |
| G.B.A. | 1,824 |
| Age/Yr. Blt. | 93 |

## Comparable Photo Page



### Comparable 4

16833 118th Rd
Sales Price          715,000
G.B.A.                 1,800
Age/Yr. Blt.          98

### Comparable 5

Sales Price
G.B.A.
Age/Yr. Blt.

### Comparable 6

Sales Price
G.B.A.
Age/Yr. Blt.

PLANET- 00666

| Borrower | 7842 79th Pl Inc | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 127-06 177th St | | | | | | |
| City | Jamaica | | County | Queens | State | NY | Zip Code | 11434 |
| Lender/Client | Planet Management Group LLC | | | | | | |

### INTENDED USER(S)

THE ONLY INTENDED USER OF THIS REPORT IS THE CLIENT NOTED ON PAGE ONE. THERE ARE NO OTHER INTENDED USERS EITHER EXPRESSED OR IMPLIED. A FANNIE MAE FORM WAS USED AS PART OF THE SCOPE OF WORK AGREED TO WITH THE CLIENT BUT THIS APPRAISAL IN NOT INTENDED TO BE USED BY EITHER FANNIE MAE OR FREDDIE MAC. IT DOES NOT CONFORM TO SECONDARY MARKET GUIDELINES. CERTIFICATIONS 5, 22 AND 23 IN THE APPRAISER'S CERTIFICATION SECTION DO NOT APPLY TO THIS REPORT. THE BORROWER IS NOT AN INTENDED USER OF THE REPORT.

### Exposure Time

The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal is one year. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. The extended exposure time is due to the functional obsolescence of the width of the subject property

### Appraisal History

I have no current or prospective interest in the subject property or the parties involved; and no services were performed by the appraiser within the 3 year period immediately preceding acceptance of this assignment, as an appraiser or in any capacity.

I certify, as the appraiser, that I have completed all aspects of this valuation, including reconciling my opinion of value, free of influence from the client, client's representatives, borrower, or any other party to the transaction.

### Lead Paint

The subject property was built prior to 1978. Residential structures built prior to 1978 may contain lead-based paint. Appraiser is not responsible for testing to determine if the paint surfaces in the subject property are indeed lead-based.

### Sales Comparison Comments for "As Is" Value

A diligent search was made for recent comparable sales. Those selected were deemed the best available. Style and condition were considered to be the dominant factors when selecting sales. The adjusted sales represent a reasonable range from which to estimate the market value of the subject property. The appraiser reconciled to the middle range of the adjusted sales with all factors taken into consideration.

### Adjustments

GLA- $100 PSF;  Site $10 PSF

No adjustment was made for age as effective age is a better indicator of value in the market. This was considered under the condition rating.

No adjustments were made for rooms other than baths as GLA is considered a better indicator of value in the market. No adjustment was made for basement rooms below grade other than baths. No adjustment was made for driveway parking spaces as market data did not indicate that one was warranted. No adjustment was made for style as market data did not indicate that one was warranted. The appraiser's GLA adjustment is based on paired sales and regression analysis in the market. Site adjustment is based on paired sales and regression analysis n the market. Financing data, contract dates and DOM is not always available in the market. It was provided for all sales if available. Condition and/or quality of construction adjustments were made based on MLS data/photos, the appraiser's exterior inspection and conversations with brokers either involved in the sale or familiar with the property. The amount was based on paired sales in the market.

### Additional Market Conditions Commentary

The subject is located in a market that has experienced price appreciation in excess of 100% over the prior 8 years. There are a large number of investors and speculators operating in the market. All users of this report should perform their own due diligence to understand the potential risks when investing in markets that have experienced rapid price appreciation that may be partially driven by speculation. This appraisal is only intended to estimate the market value of the subject property as of the effective date of the appraisal, based on the information that was available in the normal course of business as of the effective date. It is neither the purpose nor intent of this appraisal to forecast value or market conditions at any future date.

PLANET- 00667

## LEXINGTON INSURANCE COMPANY
### WILMINGTON, DELAWARE
Administrative Offices – 99 High Street, Floor 23, Boston, Massachusetts 02110-23110

| | |
|---|---|
| Certificate Number: | 018392054-06 |
| This Certificate forms a part of Master Policy Number: | 018389876-06 |
| Renewal of Master Policy Number : | 018389876-04 |

> **YOUR RISK PURCHASING GROUP MASTER POLICY IS A CLAIMS MADE POLICY.**
> **READ THE ATTACHED MASTER POLICY CAREFULLY**

### THE AMERICAN ACADEMY OF STATE CERTIFIED APPRAISERS

### CERTIFICATE DECLARATIONS

1. Name and Address of Certificate Holder:     Greater NY Appraisal Services, Inc.

        35 Hawthorne Avenue
        Rockville Centre                    NY     11570

2. Certificate Period:     Effective Date:     03/07/18        to Expiration Date:     03/07/19
                                            12:01 a.m. Local Time at the Address of the Insured.

2a. Retroactive Date:     03/07/02
                            12:01 a.m. Local Time at the Address of the Insured.

3. Limit of Liability:     $     1,000,000  each claim
                          $     1,000,000  aggregate limit

4. Deductible:                         $0 each claim

5. Professional Covered Services insured by this policy are: REAL ESTATE APPRAISAL SERVICES

6. Advance Certificate Holder Premium:         $         717

7. Minimum Earned Premium:     25% or         $         179

**Forms and Endorsements:**
PRG 3512 (12/15) Real Estate Appraisers Professional Liability Coverage Form, PRG 2078 (01/17) Addendum to the Declarations, PRG 3935 (2/16) Premises Liability Coverage Amendatory Endorsement, 89644 (6/13) Economic Sanctions Endorsement, 91222 (09/16) Policyholder Notice, 118477 (03/15) Policyholder Notice, 119914 (10/16) Recording and Distribution of Material or Information In Violation of Law Exclusion Endorsement, PRG 3150 (10/05) Real Estate Appraisers Professional Liability Insurance Declarations
**Additional Endorsements applicable to this Certificate only:**
None

Agency Name and Address:         INTERCORP, INC.
                                1438-F West Main Street
                                Ephrata, PA 17522-1345

> IT IS HEREBY UNDERSTOOD AND AGREED THAT THE CERTIFICATE HOLDER AGREES TO ALL TERMS AND CONDITIONS AS SET FORTH IN THE ATTACHED MASTER POLICY.
>
> THIS POLICY IS ISSUED BY YOUR RISK PURCHASING GROUP INSURER WHICH MAY NOT BE SUBJECT TO ALL OF THE INSURANCE LAWS AND REGULATIONS OF YOUR STATE.  STATE INSURANCE INSOLVENCY GUARANTY FUNDS ARE NOT AVAILABLE FOR YOUR RISK PURCHASING GROUP INSURER.

County: Nassau

Authorized Representative OR
Countersignature (in states where applicable)                    Date: February 13, 2018

PRG 3152 (10/05)

PLANET- 00668

UNIQUE ID NUMBER
45000043304

*State of New York*
*Department of State*
DIVISION OF LICENSING SERVICES

FOR OFFICE USE ONLY
Control No. 103988

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS

EFFECTIVE DATE
MO | DAY | YR
12 | 22 | 17

THORNTON KEITH W
C/O THORNTON KEITH W
35 HAWTHORNE AVE
ROCKVILLE CENTRE, NY 11570

EXPIRATION DATE
MO | DAY | YR
12 | 21 | 19

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. RESIDENTIAL APPRAISER

In Witness Whereof, the Department of State has caused
its official seal to be hereunto affixed

ROSSANA ROSADO
SECRETARY OF STATE

DOS-1044 (Rev. 3/01)

# Building Sketch

| | | | | | |
|---|---|---|---|---|---|
| Borrower | 7842 79th Pl Inc | | | | |
| Property Address | 127-06 177th St | | | | |
| City | Jamaica | County Queens | | State NY | Zip Code 11434 |
| Lender/Client | Planet Management Group LLC | | | | |



All Measurment Are Approximate

**First Floor**
[1080 Sq ft]

**Second Floor**
[900 Sq ft]

TOTAL Sketch by a la mode, inc.

Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1080 Sq ft | 17 × 20 = 340 |
| | | 20 × 37 = 740 |
| Second Floor | 900 Sq ft | 17 × 20 = 340 |
| | | 20 × 28 = 560 |
| Total Living Area (Rounded): | 1980 Sq ft | |

## Location Map

| Borrower | 7842 79th Pl Inc | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 127-06 177th St | | | | | |
| City | Jamaica | County | Queens | State | NY | Zip Code | 11434 |
| Lender/Client | Planet Management Group LLC | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Location Map

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | 7842 79th Pl Inc | | | | | |
| Property Address | 127-06 177th St | | | | | |
| City | Jamaica | County | Queens | State | NY | Zip Code 11434 |
| Lender/Client | Planet Management Group LLC | | | | | |



# Small Residential Income Property Appraisal Report

File # 177th ST 12607 (As-is)

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 12706 177th St | 120-19 Merrill St | | 160-32 119th Rd | | 119-47 Merill St | |
| | Jamaica, NY 11434 | Jamaica, NY 11434 | | Jamaica, NY 11434 | | Jamaica, NY 11434 | |
| Proximity to Subject | | 0.39 miles NW | | 0.17 miles S | | 0.17 miles S | |
| Sale Price | $ | $ | 780,000 | $ | 810,000 | $ | 799,000 |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 433.33 sq.ft. | | $ 450.00 sq.ft. | | $ 528.44 sq.ft. | |
| Gross Monthly Rent | $ 4,200 | $ 4,200 | | $ 4,200 | | $ 4,200 | |
| Gross Rent Multiplier | 185.71 | | | 192.86 | | 190.24 | |
| Price per Unit | $ | $ 390,000 | | $ 405,000 | | $ 399,500 | |
| Price per Room | $ | $ 65,000 | | $ 67,500 | | $ 66,583 | |
| Price per Bedroom | $ | $ 130,000 | | $ 135,000 | | $ 133,167 | |
| Rent Control | ☐ Yes ☐ No | ☒ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | MLSLI#3005722;DOM 14 | | MLSLI#3035799;DOM 45 | | MLSLI#3030079;DOM 72 | |
| Verification Source(s) | | Ext. Inspection, Geo Data | | Ext. Inspection, Geo Data | | Ext. Inspection, Geo Data | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv | 0 | Fixed Conv | 0 | Conv | 0 |
| Date of Sale/Time | | s04/18;c03/18 | | s09/18;c07/18 | | s10/18;c07/18 | |
| Location | Urban Residential | Urban Residential | | Urban Residential | | Urban Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3,450 sf | 4000 sf | -5,500 | 3500 sf | | 3000 sf | |
| View | Urban Residential | Urban Residential | | Urban Residential | | Urban Residential | |
| Design (Style) | Colonial/Det | Colonial/Det | | Colonial/Semi-Att | +10,000 | Colonial/Det | |
| Quality of Construction | Stucco/Frame | Frame | | Brick/Frame | | Brick/Frame | |
| Actual Age | 63 | 94 | | 13 | | 93 | |
| Condition | Good | Good | | Good | | Good- | |
| Gross Building Area | 1,980 | 1,800 | +18,000 | 1,800+/- | +18,000 | 1,512 | +46,800 |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 6 3 2 | 6 3 2 | | 6 3 2 | | 6 3 2 | |
| Unit # 2 | 6 4 2 | 6 3 1 | +15,000 | 6 3 2 | | 6 3 2 | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | Partial | Full | -5,000 | Full | -5,000 | Full | -5,000 |
| Basement Finished Rooms | Finished/Bath | Finished/Bath | | Finished/Bath | | Finished/Bath | |
| Functional Utility | 2 Family | Average | | Average | | Average | |
| Heating/Cooling | Central/None | Hw/None | | Hw/None | | Ha/CAC | -10,000 |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Parking On/Off Site | None | 1 Car Garage | -10,000 | 1 Car Garage | -10,000 | 1 Car Garage | -10,000 |
| Porch/Patio/Deck | None | None | | None | | Balcony | 0 |
| | | | | | | | |
| Net Adjustment (Total) | | ☒+ ☐ − | $ 12,500 | ☒+ ☐ − | $ 13,000 | ☒+ ☐ − | $ 21,800 |
| Adjusted Sale Price | | Net Adj. 1.6 % | | Net Adj. 1.6 % | | Net Adj. 2.7 % | |
| of Comparables | | Gross Adj. 6.9 % $ 792,500 | | Gross Adj. 5.3 % $ 823,000 | | Gross Adj. 9.0 % $ 820,800 | |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 396,250 | | $ 411,500 | | $ 410,400 | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 66,042 | | $ 68,583 | | $ 68,400 | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 132,083 | | $ 137,167 | | $ 136,800 | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | 11/21/2017 | 04/30/2018 |
| Price of Prior Sale/Transfer | | | $549,500 | $400,000 |
| Data Source(s) | GeoData Plus | GeoData Plus | GeoData Plus | GeoData Plus |
| Effective Date of Data Source(s) | 09/04/2018 | 03/21/2019 | 03/21/2019 | 03/21/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments    03/21/2019

AT THE REQUEST OF THE LENDER/CLIENT SALES (7-9) ON THIS PAGE HAVE BEEN PROVIDED TO ESTIMATE THE AS- RENOVATED VALUE (ARV) OF THE SUBJECT
PROPERTY. THE ESTIMATE OF ARV VALUE AND THE ADJUSTED SALES ABOVE ARE BASED ON THE FOLLOWING HYPOTHETICAL CONDITIONS AND
EXTRAORDINARY ASSUMPTIONS:

THE PROPERTY HAS BEEN RENOVATED BASED ON THE SCOPE OF WORK INCLUDED WITH THIS REPORT, ALL IMPROVEMENTS HAVE BEEN COMPLETED IN A
WORKMANLIKE MANNER, ALL MATERIALS ARE TYPICAL OF THOSE USED IN COMPARABLE RENOVATIONS IN THE MARKETPLACE; THE RENOVATIONS MEET ALL
EXISTING ZONING AND BUILDING DEPARTMENT REGULATIONS; AND THAT ALL REQUIRED PERMITS AND CERTIFICATES OF OCCUPANCY HAVE BEEN ISSUED.
HYPOTHETICAL CONDITION ALSO INCLUDES THAT ANY MOLD OR OTHER TOXIC SUBSTANCES THAT MAY BE PRESENT HAVE BEEN TREATED AND/OR DISPOSED OF
IN ACCORDANCE WITH LOCAL, STATE AND FEDERAL REGULATIONS AND THAT THEY NO LONGER REPRESENT A THREAT TO EITHER THE PROPERTY OR ITS
OCCUPANTS. THE APPRAISER NOTES THAT THE SELECTION OF BUILDING MATERIALS AND QUALITY OF WORKMANSHIP COULD SIGNIFICANTLY IMPACT THE
VALUE THE PROPERTY. THIS VALUE IS ONLY INTENDED TO ESTIMATE MARKET VALUE AS OF THE EFFECTIVE DATE (BASED ON THE HYPOTHETICAL CONDITION
AND EXTRAORDINARY ASSUMPTIONS) AND NOT AS OF A FUTURE DATE WHEN RENOVATIONS MAY BE COMPLETED. A BRIEF DESCRIPTION AND COST ESTIMATE
OF THE RENOVATIONS WAS PROVIDED TO THE APPRAISER AND IT IS ATTACHED AS AN ADDENDA TO THIS REPORT. A DETAILED SCOPE OF WORK WAS
REQUESTED BUT NONE WAS PROVIDED. THE APPRAISER MAKES NO REPRESENTATIONS EITHER EXPRESSED OR IMPLIED AS TO IF THE BUDGET/SCOPE
SUPPLIED IS SUFFICIENT TO COMPLETE THE RENOVATION OF THE PROPERTY.
THE APPRAISER'S ESTIMATE OF THE AS-RENOVATED MARKET VALUE OF THE SUBJECT PROPERTY AS OF THE EFFECTIVE DATE NOTED ON FORM 1025 IS:
**************$810,000**********

# Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower | 7842 79th Pl Inc | | | |
| Property Address | 127-06 177th St | | | |
| City | Jamaica | County Queens | State NY | Zip Code 11434 |
| Lender/Client | Planet Management Group LLC | | | |



### Comparable 7

120-19 Merrill St
Sales Price          780,000
G.B.A.               1,800
Age/Yr. Blt.         94



### Comparable 8

160-32 119th Rd
Sales Price          810,000
G.B.A.               1,800+/-
Age/Yr. Blt.         13



### Comparable 9

119-47 Merill St
Sales Price          799,000
G.B.A.               1,512
Age/Yr. Blt.         93

# LEXINGTON INSURANCE COMPANY
## WILMINGTON, DELAWARE
Administrative Offices – 99 High Street, Floor 23, Boston, Massachusetts 02110-23110

| | |
|---|---|
| Certificate Number: | 018392054-07 |
| This Certificate forms a part of Master Policy Number: | 018389876-07 |
| Renewal of Master Policy Number : | 018389876-06 |

**YOUR RISK PURCHASING GROUP MASTER POLICY IS A CLAIMS MADE POLICY.**
**READ THE ATTACHED MASTER POLICY CAREFULLY**

## THE AMERICAN ACADEMY OF STATE CERTIFIED APPRAISERS

### CERTIFICATE DECLARATIONS

1. **Name and Address of Certificate Holder:**   Greater NY Appraisal Services, Inc. and
   Keith W. Thornton
   35 Hawthorne Avenue
   Rockville Centre                    NY    11570

2. **Certificate Period:**   Effective Date:   03/07/19   to Expiration Date:   03/07/20
   12:01 a.m. Local Time at the Address of the Insured.

2a. **Retroactive Date:**   03/07/02
   12:01 a.m. Local Time at the Address of the Insured.

3. **Limit of Liability:**   $   1,000,000   each claim
                                      $   1,000,000   aggregate limit

4. **Deductible:**                        $0 each claim

5. **Professional Covered Services insured by this policy are:** REAL ESTATE APPRAISAL SERVICES

6. **Advance Certificate Holder Premium:**          $          683

7. **Minimum Earned Premium:**   25% or          $          171

**Forms and Endorsements:**
PRG 3512 (12/15) Real Estate Appraisers Professional Liability Coverage Form, PRG 4020 (11/18) Addendum to the
Declarations, PRG 3935 (2/16) Premises Liability Coverage Amendatory Endorsement, 89644 (6/13) Economic Sanctions
Endorsement, 91222 (09/16) Policyholder Notice, 118477 (03/15) Policyholder Notice, 119914 (10/16) Recording and
Distribution of Material or Information In Violation of Law Exclusion Endorsement, PRG 3150 (10/05) Real Estate Appraisers
Professional Liability Insurance Declarations
**Additional Endorsements applicable to this Certificate only:**
None

**Agency Name and Address:**          INTERCORP, INC.
                                      1438-F West Main Street
                                      Ephrata, PA 17522-1345

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE CERTIFICATE HOLDER AGREES TO ALL TERMS AND CONDITIONS AS
SET FORTH IN THE ATTACHED MASTER POLICY.

THIS POLICY IS ISSUED BY YOUR RISK PURCHASING GROUP INSURER WHICH MAY NOT BE SUBJECT TO ALL OF THE
INSURANCE LAWS AND REGULATIONS OF YOUR STATE.  STATE INSURANCE INSOLVENCY GUARANTY FUNDS ARE NOT
AVAILABLE FOR YOUR RISK PURCHASING GROUP INSURER.

*Allen D Barry IV*                          County: Nassau

_____

Authorized Representative OR
Countersignature (in states where applicable)                    Date: February 18, 2019

PRG 3152 (10/05)