# EXHIBIT C



| **Property Review Report** |||||
|---|---|---|---|---|
| Property Address: | City: | | State: | Zip Code: |
| Borrower: | Owner of Public Record: | | County: ||
| Property Rights Appraised: Fee Simple  Leasehold  Other (describe below) | | # of Units: 1  2  3  4  >4  Mixed use |||
| Effective Date of Appraisal: | Appraiser: | | Purchase Price: ||
| As is Value: | Estimated Renovation Cost: | | As Repaired Value: ||
| Comments:<br><br>The subject property is reported to be a   family home containing    rooms,    bedrooms,    bathrooms and    sqft of living area.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> |||||
| PRC As is Value: | PRC Estimated Renovation Cost: | | PRC As Repaired Value: ||
| PRC Review Date: | PRC Collateral UW: | | | |

This document is an internal underwriting work product.  It has been completed by a PFG employee and is designed for the sole use of Planet Renovation Capital and affiliates to aid in a business decision. This is not an appraisal or appraisal review as defined by USPAP.

# Property Detail Report

**For Property Located At :**
12706 177TH ST, JAMAICA, NY 11434-3307



### Owner Information
| | |
|---|---|
| Owner Name: | **STEPHENS EVIS** |
| Mailing Address: | **12706 177TH ST, JAMAICA NY 11434-3307 C085** |
| Vesting Codes: | **/ /** |

### Location Information
| | | | | | |
|---|---|---|---|---|---|
| Legal Description: | | | | | |
| County: | **QUEENS, NY** | APN: | **12527-0093** | | |
| Census Tract / Block: | **334.01 / 1** | Alternate APN: | | | |
| Township-Range-Sect: | **04-00-53** | Subdivision: | | | |
| Legal Book/Page: | | Map Reference: | **53-04-08 /** | | |
| Legal Lot: | **93** | Tract #: | | | |
| Legal Block: | **12527** | School District: | **3620580** | | |
| Market Area: | | School District Name: | **NYC DEPT OF ED** | | |
| Neighbor Code: | | Munic/Township: | **ST. ALBANS** | | |

### Owner Transfer Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | **09/13/2006 / 08/29/2006** | Deed Type: | **DEED (REG)** |
| Sale Price: | **$630,000** | 1st Mtg Document #: | |
| Document #: | **517357** | | |

### Last Market Sale Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | **01/25/2006 / 01/13/2006** | 1st Mtg Amount/Type: | **$218,400 / CONV** |
| Sale Price: | **$273,000** | 1st Mtg Int. Rate/Type: | **7.97 / ADJ** |
| Sale Type: | | 1st Mtg Document #: | **46924** |
| Document #: | **46923** | 2nd Mtg Amount/Type: | **/** |
| Deed Type: | **DEED (REG)** | 2nd Mtg Int. Rate/Type: | **/** |
| Transfer Document #: | | Price Per SqFt: | **$198.11** |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | **EAM LAND SVCS INC** | | |
| Lender: | **WASHINGTON MUTUAL BK FA** | | |
| Seller Name: | **SAVALL HAZEL** | | |

### Prior Sale Information
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | **/** | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | **/** |
| Prior Doc Number: | | Prior 1st Mtg Rate/Type: | **/** |
| Prior Deed Type: | | | |

### Property Characteristics
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | **1,378** | Parking Type: | **GARAGE** | Construction: | |
| Living Area: | **1,378** | Garage Area: | | Heat Type: | |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | | Basement Area: | | Patio Type: | |
| Bedrooms: | | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | **/** | Basement Type: | | Air Cond: | |
| Year Built / Eff: | **/ 1930** | Roof Type: | | Style: | |
| Fireplace: | **/** | Foundation: | | Quality: | |
| # of Stories: | **2** | Roof Material: | | Condition: | |
| Other Improvements: | **Building Permit** | | | | |

### Site Information
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | **R3A** | Acres: | **0.08** | County Use: | **2-FMLY CONVERTED FROM 1-FMLY (B3)** |
| Lot Area: | **3,450** | Lot Width/Depth: | **30 x 115** | State Use: | |
| Land Use: | **DUPLEX** | Res/Comm Units: | **2 /** | Water Type: | |
| Site Influence: | | | | Sewer Type: | |

### Tax Information
| | | | | | |
|---|---|---|---|---|---|
| Total Value: | **$26,280** | Assessed Year: | **2018** | Property Tax: | **$5,313.12** |
| Land Value: | **$9,117** | Improved %: | **65%** | Tax Area: | **1** |
| Improvement Value: | **$17,163** | Tax Year: | **2017** | Tax Exemption: | |
| Total Taxable Value: | **$26,280** | | | | |

PLANET - 00636

# Comparable Sales Report

For Property Located At



## 12706 177TH ST, JAMAICA, NY 11434-3307

50 Comparable(s) Selected.   Report Date: 03/21/2019

### Search Criteria:

| | |
|---|---|
| Maximum Number Of Comparables On Report | 50 |
| Sort Method | Distance From Subject (ascending) |
| Distance From Subject(miles) | 3 |
| Months Back | 9 |
| Sale Price | Between $10,000 - $1,000,000 |
| Land Use | DUPLEX |

### Summary Statistics:

| | Subject | Low | High | Average |
|---|---|---|---|---|
| Sale Price | $273,000 | $142,000 | $885,000 | $615,379 |
| Bldg/Living Area | 1,378 | 946 | 3,024 | 1,774 |
| Price/Sqft | $198.11 | $111.90 | $623.68 | $355.42 |
| Year Built | 0 | 1990 | 2010 | 2000 |
| Lot Area | 3,450 | 2,200 | 9,378 | 4,061 |
| Bedrooms | 0 | 0 | 0 | 0 |
| Bathrooms/Restrooms | 0 | 0 | 0 | 0 |
| Stories | 2.00 | 1.00 | 2.75 | 2.03 |
| Total Value | $26,280 | $4,779 | $38,808 | $26,165 |
| Distance From Subject | 0.00 | 0.08 | 0.72 | 0.49 |

*= user supplied for search only

Records: 1 - 50

| # | Dist | Seller | Owners | City | ZIP | Subdiv | Address | Sale Price | Sale Date | Rec Date | Bld/Liv | Above Grade | Acres | Yr Blt | Bed | Baths (Total) | Bmnt Type | Stories | Style | Units Res. | Land Use | Cnty Use | Prior Sale Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subj | 0.0 | SAVALL HAZEL | STEPHENS EVIS | JAMAICA | 11434 | | 12706 177TH ST | $273,000 | 01/13/2006 | 01/25/2006 | 1,378 | | 0.08 | | | | | 2 | | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | |
| 1 | 0.08 | CEDENO JUAN | I235 ELDER AVE INC | JAMAICA | 11434 | | 17602 126TH AVE | $425,000 | 01/08/2019 | 02/08/2019 | 2,074 | 1,344 | 0.14 | 1997 | | | | 2 | | 2 | DUPLEX | 2-FMLY BRICK (B1) | 12/08/2005 |
| 2 | 0.08 | MTGLQ INVTRS LP | AKANDE-BOWEN JOSIAH/RENDON MELISA | JAMAICA | 11434 | | 17448 127TH AVE | $563,000 | 11/27/2018 | 02/11/2019 | 1,728 | | 0.06 | 1993 | | | | 2 | | 2 | DUPLEX | 2-FMLY FRAME (B2) | 02/16/2007 |
| 3 | 0.10 | DEUTSCHE BK NA 2007-WMC1 | ACHIEVERS MTG | JAMAICA | 11434 | NEW NETHERLAND | 17817 ANDERSON RD | $385,000 | 11/26/2018 | 12/06/2018 | 1,584 | | 0.06 | 2006 | | | | 2 | | 2 | DUPLEX | 2-FMLY FRAME (B2) | 01/27/2014 |
| 4 | 0.15 | FULLER GORDON | MELANJ ENTS INC | JAMAICA | 11434 | | 17418 128TH AVE | $579,500 | 11/29/2018 | 12/04/2018 | 2,000 | | 0.06 | 2006 | | | | 2 | | 2 | DUPLEX | 2-FMLY FRAME (B2) | 03/28/2006 |
| 5 | 0.15 | IDF DEV LLC | GOPAUL SUGRIM/SINGH ROHINI | JAMAICA | 11434 | | 17443 125TH AVE | $670,000 | 06/28/2018 | 07/12/2018 | 1,502 | | 0.22 | | | | | 2.5 | | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 07/03/2014 |
| 6 | 0.16 | COMMISSIONG DAWN | YUSUF AHMED | JAMAICA | 11434 | | 13023 177TH ST | $647,000 | 09/06/2018 | 09/17/2018 | 1,623 | | 0.09 | | | | | 1.67 | | 2 | DUPLEX | 2-FMLY FRAME (B2) | 11/25/2009 |
| 7 | 0.23 | HOLMES ELAINE | WILSON RODRICK | JAMAICA | 11434 | | 17315 VASWANI AVE | $460,000 | 09/20/2018 | 10/01/2018 | 1,542 | | 0.07 | 2006 | | | | 2 | | 2 | DUPLEX | 2-FMLY FRAME (B2) | 08/31/2006 |

PLANET - 00637

| # | | Seller | Buyer | City | Zip | Area | Address | Price | Date1 | Date2 | SqFt | SqFt2 | Ratio | Year | Col1 | Col2 | Type | Class | LastDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 0.26 | EDWARDS DURVAL | EDOUARD DANIEL | JAMAICA | 11434 | | 13104 FARMERS BLVD | $790,000 | 11/15/2018 | 11/29/2018 | 3,024 | 1,050 | 0.14 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 08/06/2003 |
| 9 | 0.32 | ZMIROT LLC | CLARKE CHRISTOPHER S/CLARKE FABIAN P | JAMAICA | 11434 | | 17829 120TH AVE | $770,000 | 08/01/2018 | 08/13/2018 | 1,628 | | 0.07 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 05/30/2017 |
| 10 | 0.34 | OSOUNA ERICA & PETER | NELSON CRAIG P | JAMAICA | 11434 | | 17612 BAISLEY BLVD | $750,000 | 01/25/2019 | 01/31/2019 | 2,256 | 2,256 | 0.13 | 1990 | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 10/12/1994 |
| 11 | 0.35 | MILLAN FRED & MARIA D C | DUMAY FELIX | JAMAICA | 11434 | | 17833 134TH AVE | $560,000 | 07/27/2018 | 07/30/2018 | 2,000 | | 0.08 | | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 03/15/2004 |
| 12 | 0.35 | KIMBROUGH LIMMIE & JOYCE | KIMBROUGH ANTHONY/KIMBROUGH MALIKA | JAMAICA | 11434 | | 13235 FARMERS BLVD | $415,000 | 06/13/2018 | 06/21/2018 | 1,300 | 1,187 | 0.06 | | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | |
| 13 | 0.39 | PARNASA INC | HO SIU F D & SIU L J/FONG KING L | JAMAICA | 11434 | | 11947 MERRILL ST | $815,100 | 10/29/2018 | 11/07/2018 | | | | | | 2 | DUPLEX | 2-FMLY FRAME (B2) | |
| 14 | 0.39 | PARNASA INC | MARTINEZ SERGIO | JAMAICA | 11434 | STUYVESANT PARK | 11949 MERRILL ST | $799,000 | 10/29/2018 | 11/09/2018 | | | 0.09 | | | 2 | DUPLEX | 2-FMLY FRAME (B2) | 08/22/2016 |
| 15 | 0.39 | JOHNSON JAMES O | CAMPOS ISRAEL/OVIEDO LUZ | JAMAICA | 11434 | | 13402 GARRETT ST | $760,000 | 12/31/2018 | 01/09/2019 | 2,544 | 2,544 | 0.09 | 1992 | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 09/23/1993 |
| 16 | 0.41 | SAMBA ALIEU B | CYNMAR CORP | JAMAICA | 11434 | ST ALBANS WEST MAP 4044 | 12053 170TH ST | $460,000 | 07/18/2018 | 08/01/2018 | 1,890 | | 0.09 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 02/29/1984 |
| 17 | 0.43 | MTGLQ INVTRS LP | JEREMIAH DONILYN S | JAMAICA | 11434 | | 11918 178TH PL | $665,000 | 07/23/2018 | 08/13/2018 | 2,090 | | 0.06 | 2007 | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 03/26/2008 |
| 18 | 0.44 | MESSI EQUITIES LLC | BROOKS LILLIAN | JAMAICA | 11413 | ST ALBANS GARDENS | 18709 122ND AVE | $730,000 | 04/20/2018 | 08/01/2018 | 1,575 | 540 | 0.10 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 08/02/2017 |
| 19 | 0.44 | DESLOUCHES LYS | DURAZNO JAIME A/DURAZNO JORGE A | JAMAICA | 11413 | SPRINGFIELD GDNS NORTH | 12316 NELLIS ST | $530,000 | 06/13/2018 | 06/27/2018 | 988 | | 0.07 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 02/04/2000 |
| 20 | 0.46 | MOORE IAN | 188-13 120 ROAD CORP | JAMAICA | 11412 | | 18813 120TH RD | $392,000 | 11/28/2018 | 12/10/2018 | 1,248 | 1,152 | 0.06 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 12/30/1998 |
| 21 | 0.46 | UDDIN MIRZA F | PERSAUD TERESS | JAMAICA | 11434 | QUEENS 04 WARD | 11934 171ST ST | $421,245 | 03/05/2019 | 03/12/2019 | 946 | 946 | 0.05 | | 1 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 08/15/2011 |
| 22 | 0.48 | BLUGH IAN K & DELORES C | BLUGH IAN K/BLUGH YVONE | JAMAICA | 11434 | | 17702 136TH AVE | $142,000 | 01/14/2019 | 01/25/2019 | 1,269 | | 0.12 | | 1.75 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 09/29/2000 |
| 23 | 0.49 | NISSAN GROUP LLC | NABI MOHAMMAD N/BEGUM MOMTAZ | JAMAICA | 11434 | | 11918 171ST ST | $590,000 | 06/07/2018 | 07/10/2018 | 946 | 946 | 0.16 | | 1 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 11/29/2017 |
| 24 | 0.50 | ATKINS SABRINA | MIAH MAKSUDA K/MIAH REHANA A | JAMAICA | 11434 | GOLDER PARK | 13452 175TH ST | $530,000 | 07/05/2018 | 07/18/2018 | 1,284 | | 0.07 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 08/10/2012 |
| 25 | 0.52 | MCCAIN TRINA L | MATIN ABDUL/NOOR NAZEEF | JAMAICA | 11434 | | 13452 174TH ST | $740,000 | 06/06/2018 | 06/25/2018 | 2,012 | | 0.08 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 09/30/2013 |
| 26 | 0.54 | J & M WH INC | SALAMI KEHINDE R | JAMAICA | 11413 | SPRINGFIELD GARDENS 04 WARD MAP | 13704 WESTGATE ST | $700,000 | 10/05/2018 | 10/18/2018 | 1,440 | 1,440 | 0.06 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 02/25/1998 |
| 27 | 0.55 | JUGROO ROHINI & SHANTA | CITIWIDE HOMES INC | JAMAICA | 11412 | JOHN HENDRICKSONS ADD/STALBAN | 11866 FARMERS BLVD | $520,000 | 11/29/2018 | 12/26/2018 | 2,511 | | 0.15 | | 2.5 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 01/27/2004 |
| 28 | 0.57 | RELIANCE EXPRESSION CORP | ALOM RAHIM/ISLAM MOHAMMED R | JAMAICA | 11434 | | 17525 138TH AVE | $525,000 | 09/20/2018 | 10/22/2018 | 1,492 | | 0.09 | | 1.67 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 07/25/2013 |
| 29 | 0.57 | BERTHOUMIEUX MARC E | LACHMAN LEWIS/LACHMAN SAVITRE | JAMAICA | 11434 | | 17042 118TH AVE | $480,000 | 12/19/2018 | 01/03/2019 | 1,488 | | 0.06 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 06/24/2015 |

| # | | Seller | Buyer | City | Zip | Neighborhood | Address | Price | Sale Date | Rec Date | GSF | LSF | Ratio | Year | Units | Stories | Type | Bldg Class | Prior Sale |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 0.58 | ST VICTOR RONALD | KHALEQUE MOHAMMED A/AKTHER FATHEMA | JAMAICA | 11434 | | 13719 175TH ST | $660,000 | 12/06/2018 | 12/11/2018 | 2,616 | 1,404 | 0.09 | | 1 | 2 | DUPLEX | 2-FMLY BRICK (B1) | 12/01/2014 |
| 31 | 0.59 | BUDHU RAKESH | SMALL KISHAWN/LEWIS KETHIMA | JAMAICA | 11434 | | 16833 118TH RD | $715,000 | 07/26/2018 | 08/02/2018 | 1,800 | | 0.07 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 05/14/2007 |
| 32 | 0.59 | POWER BERRIMAN 0514 CORP | PERSAUD ROOPLALL & DEANAUTH/PERSAUD TAKHUR & TULSIE | JAMAICA | 11413 | ST ALBANS GARDENS 4TH WARD | 19014 122ND AVE | $640,000 | 11/19/2018 | 12/10/2018 | 1,482 | 1,560 | 0.10 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 03/16/2018 |
| 33 | 0.60 | PETIT-FRERE JEAN | VICTOR JEAN D & DARLINE/ULYSSE NICOLE | JAMAICA | 11434 | | 13803 175TH ST | $550,000 | 07/05/2018 | 07/17/2018 | 2,400 | 2,400 | 0.10 | 1997 | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 12/06/2012 |
| 34 | 0.63 | 190 STREET FISH LLC | DEBELLOTTE ALBAN J | JAMAICA | 11412 | ST ALBANS PARK CO MAP | 11915 190TH ST | $744,000 | 10/05/2018 | 10/12/2018 | 1,713 | | 0.09 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | |
| 35 | 0.64 | JOHNSON FREDDIEMAE | ORTIZ JAIME | SAINT ALBANS | 11412 | | 11828 189TH ST | $620,000 | 08/06/2018 | 08/17/2018 | 2,232 | | 0.16 | | 2.5 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 12/05/1994 |
| 36 | 0.64 | LAST STREET INC | KHADIZA UMMYA/BEGUM SALEHA | JAMAICA | 11413 | SPRINGFIELD GARDENS MAP | 13775 BEDELL ST | $600,000 | 08/02/2018 | 08/22/2018 | 1,950 | | 0.11 | | 2.75 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 12/29/2017 |
| 37 | 0.65 | MOWATT TRISHANN L | WILLIAMS GARY L | JAMAICA | 11413 | | 13768 SLOAN ST | $670,000 | 11/28/2018 | 12/04/2018 | 2,100 | | 0.08 | 2010 | 2 | 2 | DUPLEX | 2-FMLY BRICK (B1) | |
| 38 | 0.66 | KINGSLAND HOLDING GROUP LLC | DIALLO TIDIANE | JAMAICA | 11434 | SPRINGFIELD | 17506 139TH RD | $885,000 | 08/22/2018 | 08/29/2018 | 2,250 | | 0.09 | 2002 | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 02/21/2018 |
| 39 | 0.67 | ALAM GULNAHAR | AHMED ASIF | JAMAICA | 11434 | | 11634 MERRICK BLVD | $725,000 | 09/28/2018 | 10/15/2018 | 1,936 | | 0.07 | 1999 | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 04/14/2004 |
| 40 | 0.68 | ALI SUROB | SUFIAN MD A/BEGUM SHAHINA | JAMAICA | 11413 | HIGHVIEW PARK MAP | 18110 140TH AVE | $582,000 | 08/03/2018 | 08/09/2018 | 1,920 | 1,248 | 0.09 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 04/02/2010 |
| 41 | 0.68 | DEUTSCHE BK NAT 2007-NC2 | FIFTY 1 GROUP LLC | JAMAICA | 11434 | | 11949 165TH ST | $478,100 | 09/27/2018 | 12/06/2018 | 1,320 | | 0.07 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 10/27/2006 |
| 42 | 0.69 | LEDUC FERNANDO E & MICHELLE E | MAYO STEFANIE M | JAMAICA | 11413 | SPRINGFIELD GARDENS NORTH | 19114 WILLIAMSON AVE | $408,000 | 07/09/2018 | 07/17/2018 | 1,448 | 960 | 0.14 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 06/11/1997 |
| 43 | 0.69 | HILINE LLC | WILSON KEITH T/WILSON KAREN N | SAINT ALBANS | 11412 | ST ALBANS PARK CO 04 WARD | 11912 192ND ST | $700,000 | 02/15/2019 | 02/21/2019 | 2,000 | | 0.09 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 02/09/2018 |
| 44 | 0.69 | WEBB GLADYS M TRUST | DE PEREZ ANTONIO M F/MARTE ARIEL | JAMAICA | 11434 | | 14007 FARMERS BLVD | $730,000 | 08/13/2018 | 08/17/2018 | 2,200 | | 0.11 | | 2 | 2 | DUPLEX | 2-FMLY FRAME (B2) | 02/26/2001 |
| 45 | 0.70 | SIMMONS DENISE P | ROBLES CARLOS E | JAMAICA | 11412 | ST ALBANS HEIGHTS | 12024 193RD ST | $745,000 | 02/01/2019 | 03/06/2019 | 1,530 | | 0.11 | | 1.67 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 06/29/1992 |
| 46 | 0.70 | LACROIX-CUPID LAVERNE J | GREEN VICTOR/GREEN VELTON | SPRINGFIELD GARDENS | 11413 | | 12511 LUCAS ST | $670,000 | 09/21/2018 | 10/02/2018 | 1,286 | | 0.09 | | 1.67 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | |
| 47 | 0.71 | PRISTINE CAPITAL PARTNERS LLC | SAMUEL VERNA | JAMAICA | 11434 | LOCUST AVE MANOR | 11912 166TH ST | $778,000 | 06/08/2018 | 06/21/2018 | 2,000 | | 0.09 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 08/21/2017 |
| 48 | 0.71 | BLL HOLDING LLC | CAMPBELL KEITH B/HINDS RUPERT S | JAMAICA | 11434 | SPRINGFIELD 04 WARD | 17210 140TH AVE | $675,000 | 10/22/2018 | 10/29/2018 | 1,692 | | 0.07 | | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 05/08/2018 |
| 49 | 0.71 | PETERS GERARD W & JASMINE | JOSEPH JOHN S/ELIE MARIE H | JAMAICA | 11434 | | 11740 MARSDEN ST | $650,000 | 01/31/2019 | 02/11/2019 | 1,470 | | 0.08 | | 1.67 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 0.72 | DOWNER ALEJANDRINA & LENNON | WALKER ANN M/WHITE SAMANTHA S | JAMAICA | 11434 | LOCUST AVE MANOR MAP 02 & 778 | 16510 | 119TH AVE | $730,000 | 08/02/2018 | 08/17/2018 | 1,824 | 1,152 | 0.09 | 2 | 2 | DUPLEX | 2-FMLY CONVERTED FROM 1-FMLY (B3) | 12/16/2014 |

# Street Map Plus Report
For Property Located At

**12706 177TH ST, JAMAICA, NY 11434-3307**





 = Exact location of subject may vary by up to 300 feet

| # | Address | Sale Price | Year Built | Bed | Bath(F/H) | Last Recording | Living Area | Distance |
|---|---|---|---|---|---|---|---|---|
| **Subject Property** | | | | | | | | |
| | 12706 177TH ST | $273,000 | | | / | 01/25/2006 | 1,378 | 0.0 |
| **Comparables** | | | | | | | | |
| 1 | 17602 126TH AVE | $425,000 | 1997 | | / | 02/08/2019 | 2,074 | 0.08 |
| 2 | 17448 127TH AVE | $563,000 | 1993 | | / | 02/11/2019 | 1,728 | 0.08 |
| 3 | 17817 ANDERSON RD | $385,000 | 2006 | | / | 12/06/2018 | 1,584 | 0.10 |
| 4 | 17418 128TH AVE | $579,500 | 2006 | | / | 12/04/2018 | 2,000 | 0.15 |
| 5 | 17443 125TH AVE | $670,000 | | | / | 07/12/2018 | 1,502 | 0.15 |
| 6 | 13023 177TH ST | $647,000 | | | / | 09/17/2018 | 1,623 | 0.16 |
| 7 | 17315 VASWANI AVE | $460,000 | 2006 | | / | 10/01/2018 | 1,542 | 0.23 |
| 8 | 13104 FARMERS BLVD | $790,000 | | | / | 11/29/2018 | 3,024 | 0.26 |
| 9 | 17829 120TH AVE | $770,000 | | | / | 08/13/2018 | 1,628 | 0.32 |
| 10 | 17612 BAISLEY BLVD | $750,000 | 1990 | | / | 01/31/2019 | 2,256 | 0.34 |
| 11 | 17833 134TH AVE | $560,000 | | | / | 07/30/2018 | 2,000 | 0.35 |
| 12 | 13235 FARMERS BLVD | $415,000 | | | / | 06/21/2018 | 1,300 | 0.35 |
| 13 | 11947 MERRILL ST | $815,100 | | | / | 11/07/2018 | | 0.39 |
| 14 | 11949 MERRILL ST | $799,000 | | | / | 11/09/2018 | | 0.39 |
| 15 | 13402 GARRETT ST | $760,000 | 1992 | | / | 01/09/2019 | 2,544 | 0.39 |
| 16 | 12053 170TH ST | $460,000 | | | / | 08/01/2018 | 1,890 | 0.41 |
| 17 | 11918 178TH PL | $665,000 | 2007 | | / | 08/13/2018 | 2,090 | 0.43 |
| 18 | 18709 122ND AVE | $730,000 | | | / | 08/01/2018 | 1,575 | 0.44 |
| 19 | 12316 NELLIS ST | $530,000 | | | / | 06/27/2018 | 988 | 0.44 |
| 20 | 18813 120TH RD | $392,000 | | | / | 12/10/2018 | 1,248 | 0.46 |
| 21 | 11934 171ST ST | $421,245 | | | / | 03/12/2019 | 946 | 0.46 |
| 22 | 17702 136TH AVE | $142,000 | | | / | 01/25/2019 | 1,269 | 0.48 |
| 23 | 11918 171ST ST | $590,000 | | | / | 07/10/2018 | 946 | 0.49 |
| 24 | 13452 175TH ST | $530,000 | | | / | 07/18/2018 | 1,284 | 0.50 |
| 25 | 13452 174TH ST | $740,000 | | | / | 06/25/2018 | 2,012 | 0.52 |
| 26 | 13704 WESTGATE ST | $700,000 | | | / | 10/18/2018 | 1,440 | 0.54 |
| 27 | 11866 FARMERS BLVD | $520,000 | | | / | 12/26/2018 | 2,511 | 0.55 |

| # | Address | Price | Year | / | Date | SqFt | Ratio |
|---|---|---|---|---|---|---|---|
| 28 | 17525 138TH AVE | $525,000 | | / | 10/22/2018 | 1,492 | 0.57 |
| 29 | 17042 118TH AVE | $480,000 | | / | 01/03/2019 | 1,488 | 0.57 |
| 30 | 13719 175TH ST | $660,000 | | / | 12/11/2018 | 2,616 | 0.58 |
| 31 | 16833 118TH RD | $715,000 | | / | 08/02/2018 | 1,800 | 0.59 |
| 32 | 19014 122ND AVE | $640,000 | | / | 12/10/2018 | 1,482 | 0.59 |
| 33 | 13803 175TH ST | $550,000 | 1997 | / | 07/17/2018 | 2,400 | 0.60 |
| 34 | 11915 190TH ST | $744,000 | | / | 10/12/2018 | 1,713 | 0.63 |
| 35 | 11828 189TH ST | $620,000 | | / | 08/17/2018 | 2,232 | 0.64 |
| 36 | 13775 BEDELL ST | $600,000 | | / | 08/22/2018 | 1,950 | 0.64 |
| 37 | 13768 SLOAN ST | $670,000 | 2010 | / | 12/04/2018 | 2,100 | 0.65 |
| 38 | 17506 139TH RD | $885,000 | 2002 | / | 08/29/2018 | 2,250 | 0.66 |
| 39 | 11634 MERRICK BLVD | $725,000 | 1999 | / | 10/15/2018 | 1,936 | 0.67 |
| 40 | 18110 140TH AVE | $582,000 | | / | 08/09/2018 | 1,920 | 0.68 |
| 41 | 11949 165TH ST | $478,100 | | / | 12/06/2018 | 1,320 | 0.68 |
| 42 | 19114 WILLIAMSON AVE | $408,000 | | / | 07/17/2018 | 1,448 | 0.69 |
| 43 | 11912 192ND ST | $700,000 | | / | 02/21/2019 | 2,000 | 0.69 |
| 44 | 14007 FARMERS BLVD | $730,000 | | / | 08/17/2018 | 2,200 | 0.69 |
| 45 | 12024 193RD ST | $745,000 | | / | 03/06/2019 | 1,530 | 0.70 |
| 46 | 12511 LUCAS ST | $670,000 | | / | 10/02/2018 | 1,286 | 0.70 |
| 47 | 11912 166TH ST | $778,000 | | / | 06/21/2018 | 2,000 | 0.71 |
| 48 | 17210 140TH AVE | $675,000 | | / | 10/29/2018 | 1,692 | 0.71 |
| 49 | 11740 MARSDEN ST | $650,000 | | / | 02/11/2019 | 1,470 | 0.71 |
| 50 | 16510 119TH AVE | $730,000 | | / | 08/17/2018 | 1,824 | 0.72 |

PLANET - 00642




NYC Department of Buildings
# Property Profile Overview

**127-06 177 STREET**                   QUEENS    11434                **BIN#  4270309**

| | | | | | |
|---|---|---|---|---|---|
| 177 STREET | 127-06 - 127-06 | Health Area | : 3532 | Tax Block | : 12527 |
| | | Census Tract | : 334.01 | Tax Lot | : 93 |
| | | Community Board | : 412 | Condo | : NO |
| | | Buildings on Lot | : 1 | Vacant | : NO |

**View DCP Addresses...**       **Browse Block**

**View Zoning Documents**       **View Challenge Results**       **Pre - BIS PA**       **View Certificates of Occupancy**

Cross Street(s):      127 AVENUE,  129 AVENUE
DOB Special Place Name:
DOB Building Remarks:

| | | | |
|---|---|---|---|
| Landmark Status: | | Special Status: | N/A |
| Local Law: | NO | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Environmental Restrictions: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | NONE | | |

Special District:      UNKNOWN

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, Coastal Erosion Hazard Area, or Special Flood Hazard Area.  **Click here for more information**

Department of Finance Building Classification:      B3-2 FAMILY DWELLING

**Please Note:** The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open | |
|---|---|---|---|
| **Complaints** | 1 | 0 | **Elevator Records** |
| Violations-DOB | 0 | 0 | **Electrical Applications** |
| **Violations-ECB (DOB)** | 1 | 0 | **Permits In-Process / Issued** |
| **Jobs/Filings** | 1 | | **Illuminated Signs Annual Permits** |
| ARA / LAA Jobs | 0 | | **Plumbing Inspections** |
| Total Jobs | 1 | | **Open Plumbing Jobs / Work Types** |
| **Actions** | 3 | | **Facades** |
| | | | **Marquee Annual Permits** |
| | | | **Boiler Records** |

OR Enter Action Type: [ ]      **DEP Boiler Information**
OR Select from List: [ Select...  ▼ ]      **Crane Information**
AND [ Show Actions ]      **After Hours Variance Permits**

If you have any questions please review these **Frequently Asked Questions**, the **Glossary**, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



| | | | |
|---|---|---|---|
| **Parcel ID:** Q12527-00093 | | **County:** Q | |
| **Property Address** | | | |
| 127-06 177th St | | **Carrier Rte:** C085 | |
| Jamaica 11434-3307, NY | | **Census Tract:** 334011008 | |
| | | **Loc:** St. Albans | |
| **Block:** 12527 | | **Tax Unit:** | |
| **Lot:** 93 | | | |
| **Additional Lot:** N | | | |
| **Owner Info:** | | **Do Not Call:**  **Mailing Opt Out:** | |
| **Owner:** Evis Stephens | | **Non Owner Occupied:** N | |
| **Owner Addl:** | | **Mailing Address** | |
| **Company:** | | 12706 177th St C085 | |
| **- Own Ph#:** 718 528-5490 | | -Jamaica,  NY 11434 3307 | |
| **Ownership:** | | | |

| Taxes | Assessments | Market Total Value: $536,000 | Lot Description |
|---|---|---|---|
| **Tax Class:** 1 | **Land Value:** $9,920 | | **Acres:** 0.08 |
| **Taxes:** $5,210 | **Imp Value:** $16,144 | | **Lot Sqft:** 3450 |
| **Tax Year:** 16 | **Total Value:** $26,064 | | **Lot Frontage Ft:** 30 |
| **NYS Exemption:** | **Assessment Update Date:** 11/06/2017 | | **Lot Depth:** 115 |
| | **Data Update Date:** 6/11/2018 | | **Irregular:** N |

**Property Characteristics**
Property Characteristics
- **Property Class:** B3 Single Family Residence    **Univ Bldg Sqft:** 1378 G    **Land Use:** Duplex
**Stories:** 2                                                                     **Location Influence:**
**# Bldgs:** 1                                                                     **Property Indic:** Duplex, Triplex, Quadplex
**Year Built:**                                                                    **Garage:** Undefined Type    **Park Type:** Type Unknown
**Effect Year Built:** 1930                                                        **Zoning:** R3A General Residence District

**Deed Info**
Property Characteristics
**Deed Date:** 8/29/2006              **Sold Price:** $630,000              **Mortgage Recording Date:**
**Deed Recording Date:** 9/13/2006    **Grantor:** Cmi Management Inc       **Mortgage Amount:**
**Deed Book/Page:** /                                                       **Lender:**
                                       **Multi APN:**                       **2nd Mtg:**
**Doc#:** 517357
**Sales Deed Categ:** Grant Deed

**Historical Deed 1:**
Historical Deed 1
**Deed Date:** 1/13/2006              **Sold Price:** $273,000
**Deed Recording Date:** 1/25/2006    **Grantor:** Savall Hazel
**Deed Book/Page:** /                 **Grantee:** Cmi Management Inc
                                       **Multi APN:**
**Sales Deed Categ:** Grant Deed       **Mortgage Amount:**

**Historical Deed 2:**
Historical Deed 2
**Deed Date:**                        **Sold Price:**
**Deed Recording Date:**              **Grantor:**
**Deed Book/Page:** /                 **Grantee:** Savall Hazel

**Lis Pendens Info:**
**Lis Pendens:** Y
**Lis Pendens Amount:** $630,000      **Lis Pendens Plaintiff:** Deutsche Bk Natl Trust Co    **Lis Pendens Book/Page:**
**Lis Pendens Date:** 4/02/2018       Series                                                  **Lis Pendens Index#:** 15-704762

**Listing History**

| ML# | Style | Rms | Br | Bth | Status | Price | List Date | Exp Date | Title Date | DOM |
|---|---|---|---|---|---|---|---|---|---|---|
| 2138284 | 2 Story | 12.0 | 6 | 4.5 | W/R | $469,000 | 12/02/2008 | 06/02/2009 | | |
| 2076441 | Townhouse | 12.0 | 6 | 4.5 | EXP | $455,000 | 05/07/2008 | 07/30/2008 | | |
| 2076123 | 2 Story | 12.0 | 6 | 4.5 | W/R | $455,000 | 05/06/2008 | 07/30/2008 | | |
| 1965847 | Colonial | 10.0 | 6 | 4.5 | EXP | $670,000 | 06/04/2007 | 12/03/2007 | | |
| 1924376 | 2 Story | 5.0 | 3 | 2.0 | W/R | $1,500 | 02/16/2007 | 07/16/2007 | | |

| 127-06 177th St, Jamaica, NY 11434 | | List Price: $469,000 | |
|---|---|---|---|
| | ML#: 2138284  Res | 2 Family, Det | LSC: W/R |
| | Sec/Area: Jamaica | 2 Story | Zone: 14 |
| | Devel: | Rooms: 12 | |
| | Schools: 14    Community District 14 | Br: 6 | MBR 1st Floor: |
| | Taxes: $2,000.00    Vill Tax: | Baths Full: 4 | Half: 1 |
| | Total Taxes: $2,000.00 | Basement: Full | Fin Bsmt: Y |
| | Taxes w/Basic STAR: | Lot Size: 30 X 115 | |
| | Dis:    Sec: | Lot Sqft: 3450 | |
| | Block: 12527    Lot: 93 | Zoning: | |
| | Adult Comm: N    Gated Prop: | Flood Zone A, AE or V: | |
| | Beach Rts:    Dock Rts: | | |

**Cross Street:** Merrick Blvd
**Directions:** Merrick Blvd To 127th Ave.
**Remarks:** Short Sale Subject To Bank Final Approval.Buyer Must Be Preapproved .Call Listing Broker At (718)297-4100 Or (718)570-9696 For Appointment.Full Cooperation From Listing Broker .
**Property Description:** 3 Years Old Building With Front Stucco.Excellent Income Producer.Good Investment For The First Time Buyers.More Than $100,000 Below Market Value.

| *Property Info* | *Rooms/Interior* | *Appliances/Utilities* | *Exterior* |
|---|---|---|---|
| Appx Yr Built: 2006 | # Kitchens: 2 | Stove: 2 | Garage: |
| New Constr: N | Eat In Kitchen: N | Refrigerator: 2 | Driveway: Pvt |
| Construction: Wood Frame | DiningRm: Lr/Dr | Dishwasher: 0 | Porch: |
| Front Expose: | Den/Fam Rm: N | Washer: 0 | Patio: |
| Cul-De-Sac:    Corner: | Office: N | Dryer: 0 | Deck: |
| Horse Prop: | Attic: N | A/C: N | Pool: N |
| Appearance: Aaa | Apx Int Sqft: | Heat: Gas, Steam | Tennis Ct: |
| Waterfront: N | Wood Flrs: Y | Heat Zones: 2 | Ing Sprink: |
| Waterview: N | W/W Carpet: N | Sep HW Heater: 2 | Building Size: |
| Water Frtage: | Fireplaces: 0 | Permit: | Water: Public |
| Bulkhead: | Skylight: | | Sewer: Y |

**Bsmt/Subfl:** Partial,Finished,1/2Bath.
**1st Floor:** Lr/Dr Eik,2Full Bath.3 Br.
**2nd Floor:** Lr/Dr Eik,2Full Bath.3 Br.
**3rd Floor:**
**Personal Property Exclusions:**
**Energy Efficient Feature:**

**Also For Rent:** N
**Rental Income:**
**Short Sale:** Y
**REO:** N
**Supersedes ML#:**

| | | |
|---|---|---|
| List Date: 12/02/2008 | Withdrw/Rel Dte: 3/20/2009 | Org. LP: $469,000 |
| Exp Date: 6/02/2009 | Com Oblig Dte: 6/02/2009 | Prior LP: |
| UC Date: | Relist Oblig Dte: 6/02/2009 | List Price: $469,000 |
| Prop Title Dte: | DOM: | Contr Price: |
| Title Date: | | Owner Finance: N |
| | | Brkr/Agent Own: |

**Sell Agcy Comp:** 2%
**Buyer Agcy Comp:** 2
**Brkr Agcy Comp:** 2
**List Brkr Comp (For Rental):**
**Buyer Exclusions:** N
*Offers of compensation are for MLSLI Participants only.*

| List Broker: Arcadia Home Sales Corp ( AHSC01) | 718-297-4100 | Owner: Stephens |
|---|---|---|
| List Agent: Kazemi, Mathew M | 718-297-4100 | Purchaser: |
| | | Moved From: |



| # | St # | Dr | Street Name | Sfx | Unit# | Town | Zip | Owner Last | Owner First | Add'l Owner | Block | Lot | Taxes | Property Class | DeedDate | Sold Price | Lot Sqft | Zoning | NonOwn |
|---|------|----|-----|-----|----|------|------|------|------|------|------|----|------|------|------|------|------|------|------|
| 1 | 174-01 | | 125th | Ave | | Jamaica | 11434 | Mahmood | Samad | | 12521 | 73 | $5,202 | Duplex | 5/21/2018 | $700,000 | 2697 | R3A | Y |
| 2 | 115-20 | | Marsden | St | | Jamaica | 11434 | Alam | Masud | Nasima | 12335 | 65 | $5,903 | Duplex | 7/12/2018 | $790,000 | 3418 | R3A | Y |
| 3 | 17455 | | 129th | Ave | | Jamaica | 11434 | Hibbert | Michael | Lillian | 12524 | 64 | $6,172 | Duplex | 4/16/2018 | $836,000 | 5133 | R3A | Y |

Prepared by: Dominick DiColandrea   Canterbury Real Estate Inc   (800) 959-2067
brooks399@yahoo.com   03/21/2019 2:36 PM
Information supplied by third parties and not by Multiple Listing Service of Long Island,Inc.
Information Copyright 2019, Multiple Listing Service of Long Island, Inc.

PLANET- 00646



| # | St.# | Dr | Street Name | Sfx | Town | Zip | ListPrice | SoldPrice | Style | Br | Bath | Bsmt | Gar | SD | Tot Tax | LSC | ListDate | ExpDate | ContDate | TitleDate | DOM | Det | #F | K | ML# |
|---|------|----|-------------|-----|------|-----|-----------|-----------|-------|----|------|------|-----|----|---------|-----|----------|---------|----------|-----------|-----|-----|----|---|-----|
| 1 | 174-43 | | 125th | Ave | Jamaica | 11434 | $699,000 | $670,000 | Colonial | 5 | 2.000 | Full | 2.0 | 28 | $4,565 | CL | 9/05/2017 | 12/20/2017 | 10/07/2017 | 6/28/2018 | 32 | Det | 2 | 2 | 2966289 |
| 2 | 174-06 | | 125th | Ave | Jamaica | 11434 | $700,000 | $700,000 | Colonial | 5 | 3.000 | Full | | 29 | $5,665 | CL | 2/22/2018 | 8/21/2018 | 3/06/2018 | 5/21/2018 | 12 | Sd | 2 | 2 | 3006424 |
| 3 | 131-04 | | Farmers | Blvd | Jamaica | 11434 | $765,000 | $790,000 | Ranch | 6 | 3.000 | Full | 0.0 | 29 | $7,661 | CL | 8/14/2018 | 1/31/2019 | 9/11/2018 | 11/15/2018 | 28 | Det | 2 | 2 | 3057089 |
| 4 | 130-27 | | 176th | Pl | Jamaica | 11434 | $829,000 | $818,000 | 2 Story | 6 | 2.000 | Full | | 29 | $5,963 | CL | 8/20/2018 | 8/19/2019 | 10/09/2018 | 12/11/2018 | 50 | Sd | 2 | 2 | 3058703 |

Prepared by: Dominick DiColandrea  Canterbury Real Estate Inc  (800) 959-2067
brooks399@yahoo.com  03/21/2019 2:44 PM
Information supplied by third parties and not by Multiple Listing Service of Long Island,Inc.
Information Copyright 2019, Multiple Listing Service of Long Island, Inc.

PLANET- 00647

| 174-43 125th Ave, Jamaica, NY 11434 | | | Sold Price: $670,000 | |
|---|---|---|---|---|
|  | ML#: 2968289 | Res | 2 Family, Det | LSC: CL |
| | Sec/Area: | | Colonial | Zone: 14 |
| | Devel: | | Rooms: 12 | |
| | Schools: 28 | Community District 28 | Br: 5 | MBR 1st Floor: N |
| | Taxes: $4,565.00 | Vill Tax: | Baths Full: 2 | Half: 0 |
| | Total Taxes: $4,565.00 | | Basement: Full | Fin Bsmt: Y |
| | Taxes w/Basic STAR: | | Lot Size: 30X169 | |
| | Dis: | Sec: | Lot Sqft: 9378 | |
| | Block: 12516 | Lot: 100 | Zoning: R3A | |
| | Adult Comm: N | Gated Prop: | Flood Zone A, AE or V: | |
| | Beach Rts: | Dock Rts: | | |

**Cross Street:** Merrick Blvd  
**Walk Score®:** 81  
**Directions:** Map Quest  

**Remarks:** Accepted Offer .. Ready To Move In !!!!Fully Renovated Detached 2 Family House, 3 Bedrooms Over 2 Bedrooms 2 Car Garage ,Private Driveway , Near Transportation And Jfk Airport  

**Property Description:** Ready To Move In !!!!Fully Renovated Detached 2 Family House, 3 Bedrooms Over 2 Bedrooms 2 Car Garage ,Private Driveway Near Transportation,And Jfk Airport

| *Property Info* | *Rooms/Interior* | *Appliances/Utilities* | *Exterior* |
|---|---|---|---|
| Appx Yr Built: 1930 | # Kitchens: 2 | Stove: 2 | Garage: 2, Dte |
| New Constr: N | Eat In Kitchen: N | Refrigerator: 2 | Driveway: Pvt |
| Construction: Frame | DiningRm: None | Dishwasher: 0 | Porch: |
| Front Expose: | Den/Fam Rm: N | Washer: 0 | Patio: |
| Cul-De-Sac: Corner: N | Office: N | Dryer: 0 | Deck: |
| Horse Prop: N | Attic: Y | A/C: N | Pool: N |
| Appearance: Excellent | Apx Int Sqft: | Heat: Oil, Steam | Tennis Ct: N, None |
| Waterfront: N | Wood Flrs: Y | Heat Zones: | Ing Sprink: None |
| Waterview: N | W/W Carpet: | Sep HW Heater: N | Building Size: 18X34 |
| Water Frtage: | Fireplaces: 0 | Permit: Exempt | Water: Public |
| Bulkhead: | Skylight: | | Sewer: N |

**Bsmt/Subfl:** Full Finished  
**1st Floor:** 3 Bedrooms Living Room Kitchen And Full Bathroom  
**2nd Floor:** 2 Bedrooms, Living Room Kitchen And Full Bathroom  
**3rd Floor:**  
**Personal Property Exclusions:**  
**Energy Efficient Feature:** N  

**Also For Rent:** N  
**Rental Income:**  
**Short Sale:** N  
**REO:** N  
**Supersedes ML#:**  

| | | |
|---|---|---|
| List Date: 9/05/2017 | Sold Price: $670,000 | Org. LP: $699,000 |
| Exp Date: 12/20/2017 | % Difference: 4.2 | Prior LP: |
| UC Date: 10/07/2017 | Mortgage Type: Fha | List Price: $699,000 |
| Prop Title Dte: | Final Mort: | Contr Price: $670,000 |
| Title Date: 6/28/2018 | DOM: 32 | Owner Finance: N |
| | | Brkr/Agent Own: N |

**Sell Agcy Comp:** 0  
**Buyer Agcy Comp:** 2  
**Brkr Agcy Comp:** 2  
**List Brkr Comp (For Rental):**  
**Buyer Exclusions:** N  
*Offers of compensation are for MLSLI Participants only.*

| | | |
|---|---|---|
| List Broker: Douglas Elliman Real Estate ( DERE17) | 718-631-8900 | Owner: Idf Dev Llc |
| List Agent: Genao, Mayra L | 347-247-7996 | Purchaser: Sugrim |
| Co-List Agt: Rivera, Jesselynn | 347-901-9176 | Moved From: Queens Village |
| Sell Broker: Property Professionals Realty ( PRP 01) | 516-605-2700 | |
| Sell Agent: Sahadeo, Harishchandr S | | |

| 174-06 125th Ave, Jamaica, NY 11434 | | Sold Price: $700,000 | |
|---|---|---|---|
|  | ML#: 3006424   Res | 2 Family, Sd | LSC: CL |
| | **Sec/Area:** <br> **Devel:** <br> **Schools:** 29    Community District 29 <br> **Taxes:** $5,665.00    **Vill Tax:** <br> **Total Taxes:** $5,665.00 <br> **Taxes w/Basic STAR:** <br> **Dis:** 29    **Sec:** <br> **Block:** 12521    **Lot:** 71 <br> **Adult Comm:** N    **Gated Prop:** <br> **Beach Rts:**    **Dock Rts:** | Colonial <br> **Rooms:** 9 <br> **Br:** 5    **MBR 1st Floor:** Y <br> **Baths Full:** 3    **Half:** 0 <br> **Basement:** Full   **Fin Bsmt:** Y <br> **Lot Size:** 31X87 <br> **Lot Sqft:** 2697 <br> **Zoning:** <br> **Flood Zone A, AE or V:** | **Zone:** 14 |

**Cross Street:** Merrick                                **Walk Score®:** 77
**Directions:** Waze Merrick Blvd To 125th Ave
**Remarks:** For Appointment Text A Copy Of Your Business Card With Requested Information On Showing To Listing Broker Cell, 347-661-9930.
**Property Description:** Newly Renovated 2 Family Home With Updated And Modern Appliances And Fixtures. 1st Floor Has Lr/Dr, Kitchen With Stainless Steel Appliances And Granite Countertops, Full Bath And 3 Bedrooms. 2nd Floor Has Lr/Dr, Kitchen With Stainless Steel Appliances And Granite Counter Tops, Full Bath And 2 Bedrooms. Full Finished Basement With Separate Entrance And Private Driveway.

| *Property Info* | *Rooms/Interior* | *Appliances/Utilities* | *Exterior* |
|---|---|---|---|
| **Appx Yr Built:** 2000 | **# Kitchens:** 2 | **Stove:** 2 | **Garage:** |
| **New Constr:** N | **Eat In Kitchen:** Y | **Refrigerator:** 2 | **Driveway:** Pvt |
| **Construction:** Frame | **DiningRm:** Lr/Dr | **Dishwasher:** 0 | **Porch:** |
| **Front Expose:** | **Den/Fam Rm:** N | **Washer:** 0 | **Patio:** |
| **Cul-De-Sac:**    **Corner:** | **Office:** N | **Dryer:** 0 | **Deck:** |
| **Horse Prop:** | **Attic:** N | **A/C:** N | **Pool:** N |
| **Appearance:** Excellent | **Apx Int Sqft:** | **Heat:** Gas, Steam | **Tennis Ct:** |
| **Waterfront:** N | **Wood Flrs:** | **Heat Zones:** 2 | **Ing Sprink:** |
| **Waterview:** N | **W/W Carpet:** | **Sep HW Heater:** | **Building Size:** |
| **Water Frtage:** | **Fireplaces:** 0 | **Permit:** Exempt | **Water:** Public |
| **Bulkhead:** | **Skylight:** | | **Sewer:** Y |

**Bsmt/Subfl:** Full Finished, Laundry And Utility Area       **Also For Rent:** N
**1st Floor:** Lr/Dr Combo, Kitchen, Full Bath, 3 Bedrooms    **Rental Income:**
**2nd Floor:** Lr/Dr Combo, Kitchen, Full Bath, 2 Bedrooms    **Short Sale:** N
**3rd Floor:**                                                **REO:** N
**Personal Property Exclusions:**                             **Supersedes ML#:**
**Energy Efficient Feature:** N

| | | |
|---|---|---|
| **List Date:** 2/22/2018 | **Sold Price:** $700,000 | **Org. LP:** $689,000 |
| **Exp Date:** 8/21/2018 | **% Difference:** 0.0 | **Prior LP:** $689,000 |
| **UC Date:** 3/06/2018 | **Mortgage Type:** Fha | **List Price:** $700,000 |
| **Prop Title Dte:** | **Final Mort:** | **Contr Price:** $700,000 |
| **Title Date:** 5/21/2018 | **DOM:** 12 | **Owner Finance:** N |
| | | **Brkr/Agent Own:** N |

**Sell Agcy Comp:** 0
**Buyer Agcy Comp:** 1.5%
**Brkr Agcy Comp:** 0
**List Brkr Comp (For Rental):**
**Buyer Exclusions:** N
*Offers of compensation are for MLSLI Participants only.*

| | | |
|---|---|---|
| **List Broker:** Flat Rate Realty of Queens Ltd ( RAMO01) | 718-873-9200 | **Owner:** Archer Property |
| **List Agent:** Ramoutar, Mahaish | 718-873-9200 | **Purchaser:** Samad Mahmood |
| **Sell Broker:** Sky Port Homes LLC ( SKYP 01) | 718-925-9600 | **Moved From:** St Albans |
| **Sell Agent:** Dhanraj, Kissoon | | |

Prepared by: Dominick DiColandrea   Canterbury Real Estate Inc   (800) 959-2067
brooks399@yahoo.com   03/21/2019 2:46 PM
Information supplied by third parties and not by Multiple Listing Service of Long Island, Inc.
Information Copyright 2019, Multiple Listing Service of Long Island, Inc.

PLANET- 00649

| 131-04 Farmers Blvd, Jamaica, NY 11434 | | Sold Price: $790,000 | |
|---|---|---|---|
|  | ML#: 3057089   Res | 2 Family, Det | LSC: CL |
| | Sec/Area: | Ranch | Zone: 14 |
| | Devel: | Rooms: 12 | |
| | Schools: 29      Community District 29 | Br: 6 | MBR 1st Floor: Y |
| | Taxes: $7,661.00          Vill Tax: | Baths Full: 3 | Half: 0 |
| | Total Taxes: $7,661.00 | Basement: Full | Fin Bsmt: Y |
| | Taxes w/Basic STAR: | Lot Size: 51X115.58 | |
| | Dis:                 Sec: | Lot Sqft: 5895 | |
| | Block: 12542    Lot: 70 | Zoning: R3X | |
| | Adult Comm: N       Gated Prop: | Flood Zone A, AE or V: | |
| | Beach Rts: N        Dock Rts: N | | |

**Cross Street:** 131st Avenue

**Walk Score®:** 78

**Directions:** Www.Googlemaps.Com

**Remarks:** Please Verify All The Information Independently . 24 Hours Notice Required For Showing. Please Call/Text Jason @ 646-504-6639 Or Email Him At Jason@Soldbymarcg.Com. Review Attachment For Offer Submission Procedures And Sellers Instructions. All Offers To Marco.Gomez@Gmail.Com Or Fax To 877-817-9101 - A/O, Half Signed Contract 09/05/2018

**Property Description:** Like New 2 Family. 3 Bed Over 3 Bed. Finished Basement, Carport, Fujitsu Mini Splits On 1st Floor. Close To Transportation And Shopping.

| *Property Info* | *Rooms/Interior* | *Appliances/Utilities* | *Exterior* |
|---|---|---|---|
| Appx Yr Built: 1945 | # Kitchens: 2 | Stove: 2 | Garage: Na |
| New Constr: N | Eat In Kitchen: N | Refrigerator: 2 | Driveway: Pvt |
| Construction: Brick | DiningRm: Lr/Dr | Dishwasher: 0 | Porch: None |
| Front Expose: E | Den/Fam Rm: N | Washer: 1 | Patio: |
| Cul-De-Sac: N    Corner: | Office: N | Dryer: 1 | Deck: |
| Horse Prop: N | Attic: N | A/C: N | Pool: N, None |
| Appearance: Very Good | Apx Int Sqft: 2100 | Heat: Gas, Rad | Tennis Ct: N, None |
| Waterfront: N | Wood Flrs: | Heat Zones: 3 | Ing Sprink: None |
| Waterview: N | W/W Carpet: | Sep HW Heater: Yes | Building Size: 25X42 |
| Water Frtage: | Fireplaces: 0 | Permit: Co | Water: Public |
| Bulkhead: N | Skylight: 0 | | Sewer: Y |

**Bsmt/Subfl:** Full Finished Basement With Utilities                               **Also For Rent:** N
**1st Floor:** 3 Bed 1 Bath, Kitchen, L-Shaped Lr/Dr                                **Rental Income:**
**2nd Floor:** 3 Bed 2 Bath, Kitchen, L-Shaped Lr/Dr                                **Short Sale:** N
**3rd Floor:**                                                                     **REO:** N
**Personal Property Exclusions:**                                                   **Supersedes ML#:**

**Energy Efficient Feature:** N

**Handicap Accessible:** N, None

| List Date: 8/14/2018 | Sold Price: $790,000 | Org. LP: $765,000 |
|---|---|---|
| Exp Date: 1/31/2019 | % Difference: -3.3 | Prior LP: |
| UC Date: 9/11/2018 | Mortgage Type: | List Price: $765,000 |
| Prop Title Dte: 11/30/2018 | Final Mort: | Contr Price: $790,000 |
| Title Date: 11/15/2018 | DOM: 28 | Owner Finance: N |
| | | Brkr/Agent Own: N |

**Sell Agcy Comp:** 0
**Buyer Agcy Comp:** 1.25
**Brkr Agcy Comp:** 1.25
**List Brkr Comp (For Rental):**
**Buyer Exclusions:** N
*Offers of compensation are for MLSLI Participants only.*

| List Broker: Keller Williams Realty Greater ( KEWG01) | 516-873-7100 | Owner: Edwards |
|---|---|---|
| List Agent: Gomez, Marco | 646-504-6639 | Purchaser: |
| Sell Broker: NonMember ( NONM 01) | | Moved From: |

| 130-27 176th Pl, Jamaica, NY 11434 | | Sold Price: $818,000 | |
|---|---|---|---|



| ML#: 3058703 | Res | 2 Family, Sd | LSC: CL |
|---|---|---|---|
| Sec/Area: | | 2 Story | Zone: 14 |
| Devel: | | Rooms: 12 | |
| Schools: 29 Community District 29 | | Br: 6 | MBR 1st Floor: N |
| Taxes: $5,963.00 | Vill Tax: | Baths Full: 2 | Half: 0 |
| Total Taxes: $5,963.00 | | Basement: Full | Fin Bsmt: |
| Taxes w/Basic STAR: | | Lot Size: 30X100 | |
| Dis: | Sec: | Lot Sqft: 3000 | |
| Block: 12537 | Lot: 95 | Zoning: | |
| Adult Comm: N | Gated Prop: | Flood Zone A, AE or V: | |
| Beach Rts: | Dock Rts: | | |

**Cross Street:** 130th Ave  
**Walk Score®:** 63  
**Directions:** Off Farmers Blvd.

**Remarks:** Newly Renovated 2 Family, Semi-Detached. 3 Over 3 Bedrooms, 2 Full Baths. Hardwood Floors Throughout, Recessed Lights. Finished Basement With Laundry Room,1 Br, Full Bath And Sep Ent. Private Driveway. Backyard. Near Park, Transport And Restaurants.

**Property Description:** Newly Renovated 2 Family, Semi-Detached. 3 Over 3 Bedrooms, 2 Full Baths. Hardwood Floors Throughout, Recessed Lights. Finished Basement With Laundry Room,1 Br, Full Bath And Sep Ent. Private Driveway. Backyard.

| *Property Info* | *Rooms/Interior* | *Appliances/Utilities* | *Exterior* |
|---|---|---|---|
| Appx Yr Built: 1987 | # Kitchens: 2 | Stove: 2 | Garage: |
| New Constr: N | Eat In Kitchen: Y | Refrigerator: 2 | Driveway: Pvt |
| Construction: Frame | DiningRm: Lr/Dr | Dishwasher: 0 | Porch: |
| Front Expose: | Den/Fam Rm: N | Washer: 0 | Patio: |
| Cul-De-Sac: Corner: | Office: N | Dryer: 0 | Deck: |
| Horse Prop: | Attic: N | A/C: N | Pool: N |
| Appearance: Fully Reno | Apx Int Sqft: | Heat: Gas, Steam | Tennis Ct: |
| Waterfront: N | Wood Flrs: Y | Heat Zones: | Ing Sprink: |
| Waterview: N | W/W Carpet: | Sep HW Heater: | Building Size: |
| Water Frtage: | Fireplaces: 0 | Permit: Co | Water: |
| Bulkhead: | Skylight: | | Sewer: |

**Bsmt/Subfl:** Finished W/ Laundry Room And Sep Entrance.  
**1st Floor:** Living/Dining Room, Kit, Full Bath And 3 Brs.  
**2nd Floor:** 3 Brs, Full Bath, Living/Dining Room ,Kit.  
**3rd Floor:**  
**Personal Property Exclusions:**  
**Also For Rent:** N  
**Rental Income:**  
**Short Sale:** N  
**REO:** N  
**Supersedes ML#:**  
**Energy Efficient Feature:** N

| | | |
|---|---|---|
| List Date: 8/20/2018 | Sold Price: $818,000 | Org. LP: $829,000 |
| Exp Date: 8/19/2019 | % Difference: 1.3 | Prior LP: $799,000 |
| UC Date: 10/09/2018 | Mortgage Type: Fha | List Price: $829,000 |
| Prop Title Dte: | Final Mort: | Contr Price: $810,000 |
| Title Date: 12/11/2018 | DOM: 50 | Owner Finance: |
| | | Brkr/Agent Own: N |

**Sell Agcy Comp:** 1.5%  
**Buyer Agcy Comp:** 1.5%  
**Brkr Agcy Comp:** 1.5%  
**List Brkr Comp (For Rental):**  
**Buyer Exclusions:** Y  
*Offers of compensation are for MLSLI Participants only.*

| | | |
|---|---|---|
| List Broker: Great Success Realty Inc ( SMAT01) | 718-883-1800 | Owner: Ely 2001 Llc |
| List Agent: Matsui, Shimon A | 718-883-1800 | Purchaser: Holmes |
| Sell Broker: Panache Realty Co ( NBLT 01) | 516-607-1131 | Moved From: Brooklyn |
| Sell Agent: Neblett, Dionicio A | | |