# EXHIBIT F

## UNITED AMERICAN TITLE AGENCY

101-05 Lefferts Blvd.
Suite 201A
Richmond Hill, NY 11419
Tel (718) 441-2027
Fax (718) 441-2308
info@uatitleagency.com

March 18, 2019

DONALDSON & CHILLIEST, LLP
ANTHONY CHILLIEST
1825 PARK AVE
NEW YORK, NY 10035

Re: Title Number UAT19-2297-Q
    Premises    127-06 177th Street, Jamaica
    County    Queens
    Purchaser    12706 Holdings Inc.
    Seller/Owner

Dear Sir/Madam:

In reference to the above, enclosed please find certificate and Report of Title.

If you have any question in regard to same, please do not hesitate to contact the undersigned.

Very truly yours,

LISA HARRISON

LG

cc:    Charles Mester
        Gerald Smith

PLANET- 00902

# Confirmation

**UNITED AMERICAN TITLE AGENCY**
**101-05 Lefferts Blvd.**
**Suite 201A**
**Richmond Hill, NY 11419**
**Tel (718) 441-2027**
**Fax (718) 441-2308**
**info@uatitleagency.com**

Application Date **03/12/2019**

Title Number **UAT19-2297-Q**

Representing **WFG National Title Insurance Company**

| | | | |
|---|---|---|---|
| Applicant | DONALDSON & CHILLIEST, LLP<br>ANTHONY CHILLIEST<br>1825 PARK AVE<br>STE 1102<br>NEW YORK, NY 10035<br>Tel (212) 722-4900 | Purchaser's Atty | Same As Applicant |
| Seller's Atty | Wenig Saltiel LLP<br>Charles Mester<br>26 Court Street<br>Suite 1200<br>Brooklyn, NY 11242<br>Tel (718) 797-5700 | Bank Atty | Vis Capital Ventures<br>Gerald Smith<br>Tel (212) 739-9487<br>gerald@viscapitalventure.com |

| | |
|---|---|
| Premises | 127-06 177th Street, Jamaica<br>City of New York |
| County | Queens |
| S/B/L | 12527 / 93 |

Purchaser **12706 Holdings Inc.**

## Premium Information

| | | (Amt.) | | (Prem.) | Premium Type |
|---|---|---|---|---|---|
| Fee Policy | | (Amt.) | | (Prem.) | |
| Estimated Recording Charges | $ | 150.00 (Includes Mortgage Tax) | | | |

**Some agency charges may be subject to sales tax.**

Thank you for your application for the examination of title to the above described premises. Our charges, on the basis of our filed rate schedule are noted, subject to any revision due to any desired change in liability, the addition of any requested or necessary disbursements, or changes in our filed rate schedule after this date.
Please be advised WFG National Title Insurance Company has implemented a rate calculator for your convenience to enable you to calculate your title insurance rates.

PLANET- 00903

# UNITED AMERICAN TITLE AGENCY
**101-05 Lefferts Blvd.**
**Suite 201A**
**Richmond Hill, NY 11419**
**Tel (718) 441-2027**
**Fax (718) 441-2308**

**GOOD FAITH ESTIMATE** March 18, 2019

Title Number  **UAT19-2297-Q**

Record Owner
Purchaser   **12706 Holdings Inc.**
Premises   **127-06 177th Street, Jamaica**

County Queens          Closing County Queens

S/B/L(1)   /12527/93

| Title Charges | Purchaser | Seller | Lender |
|---|---|---|---|
| Fee | | | |
| | | | |
| | | | |
| | | | |
| **Endorsements** | | | |
| | | | |
| | | | |
| | | | |
| **Recording Chgs** | | | |
| Deeds | | | |
| Mortgages | | | |
| | | | |
| | | | |
| **Escrow Deps** | | | |
| | | | |
| | | | |
| **Misc. Chgs** | | | |
| Mechanics Lien Term | | 150.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | 0.00 | 150.00 | 0.00 |

Underwriter:   **WFG National Title**
                      **Insurance Company**

Premium/Endorsement Split:  85% - 15%

| | | Ag. Split | Und. Split |
|---|---|---|---|
| **Fee Prm** | 0.00 | 0.00 | 0.00 |
| **Tot. Mtg Prm** | 0.00 | 0.00 | 0.00 |
| **Tot. Ends.** | 0.00 | 0.00 | 0.00 |
| **Totals** | 0.00 | 0.00 | 0.00 |

Note: Rates and charges herein are subject
to change based on the rates in effect at the
time of closing.

## DISCLOSURE INFORMATION

The Good Faith Estimate quoted herein is made in
accordance within our standard charges published
on our website. The compensation to the agent is
also disclosed herein above. Please visit
www.uatitleagency.com for additional information.

IMPORTANT DISCLOSURE REQUIRED
PURSUANT TO 11 NYCRR 30.3: This is to confirm
your application for title insurance placed with
UNITED AMERICAN TITLE AGENCY, as agent for
WFG National Title Insurance Company as herein
set forth.
Agent will receive compensation as shown on this
page. Alternative title insurance policy coverage's
and/or endorsements may be available. Please
contact the Agent for a description of alternative
coverage's and premium quotes or for any other
additional information. The premiums for policies of
title insurance are approved by the New York State
Department of Financial Services ("NYS DFS"),
Insurance Division, pursuant to rate filings. The
Underwriter used herein is a member of the Title
Insurance Rate Service Association ("TIRSA"). These
rates are standard for all members of the TIRSA,
except for owner's policies for an amount of less
than one million dollars issued by the aforementioned
underwriter pursuant to a deviation filing approved by
the DFS which rate is 15% less than the TIRSA filed
rate. The NYS DFS also approves policy and
endorsement forms. The Agent does not have any
material ownership interest in the Insurer, nor does
the Insurer have any material ownership in the Agent.
The Insurance Law prohibits reducing or rebating any
portion of the premium paid to the Insurer for the title
insurance policy whether by reducing the Agents'
compensation or otherwise.

## NOTICE STATEMENT

The lender or other party may require the performance of additional services which are not necessary services in connection with the issuance of the title
policy. Please note that the issuance of the title policy is not dependent upon the performance of such additional services.

PLANET- 00904

**RESPA ADVISORY**

In providing closing cost estimates based on information which our insured, our customers and/or the loan originators provide us, UNITED AMERICAN TITLE AGENCY; endeavors to follow federal and state regulations and internal lender procedures applying to all transactions including, but not limited to, Truth in Lending, RESPA, Housing and Economic Recovery Act of 2009 and any internal procedures of our lender customers.

Please note that we provide our estimates, as stated, based on the information we receive from the parties and usually without having been provided final documentation to be used at closing. Should there be a "change in circumstances" as defined in RESPA rules, UNITED AMERICAN TITLE AGENCY reserves the right as allowed under the RESPA rules to revise our estimated closing costs at any time and we reserve the right to charge a fee for re-scheduling the closing should it be adjourned on short notice.

# NEW YORK

## CERTIFICATE OF TITLE

# WFG NATIONAL TITLE INSURANCE COMPANY

Certifies to the proposed insured named in Schedule A that an examination of title to the premises described in Schedule A has been made in accordance with its usual procedure and agrees to issue its standard form of the title insurance policy in favor of the proposed insured, covering premises described in Schedule A, in the amounts hereinafter set forth, insuring the fee and/or mortgage and the marketability thereof, after the closing of the transaction in conformance with procedures approved by the Company excepting (a) all loss or damage by reason of the estates, interests, defects, objections, liens, encumbrances and other matters set forth herein that are not disposed of to the satisfaction of the Company prior to such closing or issuance of the policy (b) any question or objection coming to the attention of the Company before the date of closing, or if there be no closing, before the issuance of said policy.

This Certificate shall be null and void (1) if the fees therefore are not paid (2) if the prospective insured, his attorney or agent makes any untrue statement with respect to any material fact or suppresses or fails to disclose any material fact or if any untrue answers are given to material inquiries by or on behalf of the Company (3) upon delivery of the policy. Any claim arising by reason of the issuance hereof shall be restricted to the terms and conditions of the standard form of insurance policy. If title, interest or lien to be insured was acquired by the prospective insured, prior to delivery hereof, the Company assumes no liability except under its policy when issued.

**THIS REPORT IS NOT A TITLE INSURANCE POLICY. PLEASE READ CAREFULLY. THE REPORT MAY SET FORTH EXCLUSIONS UNDER THE TITLE INSURANCE POLICY AND MAY NOT LIST ALL LIENS, DEFECTS AND ENCUMBRANCES AFFECTING TITLE TO THE PROPERTY.**

**YOU SHOULD CONSIDER THIS INFORMATION CAREFULLY.**

Signed this ____ day of _____ 20____

Issued by

_____
Authorized Signature

WFG NATIONAL TITLE INSURANCE COMPANY
_____

BY: _____
President
ATTEST: _____
Secretary

*(seal: INTERNATIONAL TITLE INSURANCE COMPANY · INCORPORATED · 1974 · SOUTH CAROLINA)*

**UNITED AMERICAN TITLE AGENCY**
**101-05 Lefferts Blvd.**
**Suite 201A**
**Richmond Hill, NY 11419**
**Tel (718) 441-2027**
**Fax (718) 441-2308**

# Schedule A

Title Number: **UAT19-2297-Q**                    Effective Date: **02/03/2019**

Premises              127-06 177th Street, Jamaica, NY 11434
Town/Village/City     **City of New York**
County                **Queens**
                                    Block **12527**          Lot **93**

---

ALTA Owner's Policy 2006 (with Endorsement Modifications)          $

Proposed Insured **12706 Holdings Inc.**


ALTA Loan Policy 2006 (with Endorsement Modifications)            $

Proposed Insured

---

The estate or interest in the land described or referred to in this Certificate and covered herein is:**Fee Simple**

Title to said estate or interest in said land at the effective date hereof is vested in:

**EVIS STEPHENS**

Source of Title:

**By deed from CMI MANAGEMENT dated 08/29/06, recorded 09/13/06 in CRFN 2006000517357 in the Queens County City Register Office.**

Recertified Date: _____/_____/_____          Title Recertified In:

---

The land referred to in this Certificate is described as follows:

## SCHEDULE "A" DESCRIPTION WITHIN

---

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE
BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING
AND BEING in the Borough and County of Queens, City and State of New York,
bounded and described as follows:

BEGINNING at a point on the westerly side of 177th Street, distant 24.83 feet
southerly from the corner formed by the intersection of the westerly side of 177
Street, with the southerly side of 127th Avenue;

RUNNING THENCE westerly and parallel with the northerly side of 129th
Avenue, 115 feet;

RUNNING THENCE southerly and parallel with the westerly side of 177th Street,
30 feet;

RUNNING THENCE easterly and again parallel with the northerly side of 129th
Avenue, 115 feet to the westerly side of 177th Street; and

THENCE northerly along the westerly side of 177th Street, 30 feet to the point or
place of BEGINNING.

# Schedule B

Title Number:   **UAT19-2297-Q**

Hereinafter set forth are additional matters which will appear in our policy as exceptions from coverage unless disposed of to our satisfaction prior to the closing or delivery of the policy.

1. Taxes, tax liens, tax sales, water rates, sewer rents and assessments set forth in schedule herein.

2. Mortgages returned herein (1). Detailed statement within.

3. Rights of tenants or persons in possession.

4. Any state of facts which an accurate survey might show.

5. In the absence of a survey the company will not certify as to the location or dimensions of the within described premises on all sides and will except any state of facts a current accurate survey may show. The company is trying to locate a survey from the prior insurer.

6. Covenants, conditions, easements, leases, agreements of record, etc., more fully set forth in Schedule herein:

   a.  Water Agreement recorded in LIBER 3063 PAGE 312

7. Policy excepts and no coverage is provided for any harm, loss or damage suffered or incurred by the insured hereunder resulting from any violation or cause of action arising under New York's Home Equity Theft Prevention Act (Chapter 308 of the Laws of 2006, codified as Section 265-A of the RPL)

8. Proof is required that EVIS STEPHENS, 12706 HOLDINGS INC. have not been known by any other name in the past 10 years.

9. Proposed mortgagor, 12706 HOLDINGS INC. has been run for judgments and liens. NOTHING FOUND

10. Certified owner, EVIS STEPHENS has been run for judgments and liens.

    NOTHING FOUND

11. EVIS STEPHENS, 12706 HOLDINGS INC. have been run for Bankruptcies and nothing has been found of record.

12. Proof is required that the person(s) who is/are to make the closing mortgage hereby insured is/are the same person(s) as the grantee(s) named in deed recorded in CRFN 2006000517357

13. Closing instruments to contain the following recital, "Being and intended to be" the same premises as conveyed to the grantor by deed dated 08/29/06 recorded 09/13/06 in CRFN 2006000517357

Continued On Next Page

14. Tax search may disclose water meter and/or sewer rent charges which has/have not been read subsequent to the date indicated thereon. Policy except all water and sewer meter charges from date of last actual reading of the meter including all charges entered hereafter but which might include usage prior to the date of the policy.

15. Meter reading must be obtained by the seller. In the event said reading is not obtained Company will hold escrow until said reading is obtained, or the following objection will apply.

    Policy will except any additional water and sewer charges that may be reimposed as a result of an actual reading from the date of the last special meter reading.

16. Pursuant to the Real Property Tax Law and related statutes, the exemption of the premises from taxation, including for school purposes, terminates immediately upon the acquisition of title to or possession of property by a person, association, or corporation not entitled to an exemption or in New York City (NYC) upon issuance of a violation by a NYC agency, department or bureau for an illegal occupancy. The premises then may become taxed prorata for the unexpired term of the taxable year from the termination of the exemption and subsequent thereto at the full valuation without benefit of such tax exemption and when there is an issuance of a NYC violation the reimposition of taxes with interest will include all taxes which have been exempted. Policy excepts the reimposition of taxes, including for school purposes, from the termination of the exemption, and in those circumstances where there is a NYC violation all exempted taxes with interest thereon. (See Chapter 242 of the Laws of 1986)

17. Proof must be supplied to the Company that the Senior Citizen and/or Veteran's exception as indicated on the tax search herein is still in full force and effect and that all of the persons entitle to said exemption are still entitled to said exemption and that no discounts were given for persons not entitled to the same.

18. NOTE:  Attention is called to the tax search herein which discloses a STAR exemption. Said exemption will be discontinued for the next tax year upon the transfer of title.  Therefore, if we are asked to escrow school tax for the next tax year on a fee transaction, the escrow amount will be based on the FULL school tax amount plus 20%.

19. An affidavit must be submitted by the record owners stating that they are still entitled to the exemption shown on the enclosed tax search herein and that said exemption has not been cancelled or modified

20. NOTE: The notation that exception is "under investigation" does not mean that the exception has been omitted. This company has contacted the prior insurer in an effort to ascertain how the exception was disposed of. If the owner of the premises(or attorney) has any information, including a copy of the owner's fee policy, to enable us to dispose of the exception this company should be advised as soon as possible.

Continued On Next Page

21.  "Please advise the Company prior to closing if any mortgage on the property is in arrears two or more months, or if the mortgage pay-off letter discloses any late payment charges.  In either situation, a copy of the contract of sale must be delivered to the company prior to closing so that the company can review the contract for compliance with the Home Equity Theft Prevention Act.  Failure to notify the Company of either of these facts and to deliver a copy of the contract prior to closing will result in a delay in the closing while the Company reviews the contract for compliance with the Home Equity Theft Prevention Act."

22.  NEW ACKNOWLEDGEMENTS TAKEN WITHIN NEW YORK STATE: Section 309-A of the Real Property Law requires substantial conformity with all acknowledgements taken within New York State on or after September 1, 1999. Instruments acknowledged on or after September 1, 1999 must comply with the new requirements or they will not be deemed recordable.

23.  NOTE: Company will not accept direct checks for the payment of real estate taxes or water and sewer charges.

24.  NOTE: Closing to be called in 48 hours in advance to avoid delays and inconveniences at time of closing.

25.  Satisfactory proof by affidavit must be furnished whether any work has been done on the premises by the City of New York, or any demand by the City for any work to be done, which may result in charges being imposed by:
     a.   The New York City Department of Rent and Housing Maintenance;
     b.   The New York City Department of Environmental Protection for water tap closing or any related work; and
     c.   By the New York City Department of Health;
     whether or not such charges are liens against which the policy will protect.

26.  Satisfactory proof by affidavit must be furnished showing any fee for an inspection, re-inspection, examination or service performed by the Department of Buildings or permit issued by the Department of Buildings have been levied, charged, created or incurred, which may become a lien upon the premises, whether or not such charges are liens against which the policy will insure.

     NOTE: The above two exceptions are made due to the inability of this Company to search for record of these liens because of the failure of the City of New York to properly file or record notices of these charges. These charges are liens imposed pursuant to Titles 17, 24 and 26 of the Administrative Code of the City of New York.

27.  NOTE:  All municipal departmental searches are FOR INFORMATION ONLY.  They are not insurable items and this company assumes no liability for the accuracy.  Municipal Departmental searches ARE NOT continued to the date of closing.

Continued On Next Page

28. Policy excepts any loss due to the existence of Emergency Repairs notices, liens in progress pursuant to searches attached. Additionally, policy excepts any loss due to emergency repairs given out at the premises indicated in Schedule A and not posted in the last printed lien book and for purchase orders posted in the last printed lien book and for purchase orders posted, if any, as indicated in the emergency repair search herein

29. Emergency Repair Notices, if any, filed pursuant to Chapter 26, Section D-26-57.01 of the Administrative Code of New York.

30. NOTE: All documents to be recorded in the Office of the Clerk/Register or filed in the Register's Office must be executed in BLACK INK ONLY or this company will assume no responsibility for the recording of

31. NOTE: Remittances exceeding $500.00 to be certified or Bank check.

32. NOTE: Photo identification must be submitted at closing.

33. The Register of the City of New York will not accept for recording a deed or a mortgage which transfers part of a tax lot. Proof of compliance with subdivision requirements is required in advance of closing or the policy will except the consequences of the failure to obtain subdivision approval, including the failure to record.

34. Note: During the second calendar quarter of 2004, the New York City Register will require that certain forms submitted in connection with the transfer of real property in Bronx, Brooklyn, New York and Queens counties be completed on the Internet using the Automated City Register Information System ("ACRIS"). This will include the City's Real Property Transfer Tax Return ("RPTT"), the New York State Real Estate Transfer Tax Return ("TP-584"), the New York State Real Property Transfer Report ("RP5217-NYC"), the Affidavit of Compliance with the Smoke Detector requirement, the Customer Registration Form for Water and Sewer Billing, and the Property Owner Registration Form. These forms, except for the Property Owner Registration Form, will be printed from ACRIS and submitted to the recording office with the closing instruments. Contact the counsel or clearance officer assigned to this title for further information.

    NOTE: If requested, and given adequate advance notice, Company will prepare the E tax Forms for a fee of $200.00. If someone other than this Company prepares the E-Tax Forms, Company must be given the User ID and Password for the account of the preparer.

35. NOTE: If a presigned Deed is produced at closing, Company requires the following:

    A) Photo ID of grantor
    B) Affidavit authorizing delivery of Deed from Attorney

Continued On Next Page

PLANET- 00912

# Schedule B

36.  THE OPTIONAL MARKET VALUE POLICY RIDER IS NOT AVAILABLE IN THE
     FOLLOWING
     SITUATIONS:
     a. The property is Used for commercial purposes;
     b. The property is vacant land;
     c. The property consists of a building having five or more dwelling units;
     d. The property will not be owner occupied;
     e. The purchaser is not a natural person (e.g., a corporation, partnership, LLC, trust,
     etc.);
     IF YOU DO NOT WANT TO PURCHASE THIS ADDITIONAL COVERAGE, YOU MUST
     INDICATE YOUR WAIVER BY SIGNING IN THE SPACE BELOW:

     Dated: _____

     Purchaser: _____

     Purchaser: _____

     Witnessed by:

     _____
                    Title Closer

37.  Re: 12706 HOLDINGS INC.

     A copy of the Certification of Incorporation of 12706 HOLDINGS INC., a corporation, with
     proof of its due incorporation must be submitted to the Company and considered in
     connection with this title.

     Proof of payment of New York State Franchise Taxes by 12706 HOLDINGS INC. from its date
     of incorporation date to closing is required.

     Proof of payment of the New York City Business Corporation Taxes by 12706 HOLDINGS
     INC. from its date of incorporation dated to closing is required.

     Proof of payment of New York City Business Corporation Tax due from 12706 HOLDINGS
     INC., a prior fee owner, to date of transfer title on 12706 HOLDINGS INC. is required.

     Resolution of the board of directors of the 12706 HOLDINGS INC. authorizing proposed
     conveyance/mortgage must be obtained.

     NOTE: Mortgage should recite that it was made pursuant to the resolution of the board of

directors.

38.  Lis Pendens filed 04/04/18, Index Number 704762/15, in Supreme Court of Queens County, Deutsche Bank National Trust Company vs. EVIS STEPHENS

Object of Action: Foreclosure of Mortgage recorded in CRFN 2007000419551, As Assigned.

This Lis Pendens must be cancelled of record, the action discontinued with prejudice and any receiver appointed discharged.

NOTE: The stipulation must include an order vacating the judgment.

39.  Company must be presented with the short-sale pay-of letter at least five (5) days prior to the closing. The terms of the pay-off letter, including amount of the pay-off, pay-off directions and lender approval of the HUD-1 must be followed strictly. No deviations from the terms of the pay-off letter will be permitted. Pay off must be up to date and current as of the date of the closing. Addition of per-diem figures to or verbal verification of, an expired short sale pay-off is not acceptable.

40.  Short sale pay-off letter must state that any legal fees/expenses are included as part of the short sale pay-off figure, and if a notice of pendency has been filed and foreclosure action commenced, upon receipt of funds in the amount listed in the pay-off, lender or their representative undertakes to cancel the action, release the notice of Pendency and vacate any judgment of foreclosure and sale. Company will accept, in the alternative, a separate letter from attorney representing pay-off lender, stating the aforesaid requirements in reference to the subject short sale pay-off letter.

41.  In the event short-sale pay-off letter includes any language or provision restricting or limiting the re-sale of the property for any length of time subsequent to the pay off date or date of closing, then said provision or language must be removed from the short sale pay-off or the following exception must be added to both the fee and loan policy: "Policy will except and not cover any harm, loss, costs or damages including but not limited to legal fees and expenses, arising from any violation of re-sale restriction contained in short sale pay-off letter issued by _____ to _____ on __/__/____."

42.  At closing, the seller(s) must provide an affidavit that they are vacating the subject premises and the purchaser(s) must provide an affidavit that they are planning to occupy the premises or, they are a relative of the seller, a referee for the foreclosing lender or a not-for-profit/public housing authority or, the sale is authorized by state statute or pursuant to a court order. An affidavit stating that the purchaser is a bona-fide purchaser for value is not sufficient. Otherwise an exception must be taken in both the owner and loan policy to the effect that "Policy will except and not cover any harm, loss or damage including but not limited to legal fees and expenses and/or loss of title arising from any violation of the Home Equity Theft Prevention Act." The exception does not have to be raised when the seller does not occupy the property as his/her/their principal residence. If this is the case, please take an affidavit to

Continued On Next Page

# Schedule B

Title Number:    **UAT19-2297-Q**

that effect.

43. Company will not insure any "flip sales" taking place at the closing table.  All policies insuring a short sale must contain the following exception: "Company will not insure any conveyances of the insured premises which occur within 90 days of the date of the insured transaction."

44. The seller must execute an authorization allowing the lender to release information to the title company to facilitate post-closing follow-up.

45. Proof showing date and place of death of James M. Moss while still married to Marie Moss to be established by Death Certificate and Affidavit from a disinterested member of the decedent's family. Such proof must show that the deceased tenant by the entirety and his or her spouse were never legallyseparated, never executed a Joint or Mutual Will and were legally married at the time of death of the deceased spouse.

46. Determination of whether reporting is required under any applicable U.S. Department of Treasury FINCEN Geographic Targeting Order (GTO) and, if reporting under the GTO is required, providing to the company the information and identity documents required to comply with the GTO and complete the report.

47. Mechanics Lien dated 11/29/18 recorded in Index# ML731/18, Control # 002311847-01 to be terminated.

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2006082902137001001EB4BC

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 30 |
|---|---|---|

| Document ID: 2006082902137001 | Document Date: 08-29-2006 | Preparation Date: 08-29-2006 |
|---|---|---|
| Document Type: DEED | | |
| Document Page Count: 29 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| REGENTS LAND SERVICES LLC | EVIS STEPHENS |
| 3343 PAUDLING AVENUE SUITE 1B | 127-06 177 TH STREET |
| BRONX, NY 10469 | QUEENS, NY 11434 |
| 718-231-2676 | |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 12527 | 93 | Entire Lot | 127-06 177 STREET |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year____ Reel____ Page____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| CMI MANAGEMENT, INC. | EVIS STEPHENS |
| 144-34 HILLSIDE AVENUE | 85 WEST ROOSEVELT AVENUE |
| JAMAICA, NY 11435 | ROOSEVELT, NY 11575 |

### FEES AND TAXES

| Mortgage | | | Recording Fee: $ | 182.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 2,520.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK

Recorded/Filed 09-13-2006 16:57
City Register File No.(CRFN):
2006000517357

*City Register Official Signature*

PLANET- 00916

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 29TH day of AUGUST, in the year 2006

**BETWEEN CMI MANAGEMENT , INC. OFFICED AT:**
    **144-34 HILLSIDE AVENUE, JAMAICA NY. 11435**

party of the first part, and EVIS STEPHENS. RESIDING AT: 85 WEST ROOSEVELT AVENUE ROOSVELT NY.
party of the second part,
**WITNESSETH,** that the party of the first part, in consideration of

                                                                                dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors
and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being
in the


                    SEE ATTACHED SCHEDULE A
PROPERTY ALSO KNOWN AS  127-06 177TH STREET SPRINGFIELD GARDEN, NY. 11434
BLOCK 12527 LOT 93


PREMISES HEREIN AS DESCRIBED ARE AND INTENDED TO BE SAME AS THOSE DESCRIBED IN DEED
RECORDED IN CRFN # 2006 0000 46923 , AND GRANTOR IS THE SAME PERSON AS GRANTEE IN DEED
RECORDED IN CRFN # 2006 0000 46923 .

THIS CONVEYANCE HAS BEEN MADE WITH THE UNANIMOUS CONSENT IN WRITING OF ALL THE
STOCKHOLDERS OF THE PARTY OF THE FIRST PART.


TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads
abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and
rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the
party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said
premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will
receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied
first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the
improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it
read "parties" whenever the sense of this Indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____                    _____
                                            CMI MANAGEMENT INC.


                                            _____

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of KINGS, ss:

On the 29TH day of AUGUST in the year 2006, before me, the undersigned, personally appeared GADI ROSENFELD FOR CMI MANAGEMENT INT INC.

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

MARISOL VASQUEZ
Notary Public, State of New York
No. 01VA6103183
Qualified in Kings County
Commission Expires December 22, 20 22

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of

, ss:

On the          day of          in the year          , before me, the undersigned, a Notary Public in and for said State, personally appeared          , the

subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(If the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of          , ss:

On the          day of          in the year          , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of          , County of          , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the          day of          in the year          , before me          the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(Add the city or political subdivision and the state or country or other place the acknowledgement was taken).

## Bargain and Sale Deed
## With Covenants

Title No. RLS-06-1265

CMI MANAGEMENT INC.
TO
EVIS STEPHENS

SECTION: 04

BLOCK: 12527

LOT: 85

COUNTY OR TOWN: QUEENS
127-06 177TH STREET

DISTRIBUTED BY

YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-261-TITLE (8485)  FAX: 800-FAX-9398

RETURN BY MAIL TO:

EVIS STEPHENS
127-06 177TH STREET
SPRINGFIELD GARDEN, NY, 11434

# REGENTS LAND SERVICES LLC

as Agent for

United General Title Insurance Company

## SCHEDULE A (Description)

Title Number: RLS-06-1265

ALL that certain tract or parcel of land, situated, lying and being in the Borough of Queens, County of Queens, State of New York, more particularly described as follows:

BEGINNING at a point on the westerly side of 177th Street, distant 24.83 feet southerly from the corner formed by the intersection of the westerly side of 127th Avenue;

RUNNING THENCE westerly and parallel with the northerly side of 129th Avenue, 115 feet;

RUNNING THENCE southerly and parallel with the westerly side of 177th Street, 30 feet;

RUNNING THENCE easterly and again parallel with the northerly side of 129th Avenue, 115 feet to the westerly side of 177th Street; and

THENCE northerly along the westerly side of 177th Street, 30 feet to the point or place of BEGINNING.

SAID PREMISES being commonly known as 127-06 177th Street, Jamaica, New York 11434.

SAID PREMISES being designated on the tax map of Queens County as block 12527, lot 93.

Block: 12527 Lot: 00093
Book Type -- Mechanics Lien
Judgment Type: MECHANICS LIEN
Court: Supreme Court

Control No. 002311847-01
Index # ML731/18
Effective Date: 11/29/2018
Expiration Date: 11/29/2019
Docket Date:11/29/2018
Date Received:11/30/2018

Debtor Info:
STEPHENS, EVIS

Creditor Info:
GAMSON CONSTRUCTION

Amount: $10,000.00

COM:11/29/2018-AFFIDAVIT OF SERVICE FILED
----------------------------------------------------------------
END RETURNS
*************************************************************

Block: 12527 Lot: 00093
Book Type --- Lis Pendens - Docket No:
Judgment Type: LIS PENDENS
Court: Supreme Court

Control No. 001981990-01
Index # 704762/15
   Effective Date: 05/08/2015
   Expiration Date: 05/08/2018
   Docket Date: 05/08/2015
   Date Received: 05/11/2015

Debtor Info:
STEPHENS, EVIS

Creditor Info:
DEUTSCHE BANK NATIONAL TRUST COMPANY

Amount: $0.00

COM: 05/08/2015-MORTGAGE FORECLOSURE      ACTION COMMENCED
   ELECTRONICALLY         DEFENDANTS ET AL

3/12/2019

<<.Return to **Search Results**

**704762/2015** – Queens County Supreme Court

Short Caption: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOMEEQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5 – v. – EVIS STEPHENS et al

Case Type: Foreclosure (residential mortgage)

Case Status: Active

eFiling Status: **Partial Participation Recorded**

Assigned Judge: Rudolph Greco

PLANET- 00922

Document Type: [Please select...          ▼]   Filed By:
[Please select...          ▼]
Motion Info:   [Please select...          ▼]   Filed Date:
[      🗎] thru [      🗎]
Document Number: [      ]
Display Document List with Motion Folders ᴱˣ

Sort By: [Doc#    ▼]

| ↲ | Document | Filed By | Status |
|---|----------|----------|--------|
| 1 | SUMMONS + COMPLAINT<br>*SUMMONS AND COMPLAINT* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/08/2015<br>*Received: 05/08/2015* | Processed<br>Confirmation Notice |
| 2 | CERTIFICATE OF MERIT<br>*CERTIFICATE OF MERIT* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/08/2015<br>*Received: 05/08/2015* | Processed<br>Confirmation Notice |
| 3 | NOTICE OF PENDENCY<br>*NOTICE OF PENDENCY* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/08/2015<br>*Received: 05/08/2015* | Processed<br>Confirmation Notice |
| 4 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING<br>*STATEMENT OF AUTHORIZATION FOR EFILE* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/08/2015<br>*Received: 05/08/2015* | Processed<br>Confirmation Notice |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*JEAINE SEAMEN OCCUPANT#1 CERT MAIL AOS* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/22/2015<br>*Received: 05/22/2015* | Processed<br>Confirmation Notice |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*OCCUPANT MAIL AOS* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/22/2015<br>*Received: 05/22/2015* | Processed<br>Confirmation Notice |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*JEAINE SEAMEN DOE#1 AOS* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/22/2015<br>*Received: 05/22/2015* | Processed<br>Confirmation Notice |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*EVIS STEPHENS AOS* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/26/2015<br>*Received: 05/26/2015* | Processed<br>Confirmation Notice |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*NYC ENVIRONMENTAL CONTROL BOARD AOS* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 05/26/2015<br>*Received: 05/26/2015* | Processed<br>Confirmation Notice |
| 10 | ANSWER<br>*PRE-ANSWER NOTICE TO DISMISS* | Court User<br>Filed: 06/01/2015<br>*Received: 06/01/2015* | Processed<br>Confirmation Notice |
| 11 | RJI -RE: RESIDENTIAL MORTGAGE FORECLOSURE SETTLEMENT CONFERENCE<br>*RJI* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 06/05/2015<br>*Received: 06/05/2015* | Processed<br>Confirmation Notice |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*MAIL AOS* | Pincus, C. - filed by Nationwide Court Services, Inc.<br>Filed: 06/05/2015<br>*Received: 06/05/2015* | Processed<br>Confirmation Notice |
| 13 | ANSWER | Court User<br>Filed: 10/15/2015<br>*Received: 10/15/2015* | Processed<br>Confirmation Notice |
| 14 | EXHIBIT(S) - A<br>*COPY OF ANSWER* | Court User<br>Filed: 10/15/2015<br>*Received: 10/15/2015* | Processed<br>Confirmation Notice |
| 15 | EXHIBIT(S) - B<br>*COPY OF DEED* | Court User<br>Filed: 10/15/2015<br>*Received: 10/15/2015* | Processed<br>Confirmation Notice |
| 16 | EXHIBIT(S) - C<br>*COPY OF DEED* | Court User<br>Filed: 10/15/2015<br>*Received: 10/15/2015* | Processed<br>Confirmation Notice |

17

PLANET- 00923

| # | Document | Filed By | Status |
|---|----------|----------|--------|
| | EXHIBIT(S) - D<br>*COPY OF DEED* | Court User<br>Filed: 10/15/2015<br>Received: 10/15/2015 | Processed<br>Confirmation Notice |
| 18 | EXHIBIT(S) - E<br>*COPY OF DEED* | Court User<br>Filed: 10/15/2015<br>Received: 10/15/2015 | Processed<br>Confirmation Notice |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*AFFIDAVIT OF SERVICE* | Court User<br>Filed: 10/15/2015<br>Received: 10/15/2015 | Processed<br>Confirmation Notice |
| 20 | NOTICE OF REJECTION<br>*Notice of Rejection of Answer filed by Evis Stephens dated September 30, 2015* | Pincus, C.<br>Filed: 10/20/2015<br>Received: 10/20/2015 | Processed<br>Confirmation Notice |
| 21 | AFFIDAVIT<br>*Affidavit of service of Notice of Rejection* | Pincus, C.<br>Filed: 10/20/2015<br>Received: 10/20/2015 | Processed<br>Confirmation Notice |
| 22 | ADMISSION OF SERVICE<br>*IN SUPPORT OF MOTION TO PRODUCE ORIGINAL MORTGAGE & NOTE AND OTHER DOCUMENTS* | Court User<br>Filed: 03/02/2016<br>Received: 03/02/2016 | Processed<br>Confirmation Notice |
| 23 | NOTE OF ISSUE:WITHOUT JURY | Court User<br>Filed: 03/10/2016<br>Received: 03/10/2016 | Processed<br>Confirmation Notice |
| 24 | ORDER - RESIDENTIAL FORECLOSURE | Court User<br>Filed: 04/20/2016<br>Received: 04/20/2016 | Processed<br>Confirmation Notice |
| 25 | NOTICE OF MOTION (Motion #001) | Pincus, C.<br>Filed: 09/12/2016<br>Received: 09/12/2016 | Processed<br>Confirmation Notice |
| 26 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #001) | Pincus, C.<br>Filed: 09/12/2016<br>Received: 09/12/2016 | Processed<br>Confirmation Notice |
| 27 | EXHIBIT(S) - A (Motion #001)<br>*Note* | Pincus, C.<br>Filed: 09/12/2016<br>Received: 09/12/2016 | Processed<br>Confirmation Notice |
| 28 | EXHIBIT(S) - B (Motion #001)<br>*Mortgage* | Pincus, C.<br>Filed: 09/12/2016<br>Received: 09/12/2016 | Processed<br>Confirmation Notice |
| 29 | EXHIBIT(S) - C (Motion #001)<br>*AOM* | Pincus, C.<br>Filed: 09/12/2016<br>Received: 09/12/2016 | Processed<br>Confirmation Notice |
| 30 | EXHIBIT(S) - D (Motion #001)<br>*Loan Modification* | Pincus, C.<br>Filed: 09/12/2016<br>Received: 09/12/2016 | Processed<br>Confirmation Notice |

3/12/2019

PLANET- 00924

| | | |
|---|---|---|
| 31 | EXHIBIT(S) - E (Motion #001)<br>*30 Day Demand Letter* | Pincus, C.<br>Filed:<br>09/12/2016<br>Received:<br>09/12/2016 | Processed<br>Confirmation<br>Notice |
| 32 | EXHIBIT(S) - F (Motion #001)<br>*Summons & Complaint* | Pincus, C.<br>Filed:<br>09/12/2016<br>Received:<br>09/12/2016 | Processed<br>Confirmation<br>Notice |
| 33 | EXHIBIT(S) - G (Motion #001)<br>*AOS* | Pincus, C.<br>Filed:<br>09/12/2016<br>Received:<br>09/12/2016 | Processed<br>Confirmation<br>Notice |
| 34 | EXHIBIT(S) - H (Motion #001)<br>*Defendant's Motion to Dismiss* | Pincus, C<br>Filed:<br>09/12/2016<br>Received:<br>09/12/2016 | Processed<br>Confirmation<br>Notice |
| 35 | EXHIBIT(S) - I (Motion #001)<br>*Notice of Rejection* | Pincus, C.<br>Filed:<br>09/12/2016<br>Received:<br>09/12/2016 | Processed<br>Confirmation<br>Notice |
| 36 | ORDER ( PROPOSED ) (Motion #001) | Pincus, C.<br>Filed:<br>09/12/2016<br>Received:<br>09/12/2016 | Processed<br>Confirmation<br>Notice |
| 37 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #001) | Pincus, C.<br>Filed:<br>09/12/2016<br>Received:<br>09/12/2016 | Processed<br>Confirmation<br>Notice |
| 38 | NOTICE OF APPEARANCE (POST RJI) | Court User<br>Filed:<br>12/21/2016<br>Received:<br>12/21/2016 | Processed<br>Confirmation<br>Notice |
| 39 | MEMORANDUM<br>*MOT. SEQ. 2* | Court User<br>Filed:<br>04/21/2017<br>Received:<br>04/21/2017 | Processed<br>Confirmation<br>Notice |
| 40 | AFFIDAVIT<br>*IN SUPPORT OF DEFENDANT'S WRITTEN INTERROGATORIES &<br>NOTICE TO PRODUCE DOCUMENTS* | Court User<br>Filed:<br>06/14/2017<br>Received:<br>06/14/2017 | Processed<br>Confirmation<br>Notice |
| 41 | AFFIRMATION/AFFIDAVIT OF SERVICE | Court User<br>Filed:<br>06/14/2017<br>Received:<br>06/14/2017 | Processed<br>Confirmation<br>Notice |
| 42 | LETTER / CORRESPONDENCE TO JUDGE | Sposato, M.<br>Filed:<br>06/22/2017<br>Received:<br>06/22/2017 | Processed<br>Confirmation<br>Notice |
| 43 | CONSENT TO CHANGE ATTORNEY (POST RJI) | Sposato, M.<br>Filed:<br>06/24/2017<br>Received:<br>06/24/2017 | Processed<br>Confirmation<br>Notice |
| 44 | ORDER - OTHER<br>*SUMMARY JUDGMENT* | Court User<br>Filed:<br>08/31/2017<br>Received:<br>08/31/2017 | Processed<br>Confirmation<br>Notice |
| 45 | NOTICE OF PENDENCY | Sposato, M.<br>Filed:<br>04/04/2018<br>Received: | Processed<br>Confirmation<br>Notice |

3/12/2019

PLANET- 00925