# EXHIBIT H



# A. Settlement Statement (HUD-1)


DISTRIBUTED BY
Judicial Title

OMB Approval No. 2502-0265

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| 12708 HOLDINGS INC<br>55 WEST 116TH STREET SUITE 265<br>NEW YORK NY 10026 | EVIS STEPHENS<br>127 06 177TH ST<br>Jamaica, NY 11434 | CASH |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 127 06 177TH STREET<br>Jamaica NY 11434 | Charles Mester<br>26 Court Street<br>Brooklyn NY 11242 | 03/25/2019 |
| | Place of Settlement:<br>Riverside Abstract | LOAN NUMBER: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract Sale Price | $375,000.00 | 401. Contract Sale price | $375,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | $0.00 | 403. | |
| 104. | | 404. | |
| 105. Charles Mester | $2,500.00 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes   to | | 406. City/town taxes   to | |
| 107. County taxes   to | | 407. County taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. Gamson Construction | $15,000.00 | 409. | |
| 110. Khanft Enterprises | $25,000.00 | 410. | |
| 111. Donaldson & Chilliest LLP | $5,000.00 | 411. | |
| 112. Home Owners Insurance | $1,818.05 | 412. | |
| 120. Gross Amount Due from Borrower | $424,318.05 | 420. Gross Amount Due to Seller | $375,000.00 |
| 200. Amount Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $37,500.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | $337,500.00 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes   to | | 511. County taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $0.00 | 520. Total Reduction Amount Due Seller | $375,000.00 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $424,318.05 | 601. Gross amount due to seller (line 420) | $375,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $0.00 | 602. Less reductions in amounts due seller (line 520) | $375,000.00 |
| 303. Cash ☐ From ☐ To Borrower | $424,318.05 | 603. Cash ☐ To ☐ From Seller | $0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## J. Summary of Borrower's Transaction

### 700. Total Real Estate Broker Fees

Division of commission (line 700) as follows:

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at settlement | | | |
| 704. Madison Construction and Development | | | $22,500.00 |

### 800. Items Payable in Connection with Loan

| | | |
|---|---|---|
| 801. Our origination charge | $ | (from GFE #1) |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) |
| 803. Your adjusted origination charges | | (from GFE #A) |
| 804. Appraisal fee to | | (from GFE #3) |
| 805. Credit report to | | (from GFE #3) |
| 806. Tax service to | | (from GFE #3) |
| 807. Flood certification to | | (from GFE #3) |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |

### 900. Items Required by Lender to be Paid in Advance

| | | |
|---|---|---|
| 901. Daily interest charges from to @ $ /day | | (from GFE #10) |
| 902. Mortgage insurance premium for months to | | (from GFE #3) |
| 903. Homeowner's insurance for years to | | (from GFE #11) |
| 904. | | |

### 1000. Reserves Deposited with Lender

| | | | |
|---|---|---|---|
| 1001. Initial deposit for your escrow account | | | (from GFE #9) |
| 1002. Homeowner's Insurance | months @ $ | per month $ | |
| 1003. Mortgage Insurance | months @ $ | per month $ | |
| 1004. Property Taxes | months @ $ | per month $ | |
| 1005. | months @ $ | per month $ | |
| 1006. | months @ $ | per month $ | |
| 1007. Aggregate Adjustment | | -$ | |

### 1100. Title Charges

| | | |
|---|---|---|
| 1101. Title services and lender's title insurance | | (from GFE #4) |
| 1102. Settlement or closing fee | $ | |
| 1103. Owner's title insurance | | (from GFE #5) |
| 1104. Lender's title insurance | $ | |
| 1105. Lender's title policy limit $ | | |
| 1106. Owner's title policy limit $ | | |
| 1107. Agent's portion of the total title insurance premium to | $ | |
| 1108. Underwriter's portion of the total title insurance premium to | $ | |
| 1109. | | |
| 1110. | | |
| 1111. | | |

### 1200. Government Recording and Transfer Charges

| | | | | |
|---|---|---|---|---|
| 1201. Government recording charges | | | (from GFE #7) | |
| 1202. Deed $ | Mortgage $ | Release $ | | |
| 1203. Transfer taxes | | | (from GFE #8) | |
| 1204. City/County tax/stamps | Deed $ | Mortgage $ | | $1,750.00 |
| 1205. State tax/stamps | Deed $ | Mortgage $ | | $1,050.00 |
| 1206. | | | | |

### 1300. Additional Settlement Charges

| | | | |
|---|---|---|---|
| 1301. Required services that you can shop for | | (from GFE #6) | |
| 1302. Attorney | $ | | |
| 1303. Department of Water and sewage | $ | | $2,500.00 |
| 1304. Khamit Enterprises | | | $275.00 |
| 1305. | | | $7,425.00 |

| | | |
|---|---|---|
| 1400. Total Settlement Charges (enter on lines 103, Section J and 50, Section K) | $0.00 | $37,500.00 |

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | | |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | Good Faith Estimate | HUD-1 |
| Our origination charge | # 801 | | $0.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | | $0.00 |
| Your adjusted origination charges | # 803 | | $0.00 |
| Transfer taxes | # 1203 | | $0.00 |

| Charges That in Total Cannot Increase More Than 10% | | | |
|---|---|---|---|
| Government recording charges | # 1201 | Good Faith Estimate | HUD-1 |
| | # | | $0.00 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | Total | $0.00 | $0.00 |
| Increase between GFE and HUD-1 Charges | | $0.00 or | % |

| Charges That Can Change | | | |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | Good Faith Estimate | HUD-1 |
| Daily interest charges  $  /day | # 901 | | $0.00 |
| Homeowner's Insurance | # 903 | | $0.00 |
| | # | | $0.00 |
| | # | | |
| | # | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $ |
| Your loan term is | years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ Includes ☐ Principal ☐ Interest ☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No ☐ Yes, it can rise to a maximum of %. The first change will be on and can change again every after . Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| Even if you make payments on time, can your loan balance rise? | ☐ No ☐ Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☐ No ☐ Yes, the first increase can be on and the monthly amount owed can rise to $ . The maximum it can ever rise to is $ . |
| Does your loan have a prepayment penalty? | ☐ No ☐ Yes, your maximum prepayment penalty is $ . |
| Does your loan have a balloon payment? | ☐ No ☐ Yes, you have a balloon payment of $ due in years on . |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself. ☐ You have an additional monthly escrow payment of $ that results in a total initial monthly amount owed of $ . This includes principal, interest, any mortgage insurance and any items checked below: ☐ Property taxes  ☐ Homeowner's Insurance ☐ Flood Insurance ☐ ☐ ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

The Undersigned Acknowledges Receipt of this Disclosure Statement and Agrees to the Correctness Thereof.

_Evis Stephens_
EVIS STEPHENS

_[signature]_
12706 HOLDINGS INC

# Wire Transfer Outgoing Request



## Wire Transfer Sender Information

| Sender Name: | | | | | |
|---|---|---|---|---|---|
| ANTHONY S CHILLIEST | | | | | |
| Account Name: | | Street Address: | | | |
| IOLA-DONALDSON & CHILLIEST, LLP | | 1825 PARK AVE RM 1102 | | | |
| City: | State: | Zip: | Country: | | Daytime Phone: |
| NEW YORK | NY | ▮-1641 | USA | | ▮900 |
| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | | ID Exp: |
| Driver's License | NY | ▮24 | 07/26/2017 | | ▮2021 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | | ID Exp: |
| Chase or Bank Issued ATM Card | chase | XXXXXXXXXXXX2259 | | | ▮020 |
| Comments: | | | | | |

## Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 03/29/2019 | 06:28:45PM Eastern time | 04/01/2019 | Domestic |
| Debit Account #: | Debit Account Type: | Available balance: | Wire Amount (US dollars): |
| ▮66 | IOLTA ACCOUNT | $552,797.70 | $337,500.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
| | | Checking | $0 |
| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
| US Dollars | N/A | N/A | $337,500.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| Account Name: | | | | |
|---|---|---|---|---|
| OCWEN LOAN SERVICING, LLC | | | | |
| Street Address: | | Account Number: | | |
| | | ▮852 | | |
| | | City: | State: | Zip: | Country: |
| Text to Recipient: | | | | |
| loan number 71955702 Evis Stephens 12706 177th st Jamaica, ny 11434-3307 | | | | |

## Receiving Bank Information

| Bank Name: | | | | |
|---|---|---|---|---|
| Wells Fargo Bank, National Association | | | | |
| Street Address: | | Bank ABA/SWIFT Code: | | |
| 1000 LOUISIANA ST | | ▮8 | | |
| | | City: | State: | Zip: | Country: |
| | | HOUSTON | TX | ▮008 | USA |
| Intermediary Bank Name: | | | | |
| Street Address: | | Intermediary Bank ABA: | | |
| | | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

N15220-CS WTA (03/2019)    Page 1 of 4

# Wire Transfer Agreement



## 1. Service.

The terms and provisions in this Wire Transfer Agreement ("Agreement") describe our wire transfer service, including what you can expect from us (JPMorgan Chase Bank, N.A.) and the security procedures we will take when you send a wire transfer. If there is a conflict between any section of your Deposit Account Agreement and this Agreement, the provisions of this Agreement will apply.

The following types of wire transfers, when completed by a branch banker or by a Chase Private Client banker, are governed by this Agreement:

- **Domestic Wire Transfer:** A wire transfer sent to a bank within the U.S., including its territories.
- **International Wire Transfer:** A wire transfer sent in either U.S. or foreign currencies, including using our Chase Global Transfer service, to a bank outside the U.S. **Consumer International Wire Transfers** are wires that are sent from an account used primarily for personal, family, or household purposes.

By providing your signature as authorization, as part of our security procedures, you agree to these terms and conditions and authorize us to provide you Domestic Wire Transfers or International Wire Transfers. Wire transfers, when completed using our Online Services or Mobile Services, are governed by a separate agreement.

## 2. Security Procedures.

These security procedures are only to help prevent unauthorized access to your account. All wire transfer requests go through an internal review, and we may need to contact you to verify information about your wire transfer. We may impose stricter security procedures for any particular wire transfer you make, but we have no obligation to do so. If we choose to impose stricter security procedures, we will not be liable to you for any delays or losses, and we will not be obligated to impose such security procedures in the future.

**(a) For Chase Branch Wire Transfers Only:**
When you request a wire transfer in a branch you will be required to provide your signature as authorization for each wire transfer and show valid identification. You acknowledge these security procedures used for wire requests you make in a branch are a commercially reasonable method of verifying your branch wire transfer. You are responsible for any wire transfer issued in your name using these security procedures, whether or not you actually authorized the transfer.

**(b) For Chase Private Client Customers Only:**
Only Chase Private Client Telephone Banking can complete your wire transfer request using this service. To request wire transfers, you must provide your signature as authorization and maintain an active Chase Private Client Checking or Savings account. On the authorization form you can place a dollar limit on the wire transfers you request.

- You may request a wire transfer by telephone, and you agree that we will confirm your request by using any of the following security procedures, at our discretion:
  - Confirming certain personal information about you.
  - Contacting you, another account holder or someone else you have listed on the authorization form.
- You may request a wire transfer by email, and you agree that we will confirm your request by contacting you or another account holder.
- We may call you at any phone number we have for you in our records or to the phone numbers provided on the authorization form.

- You acknowledge that we offer wire transfer services in person at our branches, or online which provide a higher level of security for your accounts, and you can use these options instead. You acknowledge the respective security procedures above for wire transfers are a commercially reasonable method of verifying your wire transfer. You are responsible for any wire transfer issued in your name using these security procedures, whether or not you actually authorized the transfer.
- If you do not specify the account from which to subtract the funds, we can subtract the amount of the wire transfer from any account you designated on the authorization form.

## 3. Processing, Canceling, Delays and Notifications of Wire Transfers.

**(a) Processing:** We'll start processing your wire transfer the same business day if we receive it before the cutoff times we establish from time to time or provide you at the time you request your transfer. If we receive your request after that time, we'll process it the following business day. After we start processing your wire transfer, you must have available funds in the deposit account you designated in your instructions.

**(b) Canceling:** You have the right to cancel Consumer International Wire Transfers at no cost to you within 30 minutes after you have authorized us to send it. For all other wire transfers, once you have submitted a wire transfer for the current business day, you cannot cancel it after we've begun processing, but you may request us to attempt to return the funds to you. If the recipient's bank agrees, your funds may be returned to you, but likely not the full amount that was originally sent. We will not automatically cancel your wire transfer due to the transfer being delayed by more than five business days; if we do cancel your wire transfer we'll notify you.

**(c) Modifying:** Once a wire transfer has begun processing, we will not be able to change any type of wire transfer requests unless the recipient's bank agrees. If the recipient's bank declines to change the wire transfer request, you will be responsible for the transfer you initially requested.

**(d) Internal Review:** During our internal review, we may subtract funds from your account or place a hold on your account and it may result in processing delays. Once we have released the wire transfer, the recipient's bank may delay credit to the recipient due to their own internal review processes.

**(e) Notifications:** We will send you an email notification on the status of your wire transfer, it will be sent to an email address you have provided. We may also notify you verbally of the status of your wire transfer, but we are not required to do so. If you do not have an email address on file, if the email is returned undeliverable, or we are unable to send an email due to system failures or outages beyond our reasonable control, it is your responsibility to monitor your account for the status of your wire transfer. You may contact us for the status of your wire transfer. These notification methods are deemed to be commercially reasonable. Any other information we may provide upon successfully scheduling a wire transfer is only an indication that we've received your request and not an indication that we've accepted your wire transfer.

## 4. Identifying Number.

We or any other bank involved in the wire transfer will complete your wire transfer request using the account number or bank identification number you provide, even if the numbers do not match the recipient's or bank's name. *If you provided us an incorrect account number for the recipient or an incorrect routing or identification number for the recipient's bank, you could lose the amount of the transfer.*



### 5. Future Dated Wire Transfers.
You may request a future dated (one-time) domestic wire transfer, up to 10 business days from the current business days cutoff of 5 p.m. Eastern Time (2 p.m. Pacific Time). You cannot cancel a future dated wire transfer once it has been requested.

### 6. Foreign Exchange Transfer.
It is our discretion in which foreign currencies we will send wire transfers, and these can change at any time. If you send a wire transfer in a foreign currency, you authorize us to deduct the amount from your account at the exchange rate we offered at the time you requested it. The foreign exchange rates we use are determined by us in our sole discretion.

The exchange rate we use will include a spread and may include commissions or other costs that we, our affiliates, or our vendors may charge in providing foreign currency exchange to you. The exchange rate may vary among customers depending on your relationship, products with us or the type of transaction being conducted, the dollar amount, type of currency, and the date and the time of the exchange. You should expect that these rates will be less favorable than rates quoted online or in publications.

If the funds are returned or payment cannot be made for any reason, we will not be liable for more than the amount of the wire transfer at our exchange rate at the time we return the funds to you, less charges taken by any other bank involved in the wire transfer. If you cancel a funds transfer request, other than a cancellation of a Consumer International Funds Transfer within 30 minutes after you authorized us to send it, and it causes a loss or cost to us, we may subtract funds from your account to cover these losses. If your initial request is returned, cancelled or changed, your new wire transfer request will be subject to a new exchange rate.

If the wire transfer is not in the currency of the recipient's account, the recipient's bank or another processing bank may reject the wire transfer or convert it. If converted, you agree the wire transfer may be converted to a different currency at their exchange rate and may subtract additional fees.

### 7. Fees and Payment Route.
We may charge a fee when you use this service. Please refer to your account agreement or product information for fees that may apply. We may use any funds transfer system we believe reasonable to complete your request, regardless of any instructions you might give us. If we also are the recipient's bank, we may complete your request using an internal transfer. You are responsible for all fees and taxes, including our fees and any fees charged by other funds transfer systems or banks involved in the transfer.

### 8. Wire Transfer System Rules and Laws.
The use of this service is subject to all applicable U.S. federal and state laws, regulations, rules and wire transfer arrangements, including the respective state's Uniform Commercial Code Article 4A, as may be applicable. If you make a Consumer International Wire Transfer, it is also subject to additional federal laws and regulations which, in the event of a conflict with this Agreement, will govern. All of your wire transfers must comply with U.S. laws, including the regulations and economic sanctions administered by the U.S. Treasury Department's Office of Foreign Asset Control and other applicable laws.

### 9. Indemnification.
You will indemnify us for all claims, expenses, liabilities, and losses (including reasonable legal fees) if you or a third party makes a claim against us for any of our actions or services in this Agreement, unless they prove gross negligence or willful misconduct. You understand this section will survive even if you close your account or this Agreement is terminated.

### 10. Failure to Perform; Limitation of Liability.
We are only responsible for performing the services specified in this Agreement. We will not be liable for the failure or delay of any wire transfer or for failing to meet other obligations in the Agreement because of circumstances or causes beyond our control, including governmental, legal or regulatory restrictions or prohibitions, third party actions, natural disasters, equipment or system failures, labor disputes, wars or riots. We are not liable for any indirect, special or consequential damages.
Any provision of this Agreement that limits the bank's liability does not negate the bank's duty (if any) under applicable law to act in good faith and with reasonable care.

### 11. Changes to the Agreement
We may change the terms of this Agreement, including fees and features of this service, at any time. If any change would adversely affect you, we will notify you in advance, unless the change is necessary to comply with a legal requirement.

We may direct you to a branch or to your Chase Private Client banker for the content of any changes or the revised Agreement unless the law requires a different method. Your use of this service after we have made such changes available will be considered your agreement to the change.

---

By providing your signature as authorization, you agree to these terms and conditions, that the wire transfer information in this document is accurate and you authorize us to process this wire transfer.

Recipient Bank's Identifier (ABA/SWIFT): _____8 _____   Recipient's Account Number: _____352 _____

Sender's Signature: _____   Date: _____

Email Address: achilliest@aol.com
Transaction Number (Contact ID): _____10001_____
The Email Address and Transaction Number provided will be used for communication purposes.





**Branch / Department Information**

Initiated by: ▮▮▮▮▮▮▮.LARDO    Initiating Branch: West Harlem - 74686   Phone: ▮▮▮▮-1049    Request Time: ▮▮:▮5PM

Wire Transfer: ☐ Approved  ☐ Declined    Approved/Declined by (Print): _____

Approved/Declined by (Signature): _____ Date: _____

Decline Reason: _____ Comments: _____

Approving Manager (wire amount over limit): _____

Method of Approval (attach required supporting documentation)  ☐ Phone call  ☐ Email  ☐ Other (explain) _____

**Wire Tracking Information**

FX Contract Number (if applicable): _____