# EXHIBIT I

# Mortgage Proceeds Disbursement

| Borrower(s)' Name And Premises Address<br>**12706 Holdings Inc**<br><br><br>**12706 177th ST**<br>**Jamaica, NY 11435** | Lender's Name And Address<br>**Planet Management Group, LLC**<br>**105 Maxess Road**<br>**Melville, NY 11747**<br><br>**Loan Officer:** |
|---|---|
| Loan Amount      **$535,000.00** | Loan Number ▮▮▮▮1067 |

## MORTGAGE PROCEEDS DISBURSED AS FOLLOWS

**Checks Written, Wire Transfers and Netted Amounts on Borrower's Behalf:**

| WIRE | | |
|---|---|---|
| _____ | Wired to: Anthony Chilliest | $496,884.97 |
| _____ | Anokye Blissett | $300.00 |
| _____ | Vis Capital | $5,350.00 |
| _____ | Mincone & Mincone P.C. | $1,700.00 |
| _____ | United American Title Agency | $15,755.36 |
| _____ | United Brokerage Inc | $2,248.00 |
| _____ | Planet Management Group, LLC | $891.67 |
| _____ | Planet Management Group, LLC | $11,870.00 |
| | | ---------------- |
| | Total: | $535,000.00 |

**Checks Written on Bank's Behalf:**

| | |
|---|---|
| | ---------------- |
| | $0.00 |

**Wire Transfers and Checks Written to Account:**

| | |
|---|---|
| Wire to Account | $535,000.00 |
| | ---------------- |
| Total: | $535,000.00 |

The mortgage proceeds checks as above set forth are hereby authorized and approved by the undersigned for disbursement.
Copy received:

Borrower: 12706 Holdings Inc _____        Borrower: _____

Borrower: _____        Borrower: _____

Seller: _____        Seller: _____

Seller: _____        Seller: _____

| | | | | | |
|---|---|---|---|---|---|
| Bank Mortgage Tax | 0.000 % | $0.00 | Total Loan Amount | | $535,000.00 |
| Bank Assignment Fee | | $0.00 | Total to Disburse | | $535,000.00 |
| Broker Premium Due | 0.000 % | $0.00 | Amount to be Netted | | $0.00 |
| Other Bank Expense | | $0.00 | Required Funds | | $535,000.00 |
| Items Paid By Bank | | $0.00 | Total Funds Received | | $535,000.00 |
| | | | Over/Under | | $0.00 |

Main Menu>Balance and Information Reporting>

# Incoming Wire Transfers

| | |
|---|---|
| Date Received | Mar 27, 2019 at 2:57 PM EDT |
| Posted | Mar 27, 2019 |
| Account | ******5838 |
| Amount | 535,000.00 |
| Beneficiary | MINCONE & MINCONE, P.C. |
| Sending Bank | CUSTOMERS BANK |
| Originator | CB WAREHOUSE LENDING |
| Global Reference # | ████████7601 |
| Other Reference # | ██████████████████████7766 |
| Additional Information | LOAN NUMBER:GPS-█████████188 12706 HOLDINGS INC, AAA<br><br>-- ORIGINATOR INFORMATION: 5321526 |

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi.com



Terms & Conditions

Copyright © 2019 Citigroup Inc.

**Janine Bullis**

| | |
|---|---|
| **From:** | John Mincone |
| **Sent:** | Friday, March 29, 2019 5:28 PM |
| **To:** | Susan Farooqi; Janine Bullis; Roxanne Quall |
| **Subject:** | RMS LOAN#68011003651899 RMS SKEY#  70171, SELLER ELEANOR COOPER TRUSTE E, 68 HAMILTON AVE, NEW ROCHELLE,NY  03/29/2019 |

### Completed Wire Detail

| | |
|---|---|
| Source Account | ******5838 (Checking) |
| Amount | $357,164.35 |
| Beneficiary | REVERSE MORTGAGE SOLUTIONS INC. |
| Beneficiary Account | 2000039528399 |
| Bank | WELLS FARGO BANK, NA<br>San Francisco, CA |
| Destination ABA | 121000248 |
| Special Instructions | RMS LOAN#68011003651899 RMS SKEY# 70171, SELLER ELEANOR COOPER TRUSTE E, 68 HAMILTON AVE, NEW ROCHELLE,NY |
| Date | 03/29/2019 |
| Federal Reference Number | 20190329B1Q8021C085664 |
| Global Reference Number | G0190884506701 |
| Citibank Reference Number | 0883433682 |
| Customer Reference Number | 205917 |
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |

### Completed Wire Detail

| | |
|---|---|
| Source Account | ******5838 (Checking) |
| Amount | $13,450.00 |
| Beneficiary | STARLINE HOMES INC. |
| Beneficiary Account | 7528295406 |
| Bank | CAPITAL ONE, NA<br>Melville, NY |
| Destination ABA | 021407912 |
| Special Instructions | 66 HAMILTON AVE, NEW ROCHELLE, NY 10801, ELEANOR COOPER TRUSTEE TO HAMILTON SIXTY SIX HOMES LLC |
| Date | 03/29/2019 |
| Federal Reference Number | 20190329B1Q8021C086993 |
| Global Reference Number | G0190884519301 |
| Citibank Reference Number | 0881215693 |

1

| Customer Reference Number | 205917 |
|---|---|
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |

Sincerely,
John Mincone, Attorney At Law

 **MINCONE & MINCONE, P.C.**

**560 Broadhollow Road, Suite 302**
**Melville, NY 11747**
**E: johnmincone@mincone.com**
M: 516.807.7791
W: 631.423.4390
E-Fax: 631.536.2249

**Janine Bullis**

| | |
|---|---|
| **From:** | John Mincone |
| **Sent:** | Friday, March 29, 2019 5:41 PM |
| **To:** | achilliest@dcnylaw.com |
| **Cc:** | Roxanne Quall; Janine Bullis; Jeffrey Phelan; Gerald Smith |
| **Subject:** | MORTGAGE PROCEEDS   12706 HOLDINGS INC.   Thank you enjoy your weekend! |

**Completed Wire Detail**

| | |
|---|---|
| Source Account | ******5838 (Checking) |
| Amount | $496,884.97 |
| Beneficiary | DONALDSON & CHILLIEST, LLP |
| Beneficiary Account | ▇7666 |
| Bank | JPMORGAN CHASE BANK, NA New York, NY |
| Destination ABA | ▇0021 |
| Special Instructions | MORTGAGE PROCEEDS 12706 HOLDINGS INC. |
| Date | 03/29/2019 |
| Federal Reference Number | ▇▇1461 |
| Global Reference Number | ▇2501 |
| Citibank Reference Number | ▇5893 |
| Customer Reference Number | ▇5940 |
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |

Sincerely,
John Mincone, Attorney At Law



**MINCONE & MINCONE, P.C.**

**560 Broadhollow Road, Suite 302**
**Melville, NY 11747**
**E: johnmincone@mincone.com**
M: 516.807.7791
W: 631.423.4390
E-Fax: 631.536.2249

**Janine Bullis**

| | |
|---|---|
| **From:** | John Mincone |
| **Sent:** | Friday, March 29, 2019 5:42 PM |
| **To:** | Gerald Smith |
| **Cc:** | Jeffrey Phelan; Roxanne Quall; Janine Bullis |
| **Subject:** | FW: MORTGAGE BROKER FEE 12706 HOLDINGS INC. Thank you enjoy your weekend! |

**Completed Wire Detail**

| | |
|---|---|
| Source Account | ******5838 (Checking) |
| Amount | $5,350.00 |
| Beneficiary | VIS CAPITAL VENTURE LLC |
| Beneficiary Account | ▮0546 |
| Bank | TD BANK, NA<br>New York, NY |
| Destination ABA | ▮3673 |
| Special Instructions | MORTGAGE BROKER FEE<br>12706 HOLDINGS INC. |
| Date | 03/29/2019 |
| Federal Reference Number | ▮1 ▮3572 |
| Global Reference Number | ▮5601 |
| Citibank Reference Number | ▮2782 |
| Customer Reference Number | ▮5940 |
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |

**From:** John Mincone <johnmincone@mincone.com>
**Date:** Friday, March 29, 2019 at 5:41 PM
**To:** "achilliest@dcnylaw.com" <achilliest@dcnylaw.com>
**Cc:** Roxanne Quall <legal@mincone.com>, Janine Bullis <scheduler@mincone.com>, Jeffrey Phelan <Jeff@PlanetRenovationCapital.com>, Gerald Smith <gerald@viscapitalventure.com>
**Subject:** MORTGAGE PROCEEDS 12706 HOLDINGS INC. Thank you enjoy your weekend!

**Completed Wire Detail**

| | |
|---|---|
| Source Account | ******5838 (Checking) |
| Amount | $496,884.97 |
| Beneficiary | DONALDSON & CHILLIEST, LLP |
| Beneficiary Account | ▮7666 |

| Bank | JPMORGAN CHASE BANK, NA New York, NY |
|---|---|
| Destination ABA | ████0021 |
| Special Instructions | MORTGAGE PROCEEDS 12706 HOLDINGS INC. |
| Date | 03/29/2019 |
| Federal Reference Number | ██████ █ ████ 2█ ███ 91461 |
| Global Reference Number | ██████ 2501 |
| Citibank Reference Number | █████ 5893 |
| Customer Reference Number | ██ 6940 |
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |

Sincerely,
John Mincone, Attorney At Law

**MM MINCONE & MINCONE, P.C.**

560 Broadhollow Road, Suite 302
Melville, NY 11747
E: johnmincone@mincone.com
M: 516.807.7791
W: 631.423.4390
E-Fax: 631.536.2249

**Janine Bullis**

| | |
|---|---|
| **From:** | John Mincone |
| **Sent:** | Friday, March 29, 2019 6:14 PM |
| **To:** | Roxanne Quall |
| **Cc:** | Janine Bullis; Sachi Gupta; Jeffrey Phelan |
| **Subject:** | MORTGAGE BROKER FEE   66 HAMILTON AVE, NEW ROCHELLE, NY   10801 HAMILTON SIXTY SIX HOMES LLC   03/29/2019 |

**Please forward to VLADIMIR MCGUFFIE.   Thank you!**


**Completed Wire Detail**

| Source Account | ******5838 (Checking) |
|---|---|
| Amount | $8,350.00 |
| Beneficiary | VLADIMIR MCGUFFIE |
| Beneficiary Account | 9985579953 |
| Bank | BETHPAGE FEDERAL CREDIT UNION Bethpage, NY |
| Destination ABA | 221473652 |
| Special Instructions | MORTGAGE BROKER FEE 66 HAMILTON AVE, NEW ROCHELLE, NY 10801 HAMILTON SIXTY SIX HOMES LLC |
| Date | 03/29/2019 |
| Federal Reference Number | |
| Global Reference Number | |
| Citibank Reference Number | 0880002812 |
| Customer Reference Number | 205917 |
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |


Sincerely,
John Mincone, Attorney At Law

 **MINCONE & MINCONE, P.C.**

**560 Broadhollow Road, Suite 302**
**Melville, NY 11747**
**E: johnmincone@mincone.com**
M: 516.807.7791
W: 631.423.4390
E-Fax: 631.536.2249

1

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ▆▆▆5838 |
| **Check #:** | 725847 |
| **Date:** | 3/27/2019 |
| **Amount:** | $300.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ▆▆▆1067 |
| **Reason:** | |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Anokye Blissett |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | 4980285838 |
| **Check #:** | 725847 |
| **Date:** | 3/27/2019 |
| **Amount:** | $300.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | 71021001067 |
| **Reason:** | |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Anokye Blissett |

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

**560 BROADHOLLOW RD., STE 302**
**MELVILLE, NY 11747**

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

Check #: 725847
Date: 3/27/2019

Pay to the
order of:   Anokye Blissett

Amount:   $300.00

Three Hundred and 00/100                                                                 Dollars

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Memo:   ▆▆▆1067
        205940            12706 Holdings Inc

⑈725847⑈ ⑆▆▆▆0089⑊ ▆▆▆5838⑈

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ■■■5838 |
| **Check #:** | 725848 |
| **Date:** | 3/27/2019 |
| **Amount:** | $891.67 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ■■■■1067 |
| **Reason:** | Short Term Interest |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ■■■5838 |
| **Check #:** | 725848 |
| **Date:** | 3/27/2019 |
| **Amount:** | $891.67 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ■■■■1067 |
| **Reason:** | Short Term Interest |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

**Check #:** 725848
**Date:** 3/27/2019

Pay to the
order of:  Planet Management Group, LLC

**Amount:** | $891.67

Eight Hundred Ninety One and 67/100

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Dollars

Memo: ■■■1067
205940

Short Term Interest
12706 Holdings Inc



⑈725848⑈ ⑆■■■0089⑆ ■■■5838⑈

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ███5838 |
| **Check #:** | 725849 |
| **Date:** | 3/27/2019 |
| **Amount:** | $1,700.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ███1067 |
| **Reason:** | Settlement Fee |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Mincone & Mincone P.C. |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ███5838 |
| **Check #:** | 725849 |
| **Date:** | 3/27/2019 |
| **Amount:** | $1,700.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ███1067 |
| **Reason:** | Settlement Fee |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Mincone & Mincone P.C. |

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

| Check #: | 725849 |
|---|---|
| Date: | 3/27/2019 |

Pay to the
order of:   Mincone & Mincone P.C.

| Amount: | $1,700.00 |
|---|---|

One Thousand Seven Hundred and 00/100

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Dollars

Memo:  ███1067      Settlement Fee
205940      12706 Holdings Inc

 ⑈725849⑈ ⑆█ █ ███0089⑆ ███ ██5838⑈

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ▇▇▇5838 |
| **Check #:** | 725850 |
| **Date:** | 3/27/2019 |
| **Amount:** | $2,248.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ▇▇▇1067 |
| **Reason:** | Hazard Insurance |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | United Brokerage Inc |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ▇▇▇5838 |
| **Check #:** | 725850 |
| **Date:** | 3/27/2019 |
| **Amount:** | $2,248.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ▇▇▇067 |
| **Reason:** | Hazard Insurance |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | United Brokerage Inc |

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

Check #: 725850
Date: 3/27/2019

Pay to the
order of:   United Brokerage Inc

Amount:   $2,248.00

Two Thousand Two Hundred Forty Eight and 00/100 _____ Dollars

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Memo:   ▇▇▇01067   Hazard Insurance
205940   12706 Holdings Inc



⑈725850⑈ ⑆▇⑇▇▇0089⑆ ▇▇▇5838⑈

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ▮▮▮5838 |
| **Check #:** | 725851 |
| **Date:** | 3/27/2019 |
| **Amount:** | $5,350.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ▮▮▮01067 |
| **Reason:** | |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Vis Capital |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ▮▮▮5838 |
| **Check #:** | 725851 |
| **Date:** | 3/27/2019 |
| **Amount:** | $5,350.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ▮▮▮01067 |
| **Reason:** | |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Vis Capital |

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

Check #: 725851
Date: 3/27/2019

Pay to the
order of:   Vis Capital

Amount: $5,350.00

Five Thousand Three Hundred Fifty and 00/100

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Dollars

Memo: ▮▮▮01067
205940                      12706 Holdings Inc

⑆725851⑆ ⑈▮▮▮0089⑇ ▮▮▮5838⑈

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ███5838 |
| **Check #:** | 725852 |
| **Date:** | 3/27/2019 |
| **Amount:** | $11,870.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ███1067 |
| **Reason:** | Budget Review,Underwriting Fee |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ███5838 |
| **Check #:** | 725852 |
| **Date:** | 3/27/2019 |
| **Amount:** | $11,870.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ███1067 |
| **Reason:** | Budget Review,Underwriting Fee |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

Check #: 725852
Date: 3/27/2019

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

Pay to the
order of: Planet Management Group, LLC

Amount: $11,870.00

Eleven Thousand Eight Hundred Seventy and 00/100 _____ Dollars
.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Memo: ███1067    Budget Review,Underwriting Fee
205940    12706 Holdings Inc

⑆725852⑆ ⑇█ █ █0089⑇   █ ■5838⑈

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ▉5838 |
| **Check #:** | 725853 |
| **Date:** | 3/27/2019 |
| **Amount:** | $15,755.36 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ▉1067 |
| **Reason:** | |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | United American Title Agency |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ▉5838 |
| **Check #:** | 725853 |
| **Date:** | 3/27/2019 |
| **Amount:** | $15,755.36 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ▉1067 |
| **Reason:** | |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | United American Title Agency |

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

**Check #:** 725853
**Date:** 3/27/2019

Pay to the order of:  United American Title Agency

**Amount:** $15,755.36

Fifteen Thousand Seven Hundred Fifty Five and 36/100 _____ Dollars

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Memo:  205940  ▉1067    12706 Holdings Inc

⑈725853⑈  ⑆▉0089⑆  ▉5838⑈

## Completed Wires

## Completed Wire Detail

| | |
|---|---|
| Source Account | ******5838 (Checking) |
| Amount | $496,884.97 |
| Beneficiary | DONALDSON & CHILLIEST, LLP |
| Beneficiary Account | ■■■■7666 |
| Bank | JPMORGAN CHASE BANK, NA<br>New York, NY |
| Destination ABA | ■■■0021 |
| Special Instructions | MORTGAGE PROCEEDS<br>12706 HOLDINGS INC. |
| Date | 03/29/2019 |
| Federal Reference Number | ■■■■■■■1■■■■■1461 |
| Global Reference Number | ■■■■■■2501 |
| Citibank Reference Number | ■■■■5893 |
| Customer Reference Number | 205940 |
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |



< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi.com



EQUAL HOUSING
LENDER

Terms & Conditions

Copyright © 2019 Citigroup Inc.

# Completed Wires

## Completed Wire Detail

| | |
|---|---|
| Source Account | ******5838 (Checking) |
| Amount | $5,350.00 |
| Beneficiary | VIS CAPITAL VENTURE LLC |
| Beneficiary Account | ▮0546 |
| Bank | TD BANK, NA<br>New York, NY |
| Destination ABA | ▮3673 |
| Special Instructions | MORTGAGE BROKER FEE<br>12706 HOLDINGS INC. |
| Date | 03/29/2019 |
| Federal Reference Number | ▮1▮3572 |
| Global Reference Number | ▮5601 |
| Citibank Reference Number | ▮2782 |
| Customer Reference Number | ▮5940 |
| Additional Reference | |
| Set up by | JOHN MINCONE |
| Approved By | JOHN MINCONE |

< Back



THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A WATERMARK - HOLD UP TO THE LIGHT TO VERIFY

4980285838
**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

Check #:          725851
Date:          3/27/2019

Pay to the
order of:   Vis Capital

Amount:          $5,350.00

Five Thousand Three Hundred Fifty and 00/100

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Memo:   205940      ▮1067   12706 Holdings Inc.   CHECK IS PRINTED ON SECURITY PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUOR

⑈725851⑈ ⑆▮⑈00089⑈ ▮▮583▮

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ████5838 |
| **Check #:** | 725848 |
| **Date:** | 3/27/2019 |
| **Amount:** | $891.67 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ████1067 |
| **Reason:** | Short Term Interest |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ████5838 |
| **Check #:** | 725848 |
| **Date:** | 3/27/2019 |
| **Amount:** | $891.67 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ████1067 |
| **Reason:** | Short Term Interest |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A WATERMARK - HOLD UP TO THE LIGHT TO VERIFY

4980285838

**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

**Check #:** 725848
**Date:** 3/27/2019

Pay to the
order of: **Planet Management Group, LLC**

**Amount:** $891.67

Eight Hundred Ninety One and 67/100 ............................................................ Dollars

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ...

████1067          Short Term Interest
Memo:   205940    CHECK IS PRINTED 12706 Holdings Inc INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS

 

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ████5838 |
| **Check #:** | 725852 |
| **Date:** | 3/27/2019 |
| **Amount:** | $11,870.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ████1067 |
| **Reason:** | Budget Review,Underwriting Fee |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

| | |
|---|---|
| **Account:** | CitiBank NA IOLA |
| **Remit Bank:** | CitiBank, N.A. |
| **Account #:** | ████5838 |
| **Check #:** | 725852 |
| **Date:** | 3/27/2019 |
| **Amount:** | $11,870.00 |
| **Control #:** | 205940 |
| **Bank Loan #:** | ████1067 |
| **Reason:** | Budget Review,Underwriting Fee |
| **Borrower:** | 12706 Holdings Inc |
| **Paid to:** | Planet Management Group, LLC |

*2 points $10,700*
*Budget → $ 395*
*U/w      $ 775*
*11,870-*

---

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A WATERMARK - HOLD UP TO THE LIGHT TO VERIFY

4980285838
**MINCONE & MINCONE, P.C.**
*Attorney Special Account for IOLA*

560 BROADHOLLOW RD., STE 302
MELVILLE, NY 11747

CitiBank, N.A.
2261 Broadhollow Road
East Farmingdale, NY 11735

Check #: 725852
Date: 3/27/2019

Pay to the
order of: Planet Management Group, LLC

Amount: $11,870.00

Eleven Thousand Eight Hundred Seventy and 00/100 ............................................................ Dollars

.... CHECK VALID FOR 180 DAYS FROM DATE OF CHECK ....

Memo: ████1067
205940

Budget Review,Underwriting Fee
12706 Holdings Inc

CHECK IS PRINTED ON PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS



⑈725852⑈ ⑆████0089⑆ ██ ██5838⑈