# EXHIBIT K

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2022050600306001001E1BFA |

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 6

**Document ID:** 2022050600306001    Document Date: 05-02-2022    Preparation Date: 05-06-2022
**Document Type:** ASSIGNMENT, MORTGAGE
Document Page Count: 4

| PRESENTER: | RETURN TO: |
|---|---|
| ADVANTAGE FORECLOSURE SERVICES, INC.<br>201 OLD COUNTRY ROAD<br>SUITE 200, NY 11747 | ADVANTAGE FORECLOSURE SERVICES, INC.<br>201 OLD COUNTRY ROAD<br>SUITE 200, NY 11747 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 12527 | 93 | Entire Lot | 127-06 177TH STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2019000227660

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| PLANET MANAGEMENT GROUP, LLC<br>105 MAXESS ROAD, SUITE N107<br>MELVILLE, NY 11747 | WILMINGTON SAVINGS FUND SOCIETY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>WILMINGTON, DE 19801 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    05-12-2022 12:17
City Register File No.(CRFN): **2022000197629**

*Annette M Hill*
*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER | 
2022050600306001001C197A |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 6 |
|---|---|---|
| **Document ID:** 2022050600306001 | Document Date: 05-02-2022 | Preparation Date: 05-06-2022 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

**PARTIES**
**ASSIGNEE/NEW LENDER:**
TRUSTEE FOR VERUS SECURITIZATION TRUST
2020-NPL1
500 DELAWARE AVENUE, 11TH FLOOR
WILMINGTON, DE 19801

WHEN RECORDED MAIL TO:
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530

Assessor's Property Tax Parcel/ Account Number: Block: 12527, Lot: 93

_____ [Space Above this Line for Recording Data] _____

## ASSIGNMENT OF MORTGAGE

Queens County, New York     Reference # 7101001067       "12706 Holdings Inc"

Assignment Prepared on: April 22, 2022
**Assignor**: **Planet Management Group, LLC** at 105 Maxess Road, Suite N107, Melville, NY 11747
**Assignee**: **Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2020-NPL1** at 500 Delaware Avenue, 11th Floor, Wilmington, Delaware 19801

The Mortgage shall be defined as:
The Mortgage executed by 12706 Holdings Inc to Planet Management Group LLC in the amount of $535,000.00 on March 27, 2019 and recorded on July 18, 2019 in CRFN 2019000227660 in Queens County, State of New York.

**Property Address**: 127-06 177th Street, Jamaica, New York 11434 (as is more fully described in the Schedule affixed hereto)

**GIVEN**: To secure
A Note in the amount of $535,000.00 payable to Planet Management Group, LLC and its successors and assigns

    **KNOW ALL MEN BY THESE PRESENTS** that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the Said Assignor hereby assigns unto the above named Assignee, the said Mortgage having the original principal sum of $535,000.00 with interest, secured thereby, together with all moneys now and owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the Assignee, the Assignor's beneficial interest under the Mortgage.

    **TO HAVE AND TO HOLD** the said Mortgage and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

This Assignment is Not Subject to the Requirements of Section Two Hundred Seventy-Five of the Real Property Law Because It Is an Assignment within the Secondary Mortgage Market.

Dated: May 2, 2022

**Planet Management Group, LLC**

By: _____

Name: Thomas O'Connell

Title: Senior Vice President

STATE OF Connecticut )
) ss.
COUNTY OF New Haven )

On the 2nd day of May in the year 2022 before me, the undersigned, a Notary Public in and for said State, personally appeared Thomas O'Connell, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in New Haven County.

WITNESS my hand and official seal,

Notary Public: Dinelies Mariel Perez Munoz
Notary Expires: October 31, 2025

DINELIES MARIEL PEREZ MUNOZ
NOTARY PUBLIC
State of Connecticut
My Commission Expires
October 31, 2025

## Assignment and Mortgage Addendum

**MORTGAGE**
Mortgagor: 12706 Holdings Inc
Mortgagee: Planet Management Group LLC
Amount: $535,000.00
Dated: March 27, 2019
Recorded: July 18, 2019
CRFN: 2019000227660

## SCHEDULE A
## DESCRIPTION OF MORTGAGED PREMISES

**Block 12527 and Lot 93**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Westerly side of 177th Street, distant 24.83 feet Southerly from the corner formed by the intersection of the Westerly side of 177th Street, with the Southerly side of 127th Avenue;

RUNNING THENCE Westerly parallel with the Northerly side of 129th Avenue, 115 feet;

THENCE Southerly and parallel with the Westerly side of 177th Street, 30 feet;

THENCE Easterly and again parallel with the Northerly side of 129th Avenue, 115 feet to the Westerly side of 177th Street;

THENCE Northerly along the Westerly side of 177th Street, 30 feet to the point or place of BEGINNING.

**Premises known as 127-06 177th Street, Jamaica, New York 11434**