# EXHIBIT M-1

# LOAN APPLICATION

## PROJECT DESCRIPTION

Address: _127-06 177th Street, Jamaica, NY 11434_

Property Type: _____ 1 Fam __X__ 2 Fam _____ 3 Fam _____ 4 Fam

Bedrooms: __7__          Bathrooms: __4__

Lot Size: _2605_          House Square footage: _1980_

How acquired: _____ Bank foreclosure _____ Short Sale __X__ Other

Status: _____ Under contract _____ Currently owned __X__ Other

Title to be held in: _12706 Holdings Inc._

Address: _55 West 116th Street ste:255_
_New York, NY 10026_

Tax ID Number: _83-2200008_

Purchase Price: $_____ Rehab Budget: $_____

"As Is" Appraised Value: $_765,000_ 'Subject to' Appraised Value: $_765,000_

## GUARANTOR INFORMATION

Full Name: _Antonio Lez Woodburn_

Home Address: _130-21 140th St, Jamaica, NY 11436_

Home Phone: _████ 7978_ Cell Phone: _████ 7978_

Social Security #: _████_ Date of Birth: _████_

** Email: _Woodiespoon@aol.com_ required ***

Please attach (a) purchase contract, (b) renovation budget and (c) attorney contact information

PLANET- 00652