# EXHIBIT M-4

# CERTIFICATE OF BUSINESS PURPOSE OF LOAN

The undersigned Guarantor and Borrower each certify to **PLANET MANAGEMENT GROUP, LLC** (Lender) as follows:

1. I have applied to Lender for a mortgage loan in the amount of **$535,000.00** secured by the real property located
2. Lender has stressed to me the importance of knowing the primary purpose of the Loan. I know that the legal responsibilities of Lender vary considerably depending upon whether the loan is a consumer loan (for personal, household or family purposes) or a business loan.
3. I have represented to Lender in the application for the mortgage loan and again represent to the Lender that all of the purposes of the Loan, exclusive of commissions and loan incurred to obtain the Loan are:

| Purpose | Approximate Amount |
|---|---|
| Acquisition of property | $610,000.00 |
| Repairs and Renovation | $0.00 |
| Capitalized Amounts | $0.00 |

4. The primary purpose of the Loan is buying, rehabbing and selling non-owner occupied and investor owned units.
5. No part of the Loan proceeds is intended to be used for a non-business (i.e. consumer or personal, household or family purpose).

The Lender and its successors and/or assigns may rely upon this Certificate. I declare under penalty of perjury under the Laws of the State of New York that the foregoing Certificate is true and accurate.

Dated **MARCH 27, 2019**

**12706 HOLDINGS INC**

By: _____
Name: **LEZANTONIO WOODBURN**
Title: **PRESIDENT**

GUARANTOR

By: _____
Name: **LEZANTONIO WOODBURN**
Title:

GUARANTOR

By: _____
Name:
Title: