# EXHIBIT M-5

FIRST AMENDMENT TO THE
CERTIFICATE OF INCORPORATION
12706 HOLDINGS INC.

**WHEREAS** the Certificate of Incorporation of 12706 Holdings Inc. was filed on the 11th day of December, 2018; and

**WHEREAS** said Certificate authorized the issuance of 200 Shares With No Particular Value (NPV); and

**WHEREAS** 100 shares were issued to MELVIN R. FULLER as a shareholder of the Corporation; and

**WHEREAS** all 100 shares were issued to LEZ ANTONIO WOODBURN as a shareholder of the Corporation; and

**WHEREAS** MELVIN R. FULLER now wishes to transfer the majority of his shares (99 Shares) to LEZ ANTONIO WOODBURN who will now act as President of the Corporation and MELVIN R. FULLER will maintain one (1) share;

**NOW THEREFORE** the Certificate of Incorporation is amended to include LEZ ANTONIO WOODBURN as majority shareholder and MELVIN R. FULLER a minority shareholder;

All other terms, covenants and conditions in the Certificate shall remain as set forth therein.

LEZ ANTONIO WOODBURN

MELVIN R. FULLER