# EXHIBIT M-7



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 21, 2018 through December 19, 2018
Primary Account: ▮▮▮▮▮4465

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00003001 DRI 802 21935418 NNNNNNNNNNN P 1 000000000 13 0000
LEZ ANTONIO WOODBURN
13021 140TH ST
JAMAICA NY 11436-2020



## We updated our Deposit Account and Wire Transfer Agreements

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

    We added a section to describe our new Autosave feature, which allows you to make automatic transfers from your checking account to your savings account. (New section in General Account Terms, Section B, Autosave feature)

    We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)

    We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:

    You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.

    We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services.**

If you have questions, please call us anytime at the number on your statement.

PLANET- 00703


**CHASE** ◯

November 21, 2018 through December 19, 2018
Primary Account: ███████ 4465

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Better Banking Checking | 4465 | $94,001.14 | $91,469.99 |
| Chase Savings | 7033 | $65,437.34 | $65,437.34 |
| **Total** | | **$159,438.48** | **$156,907.33** |
| | | | |
| **TOTAL ASSETS** | | **$159,438.48** | **$156,907.33** |

## CHASE BETTER BANKING CHECKING

LEZ ANTONIO WOODBURN           Account Number: ███████ 4465

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$94,001.14** |
| Deposits and Additions | 3,858.98 |
| ATM & Debit Card Withdrawals | -3,185.94 |
| Electronic Withdrawals | -1,199.19 |
| Other Withdrawals | -2,000.00 |
| Fees | -5.00 |
| **Ending Balance** | **$91,469.99** |

Your account ending in 7033 is linked to this account for overdraft protection.

Good News. Your Monthly Service Fee was waived because you had at least a $1,500 balance in your Chase Better Banking Checking account at the end of the business day before the last day of your statement period or an average daily balance of $5,000 in qualifying linked deposits, investments, credit cards, mortgage and other loans during your statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/26 | ATM Check Deposit | 11/25 1200 West Walk Valley Stream NY Card 3391 | $143.00 |
| 12/03 | ATM Cash Deposit | 12/03 16540 Baisley Blvd Jamaica NY Card 3391 | 900.00 |
| 12/03 | ATM Cash Deposit | 12/01 16540 Baisley Blvd Jamaica NY Card 3391 | 700.00 |
| 12/03 | ATM Cash Deposit | 12/01 16540 Baisley Blvd Jamaica NY Card 3391 | 200.00 |
| 12/10 | ATM Cash Deposit | 12/09 9601 Foster Ave Brooklyn NY Card 3391 | 500.00 |
| 12/10 | ATM Check Deposit | 12/09 9601 Foster Ave Brooklyn NY Card 3391 | 104.50 |
| 12/17 | ATM Cash Deposit | 12/15 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 1,100.00 |
| 12/17 | Purchase Return | 12/17 The Home Depot 1215 S Ozone Park NY Card 3391 | 11.48 |
| 12/18 | Deposit   1607239549 | | 200.00 |
| **Total Deposits and Additions** | | | **$3,858.98** |

PLANET- 00704



November 21, 2018 through December 19, 2018
Primary Account: ████████ ▌465

# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/23 | Card Purchase          11/21 Mcdonald's F6294 Lawrence NY Card 3391 | $6.52 |
| 11/23 | Recurring Card Purchase 11/22 Amazon Prime Amzn.Com/Bill WA Card 3391 | 14.14 |
| 11/26 | ATM Withdrawal          11/24 20532 Linden Blvd Saint Albans NY Card 3391 | 80.00 |
| 11/27 | Card Purchase          11/25 Triangle Auto Service Jamaica NY Card 3391 | 30.20 |
| 11/30 | Card Purchase          11/29 Mcdonald's F29501 Rockville Cen NY Card 3391 | 6.52 |
| 11/30 | Recurring Card Purchase 11/30 Verizon*Onetimepay Verizon.Com FL Card 3391 | 193.09 |
| 12/03 | Card Purchase          11/30 Westgate Resort Hoa Orlando FL Card 3391 | 50.00 |
| 12/03 | ATM Withdrawal          12/02 20532 Linden Blvd Saint Albans NY Card 3391 | 100.00 |
| 12/03 | Card Purchase          12/03 Amzn Mktp US*M056P3B Amzn.Com/Bill WA Card 3391 | 22.99 |
| 12/03 | Recurring Card Purchase 12/01 Pdrgt Ath Clb - Ckfr 718-209-1010 NY Card 3391 | 39.95 |
| 12/04 | Card Purchase          12/04 Amzn Mktp US*M05Z978 Amzn.Com/Bill WA Card 3391 | 15.99 |
| 12/04 | Card Purchase          12/04 Amzn Mktp US*M02Kc28 Amzn.Com/Bill WA Card 3391 | 269.99 |
| 12/04 | Recurring Card Purchase 12/03 Att*Bill Payment 800-288-2020 TX Card 3391 | 82.84 |
| 12/05 | Card Purchase          12/05 Aeropostale.Com 877-289-2376 PA Card 3391 | 88.05 |
| 12/06 | Card Purchase          12/06 Vesta *T-Mobile 888-278-3397 OR Card 3391 | 55.64 |
| 12/07 | ATM Withdrawal          12/07 883 Flatbush Ave Brooklyn NY Card 3391 | 900.00 |
| 12/07 | Non-Chase ATM Withdraw  12/07 2460 Bedford Ave Brooklyn NY Card 3391 | 22.50 |
| 12/10 | Card Purchase          12/09 Forever 21 Inc 888-494-3837 CA Card 3391 | 89.50 |
| 12/10 | Card Purchase          12/08 Amzn Mktp US*M08Tw37 Amzn.Com/Bill WA Card 3391 | 8.99 |
| 12/10 | Card Purchase          12/09 Amzn Mktp US*M01Uu4D Amzn.Com/Bill WA Card 3391 | 17.99 |
| 12/10 | Card Purchase          12/10 Amzn Mktp US*M063A7S Amzn.Com/Bill WA Card 3391 | 24.99 |
| 12/10 | ATM Withdrawal          12/10 1509 Foster Ave Brooklyn NY Card 3391 | 150.00 |
| 12/10 | Card Purchase With Pin  12/10 The Home Depot #1238 Jamaica NY Card 3391 | 11.48 |
| 12/11 | Card Purchase          12/10 Tncc Jamaica NY Card 3391 | 138.00 |
| 12/11 | Card Purchase          12/10 Dunkin #308817 Q35 Jamaica NY Card 3391 | 11.50 |
| 12/11 | Card Purchase          12/10 Mrd*Murd Drtv 800-596-8723 CA Card 3391 | 39.95 |
| 12/12 | Card Purchase          12/11 Mcdonald's F1811 Brooklyn NY Card 3391 | 9.44 |
| 12/12 | Card Purchase          12/11 Bp#66277071149 Utica Pe Brooklyn NY Card 3391 | 52.05 |
| 12/14 | ATM Withdrawal          12/14 20532 Linden Blvd Saint Albans NY Card 3391 | 440.00 |
| 12/17 | Non-Chase ATM Withdraw  12/15 113-03 Sutphin Blvd. Jamaica NY Card 3391 | 42.00 |
| 12/17 | Card Purchase With Pin  12/17 The Home Depot 1215 S Ozone Park NY Card 3391 | 17.89 |
| 12/18 | Card Purchase          12/17 Speedway 07828 South Ozone P NY Card 3391 | 65.14 |
| 12/18 | Recurring Card Purchase 12/17 Abc*Planet Fitness 954-5261900 FL Card 3391 | 10.60 |
| 12/19 | Card Purchase          12/17 Tncc Jamaica NY Card 3391 | 78.00 |
| | **Total ATM & Debit Card Withdrawals** | **$3,185.94** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/28 | New York Life   Ins. Prem.          PPD ID: 1135582869 | $60.60 |
| 12/03 | Con Ed of NY     Intell Ck          PPD ID: 2462467002 | 68.59 |
| 12/05 | National Grid NY Utilitypay 01354040242    Tel ID: 9177976001 | 70.00 |
| 12/10 | 12/09 Online Transfer To Chk ...9860 Transaction#: 7740240568 | 1,000.00 |
| | **Total Electronic Withdrawals** | **$1,199.19** |

# OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/26 | 11/26 Withdrawal | $2,000.00 |
| | **Total Other Withdrawals** | **$2,000.00** |

PLANET- 00705



November 21, 2018 through December 19, 2018
Primary Account: ████ 4465

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/07 | Non-Chase ATM Fee-With | $2.50 |
| 12/17 | Non-Chase ATM Fee-With | 2.50 |
| **Total Fees** | | **$5.00** |

## CHASE SAVINGS

LEZ ANTONIO WOODBURN                              Account Number: ████ 7033

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $65,437.34 |
| Ending Balance | $65,437.34 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Better Banking Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

---

PLANET- 00706



November 21, 2018 through December 19, 2018
Primary Account: ████████ **4465**

## IMAGES

ACCOUNT # ████████ 4465

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.







## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1.  We have standard overdraft practices that come with your account.

2.  We also offer overdraft protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices.

- **What are the standard overdraft practices that come with my account?**

    We **do** authorize and pay overdrafts for the following types of transactions:

    - Checks and other transactions made using your checking account number
    - Recurring debit card transactions

    We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to

    (see below):

    - Everyday debit card transactions

    We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**

    Under our standard overdraft practices:

    - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the  end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
    - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**

    - For Chase Sapphire[SM] Checking accounts, we waive the Insufficient Funds and Returned Item fees if you've had four or fewer Insufficient Funds or Returned Item occurrences in the past 12 months.
    - For Chase Private Client Checking [SM] accounts, we waive the Chase overdraft fees.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**

    If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us anytime at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch.



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 19, 2018 through November 20, 2018

Primary Account: ▮▮▮▮4465

00003038 DRI 802 21932518 NNNNNNNNNNN P 1 000000000 130000

LEZ ANTONIO WOODBURN
13021 140TH ST
JAMAICA NY 11436-2020

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
| --- | --- | --- | --- |
| Chase Better Banking Checking | ▮▮▮▮4465 | $91,072.25 | $94,001.14 |
| Chase Savings | ▮▮▮▮7033 | $65,437.34 | $65,437.34 |
| **Total** | | **$156,509.59** | **$159,438.48** |

| **TOTAL ASSETS** | | **$156,509.59** | **$159,438.48** |
| --- | --- | --- | --- |

# CHASE BETTER BANKING CHECKING

LEZ ANTONIO WOODBURN                         Account Number: ▮▮▮▮4465

# CHECKING SUMMARY

| | AMOUNT |
| --- | --- |
| **Beginning Balance** | **$91,072.25** |
| Deposits and Additions | 9,096.00 |
| ATM & Debit Card Withdrawals | -2,588.51 |
| Electronic Withdrawals | -3,563.60 |
| Fees | -15.00 |
| **Ending Balance** | **$94,001.14** |

Your account ending in 7033 is linked to this account for overdraft protection.

Good News. Your Monthly Service Fee was waived because you had at least a $1,500 balance in your Chase Better Banking Checking account at the end of the business day before the last day of your statement period or an average daily balance of $5,000 in qualifying linked deposits, investments, credit cards, mortgage and other loans during your statement period.

PLANET- 00709

# CHASE ⬡

October 19, 2018 through November 20, 2018
Primary Account: ▮▮▮▮ 4465

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 10/22 | ATM Cash Deposit | 10/22 1764 Rockaway Pkwy Brooklyn NY Card 3391 | $210.00 |
| 10/22 | ATM Check Deposit | 10/21 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 143.00 |
| 10/29 | ATM Cash Deposit | 10/27 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 900.00 |
| 11/02 | Online Transfer From Chk ...9860 Transaction#: 7633335062 | | 1,000.00 |
| 11/07 | ATM Check Deposit | 11/07 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 143.00 |
| 11/07 | Deposit        933013705 | | 200.00 |
| 11/19 | ATM Check Deposit | 11/19 883 Flatbush Ave Brooklyn NY Card 3391 | 3,000.00 |
| 11/19 | ATM Cash Deposit | 11/19 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 2,300.00 |
| 11/19 | ATM Cash Deposit | 11/19 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 800.00 |
| 11/19 | ATM Cash Deposit | 11/19 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 400.00 |

**Total Deposits and Additions**                                                      **$9,096.00**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 10/22 | Card Purchase | 10/18 Mcdonald's F27377 Brooklyn NY Card 3391 | $8.70 |
| 10/22 | Card Purchase | 10/18 Cartaz Cuisine Brooklyn NY Card 3391 | 19.47 |
| 10/22 | Card Purchase | 10/19 White Castle  100020 Brooklyn NY Card 3391 | 7.94 |
| 10/22 | Card Purchase | 10/20 Dunkin #308107 Q35 Brooklyn NY Card 3391 | 6.67 |
| 10/23 | Card Purchase | 10/22 Speedway 07828 South Ozone P NY Card 3391 | 40.08 |
| 10/23 | Recurring Card Purchase 10/22 Amazon Prime Amzn.Com/Bill WA Card 3391 | | 14.14 |
| 10/24 | Card Purchase | 10/23 Taco Bell #34349 Brooklyn NY Card 3391 | 8.81 |
| 10/24 | Card Purchase | 10/23 Mcdonald's F26796 Brooklyn NY Card 3391 | 6.30 |
| 10/24 | Non-Chase ATM Withdraw  10/24 1144 Halsey St Brooklyn NY Card 3391 | | 71.79 |
| 10/24 | Non-Chase ATM Withdraw  10/24 131-22 140th Street Jamaica NY Card 3391 | | 141.50 |
| 10/25 | Card Purchase With Pin  10/25 Food World Superma Jamaica NY Card 3391 | | 18.91 |
| 10/29 | Card Purchase | 10/26 Speedway 07833 Brooklyn NY Card 3391 | 50.25 |
| 10/29 | Card Purchase | 10/26 Taco Bell #34349 Brooklyn NY Card 3391 | 8.05 |
| 10/29 | Card Purchase With Pin  10/28 Key Food #1554 Brooklyn NY Card 3391 | | 19.98 |
| 10/30 | Card Purchase | 10/29 Flatlands Dental C Brooklyn NY Card 3391 | 600.00 |
| 10/30 | Card Purchase With Pin  10/30 Ys Farm Country Brooklyn NY Card 3391 | | 22.83 |
| 10/31 | Card Purchase | 10/30 Westgate Resort Hoa Orlando FL Card 3391 | 50.00 |
| 10/31 | Card Purchase | 10/30 Wendy's #3033 Brooklyn NY Card 3391 | 7.61 |
| 11/01 | Card Purchase | 10/31 Speedway 07828 South Ozone P NY Card 3391 | 50.20 |
| 11/01 | Card Purchase | 10/31 Taco Bell #34349 Brooklyn NY Card 3391 | 8.81 |
| 11/01 | Non-Chase ATM Withdraw  11/01 113-03 Sutphin Blvd. Jamaica NY Card 3391 | | 122.00 |
| 11/01 | Recurring Card Purchase 10/31 Att*Bill Payment 800-288-2020 TX Card 3391 | | 82.84 |
| 11/02 | Card Purchase | 11/01 Flatlands Dental Care, Brooklyn NY Card 3391 | 400.00 |
| 11/02 | Card Purchase | 11/01 Wendy's #3118 Jamaica NY Card 3391 | 6.09 |
| 11/02 | Card Purchase With Pin  11/02 Vitamin Shoppe #555 89 Brooklyn NY Card 3391 | | 8.49 |
| 11/02 | Card Purchase With Pin  11/02 Wal-Mart Super Cente Valley Stream NY Card 3391 | | 43.98 |
| 11/02 | Recurring Card Purchase 11/01 Pdrgt Ath Clb - Ckfr 718-209-1010 NY Card 3391 | | 39.95 |
| 11/05 | Card Purchase | 11/03 Dunkin #308107 Q35 Brooklyn NY Card 3391 | 9.72 |
| 11/05 | Card Purchase With Pin  11/04 Autozone  4731 2094 Ro Brooklyn NY Card 3391 | | 8.25 |
| 11/05 | Card Purchase | 11/05 Vesta  *T-Mobile 888-278-3397 OR Card 3391 | 55.64 |
| 11/05 | Non-Chase ATM Withdraw  11/05 133 44  150th St Jamaica NY Card 3391 | | 63.00 |
| 11/06 | Non-Chase ATM Withdraw  11/06 131-22 140th Street Jamaica NY Card 3391 | | 81.50 |

PLANET- 00710

**CHASE** ○

October 19, 2018 through November 20, 2018
Primary Account: ████████ 4465



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08 | Card Purchase        11/07 Speedway 07833 Brooklyn NY Card 3391 | 40.25 |
| 11/09 | Card Purchase        11/08 Mrd*Murd Drtv 800-596-8723 CA Card 3391 | 60.33 |
| 11/09 | Card Purchase        11/07 Brooklyn Pizza Brooklyn NY Card 3391 | 4.00 |
| 11/09 | Card Purchase With Pin  11/09 The Home Depot 6957 Brooklyn NY Card 3391 | 15.69 |
| 11/09 | Card Purchase With Pin  11/09 Key Food #1554 Brooklyn NY Card 3391 | 17.96 |
| 11/13 | Card Purchase        11/09 Mcdonald's F27377 Brooklyn NY Card 3391 | 6.41 |
| 11/13 | ATM Withdrawai        11/10 2100 Linden Blvd Brooklyn NY Card 3391 | 80.00 |
| 11/13 | Card Purchase        11/11 Speedway 07828 South Ozone P NY Card 3391 | 40.02 |
| 11/15 | Card Purchase        11/13 Kennedy Fried Chicken Queens NY Card 3391 | 7.62 |
| 11/19 | Card Purchase        11/17 Food World Superma Jamaica NY Card 3391 | 7.58 |
| 11/19 | Non-Chase ATM Withdraw  11/18 113-03 Sutphin Blvd. Jamaica NY Card 3391 | 122.00 |
| 11/19 | Card Purchase        11/18 Food World Superma Jamaica NY Card 3391 | 12.55 |
| 11/19 | ATM Withdrawal        11/19 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 80.00 |
| 11/19 | Recurring Card Purchase 11/17 Abc*Planet Fitness 954-5261900 FL Card 3391 | 10.60 |
| **Total ATM & Debit Card Withdrawals** | | **$2,588.51** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/25 | Con Ed of NY    Intell Ck        PPD ID: 2462467002 | $243.63 |
| 10/29 | New York Life    Ins. Prem.        PPD ID: 1135582869 | 60.60 |
| 10/29 | National Grid NY Utilitypay 01354040242    Tel ID: 9177976001 | 59.37 |
| 11/08 | American Express ACH Pmt        PPD ID: 2005032111 | 200.00 |
| 11/20 | American Express ACH Pmt        PPD ID: 2005032111 | 3,000.00 |
| **Total Electronic Withdrawals** | | **$3,563.60** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/24 | Non-Chase ATM Fee-With | $2.50 |
| 10/24 | Non-Chase ATM Fee-With | 2.50 |
| 11/01 | Non-Chase ATM Fee-With | 2.50 |
| 11/05 | Non-Chase ATM Fee-With | 2.50 |
| 11/06 | Non-Chase ATM Fee-With | 2.50 |
| 11/19 | Non-Chase ATM Fee-With | 2.50 |
| **Total Fees** | | **$15.00** |

PLANET- 00711

# CHASE ◆

October 19, 2018 through November 20, 2018
Primary Account: ████████ **4465**

---

## CHASE SAVINGS

LEZ ANTONIO WOODBURN                                          Account Number: ████████ 7033

---

## SAVINGS SUMMARY

|                                              | AMOUNT     |
|----------------------------------------------|------------|
| **Beginning Balance**                        | **$65,437.34** |
| **Ending Balance**                           | **$65,437.34** |
| Annual Percentage Yield Earned This Period   | 0.00%      |

The monthly service fee for this account was waived as an added feature of Chase Better Banking Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

PLANET- 00712

**HP OfficeJet Pro 6975 All-in-One Series** ········· ············· ·· ·Fax Log for

Jan 07 2019 10:32AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jan 7, | 10:26AM | Fax Sent | 12124098887 | 6:37 N/A | 14 | OK |

PLANET- 00713

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 21, 2018 through October 18, 2018
Primary Account: ██████████ **4465**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00003032 DRI 802 21929216 NNNNNNNNNNN P 1 000000000 13 0000
LEZ ANTONIO WOODBURN
13021 140TH ST
JAMAICA NY 11436-2020



# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Better Banking Checking | 4465 | $90,946.22 | $91,072.25 |
| Chase Savings | 7033 | $65,437.34 | $65,437.34 |
| **Total** | | **$156,383.56** | **$156,509.59** |
| **TOTAL ASSETS** | | **$156,383.56** | **$156,509.59** |

# CHASE BETTER BANKING CHECKING

LEZ ANTONIO WOODBURN                        Account Number: ██████████ 4465

# CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$90,946.22** |
| Deposits and Additions | 3,386.00 |
| ATM & Debit Card Withdrawals | -2,382.37 |
| Electronic Withdrawals | -860.60 |
| Fees | -17.00 |
| **Ending Balance** | **$91,072.25** |

Your account ending in 7033 is linked to this account for overdraft protection.

PLANET- 00714

**CHASE** ◯

September 21, 2018 through October 18, 2018

Primary Account: ▮▮▮▮▮▮4465

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/24 | ATM Check Deposit          09/22 1764 Rockaway Pkwy Brooklyn NY Card 3391 | $143.00 |
| 10/04 | Online Transfer From Chk ...9860 Transaction#: 7546721072 | 200.00 |
| 10/09 | ATM Check Deposit          10/08 5015 Church Ave Brooklyn NY Card 3391 | 2,000.00 |
| 10/09 | ATM Check Deposit          10/07 9601 Foster Ave Brooklyn NY Card 3391 | 143.00 |
| 10/11 | Deposit          933013704 | 200.00 |
| 10/16 | ATM Cash Deposit          10/16 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 200.00 |
| 10/16 | ATM Cash Deposit          10/16 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 200.00 |
| 10/16 | ATM Cash Deposit          10/16 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 200.00 |
| 10/16 | ATM Cash Deposit          10/16 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 100.00 |

**Total Deposits and Additions**                                                                                                     **$3,386.00**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/21 | Card Purchase          09/21 Bath & Body Works.Com 800-756-5005 OH Card 3391 | $54.70 |
| 09/21 | Card Purchase          09/20 Dunkin #331707 Brooklyn NY Card 3391 | 1.79 |
| 09/21 | Card Purchase With Pin  09/21 Payomatic Payomatic 42 Jamaica NY Card 3391 | 135.83 |
| 09/21 | Card Purchase With Pin  09/21 Wal-Mart #5293 Valley Stream NY Card 3391 | 23.21 |
| 09/24 | ATM Withdrawal          09/22 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 120.00 |
| 09/24 | Card Purchase          09/23 Mcdonald's F1811 Brooklyn NY Card 3391 | 8.47 |
| 09/24 | Card Purchase With Pin  09/23 Food World Superma Jamaica NY Card 3391 | 46.05 |
| 09/24 | Recurring Card Purchase 09/22 Amazon Prime Amzn.Com/Bill WA Card 3391 | 14.14 |
| 09/26 | Card Purchase          09/24 Burger King #02400 Brooklyn NY Card 3391 | 9.03 |
| 09/28 | Card Purchase          09/27 Dunkin #351149 Q35 S Ozone Park NY Card 3391 | 5.56 |
| 09/28 | Card Purchase          09/27 Wendy's #3118 Jamaica NY Card 3391 | 10.97 |
| 10/01 | Card Purchase          09/28 Kfc J235037 Brooklyn NY Card 3391 | 7.94 |
| 10/01 | Card Purchase With Pin  09/29 The Home Depot #6152 Brooklyn NY Card 3391 | 13.54 |
| 10/01 | ATM Withdrawal          09/29 2100 Linden Blvd Brooklyn NY Card 3391 | 20.00 |
| 10/01 | Card Purchase          09/30 Westgate Resort Hoa Orlando FL Card 3391 | 50.00 |
| 10/01 | Card Purchase          09/30 Speedway 07828 South Ozone P NY Card 3391 | 60.06 |
| 10/01 | Card Purchase          09/30 Dunkin #308107 Q35 Brooklyn NY Card 3391 | 7.92 |
| 10/02 | Recurring Card Purchase 10/01 Att*Bill Payment 800-288-2020 TX Card 3391 | 82.84 |
| 10/02 | Recurring Card Purchase 10/01 Pdrgt Ath Clb - Ckfr 718-209-1010 NY Card 3391 | 39.95 |
| 10/03 | Card Purchase With Pin  10/03 The Home Depot #6152 Brooklyn NY Card 3391 | 12.02 |
| 10/04 | Card Purchase          10/03 Subway          00302752 Brooklyn NY Card 3391 | 10.54 |
| 10/04 | Card Purchase          10/04 Vesta  *T-Mobile 888-278-3397 OR Card 3391 | 55.64 |
| 10/04 | Card Purchase With Pin  10/04 Food World Superma Jamaica NY Card 3391 | 7.69 |
| 10/05 | Card Purchase          10/04 Nathan's Famous Brooklyn NY Card 3391 | 6.52 |
| 10/09 | Card Purchase          10/05 Nathan's Famous Brooklyn NY Card 3391 | 6.52 |
| 10/09 | Non-Chase ATM Withdraw 10/06 113-03 Sutphin Blvd. Jamaica NY Card 3391 | 122.00 |
| 10/09 | Card Purchase          10/06 Mcdonald's F26796 Brooklyn NY Card 3391 | 9.23 |
| 10/09 | ATM Withdrawal          10/07 9601 Foster Ave Brooklyn NY Card 3391 | 20.00 |
| 10/09 | Card Purchase          10/07 Dunkin #308107 Q35 Brooklyn NY Card 3391 | 9.77 |
| 10/09 | Card Purchase With Pin  10/08 Speedway 07828 South Ozone P NY Card 3391 | 60.16 |
| 10/09 | Card Purchase          10/08 Mrd*Murd Drtv 800-596-8723 CA Card 3391 | 39.94 |
| 10/11 | ATM Withdrawal          10/11 1764 Rockaway Pkwy Brooklyn NY Card 3391 | 60.00 |
| 10/12 | Card Purchase          10/11 Dunkin #337510 Q35 Jamaica NY Card 3391 | 8.92 |

PLANET- 00715

**CHASE** ◯



## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/12 | Recurring Card Purchase 10/12 Verizon*Onetimepay Verizon.Com FL Card 3391 | 398.90 |
| 10/15 | Card Purchase          10/13 Speedway 07828 South Ozone P NY Card 3391 | 50.09 |
| 10/15 | Card Purchase          10/13 Dunkin #308107 Q35 Brooklyn NY Card 3391 | 14.68 |
| 10/15 | Card Purchase With Pin  10/13 Ys Farm Country Brooklyn NY Card 3391 | 37.91 |
| 10/15 | Card Purchase          10/14 Dunkin #351149 Q35 S Ozone Park NY Card 3391 | 7.81 |
| 10/16 | Card Purchase          10/15 Wendy's #3105 Brooklyn NY Card 3391 | 5.16 |
| 10/17 | Card Purchase          10/16 Nathan's Famous Brooklyn NY Card 3391 | 6.52 |
| 10/17 | Non-Chase ATM Withdraw  10/17 *Quincy Street Brooklyn NY Card 3391 | 503.00 |
| 10/17 | Card Purchase With Pin  10/17 Speedway 07833 Brooklyn NY Card 3391 | 50.23 |
| 10/17 | ATM Withdrawal          10/17 16540 Baisley Blvd Jamaica NY Card 3391 | 150.00 |
| 10/18 | Card Purchase          10/17 Nathan's Famous Brooklyn NY Card 3391 | 6.52 |
| 10/18 | Recurring Card Purchase 10/17 Abc*Planet Fitness 954-5261900 FL Card 3391 | 10.60 |
| **Total ATM & Debit Card Withdrawals** | | **$2,382.37** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 09/28 | New York Life   Ins. Prem. | PPD ID: 1135582869 | $60.60 |
| 10/11 | American Express ACH Pmt | PPD ID: 2005032111 | 500.00 |
| 10/18 | American Express ACH Pmt | PPD ID: 2005032111 | 300.00 |
| **Total Electronic Withdrawals** | | | **$860.60** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/09 | Non-Chase ATM Fee-With | $2.50 |
| 10/17 | Non-Chase ATM Fee-With | 2.50 |
| 10/18 | Monthly Service Fee | 12.00 |
| **Total Fees** | | **$17.00** |

Did you know you can waive your Monthly Service Fee by having at least a $1,500 balance in your Chase Better Banking Checking account at the end of the business day before the last day of your statement period or by keeping an average daily balance of $5,000 in qualifying linked deposits, investments, credit cards, mortgage and other loans during your statement period? Your Chase Better Banking Checking balance at the end of the business day before the last day of your statement period was $1,401 and your combined average daily balance during your statement period was $4,918.00.



September 21, 2018 through October 18, 2018
Primary Account: ███████4465

## CHASE SAVINGS

LEZ ANTONIO WOODBURN                                  Account Number: ███████7033

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $65,437.34 |
| Ending Balance | $65,437.34 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Better Banking Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

PLANET- 00717