# EXHIBIT M-8

# CLOSING CERTIFICATE

THIS CLOSING CRTIFICATE ("Certificate") is made as of **MARCH 27, 2019** by **12706 HOLDINGS INC, a NEW YORK Corporation** ("Borrower") and **LEZANTONIO WOODBURN** (individually and collectively the "Guarantors") to and for the benefit of **PLANET MANAGEMENT GROUP, LLC** ("Lender").

## RECITALS

1. Borrower desires to borrow from Lender the sum of **$535,000.00 (FIVE HUNDRED THIRTY-FIVE THOUSAND DOLLARS and 00/100 DOLLARS)** (the "Loan"). The Loan is to be secured by a mortgage of even date herewith between Borrower and Lender (the "Mortgage") creating a first and paramount mortgage lien against the property described therein (the "Property") and by other collateral, if any described in the Mortgage or in the Loan Documents (defined hereinafter). The separate Note (the "Note") evidencing such indebtedness, the Mortgage securing the Note, the UCC-1, a Guaranty executed by the Guarantor(s), this Certificate and all other documents required by the Lender in connection with the Loan as security thereafter now and in the future are hereinafter called the "Loan Documents".

2. As a material inducement for Lender to make said Loan, the undersigned upon oath, being duly scorned, do hereby jointly and severally warrant and represent to Lender as follows;
   a. As of the date of Lender's disbursement of loan proceeds, and at all times thereafter until the funds loaned have been paid in full, Borrower will be the legal title holder of the Property.
   b. Borrower has not received written notice that the Property violates: (i) any applicable state, local or federal environmental, zoning or building laws, ordinances, rules or regulations of any government or quasi-government authority or agency, or (ii) any covenant or restrictions of record. All consents, licenses and permits required to operate or construct improvements on the Property have been obtained or will be obtained and all consents required for the execution, delivery or performance of the Loan Documents have been or shall be obtained.
   c. No document, financial statement, report, schedule, certificate, statement or other writing previously furnished to Lender by Borrower or Guarantor contains any untrue statement of material fact. During the Loan term, Borrower shall advise Lender of any material change in any financial statement, schedule or other information previously delivered to Lender within five (5) days following such change.
   d. Except as disclosed to Lender in writing in Borrower's application for the Loan, Borrower and Guarantor(s) have not incurred any secured or unsecured debt or otherwise obtained any loans, including but not limited to, mortgage loans, unsecured loans, material credit card debts, car loans, student or parent education loans, or any other consumer loan, or any other loan or debt of any kind or nature.
   e. As of this date, there has been no substantial change in the financial condition of Borrower since the date appearing on the financial statements which Borrower previously delivered to Lender in connection with this loan.
   f. As of this date, there has been no substantial change in the financial condition of Guarantor(s) since the dates appearing on the financial statements which Guarantor(s) previously provided to Lender in connection with this loan.
   g. Borrower and Guarantor(s), respectively, have the authority to execute, deliver and carry out the terms and provision of all documents executed and delivered by said parities in connection with the Loan. The Loan Documents and other documents to be executed and delivered to Lender constitute the duly

authorized, valid and legally binding obligations of the party or parties executing the same and to the best of Borrower's and Guarantor's knowledge will be enforceable in accordance with their respective terms.

h. Except as disclosed to Lender in writing, there are no actions, suits or proceedings pending, or the thee knowledge of Borrower or Guarantor(s), threatened against Borrower or Guarantor(s), the Property, or Borrower's interest therein before any court or any governmental, administrative, regulatory, adjudicatory, or arbitrational body or agency of any kind (including condemnation or similar proceedings) which will adversely affect performance of Borrower's or such Guarantor's obligations pursuant to, and as contemplated by, the terms and provision of any of the Loan Documents.

i. All warranties an, representations and certifications made and all information and materials submitted or caused to be submitted to Lender in connection with the Loan are true and correct in all material respects, and there have been no material adverse changes in or conditions affecting any of such warranties, presentations, certifications, materials or information prior to the date hereof.

j. Borrower shall discharge, or cause to be discharged, any and all mechanic's and material men's liens arising from any labor or materials furnished prior or subsequent to the date hereof which pertain to the Property; it being expressly understood that the provision of this clause shall not be interpreted to grant Borrower any rights to construct improvements on the property which are not expressly granted in the Loan Documents.

k. Neither Borrower nor any Guarantor has made a general assignment for the benefit of creditors and has not filed any petition nor has any petition been filed against Borrower or any Guarantor in bankruptcy or insolvency or reorganization or for the appointment of a receiver or trustee or for the arrangement of debts, no has Borrower or any Guarantor, or the Property been the subject of such action, nor has such action been threatened by or against Borrower or any Guarantor. None of Borrower or any Guarantor is insolvent and will not be rendered insolvent by the consummation of the transactions contemplated by the Loan Documents.

l. BORROWER REPRESENTS AND WARRANTS TO LENDER THAT: (a) THE PROCEEDS OF THE LOAN WILL BE USED SOLELY FOR BUSINESS, COMMERCIAL INVESTMENT OR SIMILAR PURPOSES, AND THAT NO PORTION OF THE PROCEEDS OF THE LOAN WILL BE USED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES, AND (B) BORROWER IS USING THE PROCEEDS OF THE LOAN FOR BUYING, REHABBING AND SELLING NON-OWNER OCCUPIED AND INVESTOR OWNED UNITS.

m. BORROWER SHALL NOT OCCUPY, USE OR ESTABLISH THE PROPERTY OR ANY OTHER PROPERTY WHICH CONSTITUTES COLLATERAL FOR THE LOAN AS BORROWER'S RESIDENCE, OR ALLOW ANYONE ELSE OR ANYTHING ELSE TO OCCUPY SUCH PROPERTY DURING THE TERM OF THE LOAN, WITHOUT FIRST OBTAINING LENDER'S PRIOR WRITTEN CONSENT.

n. This Agreement shall be binding upon Borrower, Guarantor(s) and their successors and assigns, and shall inure to the benefit of Lender, its successors and assigns.

This Certificate may be executed in separate counterparts and such counterparts, taken together, shall constitute a fully executed and enforceable Certificate.

If Lender discovers that Borrower has breached or violated any representation or convent ant contained herein, such violation or breach shall constitute a default under the Loan.

*[Remainder of page intentionally left blank; signature page follows]*

IN WITNESS WHEREOF, the undersigned Borrower and Guarantor(s) have caused this Certificate to be executed as of the day and year above written.

**12706 HOLDINGS INC**

By: _____
Name: **LEZANTONIO WOODBURN**
Title: **PRESIDENT**

GUARANTOR

By: _____
Name: **LEZANTONIO WOODBURN**
Title:

GUARANTOR

By: _____
Name:
Title:

STATE OF **NEW YORK** )
                     ) ss:
COUNTY OF **QUEENS** )

On the **27TH** day of **MARCH, 2019**, before me, the undersigned personally appeared **LEZANTONIO WOODBURN**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names are subscribed to be within the instrument and acknowledged to me that he/she/they execute the same in his/her/their capacities and that by his/her/their signatures on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public, State of New York

ANCKYE S. BUSSETT
NOTARY PUBLIC-STATE OF NEW YORK
No. 07BU6153374
Qualified in Queens County
My Commission Expires June 11, 2019

PLANET- 00720