# EXHIBIT M-9

# COMPLIANCE AND COOPERATION AGREEMENT

In consideration of the mortgage loan made by **PLANET MANAGEMENT GROUP, LLC** ("Lender") to the undersigned Borrower on **MARCH 27, 2019** and to induce Lender to make mortgage loans, the undersigned Borrower does hereby represent and promise as follows:

1. Upon request made by Lender, its successors or assigns, the undersigned Borrower will furnish and/or execute such documents as are required by Lender to assure the following:

    (a) That all information furnished to Lender by Borrower in connection with their mortgage application is true and accurate; (b) that any and all documents and instruments signed by the undersigned Borrower in connection with said mortgage loan are accurate statements as to the truth of the matters set forth in them and constitute binding obligations upon the undersigned Borrower according to their tenor; (c) that the obligations undertaken by the undersigned borrower in connection with said mortgage loans will be faithfully performed; (d) as the amount of said mortgage loan outstanding from time to time, and the date and amount of payments made in respect of said mortgage loan.

2. Upon request made by Lender, its successors or assigns, the undersigned borrower will:
    (a) Furnish any verifications or documents required by Lender in connection with their mortgage application, including but not limited to income, employment, bank deposits, income tax returns or any other documents necessary to substantiate all information furnished by borrower in connection therewith; (b) re-execute any document or instrument signed in connection with said mortgage loan or execute any document or instrument that ought to have been signed at or before the closing of said mortgage loans, or which was incorrectly drafted and signed, to facilitate the sale of the mortgage into the secondary market; (c) reimburse to Lender or its attorney any monies that were paid to the undersigned Borrower in error for any reason.

3. All such requests shall receive the full cooperation and compliance by the undersigned Borrower within seven (7) days of making of the requests set forth in paragraph 1 or 2 hereof.

The failure of the undersigned Borrower to comply with their obligations hereunder shall constitute a default under their promissory note and mortgage executed in connection with said mortgage loan and shall entitle Lender or its successors or assigns to 1) the remedies available for default under the note and mortgage executed by the borrowers and 2) reimbursement to the Lender or its attorney any monies paid by them as a result of the failure of the Borrower to comply with this agreement.

*[Remainder of page intentionally left blank; signature page follows]*

IN WITNESS WHEREOF, the undersigned Borrower and Guarantor(s) have caused this Certificate to be executed as of the day and year above written.

**12706 HOLDINGS INC**

By: ___/s/___
Name: **LEZANTONIO WOODBURN**
Title: **PRESIDENT**


GUARANTOR

By: ___/s/___
Name: **LEZANTONIO WOODBURN**
Title:


GUARANTOR

By: _____
Name:
Title:


STATE OF **NEW YORK** )
                      ss:
COUNTY OF **QUEENS** )

On the **27TH** day of **MARCH, 2019**, before me, the undersigned personally appeared **LEZANTONIO WOODBURN**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names are subscribed to be within the instrument and acknowledged to me that he/she/they execute the same in his/her/their capacities and that by his/her/their signatures on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

___/s/___
Notary Public, State of New York

ANOKYE S. BLISSETT
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BL6168374
Qualified in Queens County
Commission Expires June 11, 2019