# EXHIBIT M-10

# CONSENT OF MEMBERS
# OF
# 12706 HOLDINGS INC

The undersigned being the **PRESIDENT** of **12706 HOLDINGS INC**, (the "Company) hereby certifies and consents to the following:

1. That the Company is duly authorized and validly organized under the laws of the State of **NEW YORK** and is in good standing under the laws of the State of New York all as of the date hereof.
2. That attached hereto is a true and correct copy of the **Company's Certificate of Incorporation** along with all amendments thereto, and the **Company's By-laws**, and that the same have not been further amended, modified, altered or changed as of the date hereof.
3. The following resolutions, which have not been modified or rescinded are hereby adopted:

WHERAS **LEZANTONIO WOODBURN** is a **PRESIDENT** with a one hundred percent interest.

WHERAS, the Company intends to purchase the premises located at **127-06 177TH STREET, JAMAICA, NY 11434** (the "Purchase");

RESOLVED, that the Company ratifies and affirms the Purchase;

RESOLVED, that **LEZANTONIO WOODBURN** is hereby authorized, empowered and directed in the name and behalf of the Company, at any time and from any time hereafter, to make or cause to be made, and execute and deliver, any and all agreements, sublease, guarantees, indemnities, contracts, instruments, security agreements, warranties, covenants, certificates or any other documents in connection with the Purchase any and all changes or modifications, and to do or cause to be done all other acts or things, as they may deem necessary in order to purchase the Property, and any such acts shall be deemed to be conclusive evidence of the authorization and approval of the Company thereof, including any and all loan documents for **PLANET MANAGEMENT GROUP, LLC**; and

RESOLVED, further, **LEZANTONIO WOODBURN** is hereby authorized to make any and all business decisions in connection with the Purchase.

IN WITNESS Whereof, the undersigned has hereto affixed his hand on **MARCH 27, 2019**

By _____

Name: **LEZANTONIO WOODBURN**
Title: **PRESIDENT**
**12706 HOLDINGS INC**