# EXHIBIT M-11

# **LOAN APPLICATION – CREDIT AUTHORIZATION**

I/We authorize Planet Management Group LLC (PMG) to investigate my/our personal and business financial credit history as necessary to process a loan application. The undersigned authorize any person or consumer reporting agency to give Planet Management Group LLC (PMG) any information it may have on the undersigned. Each of the undersigned authorizes you to answer questions about your credit experience with the undersigned.

The undersigned hereby forever holds harmless, releases and discharges PMG and its Representatives from and against any and all liability, loss or expense suffered by the Undersigned, resulting directly or indirectly from, or in any way related to actions taken by PMG in connection herewith, including but not limited to (1) the disclosure of information hereunder, (2) PMG evaluation of the undersigned and (3) evaluation of any proposed extension of credit.

The undersigned in applying for financial assistance from      recognizes that prior to receiving any financial assistance he or she will agree to comply with all federal, state and local laws and regulations to the extent that such are applicable.

The undersigned understands and acknowledges that (1) this document is being utilized in connection with an application for a loan, and (2) it is a Federal crime, punishable by fine or imprisonment, or both, to knowingly make any false statements in connection with an application for a loan, as applicable under provisions of Title 18, United States Code, Section 1014.

The undersigned agrees to promptly notify PMG of any material changes in financial condition of the undersigned, including incurring additional indebtedness, liabilities or other financial obligations. Undersigned will promptly notify      of any legal or foreclosure proceeding which they are a party to, or any personal or business related reduction in assets or any event that could cause a reduction in assets, from the time of this application through disbursement of any and all loan proceeds.

NOTE: The closing entity on any property loan must be identical to the entity and ownership information that was initially approved by    t

12706 Holding Inc                   *Lex Antonio Woodburn* 3/11/19
Name of Closing Entity              Signature/Title/Date

Additional Owners/Guarantors should sign and date below:

_____           _____
Name                                Signature and Date


_____           _____
Name                                Signature and Date