# EXHIBIT M-12

# DECLARATION OF NON-OWNER OCCUPANCY

The undersigned Borrower and Guarantor(s) each certify to **PLANET MANAGEMENT GROUP, LLC** (Lender) as follows:

1. I have applied to Lender for a mortgage loan in the amount of **$535,000.00** secured by the real property located at **127-06 177TH STREET, JAMAICA, NY 11434** ("Property").

2. Lender has stressed to me the importance of knowing whether I occupy or intend to occupy the Property as my principal residence.

3. I have represented to the Lender and again represent to the Lender that **I will not occupy the Property as my principal residence for the duration of the Loan and that:**

    My true and only principal address is located at:

    **130-21 140TH STREET, JAMAICA, NY 11436**

4. The property that will secure this loan is not my principal residence.

5. I have no intentions of ever making the Property securing the Loan as my principal residence. The Lender and its successors and/or assigns may rely upon this certificate. I declare under penalty of perjury under the Laws of the State of New York that the foregoing Certificate is true and correct.

Dated **MARCH 27, 2019**

**12706 HOLDINGS INC**

By: _____
Name: **LEZANTONIO WOODBURN**
Title: **PRESIDENT**


GUARANTOR

By: _____
Name: **LEZANTONIO WOODBURN**
Title:


GUARANTOR

By: _____
Name:
Title:

PLANET- 00803