# EXHIBIT M-14


**Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999**

In reply refer to: 0241577703
Mar 06, 2019      LTR 147C
83-2200008

12706 HOLDINGS
55 W 116TH ST STE 255
NEW YORK      NY 10026-2508 556

Taxpayer Identification Number: 83-2200008
Form(s):

Dear Taxpayer:

Thank you for your telephone inquiry of March 6th, 2019.

Your Employer Identification Number (EIN) is 83-2200008. Please keep this letter in your permanent records. Enter your name and your EIN on all business federal tax forms and on related correspondence.

If you have any questions regarding this letter, please call our Customer Service Department at 1-800-829-0115 between the hours of 7:00 AM and 7:00 PM. If you prefer, you may write to us at the address shown at the top of the first page of this letter. When you write, please include a telephone number where you may be reached and the best time to call.

Sincerely,

Ms. Smith
1000727597
Customer Service Representative