# EXHIBIT M-15

DEPARTMENT OF HOMELAND SECURITY
Federal Emergency Management Agency
**STANDARD FLOOD HAZARD DETERMINATION FORM (SFHDF)**

OMB Control No. 1660-0040
Expires: 10/31/18

## SECTION I - LOAN INFORMATION

**1. LENDER/SERVICER NAME AND ADDRESS**

Planet Home Lending, LLC
105 Maxess Road Suite N107
Melville, NY 11747

<u>Branch:</u> West Coast
<u>Requested By:</u> Sachi Gupta

**2. COLLATERAL DESCRIPTION (Building/Mobile Home/Property)** (See instructions for more information.)
12706 177TH ST
JAMAICA, NY 11434

<u>Borrower:</u> 12706 Holdings Inc.

**3. LENDER/SERVICER ID #**

**4. LOAN IDENTIFIER**
1067

**5. AMOUNT OF FLOOD INSURANCE REQUIRED**

## SECTION II

### A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| NEW YORK, CITY OF | QUEENS | NY | 360497 |

### B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A") | 2. NFIP Map Panel Effective/Revised Date | 3. Is there a Letter of Map Change (LOMC)? |
|---|---|---|
| 360497 0242F | 09/05/07 | [X] NO<br>[ ] YES (if yes, and LOMC date/no. is available, enter date and case no. below). |

| 4. Flood Zone | 5. No NFIP Map | Date | Case No. |
|---|---|---|---|
| X | | | |

### C. FEDERAL FLOOD INSURANCE AVAILABILITY (Check all that apply.)

1. [X] Federal Flood Insurance is available (community participates in the NFIP). [X] Regular Program [ ] Emergency Program of NFIP
2. [ ] Federal Flood Insurance is not available (community does not participate in the NFIP).
3. [ ] Building/Mobile Home is in a Coastal Barrier Resources Area (CBRA) or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.
   CBRA/OPA Designation Date: _____

### D. DETERMINATION

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V") ?** [ ] YES [X] NO

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973. Please note, the risk of flooding in this area is only reduced, not removed.

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

### E. COMMENTS (Optional)

THIS FLOOD DETERMINATION IS PROVIDED TO THE LENDER PURSUANT TO THE FLOOD
DISASTER PROTECTION ACT. IT SHOULD NOT BE USED FOR ANY OTHER PURPOSE.

### F. PREPARER'S INFORMATION

NAME, ADDRESS, TELEPHONE NUMBER (If other than Lender)

CoreLogic Flood Services
11902 Burnet Road
Austin, TX 78758
1-800-447-1772

DATE OF DETERMINATION
03/21/19 at 02:18 PM CDT

FloodCert #: 1903839818

*** LIFE-OF-LOAN ***