# EXHIBIT M-16

# CBCInnovis

Phone: 800–216–3463
Fax: 800–688–7816

## ID CROSS CHECK

| PREPARED FOR:<br>PLANET HOME LENDING, LLC<br>4120 DUBLIN BLVD.<br>SUITE 150<br>DUBLIN CA 94568<br>ATTENTION:<br>SACHI GUPTA | | CHARGES:$21.45<br>COMPUTER ID #:<br>████9521<br>LENDER CASE #:<br>████5084 | DATE RECEIVED:01/04/19<br><br>DATE COMPLETED:01/04/19 |
|---|---|---|---|
| | REPORT TYPE:INDIVIDUAL | | |

| APPLICANT | |
|---|---|
| INPUT INFORMATION:<br>NAME: LEZ ANTONIO WOODBURN DOB:02/13/74<br>130–21 140TH ST<br>JAMAICA NY 11436 | |

### FILE IDENTIFICATIONS

| LEZANTONIO WOODBURN<br>████ | 02/13/74 | 13021 140TH ST<br>JAMAICA NY 11436 | EFX |
|---|---|---|---|
| LEZ A WOODBURN<br>████ | 02/13/74 | 13021 140TH ST<br>JAMAICA NY 11436–2020 | TRU |
| LEZANTONIO WOODBURN<br>████ | 02/13/74 | 13021 140TH ST<br>JAMAICA NY 11436–2020 | XPN |
| LEZ ANTONIO WOODBURN | | NoRept | LXN |

### FRAUD ALERT

| 1 | IDENTITY SCAN<br>FRAUD VICTIM ALERT PRESENT IN DATABASE | EFX |
|---|---|---|
| 1 | HIGH RISK FRAUD ALERT<br>CURRENT INPUT ADDRESS IS REPORTED USED IN TRUE–NAME OR CREDIT FRAUD | TRU |
| 1 | SSN ISSUANCE<br>FIRST YEAR ISSUED: 1994<br>STATE ISSUED: NY | EFX |

### REGULATORY MESSAGES

| 1 | FACT ACT:FRAUD VICTIM EXTENDED ALERT | EFX |
|---|---|---|
| 1 | FACT ACT:EXTENDED FRAUD ALERT:<br>DATE REPORTED: 03272017 – DATE EFFECTIVE: 03272017<br>–– NO CONTACT INFORMATION PROVIDED | EFX |
| 1 | FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE | EFX |
| 1 | FACT ACT:EXTENDED FRAUD VICTIM ALERT ON FILE | TRU |
| 1 | FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE WITH NO DEROGATORY INFORMATION FOUND ON THE FILE | TRU |
| 1 | FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE | XPN |
| 1 | FACT ACT:06& 03–29–17 0000000 ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY OR EVENING . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 03–29–17. | XPN |
| 1 | FACT ACT:EXTENDED FRAUD ALERT: #HK#EFCRA EXTENDED FRAUD ALERT: ACTION MAY BE REQUIRED UNDER FCRA BEFORE OPENING OR MODIFYING AN ACCOUNT | TRU |

# APPLICANT

| NAME: | LEZ ANTONIO WOODBURN | | |
|---|---|---|---|
| | | **Date Received:** | 01/04/19 |

## Summary

| Input Information | Cross Check Category | Result |
|---|---|---|
| **Name**<br>1 LEZ ANTONIO WOODBURN | Name Verification | ✅ Name Matched |
| | Watch Lists (includes OFAC) | ✅ Watch Lists Searched/No Match Found |
| **Address**<br>130–21 140TH ST<br>JAMAICA NY 11436 | Address Verification | ✅ Address Matched |
| | High Risk Address | ✅ Address Cleared |
| **Social Security Number**<br>▓▓▓▓▓▓ | Social Security Verification | ✅ SSN Matched |
| | Other Identities Linked to SSN | ✅ Cleared/No Other IDs Linked to SSN |
| | SSA Issuance | ✅ SSN Issued |
| | SSA Death Master | ✅ SSN Cleared |
| **Date of Birth**<br>▓▓▓▓ | Date of Birth Verification | ✅ Date of Birth Matched |
| **Phone Number** | Phone Number Verification | ❓ No Input Provided |

## Consumer ID Verification

| ✅ Name | Date First Received | Number Active Sources | Number Total Sources |
|---|---|---|---|
| 1 LEZANTONIO WOODBURN | 01/12/18 | 1 | 1 |
| LEZANTON WOODBURN | 08/24/08 | 0 | 1 |
| LEZ ANTONIO WOODBURN | 04/17/06 | 0 | 1 |
| LEZ WOODBURN | 05/04/00 | 0 | 1 |
| LEZ A WOODBURN | 12/31/98 | 0 | 1 |

| ✅ Address | | | |
|---|---|---|---|
| 1 13021 140TH ST FL 1<br>S OZONE PARK NY 11436–2020 | 12/09/04 | 1 | 2 |
| 206 MILLER WAY<br>WINDSOR CT 06095–1762 | 10/31/08 | 0 | 1 |
| 5A1 CONCORDE WAY<br>WINDSOR LOCKS CT 06096 | 12/05/06 | 0 | 1 |
| 6311 110TH ST APT C<br>FOREST HILLS NY 11375–1465 | 02/15/02 | 0 | 1 |
| 63 ST # C<br>FOREST HILLS NY 11375 | 09/01/01 | 0 | 1 |
| 3441 78TH ST # 54<br>FLUSHING NY 11372–2571 | 02/05/01 | 0 | 1 |
| 3441 78TH ST # 5H<br>JACKSON HTS NY 11372–2535 | 12/31/98 | 0 | 1 |

# APPLICANT

| NAME: | LEZ ANTONIO WOODBURN | | |
|---|---|---|---|
| | | **Date Received:** | 01/04/19 |

## Consumer ID Verification

✅ **Social Security Number**

| | | **Date First Received** | **Number Active Sources** | **Number Total Sources** |
|---|---|---|---|---|
| 1 | ▓▓▓▓▓▓ | 12/31/98 | 1 | 2 |

✅ **Date of Birth**

| 1 | ▓▓▓▓▓▓ | 09/27/02 | 1 | 1 |
|---|---|---|---|---|
| | ▓▓▓▓▓▓ | 12/03/06 | 0 | 1 |
| | | 12/31/98 | 0 | 1 |

❓ **Phone Number**

| 1 | ▓▓▓▓▓–0917 | 12/31/98 | 0 | 1 |
|---|---|---|---|---|

## Other Verifications

✅ **Watch Lists (includes OFAC)**

| 1 | LEZ ANTONIO WOODBURN | Watch Lists Searched/No Match Found |
|---|---|---|

✅ **High Risk Address**

| 1 | 130–21 140TH ST JAMAICA NY 11436 | Address Cleared |
|---|---|---|

✅ **SSA Issuance**

| | | **State Of Issue** | **Issued Between** | **Input DOB** |
|---|---|---|---|---|
| 1 | ▓▓▓▓▓▓ | NEW YORK | 1993–1995 | ▓▓▓▓ |

✅ **SSA Death Master**

| 1 | ▓▓▓▓▓▓ | SSN Cleared |
|---|---|---|

ECOA Key: 1=Borrower, 2=Joint, 3=Authorized User, 4=Joint, 5=Co–Maker, 7=Maker, 8=Co–Borrower, 9=Terminated, 0=Undesignated
Applicant Account Ownership (Joint reports): B=Primary Applicant, C=Co–Applicant

## DISCLOSURE

This report is governed by the Gramm–Leach–Bliley Act. It does not constitute a consumer report as defined by the Fair Credit Reporting Act (FCRA) and is not subject to the FCRA. This report should not be used as a basis upon which to make a decision of whether or not to extend credit or as a basis for taking any "adverse action" as that term is defined in the FCRA.

## END OF REPORT

CBCInnovis
PO BOX 1667
PITTSBURGH PA 15230

**CBCInnovis**

Phone: 800−216−3463
Fax: 800−688−7816

# INFILE CREDIT REPORT

| PREPARED FOR:<br>PLANET HOME LENDING, LLC<br>4120 DUBLIN BLVD.<br>SUITE 150<br>DUBLIN CA 94568<br>**ATTENTION:**<br>SACHI GUPTA | **REPORT TYPE:**INDIVIDUAL | **CHARGES:**$21.45<br>**COMPUTER ID #:**<br>▮▮▮▮9521<br>**LENDER CASE #:**<br>▮▮▮▮5084 | **DATE RECEIVED:**01/04/19<br><br>**DATE COMPLETED:**01/04/19 |

## APPLICANT

**INPUT INFORMATION:**
**NAME:** LEZ ANTONIO WOODBURN
**SSN:** 086−82−6495    **DOB:**▮▮▮▮
130−21 140TH ST
JAMAICA NY 11436

**CURRENT ADDRESS:**
13021 140TH ST
JAMAICA NY 11436−2020
**SINCE:**07/02

**PREVIOUS ADDRESS:**
206 MILLER WY
WINDSOR CT 06095−1762
**FROM:**06/01/02

**PREVIOUS ADDRESS:**
5A1 CONCORDE WY
WINDSOR LOCKS CT 06096
**FROM:**01/05/07

## EMPLOYMENT INFORMATION

**PRESENT EMPLOYMENT:**
LAW HOMES CONSTRUCTION
**FROM:**01/27/18
**POSITION:**    VP

**PREVIOUS EMPLOYMENT:**
LAW HOME IMPROVEMENT CONTRACTO
**FROM:**08/01/99

## CREDIT SUMMARY

| | PAYMENTS | BALANCES | LIMITS | TRADES | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|
| REVOLVING | 11 | 11 | 5,300 | 3 | 0 | 0 | 0 |
| INSTALLMENT | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| REAL ESTATE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPEN/OTHER | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 11 | 11 | 5,300 | 4 | 0 | 0 | 0 |

| #INQUIRIES | 2 | #PUBLIC RECORDS | 0 | #BANKRUPTCIES | 0 |
|---|---|---|---|---|---|
| WORST TRADE | 1 | OLDEST DATE | 10/11/98 | #SATISFACTORIES: | 4 |
| | | | | PAST DUES: | 0 |

## SCORING

| ECOA | Score | Repository / Brand | | Source |
|---|---|---|---|---|
| E<br>C<br>O<br>A<br><br>1 | 802 | Repository<br>Equifax | Brand<br>BEACON 5.0 SCORE | EFX |
| | | 8 TOO MANY INQUIRIES IN THE LAST 12 MONTHS<br>11 AMOUNT OWED ON REVOLVING ACCOUNTS IS TOO HIGH<br>32 LACK OF RECENT INSTALLMENT LOAN INFORMATION | | |
| E<br>C<br>O<br>A<br><br>1 | 801 | Repository<br>Experian | Brand<br>FAIR ISAAC SCORE 2 | XPN |
| | | 8 TOO MANY INQUIRIES LAST 12 MONTHS<br>12 LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED | | |
| E<br>C<br>O<br>A<br><br>1 | 781 | Repository<br>TransUnion | Brand<br>CLASSIC 04 SCORE | TRU |
| | | 8 TOO MANY INQUIRIES IN THE LAST 12 MONTHS<br>28 TOO MANY ACCOUNTS<br>14 INSUFFICIENT LENGTH OF CREDIT HISTORY | | |

# APPLICANT

| | |
|---|---|
| **NAME:** | LEZ ANTONIO WOODBURN |
| **S.S.N :** | ████████ |

**Date Received:** 01/04/19

## REGULATORY MESSAGES

| | |
|---|---|
| 1  FACT ACT:FRAUD VICTIM EXTENDED ALERT | EFX |
| 1  FACT ACT:EXTENDED FRAUD ALERT:<br>DATE REPORTED: 03272017 – DATE EFFECTIVE: 03272017<br>–– NO CONTACT INFORMATION PROVIDED | EFX |
| 1  FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE | EFX |
| 1  FACT ACT:EXTENDED FRAUD VICTIM ALERT ON FILE | TRU |
| 1  FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE WITH NO DEROGATORY INFORMATION FOUND ON THE FILE | TRU |
| 1  FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE | XPN |
| 1  FACT ACT:06& 03–29–17 0000000 ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY OR EVENING . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 03–29–17. | XPN |
| 1  FACT ACT:EXTENDED FRAUD ALERT: #HK#EFCRA EXTENDED FRAUD ALERT: ACTION MAY BE REQUIRED UNDER FCRA BEFORE OPENING OR MODIFYING AN ACCOUNT | TRU |

## PUBLIC RECORD INFORMATION

NO PUBLIC RECORDS FOUND

## CREDIT HISTORY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST PMT | OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | DISCOVERBANK<br>#9791<br><br>(800) 347–2683 | 12/18 | 11/18 | 07/12 | 5300 | 11 | 0 | V 11 | REV 01<br>CREDIT CARD<br>TRU (EFX,XPN) | 35 | 0<br>111111111111<br>111111111111 | 0 | 0 |
| 1 | CHASE CARD<br>#0185<br><br>(800) 945–2000 | 01/10 | 05/08 | 03/05 | 1000 | 0 | | M | REV 01<br>CREDIT CARD<br>EFX (XPN) | 57 | 0 | 0 | 0 |
| | | | CLOSED DATE: 09/01/2009 CLOSED – CREDIT GRANTOR PAID AND CLOSED | | | | | | | | | | |
| 1 | CHASE– BP<br>#0439<br>P.O. BOX 15298<br>WILMINGTON DE 19850<br>(800) 945–2000 | 02/10 | 10/09 | 10/98 | 1510 | 0 | 0 | 0 | REV 01<br>CREDIT CARD<br>TRU (EFX,XPN) | 62 | 0<br>111111111111<br>111111111111 | 0 | 0 |
| | | | CLOSED – CREDIT GRANTOR CLOSED DATE: 07/18/2009 | | | | | | | | | | |
| 1 | SANTANDER BK<br>#6174068647263501<br><br>(800) 683–4663 | 05/09 | | 11/06 | 29413 | 0 | 0 | 73 M 566 | INS 01<br>AUTO<br>TRU (EFX,XPN) | 8 | 0<br>111111111 | 0 | 0 |
| | | | TRANSFERRED CLOSED DATE: 05/31/2009 | | | | | | | | | | |

# APPLICANT

| | |
|---|---|
| **NAME:** | LEZ ANTONIO WOODBURN |
| **S.S.N :** | ████████ |

**Date Received:** 01/04/19

## INQUIRIES IN THE LAST 120 DAYS

| ——DATE—— | ECOA | KOB | MEMBER—NO | | |
|---|---|---|---|---|---|
| 01/04/19 | 1 | QM | 02004946 | PLANET HOME LENDING, | TRU |
| 10/01/18 | 1 | BC | 1255740 | CHASE CARD | XPN |

## ADDITIONAL INFORMATION

| | | |
|---|---|---|
| 1 | KNOWN ALIAS<br>FORMER NAME: LEZ ANTONIO WOODBURN | EFX |
| 1 | KNOWN ALIAS<br>KNOWN ALIAS: LEZANTONIO ANTON WOODBURN | TRU |
| 1 | KNOWN ALIAS<br>KNOWN ALIAS: LEZ ANTONIOWOODBURN | TRU |
| 1 | KNOWN ALIAS<br>SIMILAR NAME: LEZANTONIO WOODBURN | XPN |
| 1 | CONSUMER NARRATIVE<br>**CONSUMER STATEMENT**   Y   ITEM DISPUTED BY CONSUMER Creditor: SANTANDER<br>BANK NA Opened: 11/06 Reported: 06/05/2009 | XPN |
| 1 | MISCELLANEOUS<br>A SCORE DISCLOSURE LETTER WAS MAILED TO THE APPLICANT ON 01/04/2019.<br>THE REPOSITORIES ACCESSED AND PRINTED WERE: TRU | CBC |
| 1 | MISCELLANEOUS<br>A SCORE DISCLOSURE LETTER WAS MAILED TO THE APPLICANT ON 01/04/2019.<br>THE REPOSITORIES ACCESSED AND PRINTED WERE: EFX TRU XPN | CBC |

## CONSUMER REFERRAL INFORMATION

| | |
|---|---|
| EQUIFAX INFORMATION SERVICES LLC<br>WWW.EQUIFAX.COM<br>P O BOX 740241<br>ATLANTA, GA 30374—0241<br>800—685—1111 | EFX |
| TRANSUNION<br>HTTP://WWW.TRANSUNION.COM<br>2 BALDWIN PLACE, P.O. BOX 1000<br>CHESTER, PA 19016<br>800—888—4213 | TRU |
| EXPERIAN<br>WWW.EXPERIAN.COM<br>701 EXPERIAN PARKWAY, P.O. BOX 2002<br>ALLEN, TX 75013—0036<br>888—397—3742 | XPN |
| LEXISNEXIS RISK SOLUTIONS BUREAU LLC<br>PROVIDER OF LIEN AND JUDGMENT RECORDS<br>PO BOX 105108<br>ATLANTA, GA 30348—5108<br>866—897—8126 | LXN |

| | | | |
|---|---|---|---|
| **NAME:** | LEZ ANTONIO WOODBURN | | |
| **S.S.N :** | ▮▮▮▮▮▮▮ | **Date Received:** | 01/04/19 |

ECOA Key: 1=Borrower, 2=Joint, 3=Authorized User, 4=Joint, 5=Co–Maker, 7=Maker, 8=Co–Borrower, 9=Terminated, 0=Undesignated
Applicant Account Ownership (Joint reports): B=Primary Applicant, C=Co–Applicant

### DISCLOSURE

**NATIONAL CREDIT REPOSITORY (IES) ACCESSED FOR THIS CREDIT REPORT: EQUIFAX, TRANSUNION, EXPERIAN**

Reporting bureau certifies with contractual requirements governing check of public records as well as credit information.

CBCINNOVIS CERTIFIES THIS REPORT CONTAINS INFORMATION SUPPLIED BY THE REPOSITORIES NAMED ABOVE. WHILE THIS REPORT MAY CONTAIN DUPLICATE INFORMATION THAT HAS NOT BEEN VERIFIED BY CBCINNOVIS, THE CREDIT REPORT MEETS THE STANDARD SET FORTH BY FNMA, FHLMC, HUD, FHA, AND VA GUIDELINES FOR REAL ESTATE TRANSACTIONS

### END OF REPORT

## APPLICANT

| **NAME:** | LEZ ANTONIO WOODBURN | | |
|---|---|---|---|
| | | **Date Received:** | 01/04/19 |

INQUIRY STATUS UPDATE

```
--DATE--    ECOA  KOB    MEMBER-NO
```

01/04/19    1    QM    02004946    PLANET HOME LENDING,                                    TRU

```
Account Status & Activity:
☐ no new debt resulted from this inquiry
☐ new debt opened and already on credit report
☐ new debt opened but has not been reported yet
```

_____
_____
_____
_____

---

10/01/18    1    BC    1255740    CHASE CARD                                              XPN

```
Account Status & Activity:
☐ no new debt resulted from this inquiry
☐ new debt opened and already on credit report
☐ new debt opened but has not been reported yet
```

_____
_____
_____
_____

Acknowledgement

Applicant's Signature: _____    Date: _____

Applicant's Name: _____
             (Print)

## END OF INQUIRY STATUS UPDATE

**PAGE 1**

( 8 of  8 )
PLANET- 00830

PLANET HOME LENDING, LLC
4120 DUBLIN BLVD.
DUBLIN, CA 94568


01/04/19                          Loan Number: ███████████5084


                                  LEZ WOODBURN
                                  130-21 140TH ST
                                  JAMAICA, NY 11436

Dear LEZ WOODBURN


Your credit report was reviewed as part of your recent mortgage application. A brief explanation may be required in order to verify all, or some, of the following:

- Derogatory accounts
- Public records
- Address variations
- Name variations
- Credit Inquiries

Any items requiring an explanation will be listed in the corresponding sections on the pages that follow. Please use the space provided by each item to provide the requested information and write your explanation.

It is very important that you respond as soon as possible.

   4120 DUBLIN BLVD.
   DUBLIN, CA 94568
   8558424130


Sincerely,
PLANET HOME LENDING, LLC

CBCInnovis
PO BOX 1667
PITTSBURGH PA 15230

# CBCInnovis

Phone:
Fax:

## INFILE CREDIT REPORT

| | | | |
|---|---|---|---|
| **PREPARED FOR:**<br>PLANET HOME LENDING, LLC<br>4120 DUBLIN BLVD.<br>SUITE 150<br>DUBLIN CA 94568<br>**ATTENTION:**<br>SACHI GUPTA | | **COMPUTER ID #:**<br>████████9521<br>**LENDER CASE #:**<br>████████5084 | **DATE RECEIVED:**01/04/19<br><br>**DATE COMPLETED:**01/04/19 |
| | **REPORT TYPE:**INDIVIDUAL | | |

### APPLICANT

**INPUT INFORMATION:**
**NAME:** LEZ WOODBURN        **DOB:**██████
130–21 140TH ST
JAMAICA NY 11436

### DISPUTE SUMMARY

NO DISPUTE CHANGES FOUND

## END OF DISPUTE REPORT

PLANET- 00833

## APPLICANT

**NAME:** LEZ WOODBURN

**Date Received:** 01/04/19

| DEROGATORY SUMMARY |
| :-: |

NO DEROGATORY INFORMATION FOUND

| END OF DEROGATORY REPORT |
| :-: |

## APPLICANT

| NAME: | LEZ WOODBURN | | |
|---|---|---|---|
| | | **Date Received:** | 01/04/19 |

INQUIRY STATUS UPDATE

```
——DATE——   ECOA  KOB   MEMBER—NO

01/04/19   1    QM    02004946    PLANET HOME LENDING,                    TRU
```

Account Status & Activity:
- ☐ no new debt resulted from this inquiry
- ☐ new debt opened and already on credit report
- ☐ new debt opened but has not been reported yet

Additional Information: _____
_____
_____
_____
_____

```
10/01/18   1    BC    1255740     CHASE CARD                             XPN
```

Account Status & Activity:
- ☐ no new debt resulted from this inquiry
- ☐ new debt opened and already on credit report
- ☐ new debt opened but has not been reported yet

Additional Information: _____
_____
_____
_____

### END OF INQUIRY STATUS UPDATE

**PAGE 1**

## APPLICANT

| | |
|---|---|
| **NAME:** LEZ WOODBURN | |
| | **Date Received:** 01/04/19 |

1    KNOWN ALIAS                                                                EFX
     FORMER NAME: LEZ ANTONIO WOODBURN

     Additional Information: _____
     _____
     _____
     _____


1    KNOWN ALIAS                                                                TRU
     KNOWN ALIAS: LEZANTONIO ANTON WOODBURN

     Additional Information: _____
     _____
     _____
     _____


1    KNOWN ALIAS                                                                TRU
     KNOWN ALIAS: LEZ ANTONIOWOODBURN

     Additional Information: _____
     _____
     _____
     _____


1    KNOWN ALIAS                                                                XPN
     SIMILAR NAME: LEZANTONIO WOODBURN

     Additional Information: _____
     _____
     _____
     _____


## END OF NAME VARIATIONS REPORT

# APPLICANT

| NAME: | LEZ WOODBURN | | |
|-------|--------------|--|--|
| | | **Date Received:** | 01/04/19 |

## ADDRESS VARIATIONS

1    ADDRESS                                                 EFX
       13021 140TH ST
       JAMAICA NY 11436            FROM 08/02
   ☐ Own
   ☐ Rent

Additional Information: _____

_____
_____
_____

1    ADDRESS                                                 EFX
       6311 110TH ST C #C
       FOREST HILLS NY 11375        FROM 06/01
   ☐ Own
   ☐ Rent

Additional Information: _____

_____
_____
_____

1    ADDRESS                                                 EFX
       206 MILLER WAY #WAY
       WINDSOR CT 06095            FROM 09/09
   ☐ Own
   ☐ Rent

Additional Information: _____

_____
_____
_____

1    ADDRESS                                                 TRU
       13021 140TH ST
       JAMAICA NY 11436-2020       FROM 07/02
   ☐ Own
   ☐ Rent

Additional Information: _____

_____
_____
_____

1    ADDRESS                                                 TRU
       206 MILLER WY
       WINDSOR CT 06095-1762       FROM 06/02
   ☐ Own
   ☐ Rent

Additional Information: _____

_____
_____
_____

1    ADDRESS                                                 TRU
       5A1 CONCORDE WY
       WINDSOR LOCKS CT 06096      FROM 01/07
   ☐ Own
   ☐ Rent

Additional Information: _____

_____
_____
_____

PLANET- 00837

## APPLICANT

| NAME: | LEZ WOODBURN | | |
|---|---|---|---|
| | | **Date Received:** | 01/04/19 |

ADDRESS VARIATIONS

```
1    ADDRESS                                                      XPN
     13021 140TH ST
     JAMAICA NY 11436-2020           FROM 08/02
  □ Own
  □ Rent

Additional Information: _____
_____
_____
_____


1    ADDRESS                                                      XPN
     206 MILLER WAY
     WINDSOR CT 06095-1762           FROM 11/08
  □ Own
  □ Rent

Additional Information: _____
_____
_____
_____


1    ADDRESS                                                      XPN
     5 A 1 CONCORDE WAY
     WINDSOR LOCKS CT 06096          FROM 11/06
  □ Own
  □ Rent

Additional Information: _____
_____
_____
_____


1    ADDRESS                                                      LXN
     130-21 140TH ST
     JAMAICA NY 11436
  □ Own
  □ Rent

Additional Information: _____
_____
_____
_____
```

## END OF ADDRESS VARIATIONS REPORT

PLANET- 00838

## APPLICANT

**NAME:**     LEZ WOODBURN

**Date Received:**     01/04/19

Acknowledgement

Applicant's Signature: _____     Date: _____

# PLANET HOME LENDING, LLC

**Your Credit Score and the Price**
**You Pay for Credit**

4120 DUBLIN BLVD.
SUITE 150
DUBLIN CA 94568

LENDER CASE #: ████████5084
COMPUTER ID #: ████████9521



---

## Applicant

| **NAME:** | LEZ WOODBURN |
|---|---|
| | 130–21 140TH ST |
| | JAMAICA NY 11436 |

---

## Your Credit Score

| **Your credit score** | +802 | +801 | +781 |
|---|---|---|---|
| | Source: Equifax | Source: Experian | Source: TransUnion |
| | Date: 01/04/2019 | Date: 01/04/2019 | Date: 01/04/2019 |

---

## Understanding Your Credit Score

| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. |
|---|---|
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Equifax scores range from a low of 300 to a high of 850.  Experian scores range from a low of 320 to a high of 844.  TransUnion scores range from a low of 309 to a high of 839. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** |  |

---

PLANET- 00841

## Understanding Your Credit Score (continued)

| | |
|---|---|
| **How your score compares to the scores of other consumers** |  |

**Key <u>factors</u> that adversely affected your credit score**

Equifax
- TOO MANY INQUIRIES IN THE LAST 12 MONTHS
- AMOUNT OWED ON REVOLVING ACCOUNTS IS TOO HIGH
- LACK OF RECENT INSTALLMENT LOAN INFORMATION
- THE NUMBER OF INQUIRIES HAS ADVERSELY AFFECTED THE CREDIT SCORE

Experian
- TOO MANY INQUIRIES LAST 12 MONTHS
- LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED
- THE NUMBER OF INQUIRIES HAS ADVERSELY AFFECTED THE CREDIT SCORE

TransUnion
- TOO MANY INQUIRIES IN THE LAST 12 MONTHS
- TOO MANY ACCOUNTS
- INSUFFICIENT LENGTH OF CREDIT HISTORY
- THE NUMBER OF INQUIRIES HAS ADVERSELY AFFECTED THE CREDIT SCORE

## Checking Your Credit Report

**What if there are mistakes in your credit report?**

You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.

It is a good idea to check your credit report to make sure the information it contains is accurate.

**How can you obtain a copy of your credit report?**

Under Federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report––

*By telephone:* Call toll–free:  1–877–322–8228

*On the web:*  Visit www.annualcreditreport.com

*By mail:*  Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission´s website at  http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:

Annual Credit Report Request Service
P.O. Box 105281
Atlanta, GA 30348–5281

**How can you get more information?**

For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau´s website at  www.consumerfinance.gov/learnmore.

## Notice to the Home Loan Applicant

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit–related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

---

Acknowledgement

I have received the notices titled, "Your Credit Score and the Price You Pay for Credit" and the "Notice to the Home Loan Applicant."

Applicant's Signature: _____ Date: _____

Applicant's Name: _____
               (Print)

---

## Contact Information for Credit Reporting Agencies

| EQUIFAX INFORMATION SERVICES | EXPERIAN | TRANSUNION CONSUMER RELATIONS |
|---|---|---|
| www.equifax.com | www.experian.com/reportaccess | www.transunion.com/myoptions |
| PO BOX 740241 | 701 EXPERIAN PARKWAY | 2 BALDWIN PLACE |
| ATLANTA, GA 30374–0241 | P.O. BOX 2002 | P.O. BOX 1000 |
| 800–685–1111 | ALLEN, TX 75013 | CHESTER, PA 19016 |
| | 888–397–3742 | 800–888–4213 |