# EXHIBIT M-17



| | | | |
|---|---|---|---|
| **AGENCY** | **PHONE** (A/C, No, Ext): | | **COMPANY** |
| US ASSURE INSURANCE SERVICES OF FLORIDA, INC.<br>P.O. BOX 10197<br>JACKSONVILLE, FL 32247-0197 | | | American Zurich Insurance Company |

# EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)** 03/22/2019

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**FAX (A/C, No):**
**E-MAIL ADDRESS:** Lamar@lookitover.com
**CODE:** A0220839   **SUB CODE:**
**AGENCY CUSTOMER ID #:**

**INSURED**
12706 HOLDINGS INC.
130-21-140th Street
JAMAICA, NY 11436

**LOAN NUMBER:** 1067
**POLICY NUMBER:** ER13536539
**EFFECTIVE DATE:** 03/26/2019
**EXPIRATION DATE:** 09/26/2019
**CONTINUED UNTIL TERMINATED IF CHECKED**
**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION
**LOCATION/DESCRIPTION**
12706 177th St
JAMAICA, NY 11434

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Builders Risk Coverage Form | | $1,000 |
| Renovations and Improvements | $108,000 | |
| Existing buildings or structures | $427,000 | |
| All Covered Property at all Locations | $535,000 | |

**REMARKS (Including Special Conditions)**

## CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST
**NAME AND ADDRESS**
Planet Management Group, LLC ISAOA/ATIMA
105 Maxess Road Ste N107
Melville, NY 11747

[X] MORTGAGEE   [ ] ADDITIONAL INSURED
[ ] LOSS PAYEE
**LOAN #** 7101001067
**AUTHORIZED REPRESENTATIVE**

**ACORD 27 (2009/12)**   © 1993-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

PLANET- 00845