# EXHIBIT M-18

# INTEREST RESERVE AGREEMENT

LENDER:     PLANET MANAGEMENT GROUP, LLC

BORROWER:     12706 HOLDINGS INC

AMOUNT:     $0.00

PREMISES:     127-06 177TH STREET, JAMAICA, NY 11434

It is hereby agreed that the Lender shall hold the above Amount in escrow to be released and applied for monthly payments of interest in the balance of the loan. Commencing **MAY 1, 2019** and on the **1ST** day of every month thereafter, Lender will release the amount of interest due to Lender for the account of the Borrower. Interest will be calculated and due on the amount being escrowed pursuant to this paragraph. Any amounts due for interest after the amount being held pursuant to this paragraph has been exhausted shall be paid by the borrower in a timely manner.

In the event of a default on the Note which remains uncured after applicable grace period, if any, the Lender may apply the amount remaining in escrow towards the loan balance.

Upon the payoff of the entire loan, any amounts remaining in escrow shall be paid to Borrower as an offset against the payoff amount.

Dated     **MARCH 27, 2019**     12706 HOLDINGS INC

By _/s/ LWL_
LEZANTONIO WOODBURN

PLANET- 00848