# EXHIBIT M-19

# INVESTOR EXPERIENCE QUESTIONNAIRE

**Borrower Name:** Lez Antonio Woodburn

Full time Real Estate Investor: Yes_X_ No___     Email Address: woodiespoon@aol.com

**Currently Licenses Held:**
Contractor:          Yes___ No X_ | State of Issue_____ | License Number: _____
Real Estate Agent:   Yes___ No_X | State of Issue_____ | License Number: _____
Real Estate Broker:  Yes___ No_X | State of Issue_____ | License Number: _____

Other: _____

**Career Information:**
Total number of houses purchased, rehabilitated and sold: __6____   Number of years: _1____

**List Most Recent Five House Purchased, Rehabilitated and Sold – Fix & Flips ONLY**

**Property #**
Street Address: 4412 Bronx Blvd City: Bronx State: NY Zip:10470
Purchase Price: $700,000 Purchase Date: 169,000

Sale Price: $700,000   Sale Date: 10/06/2016

Total Rehab Cost: $150,000 Days to Complete: 60


**Property #2**
Street Address: 649 E 230th St City: Bronx State: NY Zip:10470

Purchase Price: $239,000    Purchase Date: 11/2/2016

Sale Price: $679,000    Sale Date: 10/11/2017

Total Rehab Cost: $90,000 Days to Complete: 90


**Property #3**
Street Address: 1517 Silver St.  City: Bronx State: NY Zip:10461

Purchase Price: $405,000 Purchase Date: 10/01/2018

Sale Price: $700000   Sale Date: 12/29/2018

Total Rehab Cost: $ 55,000   Days to Complete: 60


**Property #4**
Street Address: 11 Hudson View Terr City: Newburgh State: NY Zip:

Purchase Price: $100,000   Purchase Date: 8/24/2018

Sale Price: $330,000 Sale Date: PENDING

Total Rehab Cost: $27,000 Days to Complete: 30

**Borrower Signature:** _/s/ Lowston_____     **Date:** 1-2-19_____