# EXHIBIT M-20

Contact Us | Close
24/7 Search and Technical Assistance **1-866-277-8407**

**Person Report**

Print Download Help

# SmartLinx® Person Report

Show all

Report Created: 1-07-2019 12:58 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2019 LexisNexis, All rights reserved.

**Search Terms -** SSN: [redacted]; First Name: **Lez**; Last Name: **Woodburn**; Middle Name: **Antonio**; State: **NY**; DOB: **2/13/1974**
**Report created for:** Planet Management Group, LLC DBA: PLANET RENOVATION CAPITAL (1701447)


| | | | |
|---|---|---|---|
| SSN Summary (1) | Address Summary (6) | Driver Licenses (0) | Voter Registrations (0) |
| Professional Licenses (0) | Other Licenses (0) | Real Property - Current (0) | Real Propety - Prior (2) |
| MVRs - Current (0) | MVRs - Prior (0) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Criminal Filings (1) | Bankruptcy Filings (1) |
| Judgment & Lien Filings (0) | UCC Filings (0) | Possible Relatives (1) | Person Associates (2) |
| Neighbors (3) | Business Connections (1) | Possible Employers (1) | Business Associates (1) |
| View All Sources (46) | | | |


## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Woodburn, Lez A | 13021 140th St<br>Jamaica, NY 11436-2020<br>(Residential) | Queens | 718-848-1649<br>(Most Recent Listing)<br>(Residential)<br>Digital Identity Risk Assessment |
| | **SSN** | **DOB** | **Email** |
| 0027-6065-7675 | XXX-XX-XXXX | [redacted]<br>(Age: 44, ) | mudeng74@yahoo.com<br>zazah99@hotmail.com<br>Digital Identity Risk Assessment |

## At a Glance

help top ^

| | | | |
|---|---|---|---|
| Real Property | 0 | Bankruptcy | 1 |
| Personal Property | 0 | Judgments/Liens | 0 |
| Professional Licenses | 0 | Foreclosure/Notice of Default | 0 |
| Business Connections | 1 | Criminal/Arrest | 1 |

## Name Variations, SSN Summary and DOBs

help top ^

| NAME VARIATIONS | SSN SUMMARY | REPORTED DOBS |
|---|---|---|
| ◦ Lez, Woodburn<br>◦ Woodburn, L<br>◦ Woodburn, Lez A | ◦ XXX-XX-XXXX<br>• Issued in New York, 1993 - 1995<br><br>view sources | ◦ [redacted]<br>view sources |

## Physical Description

help top ^

| | | |
|---|---|---|
| Hair Color | N/A | |

| | | | | |
|---|---|---|---|---|
| Eye Color | | | N/A | |
| Height | | | N/A | |
| Weight (lb) | | | N/A | |
| Scars/Marks | | | N/A | |

## Address Summary (1 current, 5 prior)

Show all view all sources help top ^

| NO. | ADDRESS | STATUS | TO-FROM | PHONE | ACTIONS |
|---|---|---|---|---|---|
| 1. | 13021 140th St Jamaica, NY 11436-2020 Queens County (Residential) | Current | 04/2002 - 01/2018 (Current Residence) | | **Get Property History Re** **Get Location Report** |
| 2. | 10537 135th St South Richmond Hill, NY 11419-3215 Queens County (Residential) | Prior | 07/2014 - 01/2019 | 347-960-9518 (Phone number and zip code combination is invalid) 718-848-1649 (Most Recent Listing) (Residential) | **Get Property History Re** **Get Location Report** |
| 3. | 6311 110th St Apt C Forest Hills, NY 11375-1465 | Prior | 06/2001 - 09/2006 | | **Get Property History Re** **Get Location Report** |
| 4. | 3441 78th St Apt 5H Jackson Heights, NY 11372-2535 Queens County (Residential, High-rise) | Prior | 06/1995 - 06/2001 | | **Get Property History Re** **Get Location Report** |
| 5. | 3441 78th St Apt 78 Jackson Heights, NY 11372-2571 | Prior | 11/1995 | | **Get Property History Re** **Get Location Report** |
| 6. | 1 Jackson Hit Apt 5H East Elmhurst, NY 11369 | Prior | 06/1995 - 11/1995 | | **Get Property History Re** **Get Location Report** |

## Licenses/Voter (0 licenses)

## Real Property (0 current, 2 prior)

Show all view all sources help top ^

| NO. | ADDRESS | STATUS | PURCHASE PRICE | SALE PRICE | STATE | ACTIONS |
|---|---|---|---|---|---|---|
| 1. | 13021 140th St Jamaica, NY 11436-2020 Queens County Source: A | Prior | | $520,000.00 | NY | **Get Property History Report** **Get Location Report** |

| NO. | ADDRESS | STATUS | PURCHASE PRICE | SALE PRICE | STATE | ACTIONS |
|---|---|---|---|---|---|---|
| 2. | 13021 140th St Jamaica, NY 11436-2020 Queens County Source: B | Prior | | | NY | Get Property History Report Get Location Report |

## Personal Property (0 current, 0 prior)

## Possible Education (0 records found)

## Possible Criminal/Arrest (1 filings)

view all sources    help    top ^

| NO. | NAME | TYPE | OFFENSE | DATE | STATE |
|---|---|---|---|---|---|
| 1. | Woodburn, Lezatonio | Criminal | Reckless Driving | 12/11/1999 | Connecticut |

## Bankruptcy (0 active, 1 closed)

Show all

view all sources    help    top ^

| NO. | TYPE | STATUS | FILING DATE | CASE NUMBER | JURISDICTION |
|---|---|---|---|---|---|
| 1. | Chapter 13 | Closed | 07/16/2009 | 0945955 | New York Eastern - Brooklyn |

## Judgment / Liens (0 filings)

## UCC Filings (0 debtor, 0 creditor)

## Associates

**Possible Relatives** - 1st Degree: 1, 2nd Degree: 0, 3rd Degree: 0

help    top ^

Show all

| NO. | FIRST DEGREE RELATIVES | ADDRESS | PHONE | ACTIONS |
|---|---|---|---|---|

| NO. | FIRST DEGREE RELATIVES | ADDRESS | PHONE | ACTIONS |
|---|---|---|---|---|
| 1. | **Barrett, Stacy Ann** (Possible Wife) SSN: XXX-XX-XXXX LexID: 0001-4482-9279 DOB: 10/1976 (Age: 42) | 193 Heathcote Rd Elmont, NY 11003-2005 | 718-341-2475 | » **Get Report** |

### Person Associates - 2 records found

help   top ^

| NO. | FULL NAME | ADDRESS | ROLE | ACTIONS |
|---|---|---|---|---|
| 1. | **Barrett, Trevor Sullivan** SSN: XXX-XX-XXXX LexID: 0001-4493-8023 DOB: 10/1979 (Age: 39) | 9300 Solstice Cir Parkland, FL 33076-2629 954-906-8006 | Associate | » **Get Report** |
| 2. | **Barrett, Sonia L** SSN: XXX-XX-XXXX LexID: 0001-4501-2857 DOB: 02/1952 (Age: 66) | 193 Heathcote Rd Elmont, NY 11003-2005 | Associate | » **Get Report** |

### Neighbors - 3 records found

Found Near: 13021 140th St
Jamaica, NY 11436-2020 - 3 records found

help   top ^

| NO. | FULL NAME | ADDRESS | PHONE | ACTIONS |
|---|---|---|---|---|
| 1. | **Abraham, Loretta Y** SSN: XXX-XX-XXXX LexID: 0000-0414-1507 DOB: 02/1949 (Age: 69) **Roberson, Norman S** SSN: XXX-XX-XXXX LexID: 0018-5286-7991 DOB: 07/1943 - 08/05/2007 (DOD) (Age at Death: 64; Would be: 75) Deceased | 13022 140th St Jamaica, NY 11436-2019 | 718-529-8657 | » **Get Location Report** |
| 2. | **Huggins, Lisa A** SSN: XXX-XX-XXXX LexID: 0011-8622-5460 DOB: 07/1969 (Age: 49) | 13021 140th St Apt 2 Jamaica, NY 11436-2020 | | » **Get Location Report** |

| NO. | FULL NAME | ADDRESS | PHONE | ACTIONS |
|---|---|---|---|---|
| 3. | **Birch, Colin A**<br>LexID: 0002-0739-3279<br>DOB: 06/1957<br>(Age: 61)<br><br>**Haynes, Annmarie Marie**<br>SSN: XXX-XX-XXXX<br>LexID: 0010-8730-5490<br>DOB: 08/1956<br>(Age: 62)<br><br>**Muhammad, Jamilah A**<br>SSN: XXX-XX-XXXX<br>LexID: 0017-9585-8011<br>DOB: 05/1947<br>(Age: 71)<br><br>**Sankar, Kernika M**<br>LexID: 0316-2096-1736<br>DOB: 10/1983<br>(Age: 35)<br><br>**Williams, Kernika**<br>LexID: 1686-1711-3427 | 13018 140th St<br>Jamaica, NY 11436-2019 | | » **Get Location Report** |

**Business Connections** - 1 records found    help   top ^

| NO. | NAME | ADDRESS | TITLE | ACTIONS |
|---|---|---|---|---|
| 1. | **LAW HOME IMPROVEMENT LLC** | 13021 140th St<br>South Ozone Park, NY 11436-2020 | | » **Get Report** |

**Possible Employers** - 1 records found    help   top ^

| NO. | NAME | ADDRESS | PHONE | ACTIONS |
|---|---|---|---|---|
| 1. | **LAW HOME IMPROVEMENT LLC** | 13021 140th St<br>South Ozone Park, NY 11436-2020 | | » **Get Report** |

**Business Associates** - 1 records found    help   top ^

| NO. | NAME | ADDRESS | ROLE | ACTIONS |
|---|---|---|---|---|
| 1. | **SUTTON FUNDING LLC** | | Real Property | |

## Sources

help   top ^

| ALL SOURCES | **46 SOURCE DOCUMENTS** |
|---|---|
| Bankruptcy Records | **1 Source Documents** |
| Corporate Affiliations | **1 Source Documents** |
| Criminal | **1 Source Documents** |
| Deed Transfers | **11 Source Documents** |
| Email Addresses | **2 Source Documents** |
| Historical Person Locator | **8 Source Documents** |
| Person Locator 2 | **3 Source Documents** |

PLANET- 00854

| ALL SOURCES | **46 SOURCE DOCUMENTS** |
|---|---|
| Person Locator 4 | **1 Source Documents** |
| Phone | **4 Source Documents** |
| Tax Assessor Records | **14 Source Documents** |

**Key**

    High Risk Indicator. These symbols may prompt you to investigate further.

    Moderate Risk Indicator. These symbols may prompt you to investigate further.

    General Information Indicator. These symbols inform you that additional information is provided.

    Map Indicator. Clicking on this symbol will open a new window with a map of the address location.

    The most recent telephone listing as reported by Electronic Directory Assistance.

    Wireless Phone Indicator. These symbols indicate a cell phone number.

    Residential Phone Indicator. These symbols indicate a residential phone number.

    Premium Phone Indicator. These symbols indicate a premium phone number.

    Business Phone Indicator. These symbols indicate a business phone number.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FCRA:** The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

**Your DPPA Permissible Use:** No Permissible Use
**Your GLBA Permissible Use:** No Permissible Use
**Your DMF Permissible Use:** No Permissible Use

---

About LexisNexis | Terms & Conditions
Copyright © 2019 LexisNexis. All rights reserved.