# EXHIBIT M-21

# LIMITED POWER OF ATTORNEY

The undersigned Borrower, for and in consideration of **PLANET MANAGEMENT GROUP, LLC** ("Lender") funding the closing of the loan on the property located at **127-06 177TH STREET, JAMAICA, NY 11434** and **Mincone & Mincone, P.C.** ("Settlement Agent") for closing the loan, agrees that if requested by Lender, grant a limited power of attorney to correct and/or execute or initial all typographical or clerical errors discovered in any or all of the closing documents required to be executed by the undersigned at settlement. In the event this limited power of attorney is exercised, the undersigned will be notified and receive a copy of the document(s) executed or initialed on their behalf.

THIS LIMITED POWER OF ATTORNEY MAY NOT BE USED TO INCREASE THE INTEREST RATE THE UNDERSIGNED BORROWER IS PAYING, INCREASE THE TERM OF THE UNDERSIGNED BORROWER'S LOAN, INCREASE THE UNDERSIGNED BORROWER'S OUTSTANDING PRINCIPAL BALANCE OR INCREASE THE UNDERSIGNED BORROWER'S PRINCIPAL AND INTEREST PAYMENT. Any of these specified changes must be executed directly by the undersigned Borrower.

**12706 HOLDINGS INC**

By: _____
Name: **LEZANTONIO WOODBURN**
Title: **PRESIDENT**

**GUARANTOR**

By: _____
Name: **LEZANTONIO WOODBURN**
Title:

**GUARANTOR**

By: _____
Name:
Title:

STATE OF **NEW YORK** )
                         ss:
COUNTY OF **QUEENS** )

On the **27TH** day of **MARCH, 2019**, before me, the undersigned personally appeared **LEZANTONIO WOODBURN**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names are subscribed to be within the instrument and acknowledged to me that he/she/they execute the same in his/her/their capacities and that by his/her/their signatures on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public, State of New York

NOKYE S. ELLIOTT
NOTARY PUBLIC-STATE OF NEW YORK
No. 02EL6156374
Qualified in Queens County
Commission Expires June 11, 20__