# EXHIBIT M-22

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001
                        FILING RECEIPT
================================================================================
ENTITY NAME: 12706 HOLDINGS INC

DOCUMENT TYPE: CHANGE (DOM. BUSINESS)                       COUNTY: NEWY
               PROCESS

================================================================================
FILED:12/11/2018  DURATION:*********  CASH#:181211000030  FILM #:181211000030


    FILER:
    ------
    LEZ ANTONIO WOODBURN
    130-21 140TH ST

    JAMAICA, NY 11436

    ADDRESS FOR PROCESS:
    --------------------
    THE CORPORATION
    130-21 140TH ST
    JAMAICA, NY 11436

    REGISTERED AGENT:
    -----------------
```



```
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **               SERVICE CODE: 00

   FEES         55.00                                PAYMENTS        55.00
                -----                                                -----
   FILING       30.00                                CASH             0.00
   TAX           0.00                                CHECK            0.00
   CERT          0.00                                CHARGE          55.00
   COPIES        0.00                                DRAWDOWN         0.00
   HANDLING     25.00                                OPAL             0.00
                                                    REFUND           0.00
================================================================================
                                                          DOS-1025 (04/2007)
```

PLANET- 00889