# EXHIBIT M-23



PLANET- 00890

