# Scope of Work

**Property Address:** 12706 177th St Jamaica NY 11434
**Borrower:** 12706 Holding Inc
**CONTRACTOR:** LAW HOME IMPROVEMENT LLC 13021 140TH ST JAMAICA NY 11436 LICENSE# 2075860-DCA

| Construction Item | Description of Work | Budget | Draw 1 | Draw 2 | Draw 3 | Draw 4 | Balance |
|---|---|---|---|---|---|---|---|
| **Demolition** | | | | | | | $ - |
| **Exterior** | | | | | | | |
|    Landscaping | | | | | | | $ - |
|    Roofing | | | | | | | $ - |
|    Siding | | | | | | | $ - |
|    Painting | PAINT INTERIOR OF HOUSE | $ 2,500 | | | | | $ 2,500 |
|    Windows | | | | | | | $ - |
|    Foundation | | | | | | | $ - |
| **Exterior Framing** | | | | | | | |
| **Kitchen** | | | | | | | |
|    Counters | | | | | | | $ - |
|    Cabinets | | | | | | | $ - |
|    Appliances | NEW STOVE, FRIDGE | $ 3,500 | | | | | $ 3,500 |
|    Backsplash | | | | | | | $ - |
| **Bathrooms** | NEW TUB TOILET AND SINK | $ 4,000 | | | | | $ 4,000 |
| **Flooring** | | | | | | | |
|    Carpet | | | | | | | $ - |
|    Hardwood | | | | | | | $ - |
|    Tile | | | | | | | $ - |
|    Vinyl | | | | | | | $ - |
| **Interior Framing** | | | | | | | $ - |
| **Drywall** | | | | | | | $ - |
| **Insulation** | | | | | | | |
| **Interior Painting** | | | | | | | $ - |
| **Doors** | | | | | | | $ - |
| **Mechanicals** | | | | | | | |
|    HVAC | | | | | | | $ - |
|    Electrical | | | | | | | $ - |
|    Plumbing | | | | | | | $ - |
|    Boiler/Hot Water Tank | | | | | | | $ - |
| **Cleanup** | | | | | | | $ - |
| **Other** | | | | | | | $ - |
| **TOTAL** | | $ 10,000 | $ - | $ - | $ - | $ - | $ 10,000 |

PLANET- 00894