# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR NOVASTAR MORTGAGE
FUNDING TRUST, SERIES 2006-5 NOVASTAR
HOME EQUITY LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-5,

                  Plaintiff,

       -against-

EVIS STEPHENS; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD and JOHN
DOE AND JANE DOE #1 through #7, the last seven
(7) names being fictitious and unknown to the Plaintiff,
the persons or parties intended being the tenants,
occupants, persons or parties, if any, having or claiming
an interest in or lien upon the mortgaged premises
described in the Complaint,

                Defendants.

**NOTICE OF PENDENCY**

INDEX #

Original Filed with Clerk on

NOTICE IS HEREBY GIVEN, that an action has been commenced and is now pending
in this Court upon the Complaint of the above-named Plaintiff and against the above-named
Defendants and filed herewith the Office of the Queens County Clerk of the foreclosure of a
Mortgage, dated August 29, 2006, executed by the Defendant, EVIS STEPHENS as Mortgagor,
to MERS, INC., AS NOMINEE FOR NOVASTAR MORTGAGE, INC., as Mortgagee, to
secure the sum of $630,000.00, which Mortgage was duly recorded in the Office of the City
Register of the City of New York on August 14, 2007, as CRFN 2007000419551. Thereafter,
said mortgage was assigned on May 23, 2008, from NOVASTAR MORTGAGE, INC., to
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER NOVASTAR
MORTGAGE FUNDING TRUST, SERIES 2006-5 and said assignment was recorded in the
Office of the City Register of the City of New York on October 3, 2008, as CRFN
2008000391944. Said mortgage was further assigned on June 17, 2013, from DEUTSCHE
BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER NOVASTAR MORTGAGE

FUNDING TRUST, SERIES 2006-5 to DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5 and said assignment was recorded in the Office of the City Register of the City of New York on August 1, 2013, as CRFN 2013000302711. Said assignment was corrected by virtue of a corrective assignment on November 19, 2014 from MERS, INC., AS NOMINEE FOR NOVASTAR MORTGAGE, INC., to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 as a corrective assignment to correct that assignment recorded on October 3, 2008 as CRFN 2008000391944 to properly name the assignor, and said assignment was recorded in the Office of the City Register of the City of New York on January 7, 2015. Said mortgage was modified by an agreement dated September 29, 2010, to form a new principle balance of $428,635.67, according to the terms and conditions delineated therein.

AND, NOTICE IS FURTHER GIVEN that the mortgaged premises affected by the said foreclosure action, were at the time of the commencement of this action and at the time of the filing of this Notice situated in the County of Queens and State of New York, designated as 127-06 177th Street, Springfield Gardens, NY 11434 designated as Block 12527, Lot 93, and are more fully described in Schedule A annexed hereto.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

The Queens County Clerk is directed to index this Notice to the name of Defendant, EVIS STEPHENS, and against the following parcels of property shown on the official Tax Map of the County of Queens, as follows:

Block 12527, Lot 93

Dated: Uniondale, New York
____May 7____, 2015

Respectfully submitted,

Clarfield, Okon, Salomone & Pincus, P.L.

By: _____
    Antoinette Currie, Esq.
    *Attorneys for Plaintiff*
    425 RXR Plaza
    Uniondale, NY 11556
    516-699-8902

PLANET- 00928

# REGENTS LAND SERVICES LLC
### as Agent for
#### United General Title Insurance Company

SCHEDULE A (Description)

Title Number:  RLS-06-1265

ALL that certain tract or parcel of land, situated, lying and being in the Borough of Queens, County of Queens, State of New York, more particularly described as follows:

BEGINNING at a point on the westerly side of 177th Street, distant 24.83 feet southerly from the corner formed by the intersection of the westerly side of 127th Avenue;

RUNNING THENCE westerly and parallel with the northerly side of 129th Avenue, 115 feet;

RUNNING THENCE southerly and parallel with the westerly side of 177th Street, 30 feet;

RUNNING THENCE easterly and again parallel with the northerly side of 129th Avenue, 115 feet to the westerly side of 177th Street; and

THENCE northerly along the westerly side of 177th Street, 30 feet to the point or place of BEGINNING.

SAID PREMISES being commonly known as 127-06 177th Street, Jamaica, New York 11434.

SAID PREMISES being designated on the tax map of Queens County as block 12527, lot 93.

PLANET- 00929

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR
MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN
ASSET-BACKED CERTIFICATES, SERIES 2006

Plaintiff

-against-

LEWIS STEPHENS, ET AL.

Defendants

## NOTICE OF PENDENCY

CLARFIELD, OKON, SALOMONE & PINCUS, P.L.
Attorneys for Plaintiff
425 RXR Plaza
Uniondale, NY 11556
Phone 516-699-8902

PLANET- 00930

Block: 12527 Lot: 00093
Book Type -- Lis Pendens - Docket No:
Judgment Type: LIS PENDENS
Court: Supreme Court

Control No. Q02249747-01
Index # 704762/15
Effective Date: 04/04/2018
Expiration Date: 04/04/2021
Docket Date:04/04/2018
Date Received: 04/10/2018

Debtor Info:
STEPHENS, EVIS

Creditor Info:
DEUTSCHE BANK NATIONAL TRUST COMPANY

Amount: $0.00

COM:04/04/2018-MORTGAGE FORECLOSURE                ACTION COMMENCED
        ELECTRONICALLY                    DEFENDANTS ET AL
    ---------------------------------------------------------------------

3/12/2019

PLANET- 00931

SUPREME COURT OF THE STATE OF NEW YORK:
COUNTY OF QUEENS

--------------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR NOVASTAR MORTGAGE
FUNDING TRUST, SERIES 2006-5 NOVASTAR
HOME EQUITY LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-5

INDEX No.: 704762/2015

NOTICE OF
PENDENCY

Block: 12527
Lot: 93

                                        Plaintiff

                    -against-

EVIS STEPHENS
NEW YORK CITY ENVIRONMENTAL CONTROL
BOARD
JEANIE SEAMEN
                    Defendants.

--------------------------------------------------------------------X

NOTICE IS HEREBY GIVEN, that an action has been commenced and is pending in this

Court upon a complaint of the above named plaintiff against the above named defendants for the

foreclosure of a Mortgage dated August 29, 2006 executed by EVIS STEPHENS to

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR

NOVASTAR MORTGAGE, INC., CORPORATION to secure the sum of $630,000.00 and

recorded in the Office of the REGISTER of the County of QUEENS in CRFN: 2007000419551

on August 14, 2007, which mortgage was assigned to NOVASTAR MORTGAGE, INC, by

assignment of mortgage dated February 25, 2014 which was sent for recording in the Office of

the REGISTER of the County of QUEENS, which mortgage was further assigned to

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER NOVASTAR

MORTGAGE FUNDING TRUST, SERIES 2006-5, by assignment of mortgage dated May 23,

2008 and which was recorded in the Office of the REGISTER of the County of QUEENS in

CRFN: 2008000391944 on October 3, 2008, which mortgage was further assigned to

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR

PLANET- 00932

MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5, by assignment of mortgage dated June 17, 2013 and which was recorded in the Office of the REGISTER of the County of QUEENS in CRFN: 2013000302711 on August 1, 2013.

AND NOTICE IS FURTHER GIVEN, that the mortgaged premises affected by the foreclosure action, were, at the time of the commencement of said action, and at the time of the filing of this notice situate in Block 12527, Lot 93, on the land and tax map of the County of QUEENS in the State of New York, and is described in the said mortgage as follows, to wit:

See Schedule A – "Legal Description" annexed hereto and made a part hereof.

Said premises being known as and by: 127 - 06 177TH ST SPRINGFIELD GARDENS, NY 11434.

TOGETHER with all right, title and interest of the defendants in and to the land lying in the streets and roads in front of, and adjoining to, said premises.

The County Clerk of the County of Queens is directed to index this notice to the name(s) of the defendant(s).

McCABE, WEISBERG & CONWAY, LLC

Dated: April 2, 2018
New Rochelle, NY

By: _____
DEANA CHIELI, ESQ.
Attorneys for Plaintiff
145 Huguenot Street, Suite 210
New Rochelle, NY 10801
914-636-8900
914-636-8901 facsimile

PLANET- 00933

## SCHEDULE A

### LEGAL DESCRIPTION

**SECTION:**     **BLOCK: 12527**     **LOT: 93**

**ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING** in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of 177th Street, distant 24.83 feet southerly from the corner formed by the intersection of the westerly side of 177th Street, with the southerly side of 127th Avenue;

RUNNING THENCE westerly and parallel with the northerly side of 129th Avenue 115 feet;

RUNNING THENCE southerly and parallel with the westerly side of 177th Street 30 feet;

RUNNING THENCE easterly and again parallel with the northerly side of 129th Avenue 115 feet to the westerly side of 177th Street; and

THENCE northerly along the westerly side of 177th Street 30 feet to the point or place of BEGINNING.

SAID PREMISES KNOWN AS: 127-06 177th Street, Springfield Gardens, NY 11434, New York

PLANET- 00934

Index No. 704762/2015

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRUSTEE FOR NOVASTAR MORTGAGE FUNDING
TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN
ASSET-BACKED CERTIFICATES, SERIES 2006-5,

PLAINTIFF,

-AGAINST-

EVIS STEPHENS
NEW YORK CITY ENVIRONMENTAL CONTROL BOARD
JEANIE SEAMEN,

DEFENDANTS.

Notice of Pendency

McCABE, WEISBERG & CONWAY, LLC
Attorneys for PLAINTIFF
145 Huguenot St., Suite 210
New Rochelle, NY 10801
914.636.8900
914.636.8901 facsimile

PLANET- 00935

# Mortgages

## Mortgage Type **MORTGAGE**

Mortgage Number **1**    of **1**                                   Title Number  **UAT19-2297-Q**

Mortgagor        **EVIS STEPHENS**

Mortgagee        **"MERS" AS NOMINEE FOR NOVASTAR MORTGAGE INC.**

| | | | |
|---|---|---|---|
| Amount | **$630,000.00** | Mortgage Tax Paid | **$ 13,672.50** |
| Dated | **08/29/2006** | | |
| Recorded | **08/14/2007** | | |
| CRFN | **2007000419551** | | |


## Assignment of Mortgage

**1a**

Assignor        **NOVASTAR MORTGAGE INC.**

Assignee        **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5**

Dated        **05/22/2008**

Recorded        **10/03/2008**

CRFN        **2008000391944**

## Assignment of Mortgage

**1b**

Assignor        **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5**

Assignee        **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5**

Dated        **06/17/2013**

Recorded        **08/01/2013**

CRFN        **2013000302711**

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

PLANET- 00936

## Assignment of Mortgage-Correction Assignment

1c

| | |
|---|---|
| Assignor | "MERS" AS NOMINEE FOR NOVASTAR MORTGAGE INC. |
| Assignee | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 |
| Dated | 11/20/2014 |
| Recorded | 01/07/2015 |
| CRFN | 2015000006862 |

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

# COVENANTS

# &

# RESTRICTIONS

PLANET- 00938

its place of business at No. 101-20 Merrick Avenue, Jamaica, in the Borough and
County of Queens, City and State of New York, hereinafter designated as the party
of the second part, THAT WHEREAS, the party of the first part is the owner of the premises
hereinafter described and has made application to the party of the second part to supply
water mains and furnish water to the premises named by the said

NOW THEREFORE WITNESSETH, that the party of the first part in consideration of One
Dollar ($1.00) and other good and valuable consideration to it in hand paid by the party of the second
part, the receipt whereof is hereby acknowledged, the party of the first part does hereby
grant to the party of the second part its successors and assigns the sole and exclusive right
and privilege to lay water mains in the easterly half of Merrick street (being a 50 foot
street) from 127th Avenue to a point 100' south of 126th Ave; 126th Avenue (being a 60 foot
street) from Merrick Street to a point 100' east of 177th Street; 177th Street (being a 60
foot street) from 127th Avenue to a point 100' south of 126th Avenue, southerly half of 127th
Avenue (being a 60 foot street) from Merrick Street to a point 100' east of 177th Street,
Borough of Queens, Fourth Ward as shown on the land map of the City of New York, under the
surface of said streets above mentioned and adjacent to said premises, and in front thereof,
and connect said mains, pipes and conduits to the several buildings erected and to be erected
on the premises adjacent to said streets, and to have access thereto for the purpose of re-
pairing and maintaining the same and to furnish water to said premises together with the
exclusive right to pump and flow water through said mains, pipes and conduits and connect the
same with mains, pipes and conduits now owned by the party of the second part hereto adjacent
to said premises, and the said party of the first part hereto represents to the party of the
second part hereto that it is the sole owner in fee of the above described premises, and has
title to same and the right to give said consent and that said premises are free and clear
of all liens and encumbrances except liens and encumbrances of record. IN WITNESS WHERE-
OF THEREOF, the party of the first part hereunto sets his hand and seal the day and year
first above written.

In Presence:
_____ (Corporate Seal)

ELIN BUILDING CORPORATION.
BY AUDREY M. MILLER, President.

STATE OF NEW YORK, STATE OF NEW YORK, COUNTY OF QUEENS, SS.: On this 31st day of May, 1927,
before me personally came AUDREY M. MILLER, to me known, who being by me duly sworn, did
depose and say that he resides in Queens County, City and State of New York; that he is the
President of ELIN BUILDING CORPORATION, the corporation described in and which executed the
foregoing instrument; that he knows the seal of said corporation, that the seal affixed to
said instrument is such corporate seal; that it was so affixed by order of the Board of
Directors of said corporation and that he signed his name thereto by like order. JOSEPH
_____, Commissioner of Deeds, City of New York, New York Co. Clerk's No. ____ No. ____,
Co. Clerk's No. ____ Reg. 7046, Queens Co. Clk's No. 799, Reg. 366. Term expires May 18, 1929.
Land affected by the within instrument lies in Section 67, Blocks 14178, 14172, 14175, 14190,
14189, 14177, 14176, on the Land Map of the County of Queens. Recorded June 20, 1927 at 9 A.M.
at the request of Jamaica Water Supply Co., 161-23 Shelton Ave., Jamaica, N.Y.

# State Municipal Department Searches

All searches and their results are provided at the request of the mortgagee/purchaser or their respective counsels. The Company does not in any event, insure that the buildings or other improvements situate on the premises or their uses either actual or intended, comply with Federal, State or Municipal laws, regulations or ordinances and therefore assumes no liability whatsoever by reason of the ordering of such searches and does not insure their accuracy. The following results are hereby provided for informational purposes only.

CERTIFICATE OF OCCUPANCY
    See Attached

HOUSING AND BUILDING
    See Attached

FIRE DEPARTMENT SEARCH
    See Attached

EMERGENCY REPAIR SEARCH
    See Attached

STREET REPORT
    See Attached

HIGHWAY DEPARTMENT SEARCH
    See Attached

BANKRUPTCY SEARCH
    See Attached

TAX SEARCH
    See Attached

PATRIOT SEARCH
    See Attached



T. 516.663.0600 F. 657.205.3795 E. All.NY.Customer.Service@datatracetitle.com

# Tax Search

**TITLE #:** UAT19-2297-Q

**DATE:** 3/12/2019

**PREPARED FOR:** UNITED AMERICAN TITLE AGENCY INC. (FATA)

**ORDER ID:** 11617206

## PREMISES:

127-06 177 STREET

**State:** NY  **County:** QUEENS  **Neighborhood:** SAINT ALBANS

**Block:** 12527  **Lot:** 93

## ASSESSMENT: 2018-2019 FINAL

**ASSESSED OWNER(S):** STEPHENS, EVIS

**BUILDING CLASS:** B3

**SEC:** 53  **VOL:** 4  **STATE SWIS CODE:** 650000

**TAX CLASS:** 1  **ACT LAND:** 9,117

**TAX RATE:** 20.919  **ACT TOTAL:** 26,280

**NO EXEMPTIONS FOUND**

| PROPERTY TAX - 2018-2019 | | | | Balance |
|---|---|---|---|---|
| **1st Qtr.** DUE: 07/01/2018 | $1,339.29 | PAID | 06/27/2018 | **$0.00** |
| **2nd Qtr.** DUE: 10/01/2018 | $1,339.29 | PAID | 09/27/2018 | **$0.00** |
| **3rd Qtr.** DUE: 01/01/2019 | $1,409.45 | PAID | 12/28/2018 | **$0.00** |
| **4th Qtr.** DUE: 04/01/2019 | $1,409.45 | | | **$1,409.45** |

---

### D.E.P. - CIS ACCOUNT #: 1000793964001

**Balance**

**ACTIVE**

**WATER/SEWER ADDITIONAL :**

ENTERED: 2/22/2019  **$12.36**

**METER #:** 3017

1/16/2019 - 2/18/2019  ENTERED: 2/22/2019

ACTUAL READING  **$161.62**

**TOTAL AMOUNT DUE ON THIS ACCOUNT INCLUDING PRIOR CHARGES:**  **$174.78**

---

### UNOFFICIAL PAYMENT(S)

SEARCH EXCLUDES WATER METER AND SEWER RENTAL CHARGES ACCRUING SINCE THE DATE OF THE LAST READING AND BUILDING PURPOSE FOR UNFIXED FRONTAGE CHARGES SUBSEQUENTLY ENTERED.EXEMPT PROPERTY RESTORED FACTORS (IF ANY) SHOWN ABOVE REPRESENT THE DIFFERENCE BETWEEN THE ACTUAL TAX SHOWN AND WHAT THE TAX WOULD HAVE BEEN HAD THERE BEEN NO EXEMPTION. RESTORED TAX IS FIGURED ON A PRO-RATA BASIS FROM DATE OF DEED TO END OF FISCAL YEAR OF EACH TAX SO AFFECTED. SEARCH DOES NOT INCLUDE LEVIES OR RESTORED TAXES NOT YET POSTED BY MUNICIPALITY. SOME ITEMS RETURNED MAY HAVE BEEN PAID BUT NOT OFFICIALY POSTED BY MUNICIPALITY. RECOMMEND THAT CUSTOMER OBTAINS RECEIPTS FOR SUCH ITEMS AT CLOSING.'PAID UNOFFICIALLY' SIGNIFIES RECENT PAYMENTS NOT YET CLEARED BY CITY COLLECTOR. SEARCH DOES NOT INCLUDE POSSIBLE VAULT CHARGES. SEARCH MAY NOT INCLUDE ITEMS NOT A LIEN UP TO THE DATE SHOWN. THE RETURNS ARE SPECIFIC TO COUNTY, BLOCK AND LOT.TAX SEARCH DOES NOT GUARANTEE AGAINST EXISTENCE OF SIDEWALK/CURB ASSESSMENTS WHICH ARE NOT REFLECTED IN REAL ESTATE TAX RECORDS AS OF SAID POSTING DATE.THE MASTER WATER LOT IS NOT SEARCHED ON ANY CONDO IN NYC UNLESS SPECIFICALLY REQUESTED.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS.THE SERVICES ARE PROVIDED 'AS IS' WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OF ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH . THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

Continued..

001100700110D

PLANET- 00942



T. 516.663.0600  F. 657.205.3795  E. All.NY.Customer.Service@datatracetitle.com

Prior Balance        **$137.67**   PAID  2/25/2019
Prior Balance        **$120.62**   PAID  1/22/2019


SUBJECT TO CONTINUATION PRIOR TO CLOSING ALL CHARGES ARE AS OF 3/12/2019

Any items paid subsequent to 12/12/2018 are subject to collection.

## PAYMENT INFORMATION

### DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP)
NYC DEPARTMENT OF ENVIRONMENTAL PROTECTION
P.O. Box 11863
NEWARK , NJ 07101
PHONE: 7185957000

### DEPARTMENT OF FINANCE (DOF)
NYC DEPARTMENT OF FINANCE
P. O. Box 680
Newark , NJ 07101
PHONE: 2125044080



PLANET- 00944



T. 516.663.0600  F. 657.205.3795  E. All.NY.Customer.Service@datatracetitle.com

# Certificate of Occupancy Search

TITLE #: UAT19-2297-Q

**PREPARED FOR:** UNITED AMERICAN TITLE AGENCY INC. (FATA)

DATE: 3/12/2019

**ORDER ID:** 11617206

## PREMISES:

127-06 177 STREET

**State:** NY  **County:** QUEENS  **Neighborhood:** SAINT ALBANS

**Block:** 12527  **Lot:** 93

---

**A search of the Building Department records in reference to the above mentioned premises has revealed the following information:**

Certificate of Occupancy #402263974 issued on 8/3/2006 FOR A TWO STORY NON-FIREPROOF BUILDING; TWO FAMILY DWELLING.

According to the Building Department records, there are no alteration plans approved subsequent to the Certificate of Occupancy that either changes or proposes to change the legal occupancy of these premises.

---

### *GARAGE*

No Certificate of Occupancy has been issued according to the Building Department's indexed records. The following additional information has been found:

Old building erected prior to January 1st, 1938 which predates the requirement of Certificate of Occupancy regulations.

Building Permit NB#199/1929 **Completed/Signed-Off** 5/24/1929 ONE STORY GARAGE.

THE PURPOSE OF THIS SERVICE IS TO PROVIDE THE LATEST CERTIFICATE OF OCCUPANCY ON FILE. THE SERVICE MAY NOT INCLUDE THE REPORTING OF MINOR APPLICATIONS WHICH MAY BE INDEXED AGAINST THE ABOVE BLOCK AND LOT BUT DO NOT REQUIRE A NEW CERTIFICATE OF OCCUPANCY OR APPLICATIONS OF ANY KIND THAT ARE INCOMPLETE.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.



## *Certificate of Occupancy*

**CO Number:** **402263974F**

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| A. | Borough: Queens | Block Number: 12527 | Certificate Type: Final |
|---|---|---|---|
| | Address: 127-08 177 STREET | Lot Number(s): 93 | Effective Date: 08/03/2006 |
| | Building Identification Number (BIN): 4270309 | Building Type: Altered | |

*For zoning lot metes & bounds, please see BISWeb.*

| B. | Construction classification: 2-D | Number of stories: 2 |
|---|---|---|
| | Building Occupancy Group classification: J-3 | Height in feet: 26 |
| | Multiple Dwelling Law Classification: None | Number of dwelling units: 2 |

**C.** Fire Protection Equipment:
None associated with this filing.

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

**Borough Comments:** None

Borough Commissioner

Commissioner

B Form 54 (Revised 03/05)    *DOCUMENT CONTINUES ON NEXT PAGE*



*Certificate of Occupancy*



CO Number: **402263974F**

## Permissible Use and Occupancy

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code habitable rooms | Building Code occupancy group | Zoning dwelling or rooming units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|---|
| CEL | | 100 | | J-3 | | | ACCESSORY USES. |
| 001 | 40 | | 4 | J-3 | 1 | 2 | ONE FAMILY DWELLING. |
| 002 | 40 | | 4 | J-3 | 1 | 2 | ONE FAMILY DWELLING. |

END OF SECTION

Borough Commissioner

Commissioner

B Form 54 (Revised 03/05)

**END OF DOCUMENT**

402263974/000 8/3/2006 11:16:21 AM



T. 516.663.0600  F. 657.205.3795  E. All.NY.Customer.Service@datatracetitle.com

# Housing and Building Violation Search

**TITLE #:** UAT19-2297-Q

**DATE:** 3/12/2019

**PREPARED FOR:** UNITED AMERICAN TITLE AGENCY INC. (FATA)

**ORDER ID:** 11617206

## PREMISES:

127-06 177 STREET

**State:** NY  **County:** QUEENS  **Neighborhood:** SAINT ALBANS

**Block:** 12527  **Lot:** 93

A search of the records of the Department of Buildings and the Rent and Housing Maintenance Department of the City of New York was made on 3/12/2019. As of the date of posting, the following violations were reported pending:

## BUILDING DEPARTMENT
Violations:  None

## RENT AND HOUSING MAINTENANCE DEPARTMENT
Violations:  None

## BUILDING CLASSIFICATION
NOT_MD
☐ Multiple Dwelling
☑ Not a Multiple Dwelling

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES



T. 516.663.0600   F. 657.205.3795   E. All.NY.Customer.Service@datatracetitle.com

**SUPER:**
**ORDER ID#:** 11617206

---

**RECORD SEARCH REQUEST**

OF THE
FIRE DEPARTMENT OF THE CITY OF NEW YORK

DIVISION OF FIRE PREVENTION

---

**DATE:** 3/12/2019
127-06 177 STREET

**TITLE NO:** FATA_UAT19-2297-Q

State: NY; County: QUEENS;
Neighborhood: SAINT ALBANS

---

**Address**

☑ 1. Record of existing Fire Department Violations _____

☐ 2. Record of Permit for _____

☐ 3. Other _____

---

**DO NOT WRITE BELOW THIS LINE**

---

Gentlemen:

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M.,  the  records show the following:      **NO VIOLATIONS**

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDEXED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.



# Emergency Repairs Violation Search

**TITLE #:** UAT19-2297-Q

**PREPARED FOR:** UNITED AMERICAN TITLE AGENCY INC. (FATA)

**DATE:** 3/12/2019

**ORDER ID:** 11617206

## PREMISES:

127-06 177 STREET

**State:** NY  **County:** QUEENS  **Neighborhood:** SAINT ALBANS

**Block:** 12527  **Lot:** 93

## Lien Book Records:

**A review of the latest printed Lien Book dated 12/18/2018 reveals no outstanding emergency repair monies due.**

## Work in Progress:

**No emergency repairs have been given out at the above captioned premises subsequent to the above lien book date.**

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES



T. 516.663.0600  F. 657.205.3795  E. AllNY.Customer.Service@datatracetitle.com

# Street Report

**TITLE #:** UAT19-2297-Q                    **DATE:** 3/12/2019

**PREPARED FOR:** UNITED AMERICAN TITLE AGENCY INC. (FATA)          **ORDER ID:** 11617206

## PREMISES 2:

127-06 177 STREET

**State:** NY  **County:** QUEENS  **Neighborhood:** SAINT ALBANS

**Block:** 12527  **Lot:** 93

---

**A search of the Topographical Department shows the following results:**

Street width:   177 STREET MAPPED AT 50' CORPORATION COUNSEL OPINION 04/19/1950 TO THE FULL WIDTH

Cross street:   129 AVENUE MAPPED AT 60' CORPORATION COUNSEL OPINION 10/29/1945 TO THE FULL WIDTH

176 STREET MAPPED AT 50' TITLE VESTED 05/24/1955 TO THE FULL WIDTH

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES



T. 516.663.0600  F. 657.205.3795  E. All.NY.Customer.Service@datatracetitle.com

# Sidewalk/Highway Violations Report

**TITLE #:** UAT19-2297-Q                                    **DATE:** 3/12/2019

**PREPARED FOR:** UNITED AMERICAN TITLE AGENCY INC. (FATA)    **ORDER ID:** 11617206

## PREMISES:

127-06 177 STREET

**State:** NY  **County:** QUEENS  **Neighborhood:** SAINT ALBANS

**Block:** 12527  **Lot:** 93

**We have been advised by the NYC Highway Department that a search of their records shows no outstanding violations as of 3/12/2019.**

THE SEARCH RESULT IS LIMITED TO SIDEWALK NOTICES THAT ARE DOCUMENTED BY HIGHWAY DEPARTMENT RECORDS FROM 1993 TO PRESENT.PUBLIC ACCESS FOR SIDEWALK NOTICES POSTED PRIOR TO 1993 ARE NO LONGER MADE AVAILABLE BY THIS AGENCY.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC, DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

PLANET- 00952



T. 516.663.0600  F. 657.205.3795  E. All.NY.Customer.Service@datatracetitle.com

# Locate Survey

**TITLE #:** UAT19-2297-Q

**PREPARED FOR:** UNITED AMERICAN TITLE AGENCY INC. (FATA)

**DATE:** 3/12/2019

**ORDER ID:** 11617206

## PREMISES:

127-06 177 STREET

**STATE:** NY  **COUNTY:** QUEENS  **NEIGHBORHOOD:** SAINT ALBANS

**BLOCK:** 12527  **LOT:** 93

**We have obtained a copy of the requested document. Please see attached.**

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMSSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

002500/002500



AMY K DOB 08/21/06

| **PACER Service Center** | Receipt 03/12/2019 12:49:57 1752414920 |
|---|---|
| User | unitedamerican |
| Client Code | |
| Description | Bankruptcy Party Search |
| | Court ID NYS; Name 12706 Holdings Inc.; Jurisdiction BK |
| Billable Pages | 1 ($0.10) |

PLANET- 00955



## SDN and Consolidated Search

| 12706 Holdings Inc. | |
|---|---|

○ OR  ● AND

○ Match Case  ○ Match Whole Word

**SDN Publish Date:** 03/11/2019
**SDN Record Count:** 7,449
**OFAC Website:** http://www.treas.gov/ofac/
**FinCEN Website:** http://www.fincen.gov/

**Consolidated Publish Date:** 02/07/2019
**Consolidated Record Count:** 375
**OFAC Website:** http://www.treas.gov/ofac/
**FinCEN Website:** http://www.fincen.gov/

| Search Results |
|---|
| No records found, please refine your search. |

PLANET- 00956

# NOTICE OF AVAILABILITY OF OWNER'S TITLE INSURANCE

To: 12706 Holdings Inc.                                    Date:    03/18/2019

Buying property identified as:

    127-06 177th Street
    City of New York

A Mortgagee's Policy of title insurance insuring the title to the property you are buying is being issued to your mortgage lender, but that policy does not provide title insurance coverage to you.

You may obtain an Owner's Policy of Title Insurance which provides title insurance to you.  If you request it at this time the total premium for both policies will be $_____.  This is an additional $_____ above the cost of the Lender's Policy.

If you are uncertain as to whether you should obtain an Owner's Policy of title insurance, you are urged to seek independent advice.

_____  I/We do request an Owner's Policy of title insurance.

_____  I/We do not request an Owner's Policy of title insurance.

Date: _____     Buyer: _____

                               Buyer: _____

UNITED AMERICAN TITLE AGENCY
101-05 Lefferts Blvd.
Suite 201A
Richmond Hill, NY  11419

PLANET- 00957

# NOTICE OF AVAILABILITY OF MARKET VALUE POLICY RIDER

To:  12706 Holdings Inc.                                    Date:    03/18/2019

Buying property identified as:

    127-06 177th Street
    City of New York

Under New York Law, the purchaser of a one to four family dwelling, a residential condominium unit, or a residential cooperative leasehold interest is entitled to increased title insurance coverage through a Market Value Policy Rider.  This rider provides for title insurance coverage in the amount of the value of the insured premises at the time of loss is offered with certain modifications.  The additional cost of this rider is 10 percent (10%) of the regular premium charged for a fee or leasehold title insurance.

(_____)  I/We do not wish to add the Market Value Rider to my/our Owners Policy at this time.

Date: _____

Buyer:_____        Buyer: _____
    12706 Holdings Inc.

UNITED AMERICAN TITLE AGENCY
101-05 Lefferts Blvd.
Suite 201A
Richmond Hill, NY  11419

# UNITED AMERICAN TITLE AGENCY

### Agent for

## WFG National Title Insurance Company
## PRIVACY POLICY NOTICE
## PURPOSE OF THIS NOTICE

Title V of the Gramm-Leach-Bliley Act (GLBA) generally prohibits any financial institution, directly or through its affiliates, from sharing nonpublic personal information about you with a non affiliated third party unless the institution provides you with a notice of its privacy policies and practices, such as the type of information that it collects about you and the categories of persons or entities to whom it may be disclosed. In compliance with the GLBA, we are providing you with this document, which notifies you of the privacy policies and practices of UNITED AMERICAN TITLE AGENCY agent for WFG National Title Insurance Company.

We may collect nonpublic personal information about you from the following sources.

- Information we received from you such as on applications or other forms.

- Information about your transactions we secure from our files, or from (our affiliates or) others.

- Information we receive from a consumer reporting agency.

- Information that we receive from others involved in your transaction, such as the real estate agent or lending.

Unless it is specifically stated otherwise in an amended privacy policy notice, no additional nonpublic personal information will be collected about you.

We may disclose any of the above information that we collect about our customers or former customers to our affiliates or to nonaffiliated companies third parties as permitted by law.

We may disclose this information about our customers or former customers to the following types of nonaffiliated companies that perform marketing services on our behalf or with whom we have joint marketing agreements:

- Financial service providers such as companies engaged in banking, consumer finance, securities and insurance.

- Non-financial companies such as envelope stuffers and other fulfillment service providers.

**WE DO NOT DISCLOSE ANY NONPUBLIC PERSONAL INFORMATION ABOUT YOU WITH ANYONE FOR ANY PURPOSE THAT IS NOT SPECIFICALLY PERMITTED BY LAW.**

We restrict access to nonpublic personal information about you to those employees who need to know that information in order to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.