**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EVIS NEVERLANE STEPHENS,<br><br>      Debtor. | 21-42857-jmm<br><br>Chapter 13 |
| EVIS NEVERLANE STEPHENS,<br><br>      Plaintiff,<br>v.<br><br>MAXINE BONAPARTE,<br>LEZANTONIO WOODBURN,<br>12706 HOLDINGS, INC.,<br>CHARLES L. MESTER, ESQ.<br>PLANET MANAGEMENT GROUP, LLC,<br>PLANET HOME LENDING, LLC d/b/a PLANET HOME SERVICING,<br>WILMINGTON SAVINGS FUND SOCIETY, FSB (WSF),<br>VERUS SECURITIZATION TRUST 2020-NPL1<br><br>      Appellees. | Adversary Proceeding No. 22-01037(jmm) |

**DECLARATION OF COUNSEL IN OPPOSITION TO THE MOTION BY PLAINTIFF AND COUNTERCLAIMAN DEFENDANT, EVIS NEVERLANE STEPHENS, FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56**

I, Ryan P. Mulvaney, hereby certify and declare under penalty of perjury pursuant to section 1746 of Title 28 of the United States Code:

1. I am an attorney at law of the States of New York and New Jersey and a Shareholder in the law firm of Stevens & Lee, P.C., attorneys for Defendants, Counterclaimants, and Crossclaimants Planet Management Group, LLC ("PMG") and Planet Home Lending, LLC d/b/a

1

Planet Home Servicing ("PHL") (collectively, "Planet Defendants") in the matter captioned above. I am fully familiar with this matter and make this Declaration based on my personal knowledge of this litigation.

2. I make this Declaration in opposition to the motion by Plaintiff and Counterclaim Defendant, Evis Neverlane Stephens ("Plaintiff"), for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, which is made applicable to this Adversary Proceeding pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure. The exhibits attached to this Declaration are the identical exhibits attached to my Declaration in support of the Planet Defendants' motion for summary judgment, which was filed on December 10, 2025, and appears publicly at ECF No. 164.

I. Background

3. Plaintiff Stephens executed a deed transferring title to the property located at 127-06 177th Street in Jamaica (sometimes listed as Springfield Gardens), New York, to Defendant, 12706 Holdings Inc. ("12706 Holdings"), on March 27, 2019 ("Deed"). The Deed was recorded in the Office of the City Register of the City of New York on July 29, 2019. As such, the Deed is now a matter of public record.

4. Attached hereto as Exhibit "A" is a true and accurate copy of the Deed.

5. Attached hereto as Exhibit "B" is a true and accurate copy of the Release of Mortgage executed by Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5 by Ocwen Loan Servicing LLC, its Attorney-in-Fact, on May 29, 2019 ("Mortgage Release"). The Mortgage Release was recorded in the Office of the City Register of the City of New York on June 10, 2019. As such, the Mortgage Release is a matter of public record.

6. Attached hereto as Exhibit "C" is a true and accurate copy of the Revised Second Amended Adversary Complaint without exhibits.

7. Plaintiff, Evis Neverlane Stephens, was deposed in this Adversary Proceeding over two days. The first part of Plaintiff's deposition was held on June 3, 2025, and the second and final part of Plaintiff's deposition was held on July 30, 2025.

8. Attached hereto as Exhibit "D" is a true and accurate copy of the transcript of the first day Plaintiff's deposition testimony from June 3, 2025, and Exhibits "A" through "R," which exhibits were on that date. Attached hereto as Exhibit "E" is a true and accurate copy of the transcript of the second day of Plaintiff's deposition testimony from July 30, 2025, and Exhibits "S" through "Y," which were marked on that date.

9. Formerly pending in the Supreme Court of the State of New York, Queens County, was an action to foreclose Plaintiff's 2006 residential mortgage ("2006 Foreclosure Case") on the property located at 127-06 177th Street, Jamaica, New York ("Subject Property"). The 2006 Foreclosure Complaint is attached as Exhibit "N" to the June 3, 2025, deposition transcript of Plaintiff and reattached hereto as Exhibit "F" for the Court's convenience. The 2006 Foreclosure Case was captioned *Deutsche Bank National Trust Company as Trustee for Novastar Mortgage Funding Trust, Series 2006-5 Novastar Home Equity Loan Asset-Backed Certificates, Series 2006-5 v. Evis Stephens, et al.*, and was pending under Index Number 704762/2015.

10. On August 31, 2017, the Court entered an Order Granting For Summary Judgment And Order Of Reference in favor of the foreclosing plaintiff in the 2006 Foreclosure Case.

11. Attached hereto as Exhibit "G" is a true and accurate copy of the Order dated August 31, 2017, which also publicly appears on the docket of the 2006 Foreclosure Case. As such, the Order is a public record. The Order is also attached as Exhibit "Q" to June 3, 2025,

deposition transcript of Plaintiff submitted herewith and reattached hereto as Exhibit "G" for the Court's convenience.

12. On April 9, 2019, the foreclosing plaintiff moved to discontinue the 2006 Foreclosure Case on April 9, 2019, and, in doing so, submitted an affirmation of its counsel in support of the motion to discontinue. As set forth in paragraph 3 of the affirmation of counsel, counsel affirmed that the reason for the motion was a "short fall pay off."

13. Attached hereto as Exhibit "H" is a true and accurate copy of the affirmation of counsel in support of the foreclosing plaintiff's motion to discontinue 2006 Foreclosure Case, which also publicly appears on the docket of the 2006 Foreclosure Case. As such, the affirmation of counsel is a public record. The affirmation of counsel is also attached as Exhibit "V" to July 30, 2025, deposition transcript of Plaintiff submitted herewith and reattached hereto as Exhibit "H" for the Court's convenience.

14. The Supreme Court granted the foreclosing plaintiff's motion and discontinued the 2006 Foreclosure Case pursuant to an Order dated May 17, 2019, and entered in the Office of the County Clerk on June 11, 2019.

15. Attached hereto as Exhibit "I" is a true and accurate copy of the Order dated May 17, 2019, which also publicly appears on the docket of the 2006 Foreclosure Case. As such, the Order is a public record. The Order is also attached as Exhibit "W" to July 30, 2025, deposition transcript of Plaintiff submitted herewith and reattached hereto as Exhibit "I" for the Court's convenience.

16. Attached hereto as Exhibit "J" is a true and accurate copy of the certification filed by Defendant, Charles L. Mester, Esq., in support of his motion to dismiss this case, which also appears publicly on the docket of this case at ECF No. 13-1.

II.   Relevant Procedural History of this Adversary Proceeding

1. On November 15, 2021, Plaintiff filed a Chapter 13 Voluntary Petition for bankruptcy protection, which is captioned *In re Evis Neverlane Stephens* and pending under Case No. 1-21-42857-jmm ("Stephens Bankruptcy Case"). Plaintiff's bankruptcy petition and schedules appear publicly on the Stephens Bankruptcy Case docket at ECF Nos. 1 and 9, respectively.

2. On May 9, 2022, Plaintiff commenced this Adversary Proceeding by filing an Adversary Complaint against only Defendants Bonaparte, Woodburn, 12706 Holdings, and Mester. The Adversary Complaint, which is no longer the operative pleading, appears publicly on the Adversary Proceeding docket at ECF Nos. 1 – 5.

3. On December 18, 2022, Plaintiff filed an Amended Adversary Complaint joining, among other new defendants for the first time, the Planet Defendants. The Amended Adversary Complaint, which is no longer the operative pleading, appears publicly on the Adversary Proceeding docket at ECF Nos. 28 and 34.

4. On March 10, 2023, in the Adversary Proceeding, the Planet Defendants moved to dismiss the Amended Adversary Complaint. The Planet Defendants' motion papers appear publicly on the Adversary Proceeding docket at ECF Nos. 51 and 62. The Court granted in part, and denied in part, the Planet Defendants' motion by Memorandum Decision dated January 5, 2024, and a corresponding Order dated January 12, 2024. The Court's Memorandum Decision and Order appear publicly on the Adversary Proceeding docket at ECF Nos. 81 and 83, respectively.

5. The operative pleading in the Adversary Proceeding is now the Revised Second Amended Complaint ("Revised SAC"), which Plaintiff filed on February 22, 2024. The Revised SAC appears publicly on the Adversary Proceeding docket at ECF No. 93.

6. On June 10, 2024, the Planet Defendants filed and electronically served their Answer the Revised SAC and asserted Counterclaims against Plaintiff and Crossclaims against 12706 Holdings and Woodburn.

I hereby certify and declare under penalty and perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: January 9, 2026                 By:   /s/ Ryan P. Mulvaney
                                                                               Ryan P. Mulvaney